## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| DAVID FERGUSON, et al. | : | Case No. C-1-02-39 |
| | : | |
| Plaintiffs, | : | Judge Weber |
| vs. | : | |
| | : | NOTICE OF FILING THE |
| RYDER AUTOMOTIVE, et al. | : | DEPOSITION OF FREDERICK |
| | : | L. WOLF |
| Defendants. | : | |

Now comes the Plaintiffs, by and through counsel, Thomas R. Koustmer and Honerlaw and Honerlaw Co., LPA, and hereby gives notice of filing the deposition of Frederick L. Wolf.

Respectfully submitted,

_____
Thomas R. Koustmer   (0008410)
Attorney for Plaintiff
1800 Federated Building
7 West Seventh Street
Cincinnati, Ohio  45202
(513) 621-3616


_____
Michael J. Honerlaw, Esq.
Attorney for Plaintiff

Kenneth Robert Schoeni
Kohnen & Patton
PNC Center, Suite #800
201 E. Fifth Street
Cincinnati, Ohio 45202
(513) 381-0656
Attorney for Defendants, Ryder System Inc;
and Commercial Carriers, Inc.

David E. Larson
Larson & Larson PC
11300 Tomahawk Creek Parkway, Suite 310
Leawood, KS 66211
Attorney for Defendants Ryder System Inc.,
And Commercial Carriers, Inc.

Robert Albert Winter, Jr.
Hemmer Spoor Pangburn DeFrank & Kasson PLLC
250 Grandview Dr., Suite 200
Ft. Mitchell, KY 41017
(859) 344-1188
Attorney for Defendants, Allied Systems and
Allied Automotive Group

Craig R. Paulus, Esq.
Taft, Stettinius & Hollister LLP
425 Walnut St., Suite 1800
Cincinnati, Ohio 45202-3957
Attorney for Defendant Hanes Supply, Inc.

_____
Thomas R. Koustmer
Attorney for Plaintiff