**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| DAVID FERGUSON, et al. | : | Case No. C-1-02-39 |
| | : | |
| Plaintiffs, | : | Judge Weber |
| vs. | : | |
| | : | NOTICE OF FILING THE |
| RYDER AUTOMOTIVE, et al. | : | DEPOSITION OF FREDERICK |
| | : | L. WOLF |
| Defendants. | : | |

Now comes the Plaintiffs, by and through counsel, Thomas R. Koustmer and Honerlaw and Honerlaw Co., LPA, and hereby gives notice of filing the deposition of Frederick L. Wolf.

Respectfully submitted,

s/Thomas R. Koustmer
Thomas R. Koustmer   (0008410)
Attorney for Plaintiffs
1800 Federated Building
7 West Seventh Street
Cincinnati, Ohio  45202
(513) 621-3616
Email: plpaige@aol.com


s/Michael J. Honerlaw
Michael J. Honerlaw  (0034469)
Attorney for Plaintiff
Honerlaw & Honerlaw Co., L.P.A.
9227 Winton Road