UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID FERGUSON, et al.

          Plaintiff,

                                             C-1-02-039

  -v-

RYDER AUTOMOTIVE, et al.,                   Judge Weber

          Defendants.

### NOTICE OF THE FILING OF THE DEPOSITION OF MICHAEL BEVILAQUA

    Now comes Plaintiff, David Ferguson, by and through his undersigned counsel and hereby gives notice of the filing of the deposition of Michael Bevilaqua.

                                                     Respectfully submitted,

                                                     _____

                                                     Thomas R. Koustmer   (0008410)
                                                     1800 Federated Building
                                                     7 West Seventh Street
                                                     Cincinnati, Ohio 45202
                                                     (513) 621-3616


                                                     _____

                                                     Michael J. Honerlaw, Esq.
                                                     Attorney for Plaintiff
                                                     Honerlaw & Honerlaw Co., L.P.A.
                                                     9227 Winton Road
                                                     Cincinnati, Ohio  45231

Cincinnati, Ohio 45202
(513) 381-0656
Attorney for Defendants, Ryder System Inc;
and Commercial Carriers, Inc.

David E. Larson
Larson & Larson PC
11300 Tomahawk Creek Parkway, Suite 310
Leawood, KS 66211
Attorney for Defendants Ryder System Inc.,
And Commercial Carriers, Inc.

Robert Albert Winter, Jr.
Hemmer Spoor Pangburn DeFrank & Kasson PLLC
250 Grandview Dr., Suite 200
Ft. Mitchell, KY 41017
(859) 344-1188
Attorney for Defendants, Allied Systems and
Allied Automotive Group

Craig R. Paulus, Esq.
Taft, Stettinius & Hollister LLP
425 Walnut St., Suite 1800
Cincinnati, Ohio 45202-3957
Attorney for Defendant Hanes Supply, Inc.


_____
Thomas R. Koustmer
Attorney for Plaintiff


gray