UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID FERGUSON, et al.

        Plaintiff,

                                                C-1-02-039

  -v-

RYDER AUTOMOTIVE, et al.,               Judge Weber

        Defendants.

### NOTICE OF THE FILING OF THE DEPOSITION OF MICHAEL BEVILAQUA

Now comes Plaintiff, David Ferguson, by and through his undersigned counsel and hereby gives notice of the filing of the deposition of Michael Bevilaqua.

                                                  Respectfully submitted,

                                                  s/Thomas R. Koustmer
                                                  Thomas R. Koustmer   (0008410)
                                                  Attorney for Plaintiffs
                                                  1800 Federated Building
                                                  7 West Seventh Street
                                                  Cincinnati, Ohio  45202
                                                  (513) 621-3616
                                                  Email: plpaige@aol.com

                                                  s/Michael J. Honerlaw
                                                  Michael J. Honerlaw  (0034469)
                                                  Attorney for Plaintiff
                                                  Honerlaw & Honerlaw Co., L.P.A.
                                                  9227 Winton Road
                                                  Cincinnati, Ohio  45231