1

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF OHIO

 3                  WESTERN DIVISION

 4      ----------------------------------------------

 5      DAVID FERGUSON, et al.,

 6              Plaintiffs,

 7        -vs-

 8      RYDER AUTOMOTIVE CARRIER SERVICES, INC.,
        et al.,
 9
                Defendants.
10      ----------------------------------------------

11              Deposition of MICHAEL BEVILACQUA, held

12      before Rebecca L. DiBello, Notary Public, at

13      the offices of DePaolo-Crosby Reporting

14      Services, 197 Delaware Avenue, Buffalo, New

15      York, on Wednesday, March 26th, 2003 at 10:00

16      AM pursuant to notice.

17
        APPEARANCES: THOMAS R. KOUSTMER, ESQ.
18                   (Via telephone)
                     7 West 7th Street, Suite 1800
19                   Cincinnati, Ohio  45202
                     (513) 621-3616
20                   Attorneys for the Plaintiffs.

21

22

23
```

DEPAOLO-CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                    9/12/2003

                                                          2

```
 1          APPEARANCES (CONTINUED):

 2                       LARSON & LARSON
                         BY: DAVID E. LARSON, ESQ.,
 3                       11300 Tomahawk Creek Parkway,
                         Suite 310
 4                       Leawood, Kansas   66211
                         (913) 253-3100
 5                       Fax: (913) 253-3109
                         Attorneys for Commercial
 6                       Carriers, Inc.

 7                       TAFT, STETTINIUS &
                         HOLLISTER, LLP
 8                       BY: CRAIG R. PAULUS, ESQ.,
                         425 Walnut Street, Suite 1800
 9                       Cincinnati, Ohio  45202
                         (513) 357-9633
10                       Fax: (513) 381-0205
                         Attorneys for Haynes Supply.

11

12          ALSO PRESENT:    PETER J. TERZIAN, JR.
                             Corporate Representative,
13                           Commercial Carriers, Inc.

14

15

16

17

18

19

20

21

22

23
```

                 DEPAOLO-CROSBY REPORTING SERVICES, INC.
               197 Delaware Avenue, Buffalo, New York 14202

3
KOUSTMER  -  BEVI ACQUA  -  3/26/03

1       The following stipulations were entered into

2       by counsel:

3

4       It is hereby stipulated by and between the

5       attorneys for the respective parties hereto

6       that the oath of the Referee is waived, that

7       signing, filing and certification of the

8       transcript are waived and that all objections,

9       except as to the form of the questions, are to

10      be reserved until the time of trial.

11

12

13       M I C H A E L   B E V I L A C Q U A

14      4135 Ridgefield Terrace, Hamburg, New York,

15      having been first duly sworn, was examined and

16      testified as follows:

17

18      EXAMINATION BY MR. KOUSTMER:

19   Q. Sir, can you speak up just a little bit

20      because I had a problem hearing you.

21   A. Sure.

22   Q. My name is Tom Koustmer.  I'm going to ask you

23      some questions.  I represent Mr. Ferguson.

DEPAOLO-CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                    9/12/2003

                                              4
                     KOUSTMER  -  BEVI ACQUA  -  3/26/03

     1        You've been identified as a possible witness
     2        under a 26-A disclosure.  Can you give me your
     3        date of birth?
     4     A. It's 12-9-64.
     5     Q. And where do you currently work?
     6     A. I work for Delavan Industries.
     7     Q. And where is that located at?
     8     A. 199 Lein Road, West Seneca, New York, 14224.
     9     Q. And what do you do there?
    10     A. I'm the vice-president, general manager.
    11     Q. And how long have you worked there?
    12     A. Since '97.
    13     Q. And have you always been the vice-president,
    14        general manager?
    15     A. I was vice-president of operations and then
    16        recently promoted to vice-president, general
    17        manager.
    18     Q. Prior to 1997 where did you work?
    19     A. I worked for Commercial Carriers.
    20     Q. And where were they located at the time?
    21     A. They were located at 199 Lein Road, West
    22        Seneca.
    23     Q. And how long did you work there?


              DEPAOLO-CROSBY REPORTING SERVICES, INC.
             197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                    9/12/2003

                                        5
                    KOUSTMER  -  BEVI ACQUA  -  3/26/03

     1      A. Since 1985.

     2      Q. Starting in 1985 what job did you have there?

     3      A. In 1985 I started off as a job cost clerk.  Do

     4         you want to go through the whole progression?

     5      Q. Yes, go ahead.

     6      A. I started off as job cost clerk and then

     7         promoted into purchasing agent and parts

     8         sales.  Then from there I went into straight

     9         purchasing and then from purchasing I went

    10         into engineering manager for Delavan

    11         Industries.

    12      Q. And when did you become engineering manager at

    13         Delavan?

    14      A. In 1994.

    15      Q. So in 1994 you were working for Commercial

    16         Carriers, Inc.?

    17      A. Yes, that's correct.

    18      Q. Were they owned by Delavan at that time?

    19      A. No.  They were owned by Ryder Systems.

    20      Q. So in 1994 through 1997 they were owned by

    21         Ryder Systems?

    22      A. That's correct.

    23      Q. And what is your educational background, sir?

                  DEPAOLO-CROSBY REPORTING SERVICES, INC.
                 197 Delaware Avenue, Buffalo, New York 14202

6
KOUSTMER  -  BEVI ACQUA  -  3/26/03

```
 1    A. I have a BS in business administration with a
 2       major in finance and management information
 3       systems.
 4    Q. And where did you get your BS from?
 5    A. University of Buffalo.
 6    Q. Do you have any training in engineering?
 7    A. No.
 8    Q. Directing your attention back to 1994, do you
 9       remember a decision made by someone to put
10       safety cables up on the head ramps of these
11       trailers?
12    A. Yes.
13    Q. And Commercial Carrier was manufacturing these
14       trailers at the time, correct?
15    A. Yes.
16    Q. And who made that decision?
17    A. Vince Fortuna.
18    Q. And Mr. Fortuna, what was his position at the
19       time?
20    A. I believe he was the senior vice-president of
21       maintenance.
22    Q. And when did he decide to do that?
23    A. The exact date was -- I think it was -- I want
```

DEPAOLO-CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                    9/12/2003

```
 1        to say May, June, July in '94.

 2     Q. So how did you find out about that decision?

 3     A. Well, what we had been doing was when Vince

 4        Fortuna came in we had put a series of

 5        pictures together showing all the various

 6        models that we moved in the past for various

 7        customers and going through the pictures with

 8        Vince he had noticed the cables on a couple of

 9        customers' equipment that we had manufactured

10        and these particular ones, one was a foreign.

11           It was a Belgium unit that we manufactured

12        and the other was a Japanese unit that we had

13        manufactured and he had noticed the cables on

14        the equipment and asked what the cables were

15        on there for and we basically explained it was

16        a customer spec and they used them in this

17        area for safety cables and he had asked us

18        that he'd like to try those on the equipment

19        and that's when we decided to try those on the

20        equipment.

