UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID FERGUSON, et al.

        Plaintiff,

                                                    C-1-02-039

  -v-

RYDER AUTOMOTIVE, et al.,                Judge Weber

        Defendants.

<u>NOTICE OF THE FILING OF THE DEPOSITION OF JAMES M. DZIADASZEK</u>

Now comes Plaintiff, David Ferguson, by and through his undersigned counsel and hereby gives notice of the filing of the deposition of James M. Dziadaszek.

                                                      Respectfully submitted,

 

_____
Thomas R. Koustmer   (0008410)
1800 Federated Building
7 West Seventh Street
Cincinnati, Ohio 45202
(513) 621-3616


_____
Michael J. Honerlaw, Esq.
Attorney for Plaintiff
Honerlaw & Honerlaw Co., L.P.A.
9227 Winton Road
Cincinnati, Ohio  45231

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was sent by electronic transmission or ordinary U.S. Mail to the following this _____ day of September, 2003.

Kenneth Robert Schoeni
Kohnen & Patton
PNC Center, Suite 800

201 E. 5th Street
Cincinnati, Ohio 45202
(513) 381-0656
Attorney for Defendants, Ryder System Inc;
and Commercial Carriers, Inc.

David E. Larson
Larson & Larson PC
11300 Tomahawk Creek Parkway, Suite 310
Leawood, KS 66211
Attorney for Defendants Ryder System Inc.,
And Commercial Carriers, Inc.

Robert Albert Winter, Jr.
Hemmer Spoor Pangburn DeFrank & Kasson PLLC
250 Grandview Dr., Suite 200
Ft. Mitchell, KY 41017
(859) 344-1188
Attorney for Defendants, Allied Systems and
Allied Automotive Group

Craig R. Paulus, Esq.
Taft, Stettinius & Hollister LLP
425 Walnut St., Suite 1800
Cincinnati, Ohio 45202-3957
Attorney for Defendant Hanes Supply, Inc.

gray