UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID FERGUSON, et al.

        Plaintiff,

                                                  C-1-02-039

  -v-

RYDER AUTOMOTIVE, et al.,                Judge Weber

        Defendants.

<u>NOTICE OF THE FILING OF THE DEPOSITION OF JAMES M. DZIADASZEK</u>

  Now comes Plaintiff, David Ferguson, by and through his undersigned counsel and hereby gives notice of the filing of the deposition of James M. Dziadaszek.

                                        Respectfully submitted,

                                        <u>s/Thomas R. Koustmer</u>
                                        Thomas R. Koustmer   (0008410)
                                        Attorney for Plaintiffs
                                        1800 Federated Building
                                        7 West Seventh Street
                                        Cincinnati, Ohio  45202
                                        (513) 621-3616
                                        Email: plpaige@aol.com

                                        <u>s/Michael J. Honerlaw</u>
                                        Michael J. Honerlaw  (0034469)
                                        Attorney for Plaintiff
                                        Honerlaw & Honerlaw Co., L.P.A.
                                        9227 Winton Road
                                        Cincinnati, Ohio  45231