0326FER1.V1                                        9/12/2003

1

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF OHIO

3                   WESTERN DIVISION

4      ----------------------------------------------

5      DAVID FERGUSON, et al.,

6              Plaintiffs,

7       -vs-

8      RYDER AUTOMOTIVE CARRIER SERVICES, INC.,
       et al.,
9
               Defendants.
10     ----------------------------------------------

11              Deposition of JAMES M. DZIADASZEK, held

12     before Rebecca L. DiBello, Notary Public, at

13     the offices of DePaolo-Crosby Reporting

14     Services, 197 Delaware Avenue, Buffalo, New

15     York, on Wednesday, March 26th, 2002 at 9:30

16     AM pursuant to notice.

17

       APPEARANCES: THOMAS R. KOUSTMER, ESQ.
18                   (Via telephone)
                     7 West 7th Street, Suite 1800
19                   Cincinnati, Ohio  45202
                     (513) 621-3616
20                   Attorneys for the Plaintiffs.

21

22

23

              DEPAOLO - CROSBY REPORTING SERVICES, INC.
           197 Delaware Avenue, Buffalo, New York  14202

0326FER1.V1                                                           9/12/2003

2

```
1          APPEARANCES (CONTINUED):

2                          LARSON & LARSON
                           BY: DAVID E. LARSON, ESQ.,
3                          11300 Tomahawk Creek Parkway,
                           Suite 310
4                          Leawood, Kansas   66211
                           (913) 253-3100
5                          Fax: (913) 253-3109
                           Attorneys for Commercial
6                          Carriers, Inc.

7                          TAFT, STETTINIUS &
                           HOLLISTER, LLP
8                          BY: CRAIG R. PAULUS, ESQ.,
                           425 Walnut Street, Suite 1800
9                          Cincinnati, Ohio  45202
                           (513) 357-9633
10                         Fax: (513) 381-0205
                           Attorneys for Haynes Supply.

11

12         ALSO PRESENT:   PETER J. TERZIAN, JR.
                           Corporate Representative,
13                         Commercial Carriers, Inc.

14

15

16

17

18

19

20

21

22

23
```

DEPAOLO - CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York  14202

3

```
 1        THE REPORTER:  Gentlemen, will this be usual
 2     stipulations?
 3        MR. LARSON:  This will be conducted pursuant
 4     to the U.S. District Court for the Southern
 5     District of Ohio.
 6

 7

 8        J A M E S  M.  D Z I A D A S Z E K
 9     19 Briggs Drive, Orchard Park, New York
10     14127, having been first duly sworn, was
11     examined and testified as follows:

12

13     EXAMINATION BY MR. KOUSTMER:
14     Q. What is your date of birth?
15     A. 12-18-47.
16     Q. And where do you currently work?
17     A. I currently work for what is known as the New
18        Delavan.
19     Q. Where are they located?
20     A. 199 Lein Road, West Seneca, New York 14224.
21     Q. And what do they do?   Strike that.  What do
22        you do for them?
23     A. I'm the aftermarket parts sales manager.
```

DEPAOLO - CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York  14202

0326FER1.V1                                                          9/12/2003

4

```
 1     Q. How long have you had that position?
 2     A. Just over four years.
 3     Q. And where were you before then?   Where did
 4        you work?
 5     A. I spent a year in field support with Allied.
 6     Q. What did that entail, field support?
 7     A. I was setting up parts rooms in the
 8        transition.  Allied had acquired the Ryder
 9        Auto Carrier Services Division and in the
10        transition I was up a division level of Ryder.
11        I was brought over to Allied and I was helping
12        to make the transition in the shops in the
13        parts departments, bringing their stockrooms
14        over and setting it up on what they refer to
15        -- Allied refers to as MCMS.  It's a
16        maintenance control management system,
17        inventory control.
18     Q. Where did you work prior to that?
19     A. Delavan Industries.  Excuse me.  Ryder
20        Automotive Carrier Division.
21     Q. Okay.  What did you do for them?
22     A. I was a field services manager with them.
23     Q. What is that?
```

