UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID FERGUSON, et al.

    Plaintiff,

                                                              C-1-02-039

  -v-

RYDER AUTOMOTIVE, et al.,                  Judge Weber

    Defendants.

## NOTICE OF THE FILING OF THE DEPOSITION OF WILLIAM C. HANES

Now comes Plaintiff, David Ferguson, by and through his undersigned counsel and hereby gives notice of the filing of the deposition of William C. Hanes.

                                        Respectfully submitted,

                                        _____
                                        Thomas R. Koustmer   (0008410)
                                        1800 Federated Building
                                        7 West Seventh Street
                                        Cincinnati, Ohio 45202
                                        (513) 621-3616


                                        _____
                                        Michael J. Honerlaw, Esq.
                                        Attorney for Plaintiff
                                        Honerlaw & Honerlaw Co., L.P.A.
                                        9227 Winton Road
                                        Cincinnati, Ohio  45231

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was electronically service or sent by Ordinary U.S. Mail to the following this _____ day of September, 2003:

Kenneth Robert Schoeni
Kohnen & Patton
201 E. Fifth Street

Cincinnati, Ohio 45202
(513) 381-0656
Attorney for Defendants, Ryder System Inc;
and Commercial Carriers, Inc.

David E. Larson
Larson & Larson PC
11300 Tomahawk Creek Parkway, Suite 310
Leawood, KS 66211
Attorney for Defendants Ryder System Inc.,
And Commercial Carriers, Inc.

Robert Albert Winter, Jr.
Hemmer Spoor Pangburn DeFrank & Kasson PLLC
250 Grandview Dr., Suite 200
Ft. Mitchell, KY 41017
(859) 344-1188
Attorney for Defendants, Allied Systems and
Allied Automotive Group

Craig R. Paulus, Esq.
Taft, Stettinius & Hollister LLP
425 Walnut St., Suite 1800
Cincinnati, Ohio 45202-3957
Attorney for Defendant Hanes Supply, Inc.