UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID FERGUSON, et al.

              Plaintiff,

                                     C-1-02-039

   -v-

RYDER AUTOMOTIVE, et al.,                     Judge Weber

              Defendants.

<u>NOTICE OF THE FILING OF THE DEPOSITION OF WILLIAM C. HANES</u>

      Now comes Plaintiff, David Ferguson, by and through his undersigned counsel and

hereby gives notice of the filing of the deposition of William C. Hanes.

                       Respectfully submitted,


                       <u>s/Thomas R. Koustmer</u>
                       Thomas R. Koustmer   (0008410)
                       Attorney for Plaintiffs
                       1800 Federated Building
                       7 West Seventh Street
                       Cincinnati, Ohio  45202
                       (513) 621-3616
                       Email: plpaige@aol.com

                       <u>s/Michael J. Honerlaw</u>
                       Michael J. Honerlaw  (0034469)
                       Attorney for Plaintiff
                       Honerlaw & Honerlaw Co., L.P.A.
                       9227 Winton Road