UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DAVID FERGUSON, et al. | : | Case No. C-1-02-39 |
| | : | |
| Plaintiffs, | : | Judge Weber |
| vs. | : | |
| | : | NOTICE OF FILING THE |
| RYDER AUTOMOTIVE, et al. | : | DEPOSITION OF ROBERT |
| | : | FERRELL |
| Defendants. | : | |

Now comes the Plaintiffs, by and through counsel, Thomas R. Koustmer and Honerlaw and Honerlaw Co., LPA, and hereby gives notice of filing the deposition of Robert Ferrell.

Respectfully submitted,

s/Thomas R. Koustmer
Thomas R. Koustmer   (0008410)
Attorney for Plaintiffs
1800 Federated Building
7 West Seventh Street
Cincinnati, Ohio  45202
(513) 621-3616
Email: plpaige@aol.com

s/Michael J. Honerlaw
Michael J. Honerlaw  (0034469)
Attorney for Plaintiff
Honerlaw & Honerlaw Co., L.P.A.
9227 Winton Road