# Robson Lapina

Forensic Engineers, Architects, Scientists & Fire Investigators

404 COMMERCE PARK DRIVE
CRANBERRY TOWNSHIP, PA 16066

PHONE: 724-772-2244
800-813-6735

FAX: 724-772-2256
WWW.ROBSONLAPINA.COM

### GABRIEL G. ALEXANDER, P.E.
**Mechanical Engineer**



## PROFESSIONAL EXPERIENCE

**3/99 to present**    **Robson Lapina, Inc.**
*Associate, Manager of Pittsburgh Office*
Provide technical investigations, analysis, reports, and testimony for failure analysis, and towards the resolution of commercial and personal injury litigation involving trucks, trailers, mechanical engineering and crash reconstruction.

**1997 to 3/1999**    **True Temper Hardware**, manufacturer of lawn and garden tools
*Manager of Design Engineering*
Responsible for all design engineering functions including new product development, product implementation, and patent applications. Products: shovels (plastic and metal), wheelbarrows, hoes, forks, scoops, tree trimmers, and general pruning tools. Develop Failure Modes and Effects Analysis (FMEA) procedure and plan for company-wide use.

**1996 to 1997**    **Trans Air Manufacturing**, air conditioning systems for trucks and buses
*Director of Engineering*
Responsible for all engineering functions. Products: air conditioning systems for transportation, components include compressor mountings and brackets, condenser units, evaporator units, roof top mounted air conditioning units, and rear deck mounted air conditioning units. Work included analyzing and reconfiguring truck belt drives for compressors and fans.

**1993 to 1996**    **Kidron, Inc.**, manufacturer of truck bodies, trailers, fire truck and utility vehicle cabs
*Manager of Engineering*
Responsible for all engineering functions: Production Engineering, Product Engineering, R & D, Warranty Department, and Quality Control. Products: truck bodies and refrigerated trailers, mini trailer, drop deck trailer, step van, rear drop, and container body.

**1992 to 1993**    **Stewart & Stevenson Inc.**, manufacturers of trucks and trailers
*Project Engineer*
Products: military and commercial trucks, trailers, truck components, a 2 ½-5 ton truck family (utility truck, tow truck, ambulance, tanker, expandable van, etc.) Design activities included: optimizing suspension components, tire size, spring rate, damping rate, anti sway bar stiffness and overall suspension geometry's; all R & M (Reliability and Maintainability) activities; brake systems, exhaust systems, and cargo beds.

02/06/02

*Local offices throughout Indiana, Kentucky, Maryland, Massachusetts, Michigan, Missouri, New Jersey, New York, Ohio, Pennsylvania, Virginia and West Virginia*

# Robson Lapina
Forensic Engineers, Architects, Scientists & Fire Investigators

## GABRIEL G. ALEXANDER, P.E.
### Mechanical Engineer

1989 to 1992
**Great Dane Trailers**, manufacturers of semi-trailers
*R & D Project Engineer*
Responsible for the development of trailer and component designs and testing. Responsible for all finite element analysis work. Products: refrigerated trailers, dry freight trailers, flat bed trailers, containers, container chassis.

1986 to 1989
**Shell Development Company**
*Engineer, Polymeric Materials Department*
Fabrication and mechanical testing of composite materials. Designed novel test apparatus.

1980 to 1986
**Hydril Company**, manufacturers of oil field equipment
*Design Engineer*
Worked on R & D projects. Equipment: flow diverters, marine riser, anti-collapse valves, and blow-out preventers.

**PATENTS**
Foot Support - D412,093
Marine Riser Anti-Collapse Valve - 4,719,937
Diverter/BOP - 4,646,844
Diverter/BOP - 4,597,447
Diverter/BOP - 4,524,832
Flow Diverter - 4,456,061

**PROFESSIONAL CREDENTIALS**
Professional Engineer: Ohio, Pennsylvania

**EDUCATION**
B.S. in Mechanical Engineering, University of Houston

*Continuing Coursework*
Advanced Dynamics
Advanced Mechanics of Materials
Advanced Vector Analysis
Vehicle Suspension Analysis, seminar
Heavy Vehicle Crash Reconstruction
Heavy Vehicle Rollover Prevention Analysis and Reconstruction

**PROFESSIONAL MEMBERSHIPS**
Society of Automotive Engineers
American Society of Metals
American Society of Mechanical Engineers

02/06/02

# Gabriel G. Alexander, P.E.



## DEPOSITIONS (as of 1/20/2003)

1) Rondal D. Charles v. Coal Power Coal Company, Inc., Melvin W. Powers, Adams Manufacturing Co., Inc., and Wyoming Trucking Co., Inc.
   Civil Action 99-C-45
   Circuit Court of Wyoming County, West Virginia
   2/18/2000 Baltimore, MD

2) Liberty Mutual Insurance Co., et al. v. Ashland Chemical, Inc.
   Case No. A990291
   Common Pleas Court of Hamilton County, Ohio
   6/6/2000 Columbus, OH

3) Stachow v. Todco, Inc et. al.
   Civil Action L-8970-97
   Superior Court of New Jersey Law Division Middlesex County
   9/26/2000 Carlisle, PA

4) Joaquim Nascimento and Ofelia Nascimento v. Weldon Materials, Inc., and Vector E. Legg
   Civil Action MID-L-5709-98
   Superior Court of New Jersey- Middlesex County
   12/15/2000 New Brunswick, NJ

5) Roger Cleworth et. Al v. General Truck Equipment et. Al.
   Case No. 99-05659-CA
   Fourth Judicial Circuit, in and for Duval County, Fl.
   2/28/2001 Jacksonville, Fl.

