**CONCLUSION**

      For the foregoing reasons, Defendant Hanes' Motion to exclude the testimony of Gabriel Alexander, P.E. should be overruled.

      Respectfully submitted,

      s/Michael J. Honerlaw
      Michael J. Honerlaw  (0034469)
      Attorney for Plaintiff
      Honerlaw & Honerlaw Co., L.P.A.
      9227 Winton Road
      Cincinnati, Ohio  45231
      (513) 931-2200
      Email: mike@honerlaw.com

      s/Thomas R. Koustmer
      Thomas R. Koustmer   (0008410)
      Attorney for Plaintiffs
      1800 Federated Building
      7 West Seventh Street
      Cincinnati, Ohio  45202
      (513) 621-3616
      Email: plpaige@aol.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon Robert A. Winter, Jr., Esq., Hemmer Spoor Pangburn DeFrank, 250 Grandview Drive, Suite 200, Ft. Mitchell, KY 41017, Craig R. Paulus, Esq., Taft, Stettinius & Hollister, 425 Walnut Street, Suite 1800, Cincinnati, OH 45202 and David E. Larson, Esq., Larson & Larson, 11300 Tomahawk Creek Pkway, Suite 310, Leawood, KS 66211 by regular U.S. Mail on the _____ day of September, 2003.