UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID FERGUSON, et al.

          Plaintiff,

                                                                   C-1-02-039

  -v-

RYDER AUTOMOTIVE, et al.,                          Judge Weber

          Defendants.

### NOTICE OF FILING OF EXHIBITS ATTACHED TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT HANES SUPPLY, INC.'S MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT WITNESS, GABRIEL ALEXANDER WITH THE CLERK OF COURTS

      Now comes Plaintiffs by and through counsel and hereby gives notice of the filing of exhibits attached to Plaintiffs' Memorandum in Oppostion to Defendant Hanes Supply, Inc.'s Motion to Exclude the Testimony of Plaintiffs' Expert Witness, Gabriel Alexander with the Clerk of Court.

                                                               Respectfully submitted,

                                                               _____

                                                               Thomas R. Koustmer   (0008410)
                                                               Attorney for Plaintiff
                                                               1800 Federated Building
                                                               7 West Seventh Street
                                                               Cincinnati, Ohio 45202
                                                               (513) 621-3616

CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing was sent via Ordinary U.S. Mail to the following this _____ day of September, 2003:

Kenneth Robert Schoeni
Kohnen & Patton
PNC Center, Suite 800
201 E. Fifth Street
Cincinnati, Ohio 45202
(513) 381-0656
Attorney for Defendants, Ryder System Inc;
and Commercial Carriers, Inc.

David E. Larson
Larson & Larson PC
11300 Tomahawk Creek Parkway, Suite 310
Leawood, KS 66211
Attorney for Defendants Ryder System Inc.,
And Commercial Carriers, Inc.

Robert Albert Winter, Jr.
Hemmer Spoor Pangburn DeFrank & Kasson PLLC
250 Grandview Dr., Suite 200
Ft. Mitchell, KY 41017
(859) 344-1188
Attorney for Defendants, Allied Systems and
Allied Automotive Group

Craig R. Paulus, Esq.
Taft, Stettinius & Hollister LLP
PNC Center
201 E. Fifth St., Suite 800
Cincinnati, Ohio 45202-3957
Attorney for Defendant Hanes Supply, Inc.