UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID FERGUSON, et al.

            Plaintiff,

                                                            C-1-02-039

   -v-

RYDER AUTOMOTIVE, et al.,                  Judge Weber

            Defendants.

## NOTICE OF FILING OF EXHIBITS ATTACHED TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT HANES SUPPLY, INC.'S MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT WITNESS, GABRIEL ALEXANDER WITH THE CLERK OF COURTS

      Now comes Plaintiffs by and through counsel and hereby gives notice of the filing of exhibits attached to Plaintiffs' Memorandum in Oppostion to Defendant Hanes Supply, Inc.'s Motion to Exclude the Testimony of Plaintiffs' Expert Witness, Gabriel Alexander with the Clerk of Court.

                                                      Respectfully submitted,

                                                      s/Thomas R. Koustmer
                                                      Thomas R. Koustmer   (0008410)
                                                      Attorney for Plaintiffs
                                                      1800 Federated Building
                                                      7 West Seventh Street
                                                      Cincinnati, Ohio  45202
                                                      (513) 621-3616
                                                      Email: plpaige@aol.com