7. The Plaintiffs have met their burden of coming forward with evidence that the hand cable assembly was defective with respect to any representation by Hanes Supply.

8. The material facts support a claim or cause of action against Hanes Supply on all theories alleged by Plaintiffs.

9. The material facts establish that the product in question was defectively designed and/or manufactured.

10. The material facts establish that the defect in the design or manufacture of the product in question was the proximate cause of Mr. Ferguson's injuries.

11. Hanes Supply made warrantees with respect to the cable assembly including but not limited to a 10 year life span which was false.

12. The Motion For Summary Judgment is denied.

          Respectfully submitted,

          s/Thomas R. Koustmer
          Thomas R. Koustmer   (0008410)
          Attorney for Plaintiffs
          1800 Federated Building
          7 West Seventh Street
          Cincinnati, Ohio  45202
          (513) 621-3616
          Email: plpaige@aol.com

          s/Michael J. Honerlaw
          Michael J. Honerlaw  (0034469)
          Attorney for Plaintiff