s/Thomas R. Koustmer
        Thomas R. Koustmer   (0008410)
        Attorney for Plaintiffs
        1800 Federated Building
        7 West Seventh Street
        Cincinnati, Ohio  45202
        (513) 621-3616
        Email: plpaige@aol.com

        s/Michael J. Honerlaw
        Michael J. Honerlaw  (0034469)
        Attorney for Plaintiff
        Honerlaw & Honerlaw Co., L.P.A.
        9227 Winton Road
        Cincinnati, Ohio  45231
        (513) 931-2200
        Email: mike@honerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent electronically and by Ordinary U.S. Mail to the following this _____ day of September, 2003:

Kenneth Robert Schoeni
Kohnen & Patton
PNC Center, Suite 800
201 E. Fifth Street
Cincinnati, Ohio 45202
(513) 381-0656
Attorneys for Defendants, Ryder System Inc;
and Commercial Carriers, Inc.

David E. Larson
Larson & Larson PC
11300 Tomahawk Creek Parkway, Suite 310
Leawood, KS 66211
Attorney for Defendants Ryder System Inc.,