4. The Plaintiffs have not met their burden of coming forward with evidence that the hand cable assembly was defective in its design.

5. The Plaintiffs have not met their burden of coming forward with evidence that the hand cable assembly was defective in its manufacture.

6. The Plaintiffs have not met their burden of coming forward with evidence that the hand cable assembly was defective with respect to any warning.

7. The Plaintiffs have not met their burden of coming forward with evidence that the hand cable assembly was defective with respect to any representation by Hanes Supply.

8. The undisputed material facts fail to support a claim or cause of action against Hanes Supply on any theory alleged by Plaintiffs.

9. The undisputed material facts fail to establish that the product in question was defectively designed or manufactured.

10. The Undisputed material facts fail to establish that any claimed defect in the design or manufacture of the product in question was the proximate cause of Mr. Ferguson's injuries.

11. Hanes Supply made no warranties with respect to the cable assembly.

Respectfully submitted,

s/Thomas R. Koustmer
Thomas R. Koustmer   (0008410)
Attorney for Plaintiffs
1800 Federated Building
7 West Seventh Street
Cincinnati, Ohio  45202
(513) 621-3616
Email: plpaige@aol.com

s/Michael J. Honerlaw

                                              Michael J. Honerlaw  (0034469)  
                                              Attorney for Plaintiff  
                                              Honerlaw & Honerlaw Co., L.P.A.  
                                              9227 Winton Road  
                                              Cincinnati, Ohio  45231  
                                              (513) 931-2200  
                                              Email: mike@honerlaw.com