Inc., on all theories alleged by Plaintiff.

12.	The material facts establish that the defect in the design or manufacturer of the product in question was the proximate cause of Mr. Ferguson's injuries.

13.	The material facts establish that Commercial Carriers, Inc., is not entitled to summary judgment in its favor on the strict liability and negligent failure to warn claims.

14.	The material facts establish that Commercial Carriers, Inc., is not entitled to summary judgment in its favor on the implied warranty claims.

15.	The material facts establish that Commercial Carriers, Inc., is not entitled to summary judgment in its favor on the strict liability and negligent design defects claims.

16.	Commercial Carriers, Inc.'s, Motion For Summary Judgment is denied.

Respectfully submitted,


s/Thomas R. Koustmer
Thomas R. Koustmer   (0008410)
Attorney for Plaintiffs
1800 Federated Building
7 West Seventh Street
Cincinnati, Ohio  45202
(513) 621-3616
Email: plpaige@aol.com

s/Michael J. Honerlaw
Michael J. Honerlaw  (0034469)
Attorney for Plaintiff
Honerlaw & Honerlaw Co., L.P.A.
9227 Winton Road