s/Thomas R. Koustmer
        Thomas R. Koustmer   (0008410)
        Attorney for Plaintiffs
        1800 Federated Building
        7 West Seventh Street
        Cincinnati, Ohio  45202
        (513) 621-3616
        Email: plpaige@aol.com

        s/Michael J. Honerlaw
        Michael J. Honerlaw  (0034469)
        Attorney for Plaintiff
        Honerlaw & Honerlaw Co., L.P.A.
        9227 Winton Road
        Cincinnati, Ohio  45231
        (513) 931-2200
        Email: mike@\honerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically to the following this