5. Even the inferences to be drawn from the underlying facts contained in the evidentiary materials, such as affidavits and deposition, must be construed in a light most favorable to the party opposing the motion. *Turner v. Turner* (1993), 67 Ohio St.3d 337, 341, 617 N.E.2d 1123, 1127.

6. A genuine issue of material facts exists as to Defendant Allied's knowledge of the existence of a dangerous, process, procedure, instrumentality or condition within its business operations.

7. A genuine issue of material fact exists that Defendant Allied knew that if an employee was subjected to such dangerous process, procedure, instrumentality or condition then harm to the employee will be a substantial certainty to occur.

8. That a genuine fact exists that Defendant Allied did act to require employees to continue to perform the dangerous task.

9. That summary judgment on behalf of Defendant Allied is inappropriate and denied due to genuine issues of fact.

    Respectfully submitted,


    s/Thomas R. Koustmer
    Thomas R. Koustmer   (0008410)
    Attorney for Plaintiffs
    1800 Federated Building
    7 West Seventh Street

Cincinnati, Ohio 45231
(513) 931-2200
Email: mike@honerlaw.com