commissioned an ergonomic report on trailer injuries.

Summary judgment is inappropriate because genuine material facts exist as whether RSI controlled the finances, policy and business practices of CCI and further summary judgment is inappropriate in this case if for no other reason because of RSI's confusing corporate structure. Summary Judgment is inappropriate because the corporate structure is used to avoid collectability of judgments. Summary judgment is denied.

                                        Respectfully submitted,

                                        s/Thomas R. Koustmer
                                        Thomas R. Koustmer   (0008410)
                                        Attorney for Plaintiffs
                                        1800 Federated Building
                                        7 West Seventh Street
                                        Cincinnati, Ohio  45202
                                        (513) 621-3616
                                        Email: plpaige@aol.com


                                        s/Michael J. Honerlaw
                                        Michael J. Honerlaw  (0034469)
                                        Attorney for Plaintiff
                                        Honerlaw & Honerlaw Co., L.P.A.
                                        9227 Winton Road
                                        Cincinnati, Ohio  45231
                                        (513) 931-2200
                                        Email: mike@honerlaw.com