Not only did RSI not have a duty to act upon this information, Plaintiff has not and cannot demonstrate that if this information had been shared with Mr. Ferguson, his alleged accident would not have occurred.

Because Plaintiff cannot provide any support for his claim that RSI had a duty to share injury related information with the employees of its subsidiaries, or with anyone else, RSI, as a matter of law, cannot be held liable for not sharing this information.  Consequently, RSI is entitled to summary judgment as a matter of law.

## CONCLUSION

As there is no evidence RSI manufactured the trailer in question, nor has Plaintiff pled any basis for disregarding the corporate form of the defendants, for the reasons set forth above, Ryder System, Inc., is entitled to summary judgment as a matter of law, and it is here SO ORDERED.

Respectfully submitted,

s/Thomas R. Koustmer
Thomas R. Koustmer   (0008410)
Attorney for Plaintiffs
1800 Federated Building
7 West Seventh Street
Cincinnati, Ohio  45202
(513) 621-3616
Email: plpaige@aol.com


s/Michael J. Honerlaw
Michael J. Honerlaw  (0034469)
Attorney for Plaintiff
Honerlaw & Honerlaw Co., L.P.A.
9227 Winton Road
Cincinnati, Ohio  45231
(513) 931-2200
Email: mike@honerlaw.com