UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID FERGUSON, et al.

        Plaintiff,

  -v-                                          C-1-02-039

RYDER AUTOMOTIVE, et al.,         Judge Weber

        Defendants.

### NOTICE OF FILING OF EXHIBITS ATTACHED TO PLAINTIFF'S UNDISPUTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF RESPONSE TO DEFENDANT RYDER SYSTEMS, INC., MOTION FOR SUMMARY JUDGMENT WITH THE CLERK OF COURT

Now comes Plaintiffs by and through counsel and hereby gives notice of the Filing of Exhibits Attached to Plaintiff's Undisputed Facts and Conclusions of Law in Support of Response to Defendant Ryder Systems, Inc., Motion For Summary Judgment with the Clerk of Courts.

                Respectfully submitted,

                _____
                Thomas R. Koustmer   (0008410)
                Attorney for Plaintiff
                1800 Federated Building
                7 West Seventh Street
                Cincinnati, Ohio 45202
                (513) 621-3616

                _____
                Michael J. Honerlaw, Esq.
                Attorney for Plaintiff
                Honerlaw & Honerlaw Co., L.P.A.
                9227 Winton Road
                Cincinnati, Ohio  45231

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was sent by electronic transmission or ordinary U.S. Mail to the following this _____ day of September, 2003:

Kenneth Robert Schoeni
Kohnen & Patton
PNC Center, Suite 800
201 East Fifth Street
Cincinnati, Ohio 45202
(513) 381-0656
Attorney for Defendants, Ryder System Inc;
and Commercial Carriers, Inc.

David E. Larson
Larson & Larson PC
11300 Tomahawk Creek Parkway, Suite 310
Leawood, KS 66211
Attorney for Defendants Ryder System Inc.,
And Commercial Carriers, Inc.

Robert Albert Winter, Jr.
Hemmer Spoor Pangburn DeFrank & Kasson PLLC
250 Grandview Dr., Suite 200
Ft. Mitchell, KY 41017
(859) 344-1188
Attorney for Defendants, Allied Systems and
Allied Automotive Group

Craig R. Paulus, Esq.
Taft, Stettinius & Hollister LLP
PNC Center
201 E. Fifth St., Suite 800
Cincinnati, Ohio 45202-3957
Attorney for Defendant Hanes Supply, Inc.

                                                          _____
                                                          Thomas R. Koustmer
                                                          Attorney for Plaintiff