UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID FERGUSON, et al.

     Plaintiff,

                 C-1-02-039

 -v-

RYDER AUTOMOTIVE, et al.,       Judge Weber

     Defendants.

## NOTICE OF FILING OF EXHIBITS ATTACHED TO PLAINTIFFS' UNDISPUTED FACTS AND CONCLUSIONS OF AW IN SUPPORT OF RESPONSE TO DEFENDANT RYDER SYSTEMS, INC., MOTION FOR SUMMARY JUDGMENT WITH THE CLERK OF COURT

 Now comes Plaintiffs by and through counsel and hereby gives notice of the Filing of Exhibits Attached to Plaintiffs' Undisputed Facts and Conclusions of Law in Support of Response to Defendant Ryder Systems, Inc., Motion For Summary Judgment with the Clerk of Court.

              Respectfully submitted,


              s/Thomas R. Koustmer
              Thomas R. Koustmer (0008410)
              Attorney for Plaintiffs
              1800 Federated Building
              7 West Seventh Street
              Cincinnati, Ohio  45202
              (513) 621-3616
              Email: plpaige@aol.com