UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID FERGUSON, et al.

      Plaintiff,

                                                   C-1-02-039

-v-

RYDER AUTOMOTIVE, et al.              Judge Weber

      Defendants.

---

### AFFIDAVIT OF THOMAS R. KOUSTMER

---

STATE OF OHIO       )
                          )   SS.
COUNTY OF HAMILTON  )

      Now comes Thomas R. Koustmer being duly cautioned and sworn and states as follows:

1. That I am co-counsel for Plaintiff David Ferguson.

2. That attached are Answers to Interrogatories I have received in this litigation from Defendants Allied, Commercial Carriers, Inc., and Hanes.

3. That attached are records just provided on July 16, 2003 from Defendant Allied.

FURTHER AFFIANT SAYETH NOT.

                                                      _____
                                                      Thomas R. Koustmer

      Before me, a notary public in and for said County and State, personally appeared the above-named Thomas R. Koustmer who acknowledged that he did sign the foregoing instrument and that the same is his free and voluntary act and deed.

      IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal at

Cincinnati, Ohio, this 22 day of September, 2003.

Notary Public

JOHN D. McCLURE, Attorney at Law
NOTARY PUBLIC, STATE OF OHIO
My Commission has no expiration
date. Section 147.03 R. C.

Respectfully submitted,

_____
Thomas R. Koustmer  (0008410)
1800 Federated Building
7 West Seventh Street
Cincinnati, Ohio 45202
(513) 621-3616

_____
Michael J. Honerlaw (0034469)
Honerlaw & Honerlaw Co., LPA
9227 Winton Road
Cincinnati, Ohio 45231
(513) 931-2200

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was served by electronic transmission or ordinary U.S. to the following this 22 day of September, 2003:

Kenneth Robert Schoeni
Kohnen & Patton
PNC Center, Suite 800
201 E. Fifth Street
Cincinnati, Ohio  45202
(513) 381-0656
Attorney for Defendants, Ryder System Inc;
and Commercial Carriers, Inc.

David E. Larson
Larson & Larson PC
11300 Tomahawk Creek Parkway, Suite 310
Leawood, KS 66211

Attorney for Defendants Ryder System Inc.,
And Commercial Carriers, Inc.

Robert Albert Winter, Jr.
Hemmer Spoor Pangburn DeFrank & Kasson PLLC
250 Grandview Dr., Suite 200
Ft. Mitchell, KY 41017
(859) 344-1188
Attorney for Defendants, Allied Systems and
Allied Automotive Group

Craig R. Paulus, Esq.
Taft, Stettinius & Hollister LLP
PNC Center
201 E. Fifth St., Suite 800
Cincinnati, Ohio 45202-3957
Attorney for Defendant Hanes Supply, Inc.

_____
Thomas R. Koustmer
Attorney for Plaintiff