UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID FERGUSON, et al.

        Plaintiff,

                                            C-1-02-039

  -v-

RYDER AUTOMOTIVE, et al.,            Judge Weber

        Defendants.

### NOTICE OF FILING OF EXHIBITS ATTACHED TO AFFIDAVIT OF THOMAS R. KOUSTMER WITH THE CLERK OF COURTS

Now comes Plaintiffs by and through counsel and hereby gives notice of the filing of exhibits attached to Affidavit of Thomas R. Koustmer with the Clerk of Courts.

                                        Respectfully submitted,

                                        s/Thomas R. Koustmer
                                        Thomas R. Koustmer   (0008410)
                                        Attorney for Plaintiffs
                                        1800 Federated Building
                                        7 West Seventh Street
                                        Cincinnati, Ohio  45202
                                        (513) 621-3616
                                        Email: plpaige@aol.com

                                        s/Michael J. Honerlaw
                                        Michael J. Honerlaw  (0034469)
                                        Attorney for Plaintiff
                                        Honerlaw & Honerlaw Co., L.P.A.
                                        9227 Winton Road