IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID FERGUSON, ET AL.

    Plaintiffs

v.

RYDER AUTOMOTIVE CARRIER
SERVICES, INC., ET AL.

    Defendants

Case No. C-1-02-039

Judge Herman J. Weber

**SUPPLEMENTAL
RULE 26(A)(1) DISCLOSURES
OF DEFENDANTS ALLIED
SYSTEMS, LTD. AND ALLIED
AUTOMOTIVE GROUP, INC.**

Defendants Allied Systems, Ltd. and Allied Automotive Group, Inc. (together, the Allied Defendants"), for their supplemental disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and other applicable law, provide the following:

A.    [Provide] the name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings.

RESPONSE: The Allied Defendants incorporate the contents of their prior disclosures and add the following individual:

Scott Macaulay
Allied Holdings, Inc.
160 Clairemont Avenue
Decatur, GA 30030
Mr. Macaulay may have knowledge concerning the corporate
relationships among the Allied Defendants, Allied Holdings, Inc.
and Commercial Carriers, Inc.

Respectfully submitted,

*[signature]*

Robert A. Winter, Jr. (0038673)
250 Grandview Drive, Suite 200
Ft. Mitchell, KY 41017
(859) 344-1188
(859) 578-3869 (fax)

Trial attorney for defendants
Allied Systems, Ltd. and
Allied Automotive Group, Inc.

OF COUNSEL:

Hemmer Spoor Pangburn DeFrank PLLC
250 Grandview Drive, Suite 200
Ft. Mitchell, KY 41017
(859) 344-1188
(859) 578-3869 (fax)

## CERTIFICATE OF SERVICE

I certify that true and correct copies of the foregoing were served by depositing the same into the United States Mails, first class postage prepaid, on this 22 day of September 2003, to:

Thomas R. Koustmer, Esq.
1800 Federated Building
7 West Seventh Street
Cincinnati, OH 45202

Michael J. Honerlaw, Esq.
Hornerlaw and Hornerlaw Co., L.P.A.
9227 Winton Road
Cincinnati, OH 45231

K. Roger Schoeni, Esq.
Kohnen & Patton LLP
1400 Carew Tower
Cincinnati, OH 45202

David E. Larson, Esq.
Larson & Larson PC
11300 Tomahawk Creek Parkway
Suite 310
Leewood, KS 66211

Craig R. Paulus, Esq.
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202

Robert A. Winter, Jr.

S:\dma\allied\ferguson\pleadings\prediscovery disclosures amended.wpd