21     Q. My understanding from Mr. Terzian's deposition

22        is that approximately 861 trucks had those

23        placed on them after that decision was made.
```

DEPAOLO-CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                          9/12/2003

8
KOUSTMER  -  BEVI ACQUA  -  3/26/03

```
 1        Is that your understanding?
 2     A. Yes.
 3     Q. So everything that was made after Mr. Fortuna
 4        made the decision to try the cables,
 5        everything you all manufactured had these
 6        cables on it, correct?
 7     A. Yes.
 8     Q. That was up through 1997, correct?
 9     A. Yes.
10     Q. Now, where did you get the cables from?
11     A. Cables we got from Hanes Supply.
12     Q. Did you buy cables from anyone else other than
13        Hanes Supply?
14     A. No.
15     Q. So during this period of time from June, July
16        '94 up to when CCI went out of business or was
17        bought out, whatever, everything was
18        purchased, all the cables were purchased from
19        Hanes Supply, is that correct?
20     A. Yes.
21     Q. Now, after the decision was made -- how is it
22        that you chose the particular type of cable
23        you put on there?
```

DEPAOLO-CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                          9/12/2003

9
KOUSTMER  -  BEVI ACQUA  -  3/26/03

```
 1   A. Well, what we did is, and I exclusively was
 2      involved with this, I had asked Hanes Supply
 3      to come in to look at this application and in
 4      doing that what we had did is we had ordered
 5      some cables from Hanes Supply.  We got in and
 6      we had an idea of how to do it looking at some
 7      of these other customers that we had put the
 8      cables on which was using a threaded eyebolt
 9      and a thimble and a cable with cable clamps
10      and we had put one together in the engineering
11      department and then I asked Bill Hanes to come
12      in because I wanted him to see the
13      application.
14          I specifically asked for an engineer
15      because I didn't want just a sales guy.  We
16      needed somebody to come in and basically fit
17      these cables to our application, so what we
18      did is we put that set together.  We brought
19      Bill Hanes in, showed Bill the application,
20      where we want to use these cables and Bill
21      basically came in, Bill recommended to us the
22      type of cable to use as well as the type of
23      end to use with the cables, so basically he
```

DEPAOLO-CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                       9/12/2003

1          fit the cables to our application which is

2          very normal in our industry.  We do the same

3          thing with hydraulic cylinders and valves.  We

4          basically bring the vendor in who is the

5          expert, knows what the capabilities are.

6              We show them the application and once

7          we show them the application then they

8          basically design the part or the system or the

9          component part to go in that application.  We

10         do that with our hydraulic cylinders, we do

11         that with our hydraulic valves.  We do that

12         with our axles and basically all we do is tell

13         the vendor we want it this long or this short

14         and they come in and they have done all the

15         technical research as far as will it handle

16         this certain pressure, will it handle this

17         much force, what is the strength and then we

18         put that product on the unit and then we'll

19         test that unit going down the road actually in

20         actual day to day application.

21    Q.  In this case, and we'll go through this, but

22         in this case they were put on all the trucks.

23         They weren't just put on a couple of trucks

DEPAOLO-CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York 14202

```
                                        11
              KOUSTMER  -  BEVI ACQUA  -  3/26/03
```

```
 1        and then you tested those trucks is my
 2        understanding.
 3    A. We put them on the truck as a test.
 4    Q. You did?
 5    A. Yes.
 6    Q. How long did the test last or what do you mean
 7        you tested it?   What did you do?
 8    A. Well, originally Vince Fortuna wanted to put
 9        them on to test them and we put them on the
10        units and we were running just a day-to-day
11        test with the equipment.
12    Q. But you put them on every unit you
13        manufactured after you did the first one,
14        right?
15    A. Yes.
16    Q. What I'm getting at, you didn't put on one
17        truck and then test that for a while and
18        decide to put them on all the trucks.  Once
19        you decided to use the cables you started
20        manufacturing the -- I mean, you started
21        manufacturing your trailers with the cables,
22        correct?
23    A. Yes.
```

0326FER2.V1                                                    9/12/2003

                                                          12
                        KOUSTMER  -  BEVI ACQUA  -  3/26/03

        1     Q. Now, you said you showed Bill Hanes the
        2        application.  What is it that you showed him
        3        exactly?
        4     A. Basically took him out to a car carrier.  We
        5        showed him where we have our cable post that
        6        we want to put up on to the equipment, showed
        7        him that in this application there is a car
        8        that's going to go over the top of this head
        9        rack, showed him that a driver would be up on
       10        top of that head rack and that he would be
       11        using these cables as a safety device.
       12     Q. So can you look at Exhibit Number A, if they
       13        can hand you that?
       14     A. Yes.
       15     Q. And that's a truck in question here and it
       16        shows the cable that's broken, but just for
       17        illustrative purposes, what you showed Bill
       18        Hanes was that -- did you have the posts up
       19        when you went out and talked to him or did you
       20        show him where the posts were going to be?
       21     A. We showed him where the posts were going to be
       22        on the unit.
       23     Q. So you hadn't constructed the post?


                   DEPAOLO-CROSBY REPORTING SERVICES, INC.
                  197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                      9/12/2003

                                                    13
                         KOUSTMER  -  BEVI ACQUA  -  3/26/03

     1     A. No.  The particular unit we showed him didn't
     2        have the posts on it.  On drawings -- on a
     3        paper drawing we had the actual posts on it.
     4     Q. You gave him a paper drawing?
     5     A. Showed him a paper drawing and then physically
     6        went out and looked at an actual unit and
     7        showed them where they would be needed in the
     8        application.
     9     Q. And did you have already cables with the
    10        threads on them that you showed him or what?
    11     A. We basically had cables with eyebolts and
    12        using thimbles with cable clamps because
    13        that's the technology we've seen on prior
    14        units that we manufactured, one being Moan and
    15        another being Homanna.
    16     Q. But it's my understanding that that wasn't
    17        what was used, correct, the eyebolt?
    18     A. The eyebolt is what we originally -- eyebolts
    19        is what we originally laid out.  Before we
    20        brought Bill Hanes in we had eyebolts,
    21        thimbles and cable clamps.
    22     Q. And what did you go with?
    23     A. We went with what Bill Hanes recommended which

KOUSTMER  -  BEVI ACQUA  -  3/26/03

```
 1        was swedged on ends with galvanized cable.
 2        The ones we showed Bill were never put on a
 3        unit.  We were just trying to lay out what we
 4        felt -- none of our engineers were experts at
 5        all in cables.  Nobody -- when you talk
 6        cables, everything was Hanes Supply.  They're
 7        the expert in the area.  Any cable that we
 8        would ever look at, whether it's for lifting
 9        with cranes or in an application on our
10        manufacturing equipment, Hanes Supply is where
11        you go.  We went to Hanes Supply for their
12        expertise on cables.
13     Q. Did you know Bill Hanes was an engineer?
14     A. Yes, I did.  Because I was dealing -- because
15        I came from the purchasing side, I was dealing
16        with their sales guy and I believe their sales
17        guy -- at the time I think it was Gary.  I
18        remember the gentleman had a heart attack.  I
19        think it was Gary at the time and I
20        specifically asked for an engineer to come in
21        to fit this application just like we would do
22        with any other part component part that we put
23        on our equipment like our valves, our
```

DEPAOLO-CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York 14202

14

0326FER2.V1                                                    9/12/2003

```
 1        cylinders.

 2          We make the cylinder clips to hold the

 3        cylinder, but the vendor comes in and the

 4        vendor basically fits to our application.

 5    Q. How many times did you meet with Mr. Hanes?

 6    A. We probably met, I would say, at least two to

 7        three times.