0326FER1.V1                                                    9/12/2003

5

```
 1    A. I was doing hydraulic training and hydropack
 2       training. I was a trainer.
 3    Q. How long did you do that job?
 4    A. From late '94 through the sale which was in
 5       late '97.
 6    Q. So after the sale in '97 is when you went to
 7       Allied?
 8    A. That's correct.
 9    Q. Worked there for approximately a year?
10    A. Yes.
11    Q. Correct?
12    A. Yes.
13    Q. And then from there you went to the New
14       Delavan?
15    A. That's correct.
16    Q. And that would have been in '98, '99?
17    A. January of '99.
18    Q. January of '99?
19    A. Yes.
20    Q. Prior to '94 where did you work?
21    A. I worked for Delavan Industries.
22    Q. What did you do for them?
23    A. I was in the engineering department and I was
```

DEPAOLO - CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York  14202

6

```
 1        the engineering manager for a period of time.
 2    Q. How long were you the engineering manager?
 3    A. Ten or twelve years.
 4    Q. Okay, and prior to being the engineering
 5        manager did you work as an engineer in their
 6        place?
 7    A. Yes.  As a designer, engineer, yes.
 8    Q. What type of educational background do you
 9        have?
10    A. I have a two year associates degree in
11        mechanical technology and a few college
12        courses beyond that and after that my
13        experience.
14    Q. You've been identified as somebody that might
15        know something about these cables that were on
16        the truck.  I gave some exhibits to Mr. Paulus
17        and he can give them to you and I think if we
18        can just start out, if you can look at
19        Exhibits A through E has some pictures of
20        different cables on the truck.
21            Do you know what we're talking about,
22        these safety cables?
23    A. I'm familiar with them, yes.
```

0326FER1.V1                                                    9/12/2003

7

```
 1    Q. How are you familiar with them, sir?
 2    A. Currently I'm familiar with them as a
 3       replacement parts sales.
 4    Q. Okay. When did you become familiar with them
 5       as replacement parts sales?
 6    A. Pardon me?
 7    Q. When did you become familiar with them as
 8       replacement parts sales?
 9    A. Really right after starting with the New
10       Delavan.
11    Q. That would be in January of '99?
12    A. Yes.  Prior to that my only knowledge of them
13       was really just seeing them on the equipment
14       because, of course, I was in the field.
15       MR. PAULUS:  I'm going to show the witness A
16       through G.
17       MR. KOUSTMER:  That's fine.
18    Q. So I understand, sir, and I wanted to show you
19       those photographs so we're talking about the
20       same thing.
21    A. Yes.
22    Q. So I understand, prior to January of '99 you
23       had nothing to do with these cables?
```

DEPAOLO - CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York  14202

8

```
 1    A. That's correct.
 2    Q. You didn't design them?
 3    A. No, sir.
 4    Q. You weren't in on or you didn't take part in
 5       any of the design of them?
 6    A. No, sir, I did not.
 7    Q. Did you know anything about them being placed
 8       on the trucks other than seeing them?
 9    A. No, I did not.  I was surprised when they
10       first were introduced.
11    Q. Okay.  Were you involved in deciding whether
12       to introduce them or not?
13    A. No, I was not.
14    Q. Do you know who was involved in that?
15    A. Probably back in the Ryder days of Vincent
16       Fortuna.
17    Q. Did you ever talk to Mr. Fortuna about that?
18    A. No, I did not.
19    Q. Did you ever talk to Mr. Terzian about it?
20    A. No.
21    Q. Did you ever have any conversations with a Mr.
22       Bill Hanes as it relates to these cables?
23    A. No, I did not.
```

9

```
 1     Q. Do you know who Bill Hanes is?
 2     A. I never met the gentlemen, but I'm familiar
 3        with the name, Hanes Supply.
 4     Q. Okay.  So it's safe to say that you couldn't
 5        offer any testimony about how these items got
 6        on the trucks or what design was used for
 7        them?
 8     A. That is correct.
 9     Q. Okay.  So according to what I understand from
10        Mr. Larson, your experience with them has to
11        do with replacement, correct?
12     A. Yes.
13     Q. Okay.  So in January of '99 you actually --
14        it's my understanding were working at that
15        time at the New Delavan?
16     A. Yes, that's correct.
17     Q. Is that when you came into this experience
18        with the cables?
19     A. Yes.
20     Q. Okay, and you're the marketing parts sales?
21     A. Yes.  I'm aftermarket parts manager.
22     Q. Okay.
23     A. Or aftermarket sales.
```