6) Davis Transportation v. Freightliner Corp
   Civil Action No 2:99cv320(P)(G)
   United States District Court For The Southern District of Mississippi Hattiesburg Division
   4/17/2001 & 4/17/2001 Pittsburgh, PA

7) Bennington v. Novik
   Civil Action No. 00-C-104M
   Circuit Court of Marshall County, West Virginia
   5/3/2001 Wheeling, West Virginia

8) Harold v. TSC Transport et. Al.
   Civil Action CAL 99-09853
   Circuit Court For Prince George's County, Maryland
   5/11/2001 Pittsburgh, PA

1

9) Brennan v. Navistar
   Docket No. L-003114-99
   Superior court of New Jersey
   5/24/2001 Edison, New Jersey

10) Futia v. Volvo & Leach Co.
    Index No. 99CIV12264
    US District Court Southern District of New York
    6/26/2001 White Plains, New York

11) Herrington v. Utility Manufacturing, Inc.
    Cause No. 98-L-51
    Circuit Court of Marion County, Illinois Fourth Judicial Circuit
    6/28/2001 Pittsburgh, PA

12) Paoline v. Kilgo Trucking & Lufkin Industries, Inc
    No. 00-CV-956
    United States District Court For The Eastern District of Pennsylvania
    7/20/2001, Pittsburgh, PA.

13) Garcia v. Fleetwood Travel Trailers & Reese Hitch.
    Case No. 327677
    Superior Court Of The State Of California For The County Of Riverside.
    7/26/2001 & 7/27/2001 in Torrance CA.
    8/20/2001 & 8/21/2001 in Riverside CA.

14) David Kuzmich v. Bowers Contracting Co. Inc. &Terex Corp.
    Civil Action 5:00-CV-41
    United States District Court For The Northern District of West Virginia
    10/10/2001, Pittsburgh, PA.

15) Thompson v. Monroe Truck Equipment, Inc. and Bartlett Lifting Devices, Inc.
    Civil Action No. 98-CI-90009
    Commonwealth of Kentucky 21st Judicial Circuit Montgomery Circuit Court
    11/19/2001, Pittsburgh, PA.

16) Clements v. General Motors et al.
    Case Number CV 00-1537-WHR
    In The Circuit Court Of Blount County, Alabama
    2/13/2002, Birmingham, Al.

17) Mansfield v. Vermont Mack Truck Inc.
    Docket No. 744-11-00
    Washington Superior Court, Vermont
    4/15/2002, Cranberry Twp, PA

18) Keesee et al. v. General Refuse Service, Inc. and Martco Co.
   Civil Action No. 99-C-0761
   In The Circuit Court of Cabell County, West Virginia
   6/13/2002, Charleston, WV.

19) Beal v. Decato Brothers Inc. Et Al.
   Civil Action No. 99-C-187
   In The Circuit Court Of Harrison County, West Virginia.
   6/18/2002 Clarksburg, WV.

20) Evans v. Bri-Mar Manufacturing LLC.
   Case No. CL 9913-00
   In The Circuit Court For The County Of Bedford, Virginia.
   6/25/2002, Pittsburgh, PA.

21) Watkins v. J.G. Johnson Farms, Inc., and Willie L. Winfield
   Case No. CV301-189CC
   In The Circuit Court of Scott County Division III, Missouri
   8/26/2002, Sikeston Mo.

22) Kojo Oseitutu v. Grimes Tire & Auto Service Inc.
   Case No. 24-C-01-003590
   In The Circuit Court For Baltimore City
   9/16/2002, Pittsburgh, PA

23) Lorenza White v. Volvo Trucks of North America, Inc, TRW, Inc.
   Civil Action Number 01-A-1525-E
   In The United States District Court For The Middle District Of Alabama Eastern Division
   11/12/2002, Birmingham, AL

24) Thomas Allen Hazelton and Eugenia Hazelton v. Janice Miljonovich and C & R Grading Company
   Civil Action No. 01-C-229
   Circuit Court of Wyoming County, West Virginia
   11/22/2002, Charleston, WV.

3

TRIALS AND HEARINGS (as of 1/20/2003)

1) David Kuzmich v. Bowers Contracting Co. Inc. &Terex Corp.
   Civil Action 5:00-CV-41
   United States District Court For The Northern District of West Virginia
   11/5&6/2001, Wheeling, WV.

2) Kathy Joan Kiser v. Scott Bachman and Township of Center.
   Civil Action A.D. No 97-10462
   Court of Common Pleas of Butler County, Pennsylvania.
   1/4/2002, Butler, PA.

3) Penn Lyon Homes, Inc. v. Bennett Truck Transport L.L.C.
   Civil Action No. 404-2000
   In the Court Of Common Pleas Of Snyder County Pennsylvania
   5/8/2002 & 6/10/2002, Snyder County, PA.

4) Davis Transportation v. Freightliner Corp
   Civil Action No 2:99cv320(P)(G)
   United States District Court For The Southern District of Mississippi Hattiesburg Division
   9/17/2002 Hattiesburg, MS

5) Kojo Oseitutu v. Grimes Tire & Auto Service Inc.
   Case No. 24-C-01-003590
   In The Circuit Court For Baltimore City
   10/2/2002 &10/4/2002, Baltimore, MD

6) Keesee et al. v. General Refuse Service, Inc. and Martco Co.
   Civil Action No. 99-C-0761
   In The Circuit Court of Cabell County, West Virginia
   10/30/2002, Huntington, WV

7) William Norris v. Hyster
   Index No. 29812/94
   Supreme Court of the state of New York County of Kings
   1/14/2003, NYC, New York

4