 8    Q. Anyone else at these meetings other than you

 9        and Mr. Hanes?

10    A. Most of the time it was me and Bill.

11    Q. Do you remember anyone else that might have

12        been there?

13    A. Nobody else from Hanes Supply.

14    Q. Do you remember anyone that might have been

15        there from CCI?

16    A. No, not in that meeting.  It really would have

17        been me at that time.

18    Q. And in what meeting was it that Mr. Hanes told

19        you to go with the swedged end with galvanized

20        cable?

21    A. One of the meetings we had.  I can't tell you

22        specifically if it was the first, the second.

23        Once we brought them in and showed them the
```

KOUSTMER  -  BEVI ACQUA  -  3/26/03

```
 1        application, he came back with the swedged end
 2        and told us that the swedged end, once they're
 3        swedged on the cable are actually stronger
 4        than the cable.
 5   Q. Who decided on the coating to use on the
 6        cable?
 7   A. Again, that was Bill.  I mean, I remember
 8        there was nothing specific that we really
 9        looked at various coatings or where he
10        recommended to us that this coating is better
11        than another coating.
12   Q. Did you have any discussion between a vinyl
13        coating and a nylon coating?
14   A. No, not at all.
15   Q. You don't remember any discussions?
16   A. No, we didn't.
17   Q. You didn't have them?
18   A. Did not.
19   Q. Whose decision was it to paint the coating
20        yellow?
21   A. That was our decision to do that.
22   Q. Did they first come clear?
23   A. Yes.
```

DEPAOLO-CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                    9/12/2003

```
                                              17
                     KOUSTMER  -  BEVI ACQUA  -  3/26/03


        1      Q. When did you decide to paint them yellow?

        2      A. That was a decision again by Vince Fortuna.

        3         He wanted them to match the rig.

        4      Q. So were they coming from Hanes Supply yellow?

        5      A. Yes.

        6      Q. Okay.  Do you remember when it was decided to

        7         make them yellow from the beginning or was it

        8         after a while or what?

        9      A. No.  I don't believe it was from the

       10         beginning.  It was just -- I can't tell you a

       11         specific cutoff date of when we changed them

       12         to yellow, but it had nothing to do with

       13         whether the coating was nylon or PVC or

       14         whatever else it's made of.  It was strictly

       15         to match the unit.

       16      Q. If you can look through those documents that

       17         might be in front of you, the exhibits?

       18      A. Sure.

       19      Q. Look through there and find Q.

       20      A. Yes.

       21      Q. Do you see those?

       22      A. Yes.

       23      Q. Starting with Plaintiff's Exhibit P, you said
```

DEPAOLO-CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                      9/12/2003

                                                         18
                         KOUSTMER  -  BEVI ACQUA  -  3/26/03

      1          you gave him some drawings.  Are these the

      2          drawings that you gave him?

      3    A. I didn't give him drawings.  I showed him some

      4          drawings.

      5    Q. Where had those drawings come from?

      6    A. Those drawings came from Delavan Industries or

      7          Commercial Carriers, I should say.

      8    Q. And is Exhibit P or Exhibit Q the drawings or

      9          were they different?

     10    A. Similar.  This is the snapshot of a drawing.

     11          This is actually a larger drawing.  It's an

     12          assembly drawing just showing the cables

     13          application.

     14    Q. Okay.  So when he first came, before he made a

     15          recommendation or picked up the product, you

     16          were showing him some drawings, is that

     17          correct?

     18    A. Yes.

     19    Q. And they were done by whom?

     20    A. I can't tell you specifically.  It would have

     21          been -- the drawings would have been done by

     22          one of my draftsmen or a cad operator.

     23    Q. At Commercial Carriers?

                      DEPAOLO-CROSBY REPORTING SERVICES, INC.
                    197 Delaware Avenue, Buffalo, New York 14202

    1      A. At Commercial Carriers.

    2      Q. Okay.

    3      A. The drawings that I'm looking at right now,

    4         this one shows the swedged end.  At that time

    5         we wouldn't have been showing them with any

    6         swedged end.

    7      Q. Okay.

    8      A. We would have just had just the posts showing.

    9         This is the area and the head rack to show

   10         that the height, how high up these cables

   11         would be put on and showing them an actual

   12         load of cars.  We have cars on there to show

   13         them what we got to deal with as far as

   14         driving a car onto the head rack.

   15      Q. So you didn't show the swedged end?

   16      A. We couldn't show them the swedged end.  There

   17         wasn't one engineer who was familiar with any

   18         type of swedged end.  The only thing we've

   19         ever seen on older equipment that we

   20         manufactured, which was more of a customer

   21         spec, was the eyebolts with thimbles and cable

   22         clamps.

   23      Q. Is that the one you were referring to in


                    DEPAOLO-CROSBY REPORTING SERVICES, INC.
                   197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                    9/12/2003

```
 1        Belgium?

 2     A. Yes.

 3     Q. That was done with eyebolts?

 4     A. It was done with thimbles, cable and cable

 5        clamps and it may not have been an eyebolt.

 6        It may have been a solid hook.  By solid hook,

 7        it would have been like an eyebolt welded onto

 8        the piece of equipment.  It was just a loop

 9        that was welded on.

10     Q. How many engineers were on staff there at

11        Commercial Carriers, Inc. at this time?

12     A. Not counting my cad operators because they

13        were not engineers, I believe that we had four

14        engineers.

15     Q. Okay.  When was it in '97 that Commercial

16        Carriers, Inc. stopped and you went to your

17        new job at Delavan?

18     A. I said '97 to you, but the new job I started

19        was actually March of 1998.  Commercial

20        Carriers ceased in September of '97.

21     Q. Up to September of '97 was there any

22        replacements done for cables that had been put

23        on these trucks?
```

DEPAOLO-CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                    9/12/2003

KOUSTMER  -  BEVI ACQUA  -  3/26/03

```
 1    A. No.
 2    Q. So up to September of '97 it's all original
 3       equipment on the trucks that are leaving
 4       Commercial Carriers, Inc., correct?
 5    A. Yes.
 6    Q. And during the period of beginning 19 -- end
 7       of '94 and beginning 1995 up to 4/25/95, any
 8       cables would have been bought from Hanes
 9       Supply that were put on the truck, is that
10       correct?
11    A. Yes.
12    Q. In fact, during the whole time Hanes Supply is
13       the only supplier, correct?
14    A. Yes.
15    Q. When you talked with Bill Hanes did he give
16       you any options of different types of material
17       to use in the cable?
18    A. No.
19    Q. Did he tell you that you could use a stainless
20       steel cable?
21    A. No.
22    Q. He didn't say you have to make a decision
23       between stainless steel and galvanized?
```

DEPAOLO-CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                        9/12/2003

22
KOUSTMER  -  BEVI ACQUA  -  3/26/03

```
 1    A. No.
 2    Q. Did he give you any options as it related to
 3       how thick the steel was?  I think the ones
 4       that are used was a quarter inch, right?
 5    A. The ones that were used were yes, quarter inch
 6       cable.  With the coating I think it came up to
 7       about 5/16th's.
 8    Q. And they're how long?
 9    A. It varies by model.
10    Q. Okay.
11    A. I mean, that's the color and the length is
12       what we basically spec.  Everything else is
13       fit by Hanes Supply for the application, the
14       component part, just like it would be with any
15       other component part that we put on our
16       equipment.  The cylinders, valves, axles.
17    Q. Did Mr. Hanes give you any material as it
18       related to maintenance of the cables?
19    A. No.
20    Q. Did he tell you anything about maintenance of
21       the cables?
22    A. No.
23    Q. Did you pass on to Allied anything concerning
```

DEPAOLO-CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                    9/12/2003

KOUSTMER  -  BEVI ACQUA  -  3/26/03