0326FER1.V1                                                    9/12/2003

10

```
 1    Q. If Craig in this big stack of things I gave
 2       you or gave him would turn to the answers to
 3       interrogatories at the back of Allied Systems
 4       and hand you that document.
 5         MR. PAULUS:  I'm showing the witness that
 6       document.
 7    Q. Okay.  There is a lot of receipts attached to
 8       the answers to interrogatories and if you turn
 9       to the first receipt which is the invoice
10       number 24709 I believe, correct?
11    A. I'm getting there.  Yes, I have it.
12    Q. Okay.  Now, this Delavan Industries here on
13       2/23/99, is that what you're referring to as
14       the New Delavan Industries, Inc.?
15    A. Yes, it is.
16    Q. It's called Delavan?
17    A. That's correct.
18    Q. And you were selling parts to Allied Parts
19       Connection?
20    A. Yes.
21    Q. And then they were being shipped out I guess
22       to the local?
23    A. Right.  If you read there you will see the
```

DEPAOLO - CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York  14202

0326FER1.V1                                                    9/12/2003

11

```
 1        ship to is Allied Auto Group, Janesville.
 2     Q. If we go to 24709 and actually Bob Winters got
 3        a Bates mark below one, it shows down there a
 4        part number 21403 safety cable?
 5     A. Yes.
 6     Q. Clear coated 125 foot long?
 7     A. That's inches.
 8     Q. Okay.  Are these coming from Hanes?
 9     A. Yes, they are.
10     Q. Okay.
11     A. As a matter of fact, if you look at the
12        freight type it says Haynes on the invoice.
13     Q. Are these the safety cables that are made out
14        of galvanized steel or are they made out of --
15        does it say there what these are?
16     A. It doesn't say what they're made out of, but I
17        have known them to be galvanized steel, yes.
18     Q. Clear coated, that would be the PVC coating,
19        correct?
20     A. Whatever the coating was.  I'm going to call
21        it plastic for not knowing exactly what it
22        was.
23     Q. Okay, so why would this go through Delavan
```

DEPAOLO - CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York  14202

0326FER1.V1                                                      9/12/2003

                                                    12

     1        Industries, Inc.?
     2          MR. LARSON:  Object to the form.  Lack of
     3          foundation, but if you know go ahead.
     4     A. The orders would come to us because we would
     5        know and understand the equipment itself and
     6        because we had probably first built it.  I'm
     7        sure that it's like anything else.  You go to
     8        the OEM and get replacement parts.
     9     Q. Okay.  Delavan Industries, are you saying
    10        they're the ones that first built the
    11        trailers?
    12     A. I'm saying that the New Delavan took on the
    13        name of Delavan because Delavan is a
    14        well-known entity being in business some fifty
    15        years plus and, as such, the New Delavan also
    16        acquired all the designs and rights to all the
    17        designs and it's a follow-up or carry through.
    18        Many of the personnel are the experienced
    19        people from the original Delavan.
    20     Q. Okay.  Did you ever work for Commercial
    21        Carriers, Inc.?
    22     A. Through the name changes, yes, I did.
    23     Q. When was that?


              DEPAOLO - CROSBY REPORTING SERVICES, INC.
            197 Delaware Avenue, Buffalo, New York  14202

0326FER1.V1                                                              9/12/2003

13

```
 1    A. I think when they were really involved in
 2       changing all the names was like the end of '93
 3       through I'd have to say through near the end
 4       of '94 when I moved up to division level.
 5    Q. And what did you do for them?
 6    A. Same thing.  Well, in that transitionary
 7       period after moving out of engineering before
 8       going to the field services support group I
 9       just did test loading in the field and
10       assisted in engineering and assisted where
11       needed because I was aware of this opportunity
12       opening up for me up at the division level, so
13       it was an interim for me.
14    Q. And what you referred to as the New Delavan
15       industry?
16    A. Yes.
17    Q. What relationship do they have to the old
18       Delavan, Allied, Ryder, Commercial Carriers,
19       Inc.?
20         MR. LARSON:  Object to the form.  You may
21       answer if you know.
22    A. What relationship?  A business relationship.
23    Q. Are they a subsidiary?
```