```
 1      maintenance of the cables?
 2   A. Did I pass on to Allied?
 3   Q. Yes, Commercial Carriers, Inc.  Did they pass
 4      on to Allied anything about maintenance to the
 5      cables?
 6   A. Did Hanes Supply or did Delavan?
 7   Q. Did Delavan, what you referred to as --
 8   A. Commercial Carriers, no, because no one had
 9      told us.  If one of our vendors would come to
10      us and say I'll take the cylinders, for
11      instance, had told us every three months you
12      have to grease the rods, then we would pass
13      that on, but we were never told by Hanes
14      Supply to do any type of maintenance on the
15      cable.
16           In fact, we joked about the thickness
17      of this cable because it had a 10 to 15 times
18      the strength that was required and the size of
19      the cable was just so that if someone was
20      grabbing with their hand the cable was large
21      enough that they could get a good grip on the
22      cable for safety.
23   Q. The cables were made for safety, correct, for
```

DEPAOLO-CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                    9/12/2003

24
KOUSTMER  -  BEVI ACQUA  -  3/26/03

```
 1      someone to grab in case they started to fall?
 2   A. Yes.
 3   Q. Were any warnings given to you by Hanes Supply
 4      concerning the cables?
 5   A. No.
 6   Q. Did you tell Bill Hanes how long you guys
 7      expected these cables to last?
 8   A. Basically what we were doing at the time was
 9      we were building equipment with million mile
10      equipment and when we put anything on the
11      equipment it was to last the life of the
12      equipment.
13   Q. Correct, okay.  Life of the equipment is what
14      you would say is a million miles?
15      MR. PAULUS:  I don't think he was finished
16      with his answer.
17   Q. I'm sorry.
18   A. Specifically, I mean, if you're asking did we
19      tell them it needed to last five, ten years,
20      fifteen years, no.  It was to last the life of
21      the equipment.
22   Q. Did you tell him how long the life of the
23      equipment was?
```

DEPAOLO-CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                    9/12/2003

25
KOUSTMER  -  BEVI ACQUA  -  3/26/03

```
 1    A. Basically just tell them we ran a million
 2       miles on the trucks and everything was to
 3       extend the life of the truck to make sure it
 4       reaches a million miles.  We never
 5       specifically said you know, years, two years,
 6       three years, ten years, fifteen.  We never got
 7       into that specifically.
 8    Q. Okay, but when you told him that it was
 9       supposed to last the life of the truck which
10       was a million mile truck, how would he know
11       how long it takes to put a million miles on a
12       portable parking lot or a car carrier?
13    A. I don't know how he would know that.
14    Q. But you never told him any duration that you
15       wanted them to last?
16    A. No, just to last the life of the equipment.
17    Q. But you never told him what the life of the
18       equipment was?
19    A. Not specifically.
20    Q. Did you ever test any other types of cables or
21       is this the only one that you -- one that you
22       used?
23    A. This is the only one we used.
```

DEPAOLO-CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York 14202

26
KOUSTMER  -  BEVI ACQUA  -  3/26/03