DEPAOLO - CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York  14202

0326FER1.V1                                                              9/12/2003

14

```
 1    A. No.

 2    Q. There's no cross ownership?

 3    A. Not to my knowledge.

 4    Q. Going back to this receipt from Delavan

 5       Industries, part numbers 21403, correct?

 6    A. Yes.

 7    Q. And if you look through the -- I have got them

 8       in some type of order here.  I think on the

 9       page one -- are we on the same number 25257?

10    A. Correct.

11    Q. Okay.  I show a part number 21403-A?

12    A. Okay.

13    Q. Eyebolt safety cable clear coated 125 long?

14    A. Right.

15    Q. And then if you look to the rest of these we

16       have mostly, and we can attach these to the

17       depositions, but when we come to 21403 they're

18       all A's; 21403A?

19    A. Okay.

20    Q. Which I take it is the eyebolt type of design?

21    A. Yes.

22    Q. So it looks like sometime around March of '99

23       there was a change to the eyebolt type of
```

0326FER1.V1                                                          9/12/2003

15

```
 1        design, is that correct?
 2     A. Yes.
 3     Q. Do you know why that was done?
 4     A. My only feeling on that was it was really done
 5        for takeup purposes.  We got a little more
 6        threaded rod.  We were having a lot of
 7        problems in the field of installing them and
 8        really even at Delavan installing them on the
 9        refurbs.
10           When these receivers at the stands or
11        the posts go into -- this is my understanding.
12        If they weren't positioned correctly you got a
13        little variance, so we needed more take-up
14        room.
15     Q. Was there anything being done about replacing
16        cables because they were rusting?
17     A. I personally had not heard that.  The only
18        thing I knew is that they were replacing
19        cables.
20     Q. So you knew they were replacing them?
21     A. Yeah.  Well, obviously through these invoices
22        you can see there's a number of invoices, so
23        that to me is just showing me that twelve
```

DEPAOLO - CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York  14202

0326FER1.V1                                                        9/12/2003

16

```
 1          cables on one, four, ten and twenty.  I never
 2          got into the whys or wherefores.  I was happy
 3          to be selling cables.
 4     Q. Right.  I understand, so you don't know why
 5          they were replacing them from firsthand
 6          knowledge.  You just know they were replacing
 7          them?
 8     A. Yes.
 9     Q. And they were replacing them with this eyebolt
10          design?
11     A. Yes.
12     Q. And in fact, the receipts I looked through
13          shows that after I think 3/13/99, a couple of
14          these might be out of date, I think the
15          invoice two away from here, invoice 25194 is
16          dated shipped 3/13/99.  That is the first one
17          I show for the eyebolt design, but after that
18          they're all eyebolts?
19     A. Yes.
20     Q. Are you making the original design?
21     A. No.  We only make that number.  The original
22          number without the A was discarded for all
23          intents and purposes.  It just refers us to
```

DEPAOLO - CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York  14202

0326FER1.V1                                                              9/12/2003

17

```
 1        use the A.
 2    Q. So 21403 was discarded?
 3    A. Well, in terms of that part.  We don't make
 4        that any more.
 5    Q. When did you stop making it?
 6    A. Well, based on what you think to be the first
 7        invoice showing it, 3/13/99.
 8    Q. Okay.  Are you still making the eyebolt design
 9        now?
10    A. Yes.
11    Q. 21403-A or is that changed?
12    A. No.  That's what we make.
13    Q. Are those still being ordered in the system?
14    A. Yes.
15    Q. Up to today's date?
16    A. Yes.
17    Q. Okay.  Now, if we go through here after all
18        the eyebolt safety cable ones from Delavan
19        Industries, way back Mr. Winters included some
20        from a Sharrow Company, C.S. Sharrow Company,
21        Inc.  Do you see that?
22    A. Yes, I do.
23    Q. First one Bob includes is his Bates number
```