```
1    Q. If you look in Plaintiff's Exhibit R and S, it
2       looks like order forms from Hanes Supply,
3       purchase order forms and there is also
4       invoices in there.
5          MR. PAULUS:  If I can interrupt you, our
6       copy of Exhibit R does not show the date.  It
7       says 12/7 and then the year is cut off.
8    Q. Unfortunately, so does mine.  Let me look at
9       another one I have here, the original.
10         MR. PAULUS:  It does say the order date in
11      a different place down in the body of it.
12   Q. Okay.  That must have been how I got it from
13      whoever sent it to me.  I think that might
14      have been Mr. Winter.  Anyway, if you look in
15      R and S, those are the cables that -- just
16      look at R.  This is the cable that you used
17      during that period of time, correct?
18   A. Yes.
19   Q. Going back to Mr. Hanes, you had these two or
20      three meetings and it's your testimony that he
21      was the one that picked out the material, the
22      galvanized steel, right?
23   A. Yes.
```

DEPAOLO-CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                    9/12/2003

                                                        27
                            KOUSTMER  -  BEVI ACQUA  -  3/26/03


          1      Q. And he's the one that picked out the coating,

          2         the PVC, correct?

          3      A. Yes.

          4      Q. You picked out the color?

          5      A. And the length.

          6      Q. Yellow.  He's the one that picked out the

          7         swedged design, not an eyebolt design?

          8      A. Yes.

          9      Q. And then you put them on starting when?  You

          10        said you met with him sometime in '94.  When

          11        did you start?

          12     A. It was in '94.  I can't pinpoint the exact

          13        date.  June, May.

          14     Q. June or May of '94?

          15     A. Yes.

          16     Q. And from that date on until '97, whatever was

          17        built was provided with Hanes Supply cables

          18        which were the swedged on quarter inch

          19        galvanized steel cables, correct?

          20     A. Yes.

          21     Q. The testing that you referred to before was to

          22        put the cables on the truck and just run them,

          23        correct?




                        DEPAOLO-CROSBY REPORTING SERVICES, INC.
                        197 Delaware Avenue, Buffalo, New York 14202

       1    A. Yes.

       2    Q. Okay.  So no special testing was done, is that

       3       correct?

       4          MR. LARSON:  Object to the form.  You mean

       5       other than that?

       6    Q. Other than what he said, put them on the

       7       trucks and run the trucks.  That was the test

       8       that was done?

       9    A. The only other testing would be in the testing

      10       that Hanes Supply did on the cables.

      11    Q. That's fine.  Did you request from Hanes

      12       Supply any special testing that they do?

      13    A. I did not because he had fit it to the

      14       application.

      15    Q. Just a yes or no.  You didn't request any

      16       testing, correct?

      17    A. No.

      18          MR. LARSON:  You might want to rephrase

      19       it, Tom.

      20    Q. Did you request any type of testing from Hanes

      21       Supply?

      22    A. Originally when he came in, when he fit it to

      23       the application, he showed us the actual --


              DEPAOLO-CROSBY REPORTING SERVICES, INC.
             197 Delaware Avenue, Buffalo, New York 14202

29
              KOUSTMER  -  BEVI ACQUA  -  3/26/03

  1        what the cable was capable of doing as far as
  2        he had all his testing done on this cable and
  3        said with the swedged end with this size cable
  4        it can do approximately -- I think it was 7000
  5        to 8000 pounds as far as the strength of the
  6        cable, so the testing Hanes had done already
  7        and brought the test results into us.
  8   Q. You didn't request any test yourself?
  9   A. No other testing that we requested other than
 10        the original specifications from his testing
 11        on the first set of cables that he brought in
 12        to us.
 13   Q. Okay.  So after the first meeting it's safe to
 14        say that he came back with a set of cables to
 15        use?
 16   A. I don't know if he physically brought a set of
 17        cables, but he came back with the technical
 18        information.
 19   Q. Okay, and at that point did you ask him to do
 20        any other tests than what he told you the
 21        cables could do?
 22   A. No, we did not.
 23   Q. Did you ask him anything about corrosion or

             DEPAOLO-CROSBY REPORTING SERVICES, INC.
            197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                    9/12/2003

                                                       30
                    KOUSTMER  -  BEVI ACQUA  -  3/26/03


        1       rust as it related to the cable?

        2    A. Not specifically.

        3    Q. Did you ask for any tests for corrosion or

        4       rust as it related to the cable?

        5    A. No.

        6    Q. Did Mr. Hanes or Hanes Supply tell you

        7       anything about inspecting the cables, to

        8       inspect them or anything like that or

        9       instructions on how to inspect them?

       10    A. No.

       11    Q. So nothing was said about inspections?

       12    A. No.

       13    Q. Wait a minute.  Was anything said about

       14       inspections?

       15    A. No.

       16    Q. And it's my understanding up to the time that

       17       Commercial Carriers, Inc. closed in the fall

       18       of -- or you said September of '97, right?

       19    A. Yes.

       20    Q. There's no report of any cable breaking, is

       21       that correct?

       22    A. That's correct.

       23    Q. You would have known if a cable broke, would


                    DEPAOLO-CROSBY REPORTING SERVICES, INC.
                   197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                        9/12/2003

1      you not?

2      A. Yes, I would have.

3      Q. So there is no replacement cables being used

4         in the system up to September of '97?

5            MR. PAULUS:  Object to the form.

6      Q. Was there any replacement cables that you know

7         of being used in the system up to September of

8         '97?

9      A. Not that I'm aware of, no.

10           MR. KOUSTMER:  I think that's all I have.

11        I'm sure Mr. Paulus might have some questions

12        for you.

13

14        EXAMINATION BY MR. PAULUS:

15     Q. I do.  I'm Craig Paulus and I work for Hanes

16        Supply.  Before I forget to ask this, Mr.

17        Dziadaszek told us that there were some Hanes

18        Supply books sitting on the shelf.  Do you

19        recall if they were these little books that's

20        called rigger's handbooks or if they were

21        catalogues like these big books?  Do you

22        remember those?

23     A. Sitting on our shelves?

                                                              32
                        PAULUS  -  BEVIL CQUA  -  3/26/03

     1      Q. At CCI in the time period we're talking about?

     2      A. Not the little books, but the Hanes Supply

     3         catalog, yes.

     4      Q. Okay, and did Bill, when he met with you, Bill

     5         Hanes, did he bring anything like this, like a

     6         catalog or rigger's handbook?

     7      A. He brought technical data with him.  I don't

     8         know specifically what book it was, but he did

     9         bring all the technical data with him.

    10      Q. Do you remember if they were mill test

    11         certificates that showed the breaking

    12         strength?

    13      A. They had strengths in them so you could see

    14         what the strengths of the cables were.

    15      Q. Okay.  Was it like a chart that showed the

    16         strengths?

    17      A. Yes, the various size cables and what the

    18         strengths were.

    19      Q. Do you remember the -- exactly the month in

    20         1994 when you -- I believe you left purchasing

    21         and you went into the engineering department

    22         at CCI?

    23      A. Oh boy.  It was mid-year.  I can't tell you

                    DEPAOLO-CROSBY REPORTING SERVICES, INC.
                  197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                      9/12/2003

                                                          33
                            PAULUS  -  BEVIL CQUA  -  3/26/03

          1        the exact date.  It definitely was '94.  It
          2        was -- I want to say May, June '94.  I might
          3        be missing --
          4     Q. When you changed into the engineering
          5        department from purchasing did you keep doing
          6        any purchasing for the purchasing department?
          7     A. Well, I was well versed in dealing with all
          8        the vendors and in dealing with the vendors we
          9        would bring the vendor in to fit various
         10        components for application, so I would bring
         11        the vendors in when I was in purchasing and
         12        they would meet with someone from the
         13        engineering staff and we would go over what
         14        the parameters were for the application and
         15        then the vendor would fit their product for
         16        the application.
         17     Q. Now, the engineering department, were you
         18        located at the Walden Avenue address?
         19     A. Yes.
         20     Q. And when these cables -- you started ordering
         21        them and I say you.  Let me rephrase that.
         22        When CCI began ordering cables in bulk to be
         23        installed on all the trucks were they

                    DEPAOLO-CROSBY REPORTING SERVICES, INC.
                   197 Delaware Avenue, Buffalo, New York 14202

PAULUS  -  BEVIL CQUA  -  3/26/03

```
 1        installed at the Lein Road facility of Murray

 2        Recon?

 3    A. Yes, but could some be installed at the Walden

 4        Avenue?  Very few, but you would have had some

 5        done there.

 6    Q. But the engineering department was at Walden,

 7        most of them were installed at Murray Recon

 8        and when CCI placed an order for cables from

 9        CCI to be installed on the trucks would you

10        have Hanes ship them straight to Murray Recon

11        not on Lein Road?

12    A. It could have went to both places, but I would

13        say the majority would be in lots based on

14        volume.  We would set up blanket orders and

15        have releases and the majority of them would

16        go to Lein Road, but you may have some that

17        could have shipped to Walden Avenue, but I

18        would say the majority would go to Lein Road.

19    Q. I'm going to show you some exhibits that I

20        have marked Bevilacqua A through G.  I have

21        sent these to all the attorneys in this case

22        in preparation for today and I'll represent I

23        think there's one page, maybe two that I
```

DEPAOLO-CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                    9/12/2003

                                                              35
                        PAULUS  -  BEVIL CQUA  -  3/26/03

      1          hadn't previously disclosed which I described
      2          in a letter and that can supplement my
      3          discovery responses.
      4             I want to direct your attention to that
      5          first exhibit, Exhibit A.  You might not
      6          recognize this document, but I want you to
      7          focus on the description of the product there.
      8          It's a one end G-414 thimble.  Other end with
      9          3/8th's by 6 inch G and EG-277 turnbuckle
     10          measure, etcetera, etcetera.  This is an order
     11          in 1993.  Does this -- and if you look at the
     12          next couple of pages you'll see they describe
     13          different lengths of this 3/8th inch cable and
     14          the second page describes it as 3/8th's inch
     15          coated yellow galvanized aircraft cable.  Does
     16          that sound like it's either for the Japanese
     17          or Belgium units, one of those two units?
     18     A. I can't tell you specifically from just
     19          looking at this whether it's for that unit or
     20          not.
     21     Q. Was this placed at a time you were in
     22          purchasing?
     23     A. Yes, but I didn't do -- there was four

 1        purchasing agents.

 2    Q.  If you look at Exhibit B, this is an order or

 3        the invoice was sent on 7/11/1994.  That's for

 4        3/16th stainless steel cable, nylon coated.

 5        Do you remember when that was placed or do you

 6        remember what the application was for that

 7        cable?

 8    A.  It was a 3/16th cable and it was stainless

 9        steel.

10    Q.  And if you notice on the first page, it

11        describes it as 44 and a half inches for two

12        units.  The second page 64 and a half inches

13        and the third page 68 and a half inches and

14        then the next page 81 and a half inches.

15        These had snaps on each end.  Do you remember

16        what these cables were for?

17    A.  I do not.  Just from looking at this date I

18        cannot place what it was exactly for.  I know

19        originally we had a 3/16th cable that came in

20        that when we did the eyebolts and the thimbles

21        with the cable clamps it was a thinner cable.

22        It was not as thick as the cable that we use

23        with Commercial Carriers that physically went

0326FER2.V1                                                          9/12/2003

PAULUS - BEVIL CQUA - 3/26/03