DEPAOLO - CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York  14202

0326FER1.V1                                                          9/12/2003

18

```
 1        F00105, invoice date 11/15/00.  Who is
 2        Sycamore Parts and Logistics, Inc.?
 3    A. They're the former Allied Parts Connection.
 4        They went through a name change.  There were a
 5        lot of hard feelings within their own entity
 6        about having the same name as Allied, so they
 7        changed their name.
 8    Q. And when was that done if you know?
 9    A. I really couldn't say.  I couldn't say without
10        trying to find out or dig up a record some
11        place.
12    Q. But this one I'm looking at, invoice date
13        11/15/00, shows there's a cable being made.
14        It's nylon coated stainless steel?
15    A. Yes.
16    Q. Do you make those or do you order those?
17    A. No.  We were asked to quote on that, but we
18        were not given that business.
19    Q. Okay.
20    A. They had directed it.  Can you quote on a
21        stainless steel cable.
22    Q. So at some point in time you were asked to
23        give a quote to make them stainless steel?
```

0326FER1.V1                                                          9/12/2003

19

```
 1      A. That's correct.
 2      Q. But for some reason they didn't go with you?
 3      A. Yes.  I guess it was the price.
 4      Q. Okay.  When was that?
 5      A. Probably sometime before this or around the
 6         first invoice and I'm looking at your Exhibit
 7         F00105 and that's just a guess on my part as
 8         to time frame.
 9      Q. Okay, so as you sit here today is Allied Parts
10         Connection or Sycamore Parts still ordering
11         from you the eyebolt design as put in these
12         other invoices we have or have they stopped
13         ordering the eyebolt design?
14      A. I think they do both.  Whatever they feel they
15         need to do at the time.
16      Q. Okay.  So you're still getting orders on the
17         eyebolt design?
18      A. We've still been supplying them especially on
19         refurbs, yes.
20      Q. But you're not the one supplying any type of
21         stainless steel design?
22      A. Never did, no.
23      Q. When you say you supply it, what is it exactly
```

0326FER1.V1                                              9/12/2003

20

```
 1        you do as far as this?
 2   A. Well, when we receive an order --
 3   Q. You would receive an order from Allied Parts
 4        Connection, right?
 5   A. Yes, now Sycamore Parts and Logistics, that's
 6        correct, and then myself or someone in the
 7        department would cut an order internally to
 8        fill it.  In other words, if we needed to --
 9        if we had it in stock we'd cut the order and
10        ship it direct or if we needed to order from
11        our supplier, we would cut the order and
12        forward it on to purchasing.  They would cut a
13        purchase order against that and have it
14        shipped to the field.
15   Q. Okay.  Would you ship to Allied Parts
16        Connection or would you ship directly to the
17        terminals?
18   A. Wherever the instruction was to ship.
19   Q. Did you do both?
20   A. Yes.
21   Q. Did you ever have a problem with not being
22        able to supply the number requested?
23   A. No, not to my knowledge.
```

DEPAOLO - CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York  14202

0326FER1.V1                                                              9/12/2003

21

```
 1     Q. Okay.  So if it was ordered you could supply
 2        it?
 3     A. Yes.  Be it from our stock or be it from
 4        direct order through Hanes Supply.
 5     Q. Did you get all of the eyebolt designs through
 6        Hanes Supply?
 7     A. Yes.
 8     Q. You didn't deal with anyone else?
 9     A. No, not to my knowledge.
10     Q. Okay.  The previous orders, if you go back to
11        the beginning, the 21403, not the A but just
12        the 21403, did you get all those from Hanes
13        Supply?
14     A. Yes.  They were the only people supplying us
15        with cable.
16     Q. Okay.  One minute.  Let me look at something.
17     A. Not a problem.
18     Q. You weren't manufacturing these cables in any
19        way?
20     A. No, sir.
21     Q. You were just storing the ones you have and
22        ordering new ones?
23     A. That's correct.
```

DEPAOLO - CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York  14202

0326FER1.V1                                                            9/12/2003

                                                                      22

```
 1    Q. And when you sent the cables -- strike that.
 2        When you got the cables from Hanes did they
 3        come with any type of instructions as to
 4        maintenance?
 5    A. No.
 6    Q. Okay.  They just gave you the cables?
 7    A. That's correct.
 8    Q. And did you forward any instructions to Allied
 9        Parts Connection or Sycamore Logistics or
10        Allied or wherever the cables were going about
11        maintenance of the cables?
12    A. No.
13    Q. You just supplied the cables?
14    A. Yes.
15        MR. PAULUS:  Thank you, sir.  That's all I
16        have.  Somebody else might have some
17        questions.
18
19        EXAMINATION BY MR. PAULUS:
20    Q. I have got a couple of questions for you, Mr.
21        Dash.  Like I said before, I'm Craig Paulus
22        and I work for Hanes Supply.  Earlier Mr.
23        Koustmer asked you if you got cables from
```