```
 1        on the trucks.  We used that when we first did
 2        the first layout to show what we were looking
 3        for, just kind of copying off what other
 4        customers did with the cable clamps and that.
 5        Prior to bringing Bill in we did start with
 6        the thinner cable but it never made its way on
 7        the truck.
 8   Q. Right, and that was based on feel.  You could
 9        get a better grip on a quarter inch cable than
10        a smaller cable?
11   A. Yes.  With the coating it brought it up to
12        5/16th, so you could get a better grip, yes.
13   Q. I want to direct your attention to Exhibit
14        Bevilacqua C.  The first page of this exhibit
15        you'll notice it says it's ordered by Mike B.
16        Is that you?
17   A. I would say yes.
18   Q. And this is in October of 1994.  At that time
19        you were in engineering, right?
20   A. Yes.
21   Q. This is -- the inside salesperson indicates
22        WCH, William C. Hanes?
23   A. Yes.
```

DEPAOLO-CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                                 9/12/2003

PAULUS  -  BEVIL CQUA  -  3/26/03

```
 1    Q. And do you think this is maybe the first four
 2       quarter inch cables that he made for you to
 3       take a look at?
 4    A. I would say yes, but this date, there could
 5       have been -- I'm guessing at the date, but
 6       this is the cable.
 7    Q. It's the right time period, roughly?
 8    A. Yes, but it doesn't tell you what ends are on
 9       the cable.
10    Q. If you look at the third page, there's a
11       description quarter inch by 118 -- quarter
12       inch by 128 inch TS to TS.  That's threaded
13       stud to threaded stud, wire rope assembly
14       coated to 5/16th.  Does that match the
15       description of the cables that you looked at?
16    A. Yes.
17    Q. This doesn't describe --
18    A. That matches the description of the cables
19       that Bill Hanes brought in to us.
20    Q. Okay, and if you look at Exhibit Bevilacqua D,
21       that looks like it's the invoice for those
22       four pieces that we just looked at and that
23       are described in Exhibit E?
```

0326FER2.V1                                                    9/12/2003

                                            39
                        PAULUS  -  BEVIL CQUA  -  3/26/03

        1       A. Looks like a packing slip.

        2       Q. Yes.  That the same quarter inch by 128 inch

        3          length, wire rope assembly?

        4       A. Yes.

        5       Q. And you call this a packing slip.  Is this

        6          something that would come in when the cables

        7          came in?

        8       A. The packing slip comes when you have goods and

        9          merchandise come in, a packing slip comes with

       10          it.

       11       Q. Okay.

       12       A. But this would be something that I would never

       13          see.

       14       Q. All right, but based on when you worked in

       15          purchasing, packing slips came in to

       16          purchasing, right?

       17       A. Yes.  No packing slips came in to our accounts

       18          payable.

       19       Q. Okay.  Now, looking at Exhibit Bevilacqua E,

       20          this is another order that you placed at

       21          roughly the same time, October.  It looks like

       22          it was shipped on October 4th, 1994 and if you

       23          look at the second page they're described as

                                              40
                          PAULUS - BEVIL CQUA - 3/26/03


        1        eighth inch coated cables.  Those are the
        2        cables that you decided were too small, you
        3        couldn't get a good handhold on?
        4     A. Yes, the 3/16th's.  That's with the coating.
        5        That's the size with the coating on it would
        6        be 3/16th's.
        7     Q. Is that what you assessed and thought this
        8        doesn't have the good feel that if you're
        9        trying to grab hold of it as a safety cable?
       10     A. Yes.
       11     Q. And Exhibit Bevilacqua F looks like it's a
       12        purchase order for those eighth inch safety
       13        cables and they're described as safety cables,
       14        is that correct?
       15     A. Yes.
       16     Q. Would you see these purchase orders for safety
       17        cables?  You said you wouldn't see a packing
       18        slip.
       19     A. I wouldn't see the purchase order either.
       20     Q. But you ordered the ones that are described in
       21        Exhibit E?
       22     A. Right.  I would verbally place -- and in this
       23        particular case I verbally made the call,


                    DEPAOLO-CROSBY REPORTING SERVICES, INC.
                   197 Delaware Avenue, Buffalo, New York 14202

                    PAULUS  -  BEVIL CQUA  -  3/26/03

      1        but then as the purchase order would be

      2        formalized by the purchasing department.

      3   Q. And the same on Exhibit C.  You ordered those

      4        four units that were quarter inch, Exhibit C.

      5   A. Yes.

      6   Q. Exhibit C, those quarter inch cables, there

      7        are four of them that you ordered and they

      8        were shipped to you on 10/5/1994?

      9   A. Yes.

     10   Q. You got four cables?

     11   A. Yes.

     12   Q. I want you to look at Exhibit Bevilacqua G.

     13        Is this another packing slip?

     14   A. That's an invoice.

     15   Q. Okay.  This says it's ordered by Mike Parker.

     16        Is that someone who worked in engineering or

     17        purchasing?

     18   A. Mike Parker was -- he worked in engineering.

     19   Q. And the description of the work here is to

     20        rework the quarter inch -- the description of

     21        the work is to rework the quarter inch by 128

     22        inch wire rope to a 125 inches with a new

     23        stud.  Is that correct?


              DEPAOLO-CROSBY REPORTING SERVICES, INC.
            197 Delaware Avenue, Buffalo, New York 14202

                                                         42
                    PAULUS  -  BEVIL CQUA  -  3/26/03

     1      A. That's what it says, yes.

     2      Q. Do you remember when this happened in October

     3         were you involved in that?

     4      A. Yes.

     5      Q. Was Mike Parker involved in the development of

     6         these cables?

     7      A. No.  Mike Parker was a draftsman or a cad

     8         operator.  He would basically detail to come

     9         up with the final lengths that fit between the

    10         cable posts.

    11      Q. So it was CCI that decided you wanted them

    12         shortened from 128 to 125?

    13      A. Yes.

    14      Q. When I look at this the number is 26.  There

    15         are 26 pieces, right?

    16      A. Yes.

    17      Q. That needed to be reworked?

    18      A. Yes.

    19      Q. If I look at Exhibit C, Hanes had only shipped

    20         you four quarter inch cables.  Where did the

    21         other 22 come from?

    22         MR. LARSON:  I'll object to that because

    23         we're not sure we have all of the documents

               DEPAOLO-CROSBY REPORTING SERVICES, INC.
              197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                9/12/2003

43
PAULUS  -  BEVIL CQUA  -  3/26/03

```
 1        that show all of the shipments, at least

 2        before the witness.  So I don't know how he

 3        could answer that question, but --

 4             MR. KOUSTMER:  I just said I'll join in

 5        the objection.

 6   Q. Do you have any idea, assuming that I'm

 7        representing to you all the orders for quarter

 8        inch cables that were up until this point of

 9        Exhibit G, where these other 22 cables could

10        have come from?

11             MR. LARSON:  Same objection.

12             MR. KOUSTMER:  Same objection.

13   A. We only purchased cables from Hanes Supply.

14        There is nowhere else that we ever purchased

15        cables that I'm aware of.