                    DEPAOLO - CROSBY REPORTING SERVICES, INC.
                  197 Delaware Avenue, Buffalo, New York  14202

0326FER1.V1                                          9/12/2003

```
 1        anybody besides Hanes Supply?
 2     A. That's correct.
 3     Q. But before that you told us that you didn't
 4        have any involvement when the cables were
 5        initially installed on the trucks, is that
 6        right?
 7     A. That's correct.
 8     Q. So back in 1994 when these cables first
 9        started appearing it's possible that some of
10        them did come from somebody other than Hanes
11        Supply?
12          MR. LARSON:  Object to the form.
13          MR. KOUSTMER:  Objection.
14     A. I do not think so.
15     Q. Do you have any personal knowledge of that,
16        they all came from Hanes Supply in 1994?
17     A. Well, in the engineering department itself we
18        did have a Hanes Supply book and they were the
19        only cable people I was aware of at that time
20        and --
21     Q. What Hanes Supply book are you talking about?
22          MR. LARSON:  Were you done with your answer?
23     A. Yes.
```

DEPAOLO - CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York  14202

0326FER1.V1                                                              9/12/2003

                                                                              24

      1        Q. I didn't mean to interrupt you.  I'm going to
      2           show you a couple of books here.  These are
      3           three books.  They are Hanes Supply and called
      4           the Riggers Handbooks.  There are three of
      5           them here.  I'm going to show you an old one
      6           that has a white cover.  Did it look like
      7           this, the book you're talking about?
      8        A. I believe it did or it had a blue cover with
      9           white lettering.
     10        Q. Okay.
     11        A. It might have been a three ring binder.  I
     12           just don't remember.
     13        Q. Did it look like this one?   I'm showing you
     14           what is a Hanes Supply Contractor and
     15           Industrial Supplies Catalog, Catalog Number
     16           11.  Have you ever seen one of these?
     17        A. It could be.  I'm just not -- I can't remember
     18           exactly.
     19        Q. But Hanes Supply did give you some sort of
     20           book?
     21        A. Yes because it was on a book case in the
     22           office.
     23           MR. PAULUS:  That's all I have.




                     DEPAOLO - CROSBY REPORTING SERVICES, INC.
                  197 Delaware Avenue, Buffalo, New York  14202

0326FER1.V1                                                                              9/12/2003

25

```
 1          MR. KOUSTMER:  I don't have anything else if
 2       Mr. Larson doesn't have anything else.
 3          MR. LARSON:  I'm trying to decide if I do.
 4       Let me have a moment.
 5
 6          (Recess taken)
 7
 8       EXAMINATION BY MR. LARSON:
 9    Q. I just have one question.  Mr. Dash, when you
10       gave some testimony about the OEM you were
11       talking about the original equipment
12       manufacturer?
13    A. That's correct.
14    Q. And would it be correct that from 1994 through
15       the or toward the end of 1997 when Commercial
16       Carriers no longer manufactured trailers that
17       for that period of time that Commercial
18       Carriers, Inc. would have been what you refer
19       to as the OEM?
20    A. Yes, that's correct.
21    Q. But that subsequent to the formation of what's
22       called the New Delavan that it would not be
23       unusual for customers in the field to come to
```

DEPAOLO - CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York  14202

0326FER1.V1                                                      9/12/2003

26

```
 1        the New Delavan for replacement parts on
 2        equipment that may have originally been built
 3        by Commercial Carriers?
 4    A. Yes.
 5        MR. LARSON:  Thank you.  That's all.
 6
 7        BY MR. PAULUS:
 8    Q. I think I have one more question.  It relates
 9        to the relationship between the companies.  Is
10        the New Delavan that you work for now, is that
11        on Lein Road?
12    A. That's correct.
13    Q. 199 Lein Road is the address?
14    A. Yes.
15    Q. Is that the address where Murray Recon used to
16        be located?
17    A. Yes.
18    Q. Do you have the same facilities there, same
19        factory and plant?
20    A. Yes, same everything.
21    Q. And the old Delavan and CCI, what was their
22        address?
23    A. Their last address was 199 Lein Road.
```