16   Q. Did you direct Mike Parker to contact Hanes

17        Supply to request that cables be reworked and

18        shortened?

19   A. Yes.

20   Q. Were they shortened to reduce the amount of

21        sway?

22   A. No.  They were shortened -- when you drive a

23        car on the head rack you either back in or
```

0326FER2.V1                                                      9/12/2003

                                              44
                      PAULUS  -  BEVIL CQUA  -  3/26/03

    1        drive it in and you have to just accommodate

    2        where the ladders are for the guy to climb up

    3        the side of the head rack, so sometimes you

    4        have to shorten it to make sure you have

    5        proper door openings for the car or lengthen

    6        it to make sure the guy climbing the side of

    7        the unit, there's a substantial opening, so he

    8        can get in on to the top of the head rack.

    9   Q. So you would want to lengthen it so it's

   10        easier to get out of the cargo unit doors,

   11        right?

   12   A. It's for positioning of the vehicle.  You

   13        would position the cables so it would be the

   14        best for the driver to get up and down the

   15        vehicle itself and also to open and close the

   16        vehicle that was on there to get in and out of

   17        the car also.

   18   Q. So CCI decided how long the cable should be

   19        and how much --

   20   A. No.  CCI decided how long the cables should be

   21        and what color the cables should be.  Bill

   22        Hanes decided what cable should be used in

   23        this particular application's fit based on us

                  DEPAOLO-CROSBY REPORTING SERVICES, INC.
                 197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                    9/12/2003

LARSON  -  BEVIL CQUA  -  3/26/03

```
 1        showing him the application, just like every

 2        other vendor does for us, cylinders, valves.

 3        We build valve stands, cylinder stands and

 4        then the vendor fits the application.

 5   Q. Okay.  What I'm getting at, CCI chose the

 6        length, right?

 7   A. Yes.

 8   Q. How did you decide how high to make the posts?

 9   A. As far as how high to make the posts, that

10        would have been decided by our engineering

11        department which would have been, I believe at

12        the time, would have been Dave Phillips.

13        There's a minimum requirement that you can't

14        exceed 13'6" because of the bridges.

15   Q. Bridges and clearance?

16   A. Right.

17        MR. PAULUS:  I think that's all I have.

18

19        EXAMINATION BY MR. LARSON:

20   Q. I have a few questions.  First off, with

21        respect to Bevilacqua Exhibit F, there's a

22        reference to safety cables that are 1/8th

23        inch to 3/16th's.  Do you know what, if any,
```

DEPAOLO-CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                        9/12/2003

LARSON  -  BEVIL CQUA  -  3/26/03

```
 1        application these cables would have been put
 2        to?
 3     A. That size cable never made its way on one of
 4        the rigs.  It was a cable that we brought in.
 5        Originally we were looking at using thimbles,
 6        eyebolts and cable clamps and we brought that
 7        in and kind of made a layout but never put it
 8        on a rig.
 9     Q. The drawing that is depicted in Exhibit Q, is
10        this a drawing that would have been developed
11        by the engineering department at Commercial
12        Carriers?
13     A. Yes.
14     Q. And this depicts the dimensions and the type
15        of cable and the fitting that was to be used
16        for the safety cables on the head rack?
17     A. Yes.
18     Q. Would there have been different drawings that
19        would depict different lengths of the cables
20        depending upon which particular model of
21        trailer you were building?
22     A. Yes.
23     Q. Would the information set forth in the boxes
```

0326FER2.V1                                                    9/12/2003

47
LARSON  -  BEVIL CQUA  -  3/26/03

1           under the parts where, for example, the 1/4,

2           5/16th times 7 by 19 GAC yellow coated cable

3           is called out on the materials list, among

4           other things, would that information and this

5           drawing have been worked up by the engineering

6           department after you had received the

7           information back from Mr. Hanes as to the

8           specific type of cable that had the fitting

9           that he was recommending?

10    A. Yes.

11    Q. Now, when you were going about this process

12          selecting the cables to be used that you

13          described was Mr. Hanes advised that cost was

14          a factor?

15    A. No.

16    Q. Was cost a factor?

17    A. No, cost was not a factor.

18    Q. Had Mr. Hanes come to you and said I

19          recommend, for example, stainless steel, but

20          it's more expensive than the galvanized cable,

21          what would you have done at that point?

22          MR. PAULUS:  Object to the form.

23    Q. Had you received that information?

DEPAOLO-CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                    9/12/2003

48
LARSON  -  BEVIL CQUA  -  3/26/03

1          MR. KOUSTMER:  Objection.

2     Q. Do you understand my question?

3     A. Yes.  We would have followed the vendor's

4        specifications.  We are not the experts by far

5        on these cables, nor are we the expert with

6        valves or cylinders.  When our vendor comes in

7        and fits for application we follow his

8        guidelines.

9     Q. You mentioned that Mr. Hanes brought with him

10        some information that talked about the various

11        physical properties of some of the cables that

12        they sold.  Do you recall that testimony?

13    A. Yes.

14    Q. Mr. Paulus recently produced various documents

15        in response to a document request, one of

16        which has -- appears to be catalog number

17        twelve from Hanes Supply, Inc. and do you see

18        that?

19    A. Yes.

20    Q. There is a document in that, within that group

21        of, composite group of pages that shows -- I

22        think it's page 39, galvanized aircraft cable

23        and there are various boxes on the page that

0326FER2.V1                                                    9/12/2003

49
LARSON  -  BEVIL CQUA  -  3/26/03

 1        show different sizes including 7 by 19 and
 2        breaking strength in pounds, although not
 3        necessarily the exact document that you were
 4        shown, but is this page that I'm showing you
 5        similar to what you recall Mr. Hanes bringing
 6        with him and showing to you?
 7   A.  Yes.
 8   Q.  We'll mark this Bevilacqua H, just for
 9        identification.
10
11        The following were marked for identification:
12        Exhibit Bevilacqua H        Document
13
14   Q.  I have placed that sticker on that particular
15        document.
16   A.  Yes.
17   Q.  As to the use of yellow coated cable, when you
18        requested from Hanes Supply that they provide
19        to you this cable with the yellow coating, did
20        Mr. Hanes or anyone from Hanes Supply voice
21        any concerns that they had about the use of a
22        colored cable?
23   A.  No.

DEPAOLO-CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                          9/12/2003

        1       Q. Concerns of any type?

        2       A. No.

        3       Q. Did Mr. Hanes make you aware of the fact that

        4          different colors were available for the

        5          coatings?

        6       A. Yes.

        7       Q. Was Mr. Hanes made aware of the fact that the

        8          cables at one end were installed on the

        9          trailer would not be pulled tight between the

       10          posts but would rather have a -- be slightly

       11          loose?

       12       A. Yes.  We needed to have that to be able to

       13          accommodate for door openings on vehicles.

       14       Q. All right.

       15       A. That was one of the main fitting for the

       16          application when we showed the application,

       17          that you needed to open car doors.

       18       Q. And did Mr. Hanes express any concern to you

       19          about the fact that the cables would be

       20          installed in that fashion?

       21       A. No.

       22       Q. Was it your expectation, Mr. Bevilacqua, that

       23          the cable and the fittings and the use of the

                  DEPAOLO-CROSBY REPORTING SERVICES, INC.
                 197 Delaware Avenue, Buffalo, New York 14202

LARSON  -  BEVIL CQUA  -  3/26/03

1        sweging technique, all of which Mr. Hanes had

2        recommended, was it your expectation that that

3        application was appropriate for the purpose to

4        which you intended it?

5   A. Yes.

6        MR. KOUSTMER:  Objection to form.

7        MR. PAULUS:  Objection to the form.

8   Q. Did you have an expectation, based upon

9        information you provided Mr. Hanes and the

10       information he came back to you, as to whether

11       or not the recommendation he made was

12       appropriate for the use which you intended for

13       these cables?

14       MR. KOUSTMER:  Objection.

15  A. Yes.

16  Q. Did you rely upon their expertise in making

17       the selection that you did?

18       MR. KOUSTMER:  Objection.

19  A. Yes.

20  Q. Did you have any expectations as to whether

21       the cable system proposed by Mr. Hanes would

22       comply with the requirement that you had that

23       the cable system be one that would last the

DEPAOLO-CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                              9/12/2003

                                                          52
                     KOUSTMER  -  BEVI ACQUA  -  3/26/03


     1       life of the trailer?

     2            MR. KOUSTMER:  Objection.

     3            MR. PAULUS:  Object.

     4     Q. You may answer.

     5     A. Yes.

     6            MR. LARSON:  That's all the questions I

     7       have.

     8

     9

    10       REEXAMINATION BY MR. KOUSTMER:

    11     Q. I have one or two questions here.  Back to the

    12       pricing that Mr. Larson asked you some leading

    13       questions about.  Was that your decision and

    14       your position or would that be someone else in

    15       the company concerning what these were going

    16       to cost?

    17            MR. LARSON:  Object to the form of the

    18       question.  It was argumentative.

    19     Q. Go ahead.

    20     A. Yes, that would be my decision.

    21     Q. So you were the one deciding if the cost was

    22       okay what these cost or would that have to go

    23       up through the company and be decided by Mr.




                DEPAOLO-CROSBY REPORTING SERVICES, INC.
              197 Delaware Avenue, Buffalo, New York 14202

KOUSTMER - BEVI ACQUA - 3/26/03