DEPAOLO - CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York  14202

0326FER1.V1                                                                    9/12/2003

27

```
 1    Q. In 1993, '94 time frame were they at Walden
 2       Avenue?
 3    A. Yes.
 4    Q. And you worked for them at Walden Avenue?
 5    A. Yes.
 6    Q. I want to ask you one more question that's off
 7       the subject a little bit, but do you recall
 8       ever making a hand cable -- a truck that was
 9       equipped with hand cables in 1993 that was
10       shipped to Belgium?
11    A. I don't know the year, but I know that we did
12       make a truck that was shipped to Belgium, yes.
13    Q. I'm going to show you quickly what I have
14       marked as Bevilaqua Exhibit A and I apologize
15       for calling it Bevilaqua Exhibit A.  I thought
16       he was going to be first, but could you take a
17       look at the document.
18           You might not recognize that document
19       itself, but I'm interested in whether that
20       product description matches what your
21       understanding was of the hand cables that went
22       on that Belgium truck we were just talking
23       about, and if you look on the second page of
```

DEPAOLO - CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York  14202

0326FER1.V1                                                    9/12/2003

```
 1        that exhibit it describes that's three-eighth
 2        inch by 152 inches 7 by 19 galvanized aircraft
 3        cable coated with yellow.  Then the next page,
 4        a similar cable that's 90 inches long, the
 5        next page same cable but 98 and a half inches
 6        long, does that look like the same cable that
 7        was on that Belgium truck?   Does that
 8        description match the cable that was on that
 9        Belgium truck?
10   A.  You know, I don't know.
11        MR. PAULUS:  All right.  I think that's it.
12        MR. KOUSTMER:  Thank you, sir.
13
14        (Whereupon, the deposition concluded)
15                 *          *          *
16
17
18
19
20
21
22
23
```

                    DEPAOLO - CROSBY REPORTING SERVICES, INC.
                    197 Delaware Avenue, Buffalo, New York  14202

```
 1    In re:  Ferguson v Ryder, et al.   3/26/03
       DEPONET:_____ DATE
 2    TAKEN:_____ STATE OF   )
            SS:
 3    COUNTY OF  )
      I wish to make the following changes, for the
 4    following reasons:
      PAGE  LINE    CHANGE:

 5
             CHANGE:
 6           REASON:

 7           CHANGE:
             REASON:
 8
             CHANGE:
 9           REASON:

10           CHANGE:
             REASON:
11
             CHANGE:
12           REASON:

13           CHANGE:
             REASON:
14
             CHANGE:
15           REASON:

16           CHANGE:
             REASON:
17
             CHANGE:
18           REASON:

19           CHANGE:
             REASON:
20
      Signature:_____
21    Subscribed and sworn to before me this
      ____day of _____2003
22
      _____ Notary Public
23
```

DEPAOLO - CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York  14202

0326FER1.V1                                                          9/12/2003

30

```
 1      STATE OF NEW YORK)

 2

 3                   )  ss.

 4

 5      COUNTY OF ERIE   )

 6

 7
          I, Rebecca Lynne DiBello, Notary Public, in
 8      and for the County of Erie, State of New York,
        do hereby certify:
 9

10        That the witness whose testimony appears
        hereinbefore was, before the commencement of
11      their testimony, duly sworn to testify the
        truth, the whole truth and nothing but the
12      truth; that said testimony was taken pursuant
        to notice at the time and place as herein set
13      forth; that said testimony was taken down by
        me and thereafter transcribed into
14      typewriting, and I hereby certify the
        foregoing testimony is a full, true and
15      correct transcription of my shorthand notes so
        taken.
16

17        I further certify that I am neither counsel
        for nor related to any party to said action,
18      nor in anyway interested in the outcome
        thereof.
19

20        IN WITNESS WHEREOF, I have hereunto
        subscribed my name and affixed my seal this
21      _____ day of _____, 2003.

22
                      ----------------------
23                    Rebecca Lynne DiBello
```

DEPAOLO - CROSBY REPORTING SERVICES, INC.
197 Delaware Avenue, Buffalo, New York  14202