```
 1        Terzian or Mr. Fortuna?
 2     A. I mean, Vince made the final decisions, but as
 3        far as spec'ing a cable, if it was $50 or
 4        $200, at that level I could make that
 5        decision.
 6     Q. So you could make that decision?
 7     A. Yes.
 8     Q. Were you provided any alternatives as to cost
 9        or is this the only cost you were provided for
10        these cables?
11     A. We really never looked at the cables for cost,
12        truthfully.  We never looked for them for
13        cost.
14     Q. And you never told Mr. Hanes anything about
15        cost?
16     A. No.
17     Q. One way or the other?
18     A. No.
19     Q. They had to be, so you didn't even discuss
20        cost with Mr. Hanes when he came over to talk
21        to you about cables?
22     A. Of course we discussed cost.
23     Q. What did you tell him?
```

DEPAOLO-CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York 14202

                                                        54
                          PAULUS  -  BEVIL CQUA  -  3/26/03


     1    A. I told him no problem.  Send them over.  Ship
     2       them.  I mean, he basically -- he's selling a
     3       product, so definitely we did talk about cost
     4       but it wasn't send me the cheaper ones because
     5       -- it wasn't about price.  It was about
     6       safety.
     7    Q. So you had no discussions with him about price
     8       prior to him making this recommendation to you
     9       and telling you at that time what the price
    10       would be?
    11    A. No.
    12    Q. That's your testimony, is that correct?
    13    A. Yes.
    14         MR. KOUSTMER:  That's all I have.
    15

    16

    17       REEXAMINATION BY MR. PAULUS:
    18    Q. I promise I only have one more question.  When
    19       you were meeting with Bill Hanes and talking
    20       about cost or not talking about, did you ever
    21       tell him that Hanes Supply is the only show in
    22       town and we're not going to price shop this,
    23       you know?


              DEPAOLO-CROSBY REPORTING SERVICES, INC.
             197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                        9/12/2003

                                                        55
                       PAULUS  -  BEVIL CQUA  -  3/26/03


        1    A. We never talked about cost.  I mean, never.

        2        Not competitive cost.  We talked about a cost,

        3        here's what this would be.  Okay, let's go

        4        with it.  We never compared price.  It was

        5        always Hanes Supply for all the cables.

        6           MR. PAULUS:  Okay.  I think that's all I

        7        have.

        8           MR. KOUSTMER:  That's all I have.

        9           MR. LARSON:  I have no further questions.

       10        What we had talked about while you were off

       11        the phone was that we'll submit these

       12        depositions to the witnesses for review and

       13        signature.  If it's agreeable with everyone,

       14        if they're not signed within 30 days of trial

       15        they can be used as if signed.

       16           MR. KOUSTMER:  Well, yes.

       17

       18           (Whereupon, the deposition concluded)

       19              *          *          *

       20

       21

       22

       23



                  DEPAOLO-CROSBY REPORTING SERVICES, INC.
                  197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                              9/12/2003

                                                                    56

```
 1                E X H I B I T S

 2      EXHIBIT              DESCRIPTION          PAGE

 3      Bevilacqua H      Document  ............ 49

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
```

DEPAOLO-CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                          9/12/2003

```
 1       CASE NAME: Ferguson v Ryder, et al.
         DEPONET:_____ DATE
 2       TAKEN:_____ STATE OF   )
                 SS:
 3       COUNTY OF  )
         I wish to make the following changes, for the
 4       following reasons:
         PAGE  LINE    CHANGE:
 5
                 CHANGE:
 6               REASON:

 7               CHANGE:
                 REASON:
 8
                 CHANGE:
 9               REASON:

10               CHANGE:
                 REASON:
11
                 CHANGE:
12               REASON:

13               CHANGE:
                 REASON:
14
                 CHANGE:
15               REASON:

16               CHANGE:
                 REASON:
17
                 CHANGE:
18               REASON:

19               CHANGE:
                 REASON:
20
         Signature:_____
21       Subscribed and sworn to before me this
         ____day of _____2003
22
         _____ Notary Public
23
```

DEPAOLO-CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York 14202

0326FER2.V1                                                    9/12/2003

                                                    58


 1        STATE OF NEW YORK)

 2

 3                    )  ss.

 4

 5        COUNTY OF ERIE   )

 6

 7

          I, Rebecca Lynne DiBello, Notary Public, in
 8     and for the County of Erie, State of New York,
       do hereby certify:
 9

10        That the witness whose testimony appears
       hereinbefore was, before the commencement of
11     their testimony, duly sworn to testify the
       truth, the whole truth and nothing but the
12     truth; that said testimony was taken pursuant
       to notice at the time and place as herein set
13     forth; that said testimony was taken down by
       me and thereafter transcribed into
14     typewriting, and I hereby certify the
       foregoing testimony is a full, true and
15     correct transcription of my shorthand notes so
       taken.
16

17        I further certify that I am neither counsel
       for nor related to any party to said action,
18     nor in anyway interested in the outcome
       thereof.
19

20        IN WITNESS WHEREOF, I have hereunto
       subscribed my name and affixed my seal this
21     _____ day of _____, 2003.

22
                         ----------------------
23                       Rebecca Lynne DiBello




                DEPAOLO-CROSBY REPORTING SERVICES, INC.
               197 Delaware Avenue, Buffalo, New York 14202