Exh. E

Ferguson, et al. vs. Ryder System, Inc., et al.                    MIKE PALLADINO
November 21, 2002

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - - - - - - - - - - - - -
DAVID FERGUSON, et al.,      :
                             :
                             :
          Plaintiffs,        :
     vs.                     :   Case No. C-1-02 039
                             : (Judge Herman J. Weber)
RYDER SYSTEM, INC., et       :
al.,                         :
                             :
          Defendants.        :
- - - - - - - - - - - - - -


          Deposition of MIKE PALLADINO, witness

herein, called by the plaintiffs for

cross-examination, pursuant to the Federal Rules of

Civil Procedure, taken before me, Wendy L. Welsh, a

Registered Diplomate Reporter and Notary Public in

and for the State of Ohio, at the offices of Kohnen

& Patton, 1400 Carew Tower, Cincinnati, Ohio, on

Thursday, November 21, 2002, at 9:46 a.m.

Ferguson, et al. vs. Ryder System, Inc., et al.
November 21, 2002

MIKE PALLADINO

Page 14

1    Q. What does the check-in department do?
2    A. When the drivers come back from a trip
3 they turn in their delivery receipts and their logs
4 and their tolls.
5    Q. So you were doing the paperwork for the
6 drivers as they came back?
7    A. Correct.
8    Q. Did you have anything to do with safety
9 there?
10   A. No.
11   Q. How long did you do that job?
12   A. Less than a year.
13   Q. Then what did you do?
14   A. Became the quality supervisor.
15   Q. So that would be sometime in 1998 you
16 became the quality supervisor?
17   A. No, that would have been the end of 1995
18 or 1996. I don't know the exact time.
19   Q. What does a quality supervisor do?
20   A. We handle damages on the cargo vehicles,
21 any type of damage to a new cargo unit, I would be
22 involved in it.
23   Q. So if a driver damaged a new car at
24 delivery point or in the yard, you would fill out

Page 15

1 reports or --
2    A. Yeah, I would fill out a report if
3 necessary, talk to the driver, interview the driver
4 as to how the damage occurred, how it could be
5 prevented.
6    Q. How long were you the quality supervisor
7 there at Moraine?
8    A. That hasn't been taken away from me since.
9    Q. So you still do that job?
10   A. Correct.
11   Q. Were you given other responsibilities
12 other than quality supervisor?
13   A. At Moraine?
14   Q. Yes.
15   A. Nothing -- unless somebody was off for a
16 day or to fill in, but nothing long term.
17   Q. By "fill in," you would drive the trucks?
18   A. Oh, no.
19   Q. Fill in in the office, is that what you
20 mean?
21   A. Correct.
22   Q. When this accident happened on 9/7 of
23 2000, what were your duties?
24   A. I was the quality and the safety

Page 16

1 supervisor.
2    Q. When did you become the safety supervisor?
3    A. I first got involved in safety in Marion,
4 Ohio in the spring of 1998.
5    Q. And what does the safety supervisor do?
6    A. Safety supervisor does any paperwork
7 involved in accidents, injuries, and conducts
8 meetings to prevent accidents and injuries.
9    Q. So you started that job in the spring of
10 '98?
11   A. Correct.
12   Q. Did you have that job on 9/7/2000?
13   A. Yes.
14   Q. What are you currently doing?
15   A. Quality and yard.
16   Q. You're not the safety supervisor anymore?
17   A. No.
18   Q. When did you stop being the safety
19 supervisor?
20   A. Within the last two months.
21   Q. As the safety supervisor, you were
22 involved in this accident on 9/7/2000?
23   A. Correct.
24   Q. Tell us briefly what you did.

Page 17

1    A. I don't totally understand that.
2    Q. Well, an accident occurred on
3 9/7/2000 involving Mr. Ferguson, correct?
4    A. Yes.
5    Q. What steps did you do after the accident?
6 How was it reported to you and then what did you do?
7    A. The first knowledge I had of it was Dave
8 told me about it.
9    Q. Where did it occur?
10   A. It occurred on our south lot on Springboro
11 Pike in Moraine, Ohio.
12   Q. What did Dave tell you?
13   A. Dave initially told me that he fell off
14 his truck.
15   Q. Did you ask him how?
16   A. I'm sure I would have.
17   Q. Do you remember the conversation you had
18 with Mr. Ferguson?
19   A. Yes.
20   Q. What was the conversation?
21   A. I can't remember word for word, but it was
22 to the effect that Dave said he fell off his truck,
23 and obviously I would have asked him, how are you
24 and are you okay and that type of thing, but I can't

Ferguson, et al. vs. Ryder System, Inc., et al.                    MIKE PALLADINO
November 21, 2002

---

Page 18

1 remember word for word.
2    Q. Do you remember basically what he said?
3    A. He said he had fell off the head rack. He
4 said he had hurt -- he had hit his back. And he
5 said he felt like he was okay and that he could
6 continue working.
7    Q. Did he continue the work?
8    A. Yes. Me and Dave both went over to his
9 rig, because I was in another part of the yard, and
10 we looked at his rig.
11    Q. And what did you see?
12    A. I seen a unit on the head rack, backed on,
13 and I saw one of the cables broken.
14    Q. Do you remember what cable it was that you
15 saw broken?
16    A. To the best of my recollection, it was the
17 driver's side of the rig, the bottom cable.
18    Q. What did Mr. Ferguson say about the cable?
19    A. Nothing that I can remember.
20    Q. What did you do with the truck? Was
21 anything done with the truck?
22    A. At that point?
23    Q. Yes.
24    A. No.

---

Page 19

1    Q. At some other point was something done?
2    A. I don't know what would have been done
3 after that. I have no knowledge of what was done.
4    Q. Do you know if the cable was replaced?
5    A. I don't know that.
6    Q. Are these cables called clothes lines?
7    A. They've been referred to as clothes lines.
8    Q. The one that broke, correct?
9    A. Yes, it could -- they have been referred
10 to as clothes lines.
11    Q. Did you see where it was broken?
12    A. I can't recall.
13    Q. Had there been previous accidents
14 involving the cables?
15    A. Yes, but I don't know the specific --
16    Q. Do you know if anyone else was injured by
17 a cable breaking?
18    A. Yes, I do.
19    Q. Can you tell us who that was?
20    A. Thomas Fay.
21    Q. Fay?
22    A. Correct.
23    Q. F-A-Y-E?
24    A. No, just F-A-Y.

---

Page 20

1    Q. Do you know when that was?
2    A. That was on August 8th of 2000.
3    Q. And what happened with Mr. Fay?
4    A. One of the cables broke. I believe -- one
5 of the cables broke. Which cable, I'm not totally
6 sure.
7    Q. Was Mr. Fay injured?
8    A. Yes.
9    Q. Do you know how he was injured?
10    A. No.
11    Q. Do you know what his injuries were?
12    A. No.
13    Q. You just know that a cable broke and he
14 was injured?
15    A. Correct.
16    Q. Do you know any other specifics concerning
17 that?
18    A. I know it occurred -- where it occurred.
19    Q. Where did it occur?
20    A. It occurred in the north yard in Moraine,
21 Ohio.
22    Q. Anything else you know about that
23 accident?
24    A. Nothing that I can recollect.

---

Page 21

1    Q. Do you know of anyone else that was
2 injured by a cable that broke?
3    A. No.
4    Q. Do you know of other cables breaking?
5    A. No. I mean, maybe you can let me back up
6 on that one.
7    Q. Okay.
8    A. Specific cases of cables breaking?
9    Q. Yes.
10    A. No, I don't.
11    Q. Generally, do you know of cables breaking?
12    A. Yes.
13    Q. Had that been a complaint of the drivers?
14    A. No.
15    Q. Were the cables in the process of being
16 replaced?
17    A. Yes.
18    Q. On all the trucks or just some of the
19 trucks?
20    A. They were supposed to be replaced on all
21 the trucks.
22    Q. Do you know why?
23    A. Because we were having some problems with
24 them failing.

---

Ferguson, et al. vs. Ryder System, Inc., et al.                    MIKE PALLADINO
November 21, 2002

Page 34

1 Maintenance Dept. is inspecting and replacing as
2 needed. Three cables appear new. The cable that
3 failed was not new." What do you mean when you say
4 "three cables appear new"?
5    A. Visually there was three cables that
6 looked newer than one of the four.
7    Q. Would they have a different design?
8    A. I don't know.
9    Q. You don't remember?
10    A. No.
11    Q. Could they have been of the design of
12 what's shown as Plaintiffs' Exhibit G?
13    A. I don't know.
14    Q. But you inspected the tractor, correct?
15    A. I looked at it. I didn't inspect the
16 cable.
17    Q. You did put the "three cables appear new"?
18    A. Yeah. I mean, just -- yes.
19    Q. What would make them appear new is what
20 I'm trying to get at.
21    A. Shiny.
22    Q. Now you say "The Maintenance Dept. is
23 inspecting and replacing as needed." Who would the
24 maintenance department be?

Page 35

1    A. The Moraine and Marion shops.
2    Q. And who are the people in those at that
3 time?
4    A. Gordon Beal was the shop manager in
5 Marion. Bill Weaver was the shop manager in
6 Moraine.
7    Q. Do you know who worked under Bill Weaver?
8    A. No. Other than his mechanics, obviously.
9    Q. Do you know who the mechanics were?
10    A. I don't know all of them.
11    Q. Do you know some of them?
12    A. Yes.
13    Q. Can you give me the names that you do
14 know?
15    A. On that particular day?
16    Q. Yes.
17    A. No, I can't.
18    Q. Do you know who works there now?
19    A. Not everyone.
20    Q. Well, can you give me some of the names of
21 the people that do work there, that you know?
22    A. Bob Carls, Frank Boettcher.
23       MR. HONERLAW: Can you spell his last
24 name?

Page 36

1    A. I'm guessing here, B-O-E-T-T-C-H-E-R.
2 Craig Woodward, Rick Shively, Homer Ryman.
3    Q. Is that with a "Y"?
4    A. Correct. Jeff Taylor, Jim Putsch.
5    Q. Do you know how to spell his last name?
6    A. I believe P-U-T-S-C-H. Rick Wolf. That's
7 all I can remember.
8    Q. Do you know what they were doing to
9 inspect the cables?
10    A. No.
11    Q. Do you know how many were being replaced a
12 week or a month or anything?
13    A. No.
14    Q. Do you know how long they had been
15 replacing them?
16    A. No.
17    Q. Do you know when the problem first came to
18 their attention or the company's attention?
19    A. No.
20    Q. Are they still replacing them?
21    A. I don't know.
22    Q. Have they all been replaced?
23    A. I don't know.
24    Q. Do you know what design they're using now

Page 37

1 for the cables?
2    A. No.
3    Q. Showing you again Plaintiffs' Q. The
4 cable that broke in Mr. Ferguson's accident, do you
5 know what happened to that cable?
6    A. No.
7    Q. Did you look at the broken piece?
8    A. No.
9    Q. Did you look at the cable that was still
10 attached to the truck?
11    A. When you say "look at it," do you mean
12 closely look at it or from a --
13    Q. Well, just tell me what you did.
14    A. I seen that the cable was broken, but I
15 did not get up closely and examine the cable.
16    Q. So you didn't climb up on the tractor and
17 look at it?
18    A. No.
19    Q. But you could see that it was broken?
20    A. Yes.
21    Q. And did it have this coating on it?
22    A. I don't know.
23       (Plaintiffs' Exhibit I
24       was marked for identi-
       fication.)

Page 34 - Page 37

Ferguson, et al. vs. Ryder System, Inc., et al.          **MIKE PALLADINO**
November 21, 2002

Page 42

1    A. Are you talking about today or --
2    Q. Back then.
3    A. I was in contact with the shop.
4    Q. What contact did you have with the shop
5 before 9/7 of 2000 as it related to these cables?
6    A. When I worked in Marion we were replacing
7 the cables, all cables.
8    Q. How about in Moraine?
9    A. Moraine was supposed to be replacing all
10 the cables.
11    Q. Were they doing that?
12    A. I don't know.
13    Q. Wasn't that part of your job duties to
14 find that out?
15    A. No.
16    Q. Why not?
17    A. The maintenance department, that was their
18 job.
19    Q. So you don't know one way or the other if
20 they were replacing all the cables?
21    A. They were supposed to replace all the
22 cables.
23    Q. Do you know if there was a time limit for
24 them to do that?

Page 43

1    A. No.
2    Q. Do you know if they were doing it?
3    A. They were doing it.
4    Q. Do you know how long it was taking them?
5    A. No.
6    Q. Did they try to replace them all at one
7 time?
8    A. What do you mean, "all at one time"?
9    Q. Well, did they retrofit them, the trucks?
10    A. Retrofit meaning replace the cables?
11    Q. Yes.
12    A. They were supposed to replace all the
13 cables.
14    Q. When was it that they were supposed to
15 replace all the cables?
16    A. I don't know the exact date.
17    Q. Was it before 9/7 of 2000?
18    A. I don't know.
19    Q. Did you attend the safety committee
20 meetings?
21    A. In Marion. I mean, I had just come back
22 from Marion in July of 2000.
23    Q. So you were at Moraine from July of
24 2000 until the accident?

Page 44

1    A. Correct.
2    Q. Exclusively?
3    A. No.
4    Q. You were back and forth between jobs?
5    A. Yes.
6    Q. When did you get exclusively down to
7 Moraine?
8    A. As an estimate, about September of 2001.
9    Q. Who had your job there prior to
10 September 2001?
11    A. I did.
12    Q. So you were the safety supervisor for both
13 places?
14    A. Yes.
15    Q. From what dates to what dates?
16    A. I was the safety supervisor in Marion from
17 February of '98 through approximately September of
18 2001.
19    Q. Okay.
20    A. And I took over safety in Moraine
21 approximately August of 2000.
22    Q. And you're currently still in that
23 position, or when did you stop doing that? About
24 two months ago, is that it?

Page 45

1    A. Yes.
2    Q. So it would be, let's see, September of
3 2002?
4    A. Yes. That's an estimate.
5    Q. So at Marion were all the cables replaced
6 by September of 2000?
7    A. I don't know.
8    Q. And Moraine, do you know if they were?
9    A. I don't know.
10    Q. Who would have been the safety person
11 prior to August of 2000 at Moraine?
12    A. Gary Chinn.
13    Q. Is Gary Chinn still with the company?
14    A. Yes.
15    Q. At Moraine do you remember anyone
16 complaining about the safety cables when you were
17 there?
18    A. No.
19    Q. At Marion do you remember anyone?
20    A. Complaining?
21    Q. Yes.
22    A. No.
23    Q. At either place do you know of any
24 procedure that was being followed as far as

Ferguson, et al. vs. Ryder System, Inc., et al.                    MIKE PALLADINO
November 21, 2002

---

Page 46

1  inspecting them to see if they should be replaced?
2      A. To the best of my knowledge, they were
3  supposed to replace all the cables.
4      Q. You don't know of any inspections that the
5  people were doing?
6      A. No.
7      Q. Do you know if the maintenance people were
8  supposed to do any inspections?
9      A. To the best of my recollection, they were
10  supposed to replace all the cables.
11      Q. But you don't know a date that that was
12  supposed to occur?
13      A. No.
14      Q. Where would your recollection of that come
15  from? Was there someone from Georgia that said that
16  should happen or how do you know they were supposed
17  to all be replaced?
18      A. When I was in Marion we were having some
19  cables failing. And I had talked to the maintenance
20  department, and we came to the agreement that we
21  were going to replace all the cables.
22      Q. Do you know when that was?
23      A: No.
24      Q. Do you know what year it was?

---

Page 47

1      A. No.
2      Q. Do you know if it was prior to
3  Mr. Ferguson's accident?
4      A. Yes.
5      Q. Do you know if it was prior to Mr. Fay's
6  accident?
7      A. Yes.
8      Q. Do you know how much prior it was?
9      A. No.
10      Q. When you talked to the maintenance people
11  at Marion, was anyone else involved in the company,
12  such as the headquarters or anything, about
13  replacing them?
14      A. I don't know.
15      Q. What occurred at this meeting? Who was at
16  the meeting? What occurred?
17      A. I can't recollect the exact meeting.
18      Q. What do you recollect about it?
19      A. We were having problems and that I had
20  talked to the shop, the maintenance department, and
21  we had agreed that we were going to replace the
22  cables.
23      Q. Did you set up any type of timetable to do
24  that?

---

Page 48

1      A. No.
2      Q. Do you know where the new cables were
3  coming from?
4      A. No.
5      Q. Do you know if there was a problem getting
6  new cables?
7      A. No. I mean, I don't know that there was a
8  problem.
9      Q. When you got to Moraine, was it your
10  understanding that they were replacing the cables,
11  too?
12      A. That was my understanding.
13      Q. And that they were all supposed to be
14  replaced?
15      A. Ask the question again.
16      Q. When you got to Moraine, was it your
17  understanding that all the cables were supposed to
18  be replaced?
19      MR. WINTER: At Moraine?
20      MR. KOUSTMER: At Moraine.
21      A. That's my understanding.
22      Q. Other than you and maintenance, did anyone
23  else in the company know this was happening?
24      A. I don't know.

---

Page 49

1      Q. And who was it in maintenance that you had
2  this understanding with that they were all supposed
3  to be replaced?
4      A. Gordon Beal and --
5      Q. Bill Weaver?
6      A. Bill Weaver.
7      Q. He would be at Moraine and then Gordon
8  would be at Marion?
9      A. Correct.
10      Q. Do you know if they talked to anyone else
11  in the company?
12      A. I don't know.
13      Q. Did you talk to anyone else in the company
14  about it?
15      A. On replacing cables, no.
16      Q. Do you have any idea what it costs to
17  replace the cables?
18      A. No.
19      Q. There's four of them on each truck,
20  correct?
21      A. The trucks that have cables have four, to
22  the best of my knowledge.
23      Q. How many trucks would you say there were
24  at Marion and Moraine that had cables?

---

Ferguson, et al. vs. Ryder System, Inc., et al.                          **MIKE PALLADINO**
November 21, 2002

---

Page 62

1  Q. Where did she come from?
2  A. I don't know.
3  Q. Do you know what her background is?
4  A. No.
5  Q. Is she there now?
6  A. Yes.
7  Q. Did you train her?
8  A. No.
9  Q. Do you know anybody that trained her?
10  A. They sent her to Louisville or
11  Shelbyville, Kentucky for, I believe, a two-week
12  period.
13  Q. Who's "they"?
14  A. The company.
15  Q. The company is out of Decatur, Georgia?
16  A. Allied Systems.
17  Q. Do you know what training she got there?
18  A. No.
19  Q. Did you ever go there for training?
20  A. No.
21  Q. Did you ever go anyplace for the company
22  for training?
23  A. Yes.
24  Q. Where was that?

---

Page 63

1  A. Romulus, Michigan.
2  Q. What training did you get in Romulus?
3  A. It was how to load a truck, preparing
4  logs, driver logs. That's been about 18 years ago,
5  so I don't recollect everything they taught us.
6  Q. Did you get any training there to be a
7  safety supervisor?
8  A. No.
9  Q. Did you ever get any training with the
10  company to go somewhere to be trained to be a safety
11  supervisor?
12  A. No.
13  Q. Do you know what the purpose of the cable
14  is in question here?
15  A. Going back to that last question, I
16  remember we were sent to Marysville to a day's
17  training on safety.
18  Q. Marysville, Ohio?
19  A. Marysville, Ohio.
20  Q. And who was that through?
21  A. Allied Systems.
22  Q. And what did they teach you there?
23  A. It was mostly paperwork.
24  Q. Paperwork? How to fill out the forms, who

---

Page 64

1  to send them to, correct?
2  A. Yes.
3  Q. Back to the other question. Do you know
4  what the purpose of the cable is in question here?
5  A. No.
6  Q. You've said that you and maintenance in
7  Marion decided to replace the cables; is that
8  correct?
9  A. Yes.
10  Q. That was your decision?
11  A. Not my decision entirely, no.
12  Q. Whose decision was it?
13  A. I don't know.
14  Q. Was there a memorandum that came down from
15  Delavan saying to replace all the cables?
16  A. I don't know.
17  Q. Have you ever heard of such a memorandum?
18  A. No.
19  Q. Have you ever seen such a memorandum?
20  A. Not that I can remember.
21  Q. Has maintenance ever told you about such a
22  memorandum?
23  A. Not that I can remember.
24  Q. I'm having a hard time understanding, so

---

Page 65

1  let me ask you a couple more questions. If I repeat
2  myself, I'm sorry. You met with maintenance, and
3  you and maintenance decided to replace all the
4  cables at Marion and Moraine?
5  A. The only thing I relayed to the
6  maintenance department is that we were having
7  problems with the cables, but I do not have the
8  authority --
9  Q. That's what I'm getting at. I didn't
10  think you would have the authority to expend that
11  kind of money to replace cables.
12  A. No, that is not my decision.
13  Q. So whose decision was that in the company?
14  A. I don't know.
15  Q. So somebody else had to make that
16  decision?
17  A. Yes.
18  Q. Did maintenance have the authority to make
19  that decision?
20  A. When you say "maintenance," you mean who?
21  Q. The people you talked to there at
22  maintenance. You said you talked to Gordon at
23  Marion and Bill Weaver at Moraine. Did they have
24  the authority to make that decision?

---

Ferguson, et al. vs. Ryder System, Inc., et al.
November 21, 2002

**MIKE PALLADINO**

---

Page 66

A. I wouldn't think so.

Q. There was about 100 trucks, wasn't there, at Marion, and there's about 100 trucks now at Moraine?

MR. WINTER: What time are we talking about?

MR. KOUSTMER: Back in 2000.

A. Back in 2000 I would say there was less than 100 trucks in Marion when this injury occurred.

Q. And Moraine?

A. I don't know exactly how many trucks would be there.

Q. But you would agree with me there would be expense to replacing all the cables on the trucks at these two facilities?

A. Yes.

Q. Do you know if they were being replaced systemwide?

A. No. I don't know that.

Q. Do you have any idea how many terminals such as Moraine and Marion that Allied operated back in 2000?

A. 2000, I don't know.

Q. Do you know now?

---

Page 67

A. I believe total, United States and Canada, I believe it would be about 80 to 85 terminals.

Q. Do you know how many trucks or an estimate of how many trucks are involved in those 80 to 85 terminals?

A. As a total estimate, probably about 4500 to 5000. That's just a guess.

Q. You said something before about some of them don't have cables?

A. Correct.

Q. And some of them do have cables?

A. Correct.

Q. Do you know how many there are that have cables versus how many that don't have cables?

A. I don't know.

Q. The ones that don't have cables, they just don't have any of the clothes lines or the four cables?

A. Correct.

Q. The ones that have cables should have all four?

A. To the best of my knowledge.
(Plaintiffs' Exhibits K, L, M, N, O, P were marked for identi-

---

Page 68

Q. These safety committee meetings, we had some marked here J, K, L, M, N, O, P, from Marion back in '99. It's your testimony that safety committee meetings are supposed to be faxed, or was it mailed to company headquarters in Decatur?

A. They could be faxed or mailed.

Q. Or mailed. So the ones that Mr. Chinn was doing in Moraine should have been faxed or mailed to Decatur?

A. I don't know what Mr. Chinn did.

Q. Do you know if there was a decision not to retrofit the clothes lines, but to replace them as required?

A. I don't know that.

Q. That never came down to you when you were the safety committee person?

A. The question again.

Q. Was there ever a decision made not to retrofit the clothes lines, but just to replace them as they broke?

A. Not that I know of.

Q. Was there ever a decision made not to retrofit the clothes lines on all the trucks, but just to replace them as required?

---

Page 69

A. Not that I recall.

Q. You don't remember being told that?

A. No. My understanding was they were going to replace them all.

Q. But you don't know where that decision came from?

A. No.

Q. But you certainly didn't have the power to do that?

A. Correct.

Q. You don't think maintenance had the power to do that either, Mr. Weaver?

A. Local maintenance, I would say no.

Q. That would be Mr. Weaver or Mr. Gordon, the two gentlemen you were talking with?

A. Correct.

Q. And they were the two heads of the maintenance department at Marion and Moraine?

A. Yes.

Q. Do you know of something called a new chain clothes line?

A. I was made aware of that, yeah.

Q. What is that?

A. From what I understand, there was talk

---

Ferguson, et al. vs. Ryder System, Inc., et al.
November 21, 2002

MIKE PALLADINO

---

Page 74

1   A. I don't know that.
2   Q. Were there any drivers back then that
3 wanted all the trucks refitted with the cables at
4 Marion?
5   A. I don't know.
6   Q. Were you doing refitting back in 1999?
7   A. I'm not sure of the time frame we were
8 doing refitting.
9   Q. I take it you would have to ask
10 maintenance that, they would have records of that?
11   A. Maintenance was the ones doing the
12 refitting, yes.
13   Q. Do you know if they kept records of when
14 cables were changed?
15   A. I don't know.
16   Q. But you didn't keep any as the safety
17 supervisor?
18   A. No.
19   Q. Did you ever check up as safety supervisor
20 to say how far along are we on getting all these
21 cables replaced?
22   A. I remember having conversations with
23 Gordon. I remember seeing boxes of them in the shop
24 at Marion.

---

Page 75

1   Q. What were the conversations you had with
2 Gordon?
3   A. I can't recall, exactly.
4   Q. Were you asking him how far along are we
5 in getting all of them replaced?
6   A. I can't recall, exactly, conversations. I
7 just know I seen boxes of new cables and they were
8 replacing cables.
9   Q. Do you know what time frame that was?
10   A. No.
11   Q. Was that before or after Mr. Ferguson's
12 accident?
13   A. That would have been before.
14   Q. Do you know what period of time before?
15   A. No.
16   Q. Mr. Fay got hurt in August of 2000,
17 correct?
18   A. Yes.
19   Q. Was anything done different after he got
20 hurt as far as replacing cables?
21   A. I don't know.
22   Q. As safety person, did you say: No trucks
23 out unless the cables are replaced on those trucks?
24   A. I didn't say no trucks out, no.

---

Page 76

1   Q. What did you do?
2   A. I know one thing I did is I immediately
3 put a notice, taped it right to the dispatch
4 counter.
5   Q. What was the note?
6   A. Notifying the drivers, don't lean on the
7 cables, don't put any pressure on the cables, get
8 the cables replaced.
9   Q. Now, in Mr. Ferguson's truck three of the
10 cables had been replaced?
11   A. I don't know. I just know three of the
12 cables looked different than the one cable.
13   Q. Do you know why they would replace only
14 three?
15   A. No.
16   Q. Mr. Fay was a Marion driver, right?
17   A. At the time of his injury, I believe so.
18   Q. And he's never come back to work?
19   A. I don't believe he has.
20   Q. He had severe injuries?
21   A. I don't know.
22   Q. Did you do anything to speed up the
23 process, after Mr. Fay's injury, of replacing the
24 cables?

---

Page 77

1   MR. LARSON: Object to the form.
2   A. I can't recall an instance. I would think
3 that I maybe made phone calls to the shop.
4   Q. Do you recall making phone calls to the
5 shop?
6   A. I can't recall specifically, no.
7   Q. You don't recall talking to Gordon or
8 Bill?
9   A. I can't recall it, but I would -- I know I
10 put the notice up and I would -- I know I talked to
11 Chris. Chris would have been in Marion at the time
12 doing safety.
13   Q. Chris?
14   A. Chris Sanders.
15   Q. You put the notice up in Marion?
16   A. No, I put the notice up in Moraine.
17   Q. On Exhibit I, isn't the 2:37 notice there
18 because you had set up an appointment for Mr.
19 Ferguson at 2:37?
20   A. No. Dave was told to go to the Kettering
21 Workers Care because the injury happened, I believe,
22 what, 10:15 in the morning, and it was 2:37 in the
23 afternoon and Kettering Workers Care had not seen
24 him yet.

---

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF OHIO
 3                   WESTERN DIVISION
 4
 5    -----------------------------------------
                                            :
 6    DAVID FERGUSON, et al.,               :
                                            :
 7              Plaintiffs,                 :
                                            :
 8         vs.                              :    CASE NO.
                                            :    C-1-02-039
 9    RYDER AUTOMOTIVE, et al.,             :
                                            :
10              Defendants.                 :
                                            :
11    -----------------------------------------
12
13         DEPOSITION OF:    FREDERICK L. WOLF
14         TAKEN:            By the Plaintiffs
                             Pursuant to Agreement
15
           DATE:            February 20, 2003
16
           TIME:            Commencing at 9:10 a.m.
17
           PLACE:           Kohnen & Patton
18                          441 Vine street
                            Suite 1400
19                          Cincinnati, Ohio  45202
20         BEFORE:          Debra J. Henderson, RPR
                            Notary Public - State of Ohio
21
22
23                                    COPY
24
```

Page 6

1    A.    About six months later.
2    Q.    Do you have a high school degree?
3    A.    Yes.
4    Q.    Any other education beyond high school?
5    A.    Just various trade schools, job-related stuff.
6    Q.    Your career at Allied, what did you start out
7 as?
8    A.    Excuse me?
9    Q.    What did you start doing when you started
10 working for Allied?
11    A.    Just general maintenance, repair, and overhaul
12 of their tractor-trailer equipment.
13    Q.    You said that was 20 years ago?
14    A.    21.  February of '82 is when I started.
15    Q.    And what do you do for them now?
16    A.    Same thing.  Maintenance and repair of their
17 tractor-trailers.
18    Q.    What facility do you work in?
19    A.    Miamisburg.  It's a shop five miles south of
20 the actual terminal.
21    Q.    What terminal?
22    A.    The Moraine terminal.
23    Q.    And were you working back in September of 2000?
24    A.    Yes.  To my knowledge, I was.

Page 7

1    Q.    Okay.  What terminal were you working at?
2    A.    Marian, Ohio.
3    Q.    Do you know a Dave Ferguson?
4    A.    Yes.
5    Q.    How do you know him?
6    A.    Well, he's a driver.
7    Q.    Now, you know he fell off his truck in
8 September -- I believe it was 7th of 2000?
9    A.    I didn't know that until recently.
10    Q.    Okay.  Do you know anything about the cable
11 that broke on the truck when he fell?
12    A.    No.
13    Q.    Did you repair it?
14    A.    Not to my knowledge.
15    Q.    Did you see it?
16    A.    No.
17    Q.    Okay.  Do you know what happened to it?
18    A.    No.
19    Q.    Have you heard anything about what happened to
20 it?
21    A.    The actual cable?
22    Q.    The actual cable.
23    A.    No.
24    Q.    Okay.  I will ask you some more questions about

Page 8

1 it in a minute.
2    A.    Sure.
3    Q.    Let me show you -- I just got these from Allied
4 Automotive Group, produced today, pursuant to some answers
5 to Plaintiffs' Request for Production, Supplemental
6 Answers.
7         MR. KOUSTMER:  Let's mark this M.
8         (Plaintiffs' Exhibit M was marked for
9         identification.)
10    Q.    Can you identify that?
11    A.    It looks like the minutes of a safety meeting
12 which I was in attendance.
13    Q.    What is the date of the safety meeting?
14    A.    September 30th, 2000.
15    Q.    Okay.  And so you were in attendance there?
16    A.    Yes.
17    Q.    Is that normal for you to be in attendance at
18 these safety meetings?
19    A.    Yes.  I was like on the committee there, and we
20 tried to have monthly safety meetings.
21    Q.    How long were you on that committee?
22    A.    I'm not sure.
23    Q.    Are you on the committee now?
24    A.    No.

Page 9

1    Q.    But back in 2000, September of 2000, you were
2 on the committee?
3    A.    Yes.
4    Q.    Mike Planaro was also on the committee?
5    A.    Palladino.
6    Q.    Palladino.  I'm sorry.  So the people in
7 attendance here are marked --
8    A.    Yes.
9    Q.    -- correct?  Okay.  Number 7 says, "A
10 discussion was brought up on the placement of safety cables
11 for trucks.  The shop is actively replacing all safety
12 cables as they become available."
13         First of all, were all the safety cables being
14 replaced on all of the trucks?
15    A.    I'm not sure.  There was no policy that I know
16 of.  I mean, we were replacing them as they came in.
17    Q.    What do you mean, "as they came in"?
18    A.    The cables, you know, we wouldn't get 100 of
19 them at a time.  They would come in six, eight, ten at a
20 time, whatever.
21    Q.    Well, where were they coming from?
22    A.    I have no idea.
23    Q.    So they would come into the shop, the
24 replacement cables, and how would you decide what trucks you

3 (Pages 6 to 9)

**Page 10**

1 were going to replace them on?
2 A. To my knowledge, just the ones that were
3 actually in the shop that we were working on, we would
4 replace the cables while we had the truck in the shop.
5 Q. So, say you had X truck in your shop, and you
6 were working on whatever, the engine or whatever you work
7 on, and that day four safety cables came in, you would
8 replace all four on this truck?
9 A. Well, if we had some in stock, we would replace
10 the cables if the truck was in the shop.
11 Q. Let's imagine they were in stock. If four came
12 in that day, that truck is sitting there, you're working on
13 something, you replace all four cables?
14 A. Yes, before we release the truck, as per
15 instruction of my boss.
16 Q. Who was that?
17 A. Gordon Beal.
18 Q. You saved me a question. And how long had
19 this been going on?
20 A. I don't know.
21 Q. Had it been going on more than a month?
22 A. I don't recall.
23 Q. Well, were you -- you don't know if you were
24 doing these in 1999?

**Page 11**

1 A. I don't know.
2 Q. Who were the mechanics that would be working on
3 the safety cables?
4 A. Every one that was employed at the Marian
5 facility at the time. There was 10 to 12 mechanics, I
6 believe. To my recollection.
7 Q. Okay. And who were they?
8 A. Bob Puddles.
9 Q. Is he still there?
10 A. Yes. He's in Moraine -- or Miamisburg, I mean.
11 Q. Okay.
12 A. Mike Amera (phonetic). Homer Ryman.
13 Q. Is Mike still there?
14 A. Yes. Homer Ryman.
15 Q. Ryman?
16 A. Yeah. R-y-m-a-n.
17 Q. Is Homer still there?
18 A. Yes.
19 Q. At Miamisburg, right?
20 A. Yes. Frank Boetcher.
21 Q. Boetcher?
22 A. B-o-e-t-c-h-e-r, I believe.
23 Q. Is Frank still there?
24 A. Yes.

**Page 12**

1 Q. Okay.
2 A. Roger Mart.
3 Q. M-a-r-t?
4 A. Right.
5 Q. Is Roger still there?
6 A. Yes. Jerry Calulet.
7 Q. Is Jerry still there?
8 A. Yes. I don't know if there was any more.
9 Q. How about a Tom Heller?
10 A. I don't know him. He was a terminal manager, I
11 believe, in Moraine.
12 Q. Give me one minute, okay?
13 A. Sure.
14 Q. What were they being replaced with?
15 A. What, the cables?
16 Q. Yes.
17 A. With a replacement cable.
18 Q. Do you know what that was made out of?
19 A. No, I have no idea.
20 Q. Do you know if it was stainless steel?
21 A. I don't know.
22 Q. Do you know why they were being replaced?
23 A. Not really.
24 Q. Do you have a guess why they were being

**Page 13**

1 replaced?
2 MR. WINTER: I object to guessing. Go ahead
3 and answer. I move to strike, too. Go ahead and
4 answer.
5 A. Just, actually, because our boss told us to
6 replace them. I wasn't privy to any information why we were
7 replacing them. He said we have to put these cables on the
8 trucks.
9 Q. Was there any memorandum that went around from
10 Decatur, Georgia that said they all had to be replaced, to
11 your knowledge?
12 A. Not to my knowledge. I didn't see them in any
13 memorandum from Delavan or any others saying to replace the
14 cable. Not to my knowledge.
15 Q. Had you ever seen one that had broken?
16 A. Maybe once or twice.
17 Q. Do you remember when that was?
18 A. No.
19 Q. So if a truck only had three replaced and one
20 not replaced, would that be because of the fact that they
21 weren't in the shop enough to replace it?
22 A. Possibly.
23 Q. If a truck came in and you were replacing a
24 cable and you had enough cables, would you replace all four

4 (Pages 10 to 13)

Page 14

1    of the cables?
2        A.   Yes.
3        Q.   So the only reason it would be that one of the
4    cables was not replaced was because there weren't enough
5    cables in the shop at the time the others were replaced?
6            MR. LARSON: Objection. Calls for speculation.
7        A.   I guess so.
8        Q.   Did you ever inspect the truck that Mr.
9    Ferguson was injured on?
10       A.   No. I don't even know what truck number it is.
11       Q.   As a member of the safety committee, was the
12   subject ever brought up before about replacement of the
13   safety cable at any of the other meetings -- minutes of the
14   meetings that you were at?
15       A.   Not to my knowledge, but it would be in the
16   minutes if they were.
17       Q.   And that would be the minutes of where?
18       A.   The safety committee meeting for Marian, Ohio.
19       Q.   And you said you don't remember when you were
20   on this committee?
21       A.   I don't remember the exact dates, no.
22       Q.   You were on the committee back in June of '00,
23   weren't you -- 2000?
24       A.   I don't know.

Page 15

1        Q.   Okay.
2            MR. KOUSTMER: Let's mark this as N.
3            (Plaintiffs' Exhibit N was marked for
4            identification.)
5        Q.   Does that show June of 2000 and you being
6    present at a meeting?
7        A.   Yes.
8            MR. WINTER: Exhibit N, right?
9            MR. KOUSTMER: Yes.
10       A.   Yes, it does.
11       Q.   Okay. Do you know how long you had been on the
12   committee prior to that?
13       A.   I can't recall. A year. I'm not sure.
14       Q.   Was Marian ever going to be used as a test site
15   for replacement of the cables?
16       A.   Not to my knowledge.
17       Q.   That would be shown in the committee meetings?
18       A.   I would think, yes.
19       Q.   Do you remember about it being chosen as a
20   test site?
21       A.   No.
22       Q.   Do you remember anything about that being put
23   on hold?
24       A.   What being put on hold?

Page 16

1        Q.   A test site.
2        A.   No.
3        Q.   And that's for Marian, right?
4        A.   I worked in Marian, yes.
5        Q.   You don't know anything about Moraine?
6        A.   No, I do not.
7        Q.   Did you know whether or not they were ordered
8    to retrofit all of the trucks at one time with the safety
9    cables?
10       A.   No, just the ones that came equipped with them
11   are the only ones we were replacing, to my knowledge.
12       Q.   What does "retrofit" mean to you?
13       A.   I would say it would mean to equip a truck that
14   was not equipped at the factory.
15       Q.   During this period of time -- I might have
16   asked you this, but let me ask it again. The cables, when
17   they would come in, do you know where they were coming from?
18       A.   No.
19       Q.   Do you know how many would come at a time or
20   would it be different?
21       A.   No. Our supervisor took care of all of the
22   parts ordering and the parts receiving.
23       Q.   But you actually replaced cables, correct?
24       A.   Yes.

Page 17

1        Q.   As part of your job?
2        A.   Yes.
3        Q.   Okay. When a truck was in there, how would you
4    determine whether there was cables or not to replace?
5        A.   If they had the older style on them, we were
6    told to replace them.
7        Q.   What would you do? You were told to replace
8    them, but how would you know if there was cable on site to
9    replace them?
10       A.   We would just look on the shelf.
11       Q.   They were kept somewhere then?
12       A.   Right. Parts shelves.
13       Q.   Were they being replaced all at the same time
14   or were there different kinds that were being used?
15       A.   I don't recall.
16       Q.   You said the "old kind." Can you describe to
17   me the old kind?
18       A.   Well, the old kind had a straight bolt and
19   cable coming out the end. The newer style that I remember
20   had an eyelet with a bolt connected to the eyelet. They
21   were two different styles.
22       Q.   And so you were replacing with the bolt style
23   or what?
24       A.   With the eyelet style.

5 (Pages 14 to 17)

**Page 18**

1 Q. With the eyelet style?

2 A. To my recollection, the ones we replaced, we

3 installed the eyelet style cable.

4 Q. Let's take a look at this here. We have a

5 cable. Do you know how long this went on?

6 A. No.

7 Q. Is it still going on?

8 A. We replaced some a couple of weeks ago, but it

9 was on a piece of equipment we got from other terminals that

10 were originally equipped with them and they had taken them

11 off.

12 Q. So there were no cables on those whatsoever?

13 A. No.

14 Q. How long had it been that you were replacing

15 cables -- up to what point in time?

16 A. I don't recall. Up until --

17 Q. Last year or 2001, were you still?

18 A. Well, last year, see, trucks were being

19 redomiciled from Marian down to Moraine as the traffic

20 increased down here and they were winding operations up down

21 there.

22      I worked -- in 2001, December was my last month

23 up there. And by then we only had, you know, ten pieces of

24 equipment up there.

**Page 19**

1 Q. Okay.

2 A. And I believe, to my knowledge, all cables had

3 been replaced.

4 Q. Do you know when all of the cables had been

5 replaced?

6 A. No. Over a period of time, you know?

7 Q. Right. That's what I'm trying to get at. What

8 period of time?

9 A. I don't know.

10 Q. Were any still being replaced in 2001?

11 A. I don't recall.

12 Q. Let me show you a sample cable. We have never

13 marked this as an exhibit. It's the actual -- not the

14 actual cable that was broken but an actual cable.

15 A. Uh-huh.

16 Q. Are those the kind that were being replaced?

17 A. Yes.

18 Q. Okay. And you say those -- they were being

19 replaced with the bolt?

20 A. Eyelet.

21 Q. Eyelet. Do you know why they went to an eyelet

22 design?

23 A. No.

24 Q. Let me show you what I've marked before as

**Page 20**

1 Plaintiffs' Exhibit G.

2      MR. LARSON: Are these the earlier exhibits,

3 Tom?

4      MR. KOUSTMER: Some are, some aren't.

5      MR. LARSON: I think I have these.

6      MR. KOUSTMER: Yeah, you do.

7      MR. LARSON: Okay, thanks.

8 Q. Exhibit G, is that the type that was being --

9 you were replacing them?

10 A. Yes, that is the newer style we were using as

11 replacements.

12 Q. Okay. Was that to keep them tighter?

13      MR. LARSON: Object to the form.

14 A. No. They couldn't be too tight because the

15 doors to the cargo unit couldn't be opened. You have to

16 have a little bit of slack in them.

17 Q. Did they call them clotheslines?

18 A. Sure.

19 Q. Do you know why?

20 A. I don't know.

21 Q. You never heard a driver tell you why they were

22 called clotheslines?

23 A. Not why.

24 Q. What did you hear drivers say about it?

**Page 21**

1 A. Referring to them as clotheslines, it's what --

2 it gives the appearance of a clothesline. I never saw any

3 actual clothes hanging on them, though.

4 Q. Did drivers ever complain about them to you?

5 A. Not to my knowledge.

6 Q. So you don't remember if they did or didn't?

7 A. No. Drivers complain about a lot of things.

8 Unless they specifically write it up, you know --

9 Q. Okay. I will show you what has been marked as

10 Plaintiffs' Exhibit H. One of them is the design you talked

11 about, but down below it is another design.

12 A. Right.

13 Q. Were you using that -- were any of those being

14 used to replace them?

15 A. Early on, it's possible, yes.

16 Q. Okay. That is a different design than this

17 actual one?

18 A. This is more like the original design.

19 Q. But it's not the original design, correct?

20 A. I don't know.

21      MR. LARSON: Object to the form.

22 Q. That is this other one we have here?

23 A. They look the same to me.

24 Q. You're saying these two look the same to you,

6 (Pages 18 to 21)

**Ace Reporting Services  (513) 241-3200**
**30 Garfield Place, Suite 620  Cincinnati, Ohio  45202**

Page 22

1  the actual cables we have?
2      A.  Yes.  They appear to.
3      Q.  Did you actually involve yourself with any
4  inspection of cables to see if ones were bad or not?
5      A.  Periodically, during the preventive maintenance
6  on the truck, we would look at them just to make sure they
7  were there, basically.  We didn't stress test them or
8  anything like that.  We would just visually inspect them.
9      Q.  Is that before they started to be replaced?
10      A.  It's on a preventive maintenance worksheet,
11  different items you're supposed to inspect or look at.
12      Q.  Well, maybe I'm a little confused, because I
13  thought you said during this period of time when they came
14  in the shop you just replaced them with the eyelet no matter
15  what condition?
16      A.  I don't know the date, but, yes, we were told
17  to replace them all.  But prior to that, we inspect them
18  just visually, which we still do, you know?
19      Q.  What did you look for when you inspected them
20  visually?
21      A.  Just the wire being frayed or something like
22  that, you know, like if it wasn't intact, basically.
23      Q.  Did you actually bend them to look --
24      A.  No.

Page 23

1      Q.  -- past the coating that is on them?
2      A.  No.
3      Q.  There is a vinyl coating on them, correct?
4      A.  Right.
5      Q.  At the point where they -- you can use this
6  one -- go up against the nut -- or what do you call this
7  metal piece here?
8      A.  Crimp fitting.
9      Q.  It's been called a lot of different things in
10  these depositions.  Okay.  So you called it a crimp fitting.
11  Did you actually bend the lock between the vinyl coating and
12  the crimp fitting to see if there was any corrosion there?
13      A.  No.
14      Q.  That wasn't part of the --
15      A.  Not -- no.
16      Q.  No one told you to do that?
17      A.  No.
18      Q.  You just looked at it?
19      A.  Right.  We just visually looked at it.
20      Q.  Were you involved in replacing cables where
21  you would run out and there wouldn't be enough to replace
22  all four on a truck, so you would only replace one or two or
23  three?
24      A.  Yes.

Page 24

1      Q.  How many times did you do that?
2      A.  I can't recall.
3      Q.  If that was done and the truck was put back in
4  service, would you put any warning on the truck?
5      A.  No.
6      Q.  So there's nothing to tell someone that all the
7  cables have not been replaced?
8      A.  No.
9      Q.  You just put the truck back in service?
10      A.  Yes.
11      Q.  And then the plan, I guess, was the next time
12  the truck came in for some other service you would get to
13  that cable?
14      A.  Yes.
15      Q.  What I'm asking directly is, there wasn't
16  something where you made a note that said truck A-87, next
17  time we get cables in, call it into the shop, we have one
18  more cable to go on it?
19      A.  No.  There was no campaign, per se, to my
20  knowledge.
21      Q.  So it would just be if that truck happened to
22  go in the shop for something else and you happened to have
23  some cables there, you finish the cable job?
24      A.  Yes.

Page 25

1      Q.  And, likewise, during this time, there's no
2  campaign to go out and check all cables on all of the
3  trucks?
4      A.  I don't know that we physically went out to
5  check, physically, the cable.  Like I say, we replaced them
6  as the truck was in the shop for other repairs.
7      Q.  But there wasn't a period of time where you
8  all had to go out there and look at all of the cables to
9  determine which ones were better or worse than others?
10      A.  Not to my knowledge.
11      Q.  Exhibit V here.  That's another picture of
12  what you were replacing, right?
13      A.  Correct.
14      Q.  Now, has that changed at all?
15      A.  Yeah.  I believe the new ones are more like the
16  original style.
17      Q.  So we went from the original style, which is
18  this one that's broke here, right?
19      A.  Yeah.
20      Q.  Okay.
21      A.  The original crimp fitting straight bolt.
22      Q.  With the vinyl all of the way up to -- what did
23  you call this?
24      A.  I call it a crimp fitting.

**Ace Reporting Services  (513) 241-3200**
**30 Garfield Place, Suite 620  Cincinnati, Ohio  45202**

Page 46

1  and you only had two, you would replace two and give me the
2  truck back?
3      A.  Yes.
4      Q.  You wouldn't keep the truck waiting for some
5  shipment from where -- we don't know where it's coming from,
6  until you could replace the other two cables, would you?
7      A.  No.  We will release the truck.
8      Q.  Back to the driver?
9      A.  Unless the driver refused to drive it.
10     Q.  But it would not be kept in the shop?
11     A.  No.
12     Q.  And what period of time would it be when you
13  were replacing these that you wouldn't have cables?  I mean,
14  how long would it take to get cables?
15     A.  I don't recall.
16     Q.  Well, you said a couple -- I know at least more
17  than once you only replaced two or three on them, and then
18  you put the truck back into the rotation or wherever it
19  goes?
20     A.  Uh-huh.
21     Q.  Now, how long would you then have to wait for
22  some more cables to get in?
23     A.  I -- I'm not sure.
24     Q.  You don't know?

Page 47

1      A.  No, I don't know.  We had 100 trucks, which
2  would mean we would need 400 cables to replace all of them,
3  and we would, like I say, get them in -- I don't know the
4  quantity, but I would say, you know, 20 or 40 at a time
5  maybe.
6      Q.  You don't know how they were coming in?
7      A.  No, I don't know where they came from or who
8  manufactured them or how frequently they did arrive.
9      Q.  Did they come in as few as six?
10     A.  I don't know.
11     Q.  Would replacing cables be marked on what he has
12  marked as Wolf A?
13     A.  It might be, yes.
14     Q.  Might or might not?
15     A.  It might.  It should, actually, if it was done.
16  If the part was charged out properly, then it should be on
17  here.
18     Q.  What -- how would it read?
19     A.  I really don't know.
20     Q.  Is there such a thing as a driver vehicle
21  inspection report?
22     A.  Yes.  It's a VCR.  That's what they fill out
23  when they have a problem with their unit.
24         MR. KOUSTMER:  Thank you, sir.

Page 48

1         MR. LARSON:  Just a few more, Mr. Wolf.
2         THE WITNESS:  Sure.
3            FURTHER CROSS-EXAMINATION
4  BY MR. LARSON:
5      Q.  If the shop, for whatever reason, didn't have
6  enough cables in stock to fully change out a particular
7  rig --
8      A.  Uh-huh.
9      Q.  -- I understand that you would do as many as
10  you have available and release the rig from the shop?
11     A.  Yes.
12     Q.  The driver has the option to accept that truck
13  or he could refuse to work on that truck until all of the
14  cables are replaced, true?
15         MR. KOUSTMER:  Objection.
16     A.  I believe so.
17     Q.  Particularly if the driver considered it to be
18  a safety item?
19         MR. KOUSTMER:  Objection.
20     Q.  Is that true?
21     A.  I believe so, yes.
22     Q.  If you were setting about to change out the old
23  cables on a particular rig and you only had three cables,
24  was there a method that you would use to decide which cable

Page 49

1  of the four would not be replaced?
2      A.  No particular method.  It would just be a
3  visual inspection, which one looked the worst, basically.  I
4  mean, at that time, I said before, we never got --
5  physically twisted, but at that time we would just pull on
6  them a little bit, make sure it was intact, and the best
7  one, that looked best to the eye, was the one that remained
8  on there.
9      Q.  But would you be able to tell from the ground
10  looking up at the cables whether they were the original
11  style versus the eyelet style?
12     A.  Yes, you can.  There's a distinct difference in
13  the end.
14     Q.  You don't have to get up on the truck and
15  examine them closely?
16     A.  No.
17     Q.  Of the original cables that you replaced, do
18  you recall, or not, having some sort of a gap between the
19  coating and the end of the crimping?  Do you recall being
20  able to visualize some of the cable?
21     A.  Yes, on most of them.
22     Q.  On most of them you could visualize the cable
23  with some gap between the end of the vinyl covering and the
24  crimp?

13 (Pages 46 to 49)

**Page 50**

A. Yes.
FURTHER CROSS-EXAMINATION
BY MR. KOUSTMER:
4  Q. You say "most of them," not all of them?
5  A. I haven't seen all of them, but the ones I have
6  seen, the majority I think have a small space between the
7  covering and the crimping.
8  Q. The majority of them?
9  A. Yes.
10  Q. Okay. That you've seen?
11  A. That I've seen.
12  Q. And that space is similar to the space that
13  we're looking at here in the exemplar?
14  MR. PAULUS: The broken exemplar.
15  Q. Or is it similar to when you're talking about
16  that or is it similar to the nonbroken exemplar?
17  A. Similar to the nonbroken one.
18  Q. Okay. So you're not calling this gap on the --
19  you're not calling this a gap on the nonbroken exemplar?
20  A. That is a small gap, but it's not --
21  Q. That's not what you're referring to when you're
22  referring to the "majority of them"?
23  A. No. The majority, about a half-inch gap.
24  Q. Okay. And that is on the nonbroken exemplar?

**Page 51**

1  A. Correct.
2  Q. Okay.
3  MR. KOUSTMER: Nothing further. Thank you.
4  MR. PAULUS: I have one more.
5  FURTHER CROSS-EXAMINATION
6  BY MR. PAULUS:
7  Q. Are you aware that -- are you aware whether or
8  not CCI and your employer are presently affiliated with one
9  other?
10  A. No, I'm not aware. I don't know.
11  MR. PAULUS: That's it.
12  EXAMINATION
13  BY MR. WINTER:
14  Q. You said there were six mechanics at Marian?
15  A. There were more than six. I can't recall how
16  many.
17  Q. When they do maintenance activity on the
18  trucks, do you have technical manuals to the system?
19  A. Yes.
20  Q. You don't have a technical manual for the
21  maintenance of the clothesline cable, do you?
22  A. No.
23  Q. Were you ever given any instructions from any
24  person outside of your employer as to how to maintain those

**Page 52**

1  cables?
2  A. No.
3  Q. You discarded the old cables as they were taken
4  off?
5  A. Yes.
6  Q. Why?
7  A. Nobody told us different.
8  Q. What benefit do you see in retaining old cables
9  lying around the shop?
10  A. I don't see a benefit. That's why we threw
11  them away.
12  MR. WINTER: That's it. Nothing further.
13  MR. LARSON: One more question.
14  FURTHER CROSS-EXAMINATION
15  BY MR. LARSON:
16  Q. If you didn't throw the old one away, would
17  there be a concern that the old cable could inadvertently be
18  put back on a truck?
19  A. Possibly.
20  MR. LARSON: Thank you.
21  FURTHER CROSS-EXAMINATION
22  BY MR. PAULUS:
23  Q. Would there be any danger of putting a broken
24  cable back on a truck?

**Page 53**

1  A. Any danger? Yes, I would say so.
2  Q. I mean, if it came off and it were in two
3  pieces, would you put that back on the truck?
4  A. No.
5  FURTHER CROSS-EXAMINATION
6  BY MR. KOUSTMER:
7  Q. Did you keep any of the broken ones?
8  A. No.
9  Q. You threw those away, too?
10  A. Right.
11  Q. If they were involved in someone being injured
12  in an accident, would you have kept them?
13  A. If I was told to.
14  Q. That wasn't a decision you would make?
15  A. No.
16  Q. Who would have made that decision?
17  A. The maintenance superintendent or the safety
18  director, I believe.
19  Q. So you would do what they told you to do?
20  A. Yes.
21  Q. You wouldn't make that decision independently?
22  A. No.
23  Q. Would you go to them and ask them?
24  A. Well, normally I would not be aware that the

14 (Pages 50 to 53)

*Exh. G*

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF OHIO
 3                  WESTERN DIVISION
 4
 5    ----------------------------------------
                                           :
 6    DAVID FERGUSON, et al.,              :
                                           :
 7              Plaintiffs,                :
                                           :
 8         vs.                             :   CASE NO.
                                           :   C-1-02-039
 9    RYDER AUTOMOTIVE, et al.,            :
                                           :
10              Defendants.                :
                                           :
11    ----------------------------------------
12
13         DEPOSITION OF:    GARY OWEN CHINN
14         TAKEN:            By the Plaintiffs
                             Pursuant to Agreement
15
           DATE:             February 20, 2003
16
           TIME:             Commencing at 12:40 p.m.
17
           PLACE:            Kohnen & Patton
18                           441 Vine street
                             Suite 1400
19                           Cincinnati, Ohio  45202
20         BEFORE:           Debra J. Henderson, RPR
                             Notary Public - State of Ohio
21
22
23
24
```

COPY

Page 6

1  you're supposed to keep any part that might have injured
2  someone that broke?
3      A.  We generally try to.  I wasn't aware of a
4  policy that required it, no, sir.
5      Q.  So you generally try to?
6      A.  Yeah.  Particularly -- yeah, generally.  Yeah.
7      Q.  In this particular case, the cable in question
8  that broke on Mr. Ferguson, do you know where it is?
9      A.  No, I do not.
10     Q.  Do you know what happened to it after the
11 accident?
12     A.  No.
13     Q.  Were you there on the 7th of September 2000?
14     A.  I was at Allied then, yeah.  I couldn't swear
15 that I was at work that day.
16     Q.  Okay.  Do you remember seeing the truck at all
17 that he was involved with?
18     A.  Nothing -- I don't recall it.
19     Q.  And afterwards, did you do any investigation as
20 it relates to his accident?
21     A.  I don't recall doing any, no.
22     Q.  How about Mr. Fay's accident, did you do
23 anything on his?
24     A.  When did it occur?

Page 7

1      Q.  8/8, 2000.
2      A.  I don't think so.  Again, that was right about
3  the time Mike and I were switching.  I don't recall if I was
4  doing safety then or not.
5      Q.  You were on the safety committee at some point
6  in time; is that correct?
7      A.  Oh, yeah.  Yes, sir.
8      Q.  When were you on the safety committee?
9      A.  That would have been -- it dates back from
10 probably about '99, 2000.  Right in there is the switchover.
11     Q.  I will show you what has been marked as
12 Plaintiffs' Exhibit J.  This is a document -- safety
13 committee meeting 10/13/99, and you're listed as being
14 there.  Do you remember that?
15     A.  I don't recall, but I'm sure I was.  I don't
16 remember that meeting, per se.
17     Q.  Do you recall a conversation that the
18 clothesline -- that would be the safety cables, correct?
19     A.  Yes, sir.
20     Q.  Okay -- will not be retrofitted on trucks, we
21 will continue to replace them as required.  Do you recall
22 anything about that?
23     A.  That sounds like an initial assessment, yes, I
24 believe.  If I -- I have these typed up.  I'm sure it was.

Page 8

1      That was the initial -- yeah, they were going to replace
2  them as required, told the drivers to check them, take a
3  look at them, replace them as required.
4      Q.  And that's on October 13th of '99?
5      A.  Yes, sir.
6      Q.  Okay.  What do you take -- when it says, "Will
7  not be retrofitted," what did that mean?
8      A.  As I recall, that just meant that a massive,
9  immediate replacing all of them was not starting at that
10 point.
11     Q.  Okay.  I'll show you Plaintiffs' Exhibit K.
12 This is -- well, maybe you weren't here at this meeting.
13         Do you remember anything about being a test
14 site for new safety chains for the headramp?
15     A.  It might jog my memory.
16     Q.  Yeah.  You don't know if you were there or not?
17         MR. WINTER:  Which exhibit are you showing him?
18         MR. KOUSTMER:  K.
19     A.  I don't believe I was involved with this.
20     Q.  Do you know what that meant, that they were
21 going to be a test site?
22     A.  They are just new -- as I recall on this, as my
23 memory is vague, they were talking about doing a new chain
24 for chaining down the unit.

Page 9

1      Q.  Okay.  So that didn't have anything to do with
2  the clothesline?
3      A.  No, sir.  As I recall, I think they were even
4  tougher and smaller diameter, because they were hard to get
5  up and pull down.  I believe that's what that was.
6      Q.  Okay.  Here's a meeting on -- which is
7  Exhibit L, which is on September 7th, '99, and it says that
8  you were present.  And it reads: "Moraine will be a test
9  site for the new 'chain' clothesline to be used on the
10 headramp.  The chains will be adjustable, and should
11 eliminate the problems we've had due to weakened cables.
12 Phil Kuchar suggested that all trucks be refitted."  Do you
13 remember that?
14     A.  Yeah.  I was wrong about that.
15     Q.  Okay.
16     A.  Yeah, there was a -- as I said, I don't recall,
17 but for a while there, there was some talk about doing a
18 chain.  I haven't even thought about a clothesline, a chain
19 clothesline.  And as I recall, maybe even plastic coated.
20 But that was all a discussion-type issue.
21     Q.  Was that coming from anybody higher up in the
22 company or is that --
23     A.  Yes, we hadn't originated it.  I don't -- I
24 think maybe even Bob Prim, if he was still with them then.

3 (Pages 6 to 9)

**Page 10**

1  but it was coming from that direction.

2  Q.  Who is Bob Prim?

3  A.  He was an area safety director.

4  Q.  What area?

5  A.  He had — I don't know what all he had.  I'm

6  not sure this came from Bob, but it came from that

7  direction, that they were thinking about — there was just

8  discussion of doing a chain instead of a clothesline.

9  Q.  Instead of cables, clothesline?

10  A.  Yeah.  And we discovered there was some

11  problems with that.  I don't recall what they were.

12  Q.  So they didn't do them?

13  A.  Right.

14  Q.  This other fellow, Kuchar, he suggested all

15  trucks be refitted.  Had that been done at that period of

16  time?

17  A.  No.

18  Q.  Do you know why it hadn't been done?

19  A.  Well, I think Phil is referring to the chains.

20  And they didn't — decided not to go that direction.  I do

21  not know why, no.

22  Q.  Do you know when it was that they — strike

23  that.

24        They replaced cables, correct?  Do you know

**Page 11**

1  anything about that replacement of cables, the clothesline?

2  A.  I know we replaced them initially at the

3  driver's request.  Drivers were asked to inspect.

4  Q.  Do you know what —

5  A.  I couldn't recall exactly when, but I know that

6  during this time period the drivers were being asked to

7  inspect them.

8  Q.  Do you know when all of them were supposed to

9  be replaced, regardless of inspection?

10  A.  There was a replacement program.  I don't know

11  if it included all of the trucks or not.  That came after

12  this, when we started doing more.

13  Q.  So it came after September of '99?

14  A.  Yes, sir.

15  Q.  I will show you Plaintiffs' Exhibit O.  Do you

16  remember a meeting on 3/30 of '99 you might have been

17  present at talking about what the policy is as it relates to

18  replacement?

19  A.  Yeah.  I don't recall this, per se, but

20  apparently, from the notes, they brought up finding out what

21  the policy was at this point.  They were asking.

22  Q.  That would be back in March, correct?

23  A.  This was March.  It doesn't have a year on it,

24  but — yeah.

**Page 12**

1  Q.  I will show you what's been marked as

2  Exhibit R and ask you if you had anything to do with

3  compiling this report of Mr. Ferguson's accident?

4  A.  I don't think so.

5  Q.  Okay.  Exhibit Number Q, did you have anything

6  to do with compiling that document as it relates to Mr.

7  Ferguson's accident?

8  A.  I don't believe so, no.

9  Q.  And you said you didn't have anything to do

10  with going over Mr. Fay's accident.  You want to look at

11  these, W, X and see?

12  A.  Yeah.  Let's make sure.  I don't recall doing

13  anything.  That was Michael.

14  Q.  That was Mike, too?

15  A.  Yes.

16  Q.  So what was your position with the safety

17  committee and when did you hold that position?

18  A.  I don't recall the exact dates.  I just kind

19  of, for lack of a better word, chaired — helped chair it.

20  I didn't really chair.  What I usually brought up were some

21  issues related to how we were doing on accidents and

22  injuries and such, and they expressed problems and I

23  forwarded that on to management and posted it.

24  Q.  Who did you forward it on to?

**Page 13**

1  A.  It was Dan Jacquet at that time, I believe.

2  Q.  Jacquet?

3  A.  Yeah.

4  Q.  Where is Mr. Jacquet?

5  A.  He was our terminal manager at that time.  I

6  don't know where he is now.

7  Q.  So these meetings would be the truck drivers

8  and then —

9  A.  Right.  We had a small safety committee, yes,

10  right.  And they would bring up concerns.  There would be

11  yard people, also.

12  Q.  Then you would take the minutes and some of

13  them you identified, then you would forward them on to Mr.

14  Jacquet, correct?

15  A.  Yes, and post them in the terminal.

16  Q.  Anything else you would do with them?

17  A.  I don't recall the exact point in time, but at

18  one point we were forwarding them to central safety, too.

19  Q.  Where is central safety?

20  A.  Now it's in Decatur, Georgia.  Before that it

21  was in Michigan.

22  Q.  Okay.  What city in Michigan, if you remember?

23  A.  I believe it was in Troy.

24  Q.  What type of report would you forward on to the

4 (Pages 10 to 13)

Page 14

1  central office?
2      A.  Well, just basically -- you were asking about
3  the committee meeting.  Just a copy of the notes.
4      Q.  So what we've -- like this one here that we've
5  marked as Plaintiffs' O, they would just -- you would just
6  mail that to them, fax it to them --
7      A.  Yes.
8      Q.  -- e-mail it to them?  I guess there wasn't
9  e-mail back then.
10     A.  There wasn't e-mail.  I believe we were faxing
11  it to them at that point, not hard copying it.  Sometimes
12  there would be office mail going up with it, but more times
13  than not, I imagine it was faxed.
14     Q.  Do you know when -- strike that.  Was that
15  going on starting in January and February of '99?
16     A.  I believe so.
17     Q.  It was going on before then or you don't know?
18     A.  It was at some point in time.  For a while it
19  was kind of left up to us to do it, and we did it.  But then
20  they wanted verification that we were having the meeting.
21  I'm not positive when that started happening on a regular
22  basis.
23     Q.  You're not sure when it started happening on a
24  regular basis but was it happening starting in January and

Page 15

1  February of '99?
2      A.  I believe so.  I thought so.
3      Q.  And then did that continue or did, at some
4  point, the company say, forget it, we have enough paper up
5  here, or did it keep going?
6      A.  It continued while I was doing it.  I can't
7  speak for afterwards.
8      Q.  How long did you do it?
9      A.  If my memory serves me, it was either late '99
10  or -- well, early 2000.  I know Mike took it over in 2000 at
11  some point, I believe.
12     Q.  Okay.
13     A.  I don't know the exact date.  I know he was
14  doing it by these reports.  I would have done these and put
15  these in if I was handling it.  And Mike did it so it seems
16  to me it was early 2000.
17     Q.  Okay.
18     A.  In 2000 sometime.
19     Q.  So from January to February '99 and early 2000,
20  we know that you're sending up safety committee meetings to
21  corporate --
22     A.  Yes, sir.
23     Q.  -- for lack of a better word, which was either
24  in Troy, Michigan, or Decatur, Georgia?

Page 16

1      A.  Right.
2          MR. KOUSTMER:  That's all I have, sir.
3          CROSS-EXAMINATION
4  BY MR. LARSON:
5      Q.  I just have a couple of questions, Mr. Chinn.
6  Looking at Exhibit T that has been marked in a prior
7  deposition, these are also some safety minutes among other
8  things.  Some safety minutes -- strike that.
9          Looking at Exhibit T, which was marked in a
10  prior deposition, does this also include some minutes from a
11  safety meeting that you would have attended?
12     A.  Yes, sir.
13     Q.  And there are three dates shown for these
14  particular minutes as being April 12th '99, April 29th, '99,
15  and April 30th, '99; is that true?
16     A.  That's correct.
17     Q.  So there would have been three separate
18  sessions to accommodate different schedules of the drivers?
19     A.  Right.
20     Q.  There is, attached to Exhibit T, a sheet
21  entitled, course roster, and it bears the date -- it has
22  signatures and department numbers and other information.
23  Would that relate to those who attended a particular
24  meeting?

Page 17

1      A.  Yes, sir.
2      Q.  And do you see the name "Dave Ferguson"?
3      A.  Yes.
4      Q.  Was it your practice to have the drivers put
5  their names on such a document to reflect their attendance
6  at a particular safety meeting?
7      A.  Yes.
8      Q.  And does that, the fact that Mr. Ferguson's
9  name appears here, showing the date of April 12th, 1999,
10  indicate to you that Mr. Ferguson attended the April 12th,
11  1999 date of this particular safety meeting referred to in
12  Exhibit T?
13     A.  Yes.
14     Q.  And then, as indicated under number 3 on
15  Exhibit T minutes, there's an indication to check your
16  clothesline.  If you see any problems in these, plastic
17  pulling away, rusting, et cetera, have them replaced, true?
18     A.  Yes, sir.
19     Q.  And that would have been -- that information
20  would have been conveyed to those in attendance at that
21  meeting?
22     A.  Yes, sir.
23     Q.  And then it goes on to say, if you're not sure,
24  have Bill or the shop check them, true?

5 (Pages 14 to 17)

Page 18

```
1    A.   Yes.
2    Q.   And would that be Bill Weaver?
3    A.   Yes.
4    Q.   And he was the shop superintendent, shop
5  foreman?
6    A.   Yes.
7         MR. LARSON:  That's all I have.  Thank you.
8         MR. PAULUS:  No.
9         MR. WINTER:  I don't have anything.
10        MR. KOUSTMER:  I'm done.
11        MR. WINTER:  We do not waive signature.
12
                    _____
13               GARY O. CHINN
14
                    - - -
15        DEPOSITION CONCLUDED AT 12:59 P.M.
                    - - -
16
17
18
19
20
21
22
23
24
```

Page 19

```
1           C E R T I F I C A T E
2  STATE OF OHIO      :
                       : SS
3  COUNTY OF CLERMONT  :
4         I, Debra J. Henderson, RPR, the undersigned, a
5  duly qualified and commissioned notary public within and for
6  the State of Ohio, do hereby certify that before the giving
7  of his aforesaid deposition, GARY O. CHINN was by me first
8  duly sworn to depose the truth, the whole truth and nothing
9  but the truth; that the foregoing is the deposition given at
10 said time and place by GARY O. CHINN; that said deposition
11 was taken in all respects pursuant to stipulations of
12 counsel; that I am neither a relative of nor employee of any
13 of the parties or their counsel, and have no interest
14 whatever in the result of the action; that I am not, nor is
15 the court reporting firm with which I am affiliated, under a
16 contract as defined in Civil Rule 28 (D).
17        IN WITNESS WHEREOF, I hereunto set my hand and
18 official seal of office at Cincinnati, Ohio, this _____ day
19 of _____, 2003.
20
21        _____
   My commission expires:     Debra J. Henderson, RPR
22 May 8, 2005.         Notary Public - State of Ohio
23
24
```

Ace Reporting Services  (513) 241-3200
30 Garfield Place, Suite 620  Cincinnati, Ohio  45202



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

DAVID FERGUSON, ET AL.                    :
                                          :
              Plaintiffs                  :    Case No.  C-1-02-039
                                          :
v.                                        :    Judge Herman Weber
                                          :
                                          :
RYDER AUTOMOTIVE CARRIER                  :
SERVICES, INC., ET AL.                    :    AFFIDAVIT OF
                                          :    RICHARD H. SHIVELY
              Defendants                  :

Affiant Richard H. Shively, after having first been duly cautioned and sworn, deposes and states as follows:

1.      My name is Richard H. Shively.  I am the same Richard H. Shively whose deposition was taken in the above-captioned action on February 20, 2003.  I have personal knowledge of the facts contained within my affidavit.

2.      I have recently been provided a copy of and have reviewed the Unit History Detail Listing on trailer no. 61304.  A copy of that document is attached to my Affidavit as Exhibit A. The Unit History Detail Listing was not provided to me either before or at my deposition of February 20, 2003.  I first saw it on August 6, 2003.  The Unit History Detail Listing assists me with regard to the topics of identifying the maintenance mechanic who fixed the truck from which Mr. David Ferguson fell.

3.      My review of the Unit History Detail List reveals that it was I who replaced two of trailer no. 61304's head ramp safety cables and a switch on September 8, 2000.  I know this from that document because I performed Repair Order No. 011232 on tractor no. 61304 on September

8, 2000. That Repair Order consisted of performing those two maintenance activities. It would have been my standard practice to document the completed repairs and the parts used and sign off on the Repair Order on or shortly after the actions were completed on September 8, 2000.

4.    I do not have any present recollection of disposing either the head ramp safety cables or the switch on September 8, 2000. It would have been my standard practice to cut up the removed head ramp safety cables into pieces and discard them. I do not recall ever setting aside any of the head ramp safety cables that I replaced. I have no reason to believe that the head ramp safety cables that are the subject of my maintenance actions on September 8, 2000, were treated in any other manner.

5.    Michael Palladino never requested that I provide him with any head ramp safety cables that had been broken. I never provided Michael Palladino with any broken head ramp safety cables, including those that had been replaced on tractor no. 61304 on September 8, 2000.

6.    During 1999 and 2000, I had no knowledge of any type of ownership or business relationship between Allied Systems, Ltd. or Allied Automotive Group, Inc., and Consolidated Carriers, Inc. or any other company. I was never told by anyone that a reason for discarding the old style head ramp safety cables upon replacement was due to any ownership or business relationship that Allied Systems, Ltd. or Allied Automotive Group, Inc. might have had with any other company. I had no reason to believe that a reason for discarding the old style head ramp safety cables upon replacement was due to any ownership or business relationship that Allied Systems, Ltd. or Allied Automotive Group, Inc. might have had with any other company.

- 2 -

7.    I was never told or influenced by anyone to dispose or discard any of the old style head ramp safety cables that had been replaced because of the possibility of litigation that might be brought due to the cable breaking.

8    Further, Affiant sayeth naught.

_Richard H. Shively_
Richard H. Shively

STATE OF OHIO                    )
                                 ) SS: 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
COUNTY OF MONTGOMERY             )

Sworn to before me and subscribed in my presence, a notary public for the state and county aforesaid this ____ day of August 2003, by Richard H. Shively as his own free and voluntary act and deed.

_Sheri J. Taylor_
Notary Public

SHERI J. TAYLOR, Notary Public
In and for the State of Ohio
My Commission Expires March 29, 2004

My commission expires: _Mar. 29 2004_

- 3 -

## CERTIFICATE OF SERVICE

I certify that true and correct copies of the foregoing were served by depositing the same into the United States Mails, first class postage prepaid, on this 15 day of August 2003, to:

Thomas R. Koustmer, Esq.
1800 Federated Building
7 West Seventh Street
Cincinnati, OH 45202

Michael J. Honerlaw, Esq.
Honerlaw and Honerlaw Co., L.P.A.
9227 Winton Road
Cincinnati, OH 45231

K. Roger Schoeni, Esq.
Kohnen & Patton LLP
PNC Center, Suite 800
201 East Fifth Street
Cincinnati, OH 45202

David E. Larson, Esq.
Larson & Larson PC
11300 Tomahawk Creek Parkway
Suite 310
Leawood, KS 66211

Craig R. Paulus, Esq.
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202

Robert A. Winter, Jr.

j:\data\allied\fergusomplex\engesswvely affidavit.wpd

- 4 -

```
DATE 07/24/02   TIME-10:57          UNIT DETAIL HISTORY LIST  TERMINAL          RPT-EIC4134A  PAGE   1

UNIT NO   GROUP ITEM NO  DESCRIPTION      LOC  DATE   RO NUM   METER RS POS CLASS SITE TYPE FC/UA    QTY      COST

ALZ561304  ***   *******                  *** 01/01/50 *******  ******* ** ***    *    *      *      **  ********** **********
                                              07/24/02          ******* **                              ********** **********

ALZ561304  310   65      SERVICE CALL      66  06/07/02 0173716 509096 01        2    1            12    1.00     65.00
ALZ561304  310   01002259 SWITCH   HEATER  73  06/15/02 0175465 510216 04             1      N           1.00      5.60
ALZ561304  310   03-L7330 INSTRU. R.I.P.   73  06/15/02 0175465 510216 04        2    1            05    1.75     58.24
ALZ561304  310   17-L7330 FIRE INSPECTION  73  06/15/02 0175465 510216 04 ALL    2    1            12     .25      8.32
ALZ561304  310   32002140 SOLENOID 560W/O HARNESS 73 06/15/02 0175465 510216 04  2    1      N     38    1.00     31.50
ALZ561304  310   32002156 STARTER   42MT W/OC 73 06/15/02 0175465 510216 04      2    1      R     38    1.00    274.34
ALZ561304  310   32-L7330 CRANK REPLACE    73  06/15/02 0175465 510216 04        2    1            03    2.00     66.53
ALZ561304  310   34-L7351 LIGHTING EXCHG   73  06/17/02 0417204 510230 04        2    1            03     .50     16.64
ALZ561304  310   45-L    ENGINE R.I.P.     73  04/24/02 P073878 491031 10        2    4            05    1.00    605.29
ALZ561304  310   45                        73  04/24/02 P073878 491031 10        2    4            38    1.00     19.53
ALZ561304  310   34-L7351 LIGHTING EXCHG   73  05/01/02 0159614 491032 04        2    1            03     .25      8.32
ALZ561304  310   34004192 LIGHT MARKER YELLOW LEXAN 73 05/02/02 0159614 491032 04 2   1      N     38    1.00      1.84
ALZ561304  310   01-L7360 A/C R.I.P.       73  05/09/02 0162155 504682 04        2    1            05    1.00     33.29
ALZ561304  310   02-L7366 MISC RPR: HINGES,LOCKS,H 73 05/09/02 0162155 504682 04 2   1            05    1.00     33.29
ALZ561304  310   02-L7360 BLADE,ARM,MIRRORS,FIRE,R 73 05/09/02 0162155 504682 04 2   1            01     .40     13.31
ALZ561304  310   02-L7366 CAB:WIPER MOTOR,SW,TRAN 73 05/09/02 0162155 504682 04  2   1            03    1.00     33.29
ALZ561304  310   03-L7360 INSTRU. R.I.P.   73  05/09/02 0162155 504682 04        2    1            05     .50     16.64
ALZ561304  310   03001211 SENDER FUEL TANK  73  05/09/02 0162155 504682 04       2    1      N     38    1.00     19.43
ALZ561304  310   13-L7366 BRAKE RIP: SLACKS,CHAMBE 73 05/09/02 0162155 504682 04 2   1            05     .50     16.64
ALZ561304  310   17-L7360 TIRE REPLACE , WORK UNIT 73 05/09/02 0162155 504682 04 2   1            03     .70     23.29
ALZ561304  310   17-L7360 TIRE REPLACE , WORK UNIT 73 05/09/02 0162155 504682 04 2   1            03     .80     26.62
ALZ561304  310   17-L7360 TIRE INSPECTION  73  05/09/02 0162155 504682 04        2    1            12     .50     16.64
ALZ561304  310   17-L7360 TIRE INSPECTION  73  05/09/02 0162155 504682 04 LF     2    1      N     44    2.00    385.30
ALZ561304  310   17001081 TIRE NEW RIBSTEER 16 PLY 73 05/09/02 0162155 504682 04 LF 2  1      N     05    2.00     66.53
ALZ561304  310   34-L7360 LIGHTING R.I.P.  73  05/09/02 0162155 504682 04        2    1            05     .75     24.96
ALZ561304  310   34-L7363 LIGHTING R.I.P.  73  05/09/02 0162155 504682 04        2    1            05    1.00     33.29
ALZ561304  310   55-L7366 CARGO HDL R.I.P. 73  05/09/02 0162155 504682 04        2    1            12    1.00     11.50
ALZ561304  310   61001146 PAWL GR R/H RYDER EQUIP  73 05/09/02 0162155 504682 04 2   1      N     12    1.00     11.34
ALZ561304  310   61001147 PAWL GR L/H RYDER EQUIP  73 05/09/02 0162155 504682 04 2   1      N     04     .50     16.64
ALZ561304  310   09-L7360 BODY WELDING, USE WORK U 73 05/21/02 0165896 505753 04 2   1            12     .25      8.32
ALZ561304  310   17-L7360 TIRE INSPECTION  73  05/21/02 0165896 505753 04 ALL    2    1            41     .25      8.32
ALZ561304  310   17-L7360 TIRE SERVICE     73  05/21/02 0165896 505753 04 ALL    2    1            03     .50     16.64
ALZ561304  310   17-L7360 TIRE REPLACE , WORK UNIT 73 05/21/02 0165896 505753 04 RFO 2 1          03     .50     16.64
ALZ561304  310   17-L7360 TIRE REPLACE , WORK UNIT 73 05/21/02 0165896 505753 04 RRO 2 1          05     .50     16.64
ALZ561304  310   93-L7351 HYDRAPAC REPAIR IN PLACE 73 05/21/02 0521202 505762 04 2   1            05    4.05    134.78
ALZ561304  310   02-L7548 MISC RPR: HINGES,LOCKS,H 75 05/29/02 0169769 506917 04 2   1            12    1.00      5.05
ALZ561304  310   02035121 NOZZLE W/S/W VOLVO       75 05/29/02 0169769 506917 04 2   1      N     12    2.00      7.14
ALZ561304  310   02035154 BLADE W/S/W      75  05/29/02 0169769 506917 04        2    1            05    1.00     33.29
ALZ561304  310   65-L7366 HYD LINES, RIP OR REPLAC 73 03/27/02 0327066 491020 04 2   1      N     12    1.00     25.30
ALZ561304  310   65004501 END ROD EYE      73  03/27/02 0327066 491020 04        1    1      N     03    1.20     39.83
ALZ561304  310   31-L7327 CHARGING EXCHG   73  04/08/02 0152292 491031 04        2    1            05     .35     11.64
ALZ561304  310   31-L7327 CHARGING R.I.P.  73  04/08/02 0152292 491031 04        2    1            05     .85     28.26
ALZ561304  310   32-L7327 CRANKING R.I.P.  73  04/08/02 0152292 491031 04        2    1            03     .80     26.62
ALZ561304  310   32-L7327 CRANK REPLACE    73  04/08/02 0152292 491031 04        2    1            99     .50     16.64
ALZ561304  310   32-L7327 CRANKING SYS - TERM CHAR 73 04/08/02 0152292 491031 04 2   1            99    1.00     33.29
ALZ561304  310   32-L7360 CRANKING SYS - TERM CHAR 73 04/08/02 0408020 491039 04 2   1            05     .85     28.26
ALZ561304  310   41-L7327 AIR INTAKE R.I.P. 73  04/08/02 0152292 491031 04        2   1            19    1.20     39.93
ALZ561304  310   45-L7321 ENGINE DIAGNOSTICS 73  04/08/02 0152292 491031 04       2   1            03     .95     31.61
ALZ561304  310   03-L7303 INSTRU. EXCHG    73  04/15/02 0152292 491031 04        2    1            03    1.20     39.93
ALZ561304  310   31-L7303 CHARGING EXCHG   73  04/15/02 0152292 491031 04        2    1            38    1.00    385.30
ALZ561304  310   03001198 CIRCUIT BRD MAIN 73  04/16/02 0152292 491031 04        2    1      N     38    1.30    236.06
ALZ561304  310   03001290 ALTERNATOR  185A/14V 73 04/16/02 0152292 491031 04      2   1      R     38    1.00     15.09
ALZ561304  310   32002140 SOLENOID 560W/O HARNESS  73 04/16/02 0152292 491031 04  2   1
```

DEFENDANT'S EXHIBIT

```
DATE 07/24/02    TIME-10:57              UNIT DETAIL HISTORY LIST   TERMINAL                    RPT-EIC4134A PAGE   2
```

| UNIT NO | GROUP | ITEM NO | DESCRIPTION | LOC | DATE | RO NUM | METER | RS | POS | CLASS | SITE | TYPE | FC/UA | QTY | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALZ861304 | *** | ******** | | *** | 01/01/50 | ******* | ******* | ** | *** | * | * | * | ** | ********** | ********** |
| | | | | | 07/24/02 | | ******* | ** | | | | | | ********** | ********** |
| ALZ861304 | 310 | 17-L | TIRE SERVICE | 73 | 02/19/02 | P073027 | 491020 | 01 | | 3 | 4 | | 41 | 1.00 | 125.00 |
| ALZ861304 | 310 | 44-L | FUEL, R.I.P. | 73 | 03/06/02 | P073308 | 491020 | 41 | | 3 | 4 | | 05 | 1.00 | 31.00 |
| ALZ861304 | 310 | 44-L | FUEL, R.I.P. | 73 | 03/06/02 | P073308 | 491020 | 41 | | 3 | 4 | | 05 | 1.00 | 50.00 |
| ALZ861304 | 310 | 44-L | FUEL, R.I.P. | 73 | 03/06/02 | P073308 | 491020 | 41 | | 3 | 4 | | 05 | 1.00 | 30.00 |
| ALZ861304 | 310 | 44 | | 73 | 03/06/02 | P073308 | 491020 | 41 | | 3 | 4 | | 17 | 1.00 | 35.97 |
| ALZ861304 | 310 | 02-L | MISC RPR: HINGES,LOCKS,H | 73 | 03/07/02 | P073691 | 491020 | 05 | | 2 | 4 | | 05 | 1.00 | 23.00 |
| ALZ861304 | 310 | 09-L | BODY WELDING, USE WORK U | 73 | 03/07/02 | P073691 | 491020 | 05 | H3 | 2 | 4 | | 04 | 1.00 | 88.00 |
| ALZ861304 | 310 | 09-L | BODY WELDING, USE WORK U | 73 | 03/07/02 | P073691 | 491020 | 05 | | 2 | 4 | | 04 | 1.00 | 66.00 |
| ALZ861304 | 310 | 09 | | 73 | 03/07/02 | P073691 | 491020 | 05 | | 2 | 4 | | 12 | 1.00 | 39.19 |
| ALZ861304 | 310 | 55-L7366 | CARGO HDL R.I.P. | 73 | 02/13/02 | 0313066 | 491020 | 04 | | 1 | 1 | | 05 | 1.00 | 31.00 |
| ALZ861304 | 310 | 32-L | CRANKING R.I.P. | 73 | 02/04/02 | P073729 | 490950 | 01 | | 2 | 4 | | 05 | 1.00 | 145.00 |
| ALZ861304 | 310 | 32002156 | STARTER    42MT W/OC | 73 | 02/05/02 | 0125142 | 491020 | 08 | R | 2 | 1 | | 38 | 1.00 | 202.18 |
| ALZ861304 | 310 | 02-L | CRANKING R.I.P. | 73 | 02/10/02 | 65702 | 491020 | PM | | | 4 | | 23 | 1.00 | 78.03 |
| ALZ861304 | 310 | 00-L | TOWING-VENDOR | 73 | 02/11/02 | P073098 | 490950 | 01 | | 2 | 4 | | 20 | 1.00 | 31.00 |
| ALZ861304 | 310 | 00-L | TOWING-VENDOR | 73 | 02/11/02 | P073098 | 490950 | 01 | | 2 | 4 | | 20 | 1.00 | 145.00 |
| ALZ861304 | 310 | 55-L7303 | CARGO HDL R.I.P. | 73 | 02/18/02 | 0218003 | 491020 | 04 | | 1 | 1 | | 05 | .50 | 16.44 |
| ALZ861304 | 310 | 61001146 | PAWL OR R/H RYDER EQUIP | 73 | 02/18/02 | 0218003 | 491020 | 04 | N | 1 | 1 | | 12 | 1.00 | 11.50 |
| ALZ861304 | 310 | PH-L | PM10 - 8-PH | 73 | 03/01/02 | P073360 | 491020 | 08 | | 2 | 4 | | 10 | 1.00 | 102.00 |
| ALZ861304 | 310 | PH | | 73 | 03/01/02 | P073360 | 491020 | 08 | | 2 | 4 | | PM | 1.00 | 74.12 |
| ALZ861304 | 310 | PH-L | FEDERAL INSPEC | 73 | 03/01/02 | P073360 | 491020 | 08 | | 2 | 4 | | 31 | 1.00 | 13.29 |
| ALZ861304 | 310 | 17-L | TIRE INSPECTION | 73 | 03/01/02 | P073360 | 491020 | 08 | ALL | 2 | 4 | | 12 | 1.00 | 13.29 |
| ALZ861304 | 310 | 23-L | CLUTCH ADJUST | 73 | 03/01/02 | P073360 | 491020 | 08 | | 2 | 4 | | 01 | 1.00 | 256.00 |
| ALZ861304 | 310 | 32-L | CRANK REPLACE | 73 | 03/01/02 | P073360 | 491020 | 08 | | 2 | 4 | | 03 | 1.00 | 16.44 |
| ALZ861304 | 310 | 34-L7366 | LIGHTING EXCHG | 73 | 12/26/01 | 1226066 | 485119 | 04 | RR | 1 | 1 | | 03 | .50 | 16.44 |
| ALZ861304 | 310 | 34-L7303 | LIGHTING R.I.P. | 73 | 12/26/01 | 1226003 | 485117 | 04 | | 1 | 1 | | 05 | .50 | 16.44 |
| ALZ861304 | 310 | 34004192 | LIGHT MARKER,YELLOW LEXAN | 73 | 12/26/01 | 1226066 | 485119 | 04 | RR | 1 | 1 | N | 38 | 1.00 | 1.06 |
| ALZ861304 | 310 | 93-L7366 | HYDRAPAC REPAIR IN PLACE | 73 | 12/26/01 | 1226066 | 485118 | 04 | | 1 | 1 | | 05 | .70 | 23.30 |
| ALZ861304 | 310 | 17-L1790 | TIRE INSPECTION | 17 | 01/11/02 | 0117828 | 487925 | 04 | | 2 | 1 | | 12 | .50 | 13.29 |
| ALZ861304 | 310 | 42-L1790 | COOLING R.I.P. | 17 | 01/11/02 | 0117828 | 487925 | 04 | | 2 | 1 | | 05 | 1.00 | 33.25 |
| ALZ861304 | 310 | 46-L1790 | RIP:GOV.AIR LINES,DRYER | 17 | 01/11/02 | 0117828 | 487925 | 04 | | 2 | 1 | | 05 | 1.00 | 9.53 |
| ALZ861304 | 310 | 53990001 | OIL/ENGINE  BULK | 73 | 01/24/02 | | 468500 | 00 | | 1 | 4 | N | 00 | 4.00 | 10.08 |
| ALZ861304 | 310 | 53990001 | OIL/ENGINE  BULK | 73 | 01/25/02 | | 489550 | 00 | | 1 | 4 | N | 00 | 4.00 | 9.53 |
| ALZ861304 | 310 | 53990001 | OIL/ENGINE  BULK | 73 | 01/28/02 | | 489775 | 00 | | 1 | 4 | N | 10 | 1.00 | .00 |
| ALZ861304 | 310 | PH-L | PM10 - 8-PH | 73 | 01/31/02 | 0125142 | 491020 | 08 | | 2 | 1 | | 10 | .00 | .00 |
| ALZ861304 | 310 | PH-L | FEDERAL INSPEC | 73 | 01/31/02 | 0125142 | 491020 | 08 | | 2 | 1 | | 31 | .00 | 4.80 |
| ALZ861304 | 310 | 15005186 | FILTER P/S | 73 | 01/31/02 | 0125142 | 491020 | 08 | | 2 | 1 | N | PM | 1.00 | .00 |
| ALZ861304 | 310 | 17-L | TIRE INSPECTION | 73 | 01/31/02 | 0125142 | 491020 | 08 | ALL | 2 | 1 | | 12 | .00 | .00 |
| ALZ861304 | 310 | 32-L7345 | CRANKING R.I.P. | 73 | 01/31/02 | 0131071 | 491020 | 04 | | 2 | 1 | | 05 | .50 | 16.44 |
| ALZ861304 | 310 | 32-L7366 | CRANKING R.I.P. | 73 | 01/31/02 | 0125142 | 491020 | 08 | | 2 | 1 | | 05 | .50 | 16.44 |
| ALZ861304 | 310 | 32-L7345 | CRANKING R.I.P. | 73 | 01/31/02 | 0125142 | 491020 | 08 | | 2 | 1 | | 05 | .50 | 16.44 |
| ALZ861304 | 310 | 44002060 | FILTER FUEL DAVCO | 73 | 01/31/02 | 0125142 | 491020 | 08 | | 2 | 1 | N | PM | 1.00 | 3.66 |
| ALZ861304 | 310 | 53998006 | MISC EXPENSE | 73 | 01/31/02 | 0125142 | 491020 | 08 | | 2 | 1 | | | 1.00 | 15.00 |
| ALZ861304 | 310 | 65003063 | FILTER HYDRAULIC (K22001 | 73 | 01/31/02 | 0125142 | 491020 | 08 | | 2 | 1 | N | PM | 1.00 | 2.58 |
| ALZ861304 | 310 | 93-L | HYDRAPAC PM '8 ' SERVICE | 73 | 01/31/02 | 0125142 | 491020 | 08 | | 2 | 1 | | 08 | .00 | .00 |
| ALZ861304 | 310 | 93001044 | FILTER OIL | 73 | 01/31/02 | 0125142 | 491020 | 08 | | 2 | 1 | N | PM | 1.00 | 18.25 |
| ALZ861304 | 310 | 18-L7554 | WHEELS - TERM CHARGE | 75 | 12/06/01 | 0106434 | 479015 | 04 | RF | 2 | 1 | | 99 | .12 | 3.99 |
| ALZ861304 | 310 | 65 | HYDRAULICS | 75 | 12/08/01 | 0106434 | 479015 | 04 | | 2 | 1 | | 12 | 1.00 | 15.00 |
| ALZ861304 | 310 | 46 | | 73 | 12/10/01 | P073359 | 479646 | 01 | | 2 | 4 | | 41 | 1.00 | 96.00 |
| ALZ861304 | 310 | 46-L | RIP:GOV.AIR LINES,DRYER | 73 | 12/10/01 | P073359 | 479646 | 01 | | 2 | 4 | | 05 | 1.00 | 31.00 |
| ALZ861304 | 310 | 46-L | RIP:GOV.AIR LINES,DRYER | 73 | 12/10/01 | P073359 | 479646 | 01 | | 2 | 4 | | 05 | 1.00 | 210.00 |
| ALZ861304 | 310 | 53990001 | OIL/ENGINE  BULK | 73 | 12/10/01 | | 480214 | 00 | | 1 | 4 | N | 00 | 4.00 | 10.49 |

| UNIT NO | GROUP | ITEM NO | DESCRIPTION | LOC | DATE | RO NUM | METER | RS | POS | CLASS | SITE | TYPE | FC/UA | QTY | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALZS61304 | *** | ******** | | *** | 01/01/50 07/24/02 | ******* | ******* | ** | *** | * | * | * | ** | ********** | ********** |
| ALZS61304 | 310 | 34-L7357 | LIGHTING R.I.P. | 73 | 12/20/01 | 0112459 | 484223 | 04 | ALL | 2 | 1 | | 05 | 3.00 | 79.84 |
| ALZS61304 | 310 | 55-L7369 | CARGO HDL R.I.P. | 73 | 12/21/01 | 1221013 | 484223 | 04 | H4 | 2 | 1 | | 05 | .50 | 18.34 |
| ALZS61304 | 310 | 09-L9703 | BODY WELDING, USE WORK U | 97 | 10/25/01 | 1025001 | 473110 | 04 | | 1 | 1 | | 04 | 1.00 | 33.25 |
| ALZS61304 | 310 | 31-L | CHARGING R.I.P. | 73 | 11/01/01 | P073753 | 473425 | 01 | | 3 | 4 | | 05 | 1.00 | 31.30 |
| ALZS61304 | 310 | PM-L | FEDERAL INSPEC | 73 | 11/02/01 | 0094547 | 473556 | 08 | | 2 | 1 | | 31 | .00 | .00 |
| ALZS61304 | 310 | PM-L | WINTERIZATION | 73 | 11/02/01 | 0094547 | 473556 | 08 | | 2 | 1 | | 30 | .00 | .00 |
| ALZS61304 | 310 | PM-L | PM10 - B-PM | 73 | 11/02/01 | 0094526 | 473555 | 08 | | 2 | 1 | | 10 | .00 | .00 |
| ALZS61304 | 310 | PM-L | PM10 - B-PM | 73 | 11/02/01 | 0094526 | 473555 | 08 | | 2 | 1 | | 31 | .00 | .00 |
| ALZS61304 | 310 | PM-L | FEDERAL INSPEC | 73 | 11/02/01 | 0094526 | 473555 | 08 | | 2 | 1 | | 31 | .00 | .00 |
| ALZS61304 | 310 | 13001079 | DRUM FRONT O.BORG VOLVO | 73 | 11/02/01 | 0094547 | 473556 | 08 | ALL | 2 | 1 | N | 44 | 2.00 | 200.84 |
| ALZS61304 | 310 | 13001390 | SHOE KIT 15X4 ES | 73 | 11/02/01 | 0094547 | 473556 | 08 | ALL | 2 | 1 | N | 44 | 2.00 | 87.27 |
| ALZS61304 | 310 | 17-L | TIRE INSPECTION | 73 | 11/02/01 | 0094526 | 473555 | 08 | | 2 | 1 | | 12 | .00 | .00 |
| ALZS61304 | 310 | 17-L | TIRE INSPECTION | 73 | 11/02/01 | 0094547 | 473556 | 08 | | 2 | 1 | | 12 | .00 | .00 |
| ALZS61304 | 310 | 18002009 | BEARING AXLEDRIVE | 73 | 11/02/01 | 0094547 | 473556 | 08 | ALL | 2 | 1 | N | 44 | 2.00 | 29.84 |
| ALZS61304 | 310 | 02002056 | STARTER 42HTU/OVERCRANK | 73 | 11/02/01 | 0094547 | 473556 | 08 | | 2 | 1 | N | 38 | 1.00 | 207.00 |
| ALZS61304 | 310 | 53998006 | MISC EXPENSE | 73 | 11/02/01 | 0094547 | 473556 | 08 | | 2 | 1 | | | 1.00 | 15.00 |
| ALZS61304 | 310 | 53998006 | MISC EXPENSE | 73 | 11/02/01 | 0094547 | 473556 | 08 | | 2 | 1 | | | 1.00 | 15.00 |
| ALZS61304 | 310 | 53998006 | MISC EXPENSE | 73 | 11/02/01 | 0094547 | 473556 | 08 | | 2 | 1 | N | 38 | 1.00 | 8.65 |
| ALZS61304 | 310 | 54001060 | RELAY HORN | 73 | 11/02/01 | 0094547 | 473556 | 08 | | 2 | 1 | N | 01 | 10.00 | 20.40 |
| ALZS61304 | 310 | 61001046 | MILLER PIN 5/8 X 4" | 73 | 11/05/01 | 0094547 | 473556 | 08 | | 2 | 1 | N | PM | 1.00 | 4.70 |
| ALZS61304 | 310 | 15005186 | FILTER P/S | 73 | 11/05/01 | 0094547 | 473556 | 08 | | 2 | 1 | N | PM | 1.00 | 31.56 |
| ALZS61304 | 310 | 41001032 | FILTER AIR 93 WHITE | 73 | 11/05/01 | 0094547 | 473556 | 08 | | 2 | 1 | N | PM | 1.00 | 32.11 |
| ALZS61304 | 310 | 42007008 | FILTER WATERNEED RELEASE | 73 | 11/05/01 | 0094547 | 473556 | 08 | | 2 | 1 | N | PM | 1.00 | 3.89 |
| ALZS61304 | 310 | 44002060 | FILTER FUEL DAVCO | 73 | 11/05/01 | 0094547 | 473556 | 08 | | 2 | 1 | N | PM | 1.00 | 24.00 |
| ALZS61304 | 310 | 45011033 | FILTER OIL 94/ CUMMINS | 73 | 11/05/01 | 0094547 | 473556 | 08 | | 2 | 1 | N | PM | 1.00 | 2.65 |
| ALZS61304 | 310 | 65002043 | FILTER HYDRAULIC (K22001 | 73 | 11/05/01 | 0094547 | 473556 | 08 | | 2 | 1 | | 02 | .50 | 18.34 |
| ALZS61304 | 310 | 59-L7366 | CLEAN & INSPECT 5TH WHEE | 73 | 11/09/01 | 1109066 | 473583 | 04 | | 1 | 1 | | 05 | 1.00 | 33.25 |
| ALZS61304 | 310 | 65-L8030 | HYD LINES, RIP OR REPLAC | 80 | 11/19/01 | 0100557 | 474202 | 04 | | 2 | 1 | | 44 | 2.00 | 22.54 |
| ALZS61304 | 310 | 65005001 | CONNECT QUIKHYD FEMALE | 80 | 11/19/01 | 0100557 | 474202 | 04 | | 2 | 1 | N | 44 | 2.00 | 11.32 |
| ALZS61304 | 310 | 65005002 | CONNECT QUIKHYD MALE | 80 | 11/19/01 | 0100557 | 474202 | 04 | | 2 | 1 | N | PM | 1.00 | 103.79 |
| ALZS61304 | 310 | PM | | 73 | 11/20/01 | P073783 | 474650 | 08 | | 2 | 4 | | 10 | 1.00 | 110.00 |
| ALZS61304 | 310 | PM-L | PM10 - B-PM | 73 | 11/20/01 | P073783 | 474650 | 08 | | 2 | 4 | | 31 | 1.00 | 13.20 |
| ALZS61304 | 310 | PM-L | FEDERAL INSPEC | 73 | 11/20/01 | P073783 | 474650 | 08 | | 2 | 4 | | 03 | 1.00 | 58.00 |
| ALZS61304 | 310 | 13-L | BRAKES CPLT:O/BOARD W/CA | 73 | 11/20/01 | P073783 | 474650 | 08 | ALL | 2 | 4 | | 12 | 1.00 | 13.20 |
| ALZS61304 | 310 | 17-L | TIRE INSPECTION | 73 | 11/20/01 | P073783 | 474650 | 08 | ALL | 2 | 4 | | 03 | 1.00 | 264.00 |
| ALZS61304 | 310 | 32-L | CRANK REPLACE | 73 | 11/20/01 | P073783 | 474650 | 08 | | 2 | 4 | | 05 | 1.00 | 4.40 |
| ALZS61304 | 310 | 45-L | ENGINE R.I.P. | 73 | 11/20/01 | P073783 | 474650 | 24 | | 2 | 4 | | 05 | 1.00 | 13.20 |
| ALZS61304 | 310 | 65-L | HYD LINES, RIP OR REPLAC | 73 | 11/20/01 | P073783 | 474650 | 08 | | 2 | 4 | | 08 | 1.00 | 22.00 |
| ALZS61304 | 310 | 93-L | RYDRAPAC PM *B * SERVICE | 73 | 11/20/01 | P073783 | 474650 | 08 | | 2 | 4 | | 19 | 1.00 | 31.00 |
| ALZS61304 | 310 | 45-L | ENGINE DIAGNOSTICS | 73 | 11/27/01 | P073483 | 476367 | 10 | | 3 | 4 | | 19 | 1.00 | 55.00 |
| ALZS61304 | 310 | 45-L | ENGINE DIAGNOSTICS | 73 | 11/27/01 | P073483 | 476367 | 10 | | 3 | 4 | | 05 | 1.00 | 33.25 |
| ALZS61304 | 310 | 01-L9709 | A/C R.I.P. | 97 | 09/28/01 | 0928-01 | 462049 | 04 | B | 1 | 1 | N | 44 | 1.00 | 6.07 |
| ALZS61304 | 310 | 42003184 | BELT FAN 93 WHITE | 97 | 09/28/01 | 0928-01 | 462049 | 04 | B | 1 | 1 | N | 12 | .25 | 8.32 |
| ALZS61304 | 310 | 17-L7366 | TIRE INSPECTION | 73 | 09/29/01 | 0929054 | 462040 | 04 | ALL | 1 | 1 | | 12 | .25 | 8.32 |
| ALZS61304 | 310 | 17-L7366 | TIRE INSPECTION | 73 | 09/29/01 | 0929051 | 462040 | 06 | ALL | 1 | 1 | | 04 | 2.50 | 33.00 |
| ALZS61304 | 310 | 09-L9709 | BODY WELDING, USE WORK U | 97 | 10/05/01 | 1005-01 | 464605 | 04 | A | 1 | 1 | | 05 | .75 | 24.89 |
| ALZS61304 | 310 | 34-L9709 | LIGHTING R.I.P. | 97 | 10/05/01 | 1005-01 | 464605 | 04 | B | 1 | 1 | N | 38 | 1.00 | 31.10 |
| ALZS61304 | 310 | 34004210 | SWITCH MARKER LAMP | 97 | 10/05/01 | 1005-01 | 464605 | 04 | B | 1 | 1 | N | 00 | 4.00 | 9.85 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE BULK | 73 | 10/09/01 | | 465230 | 00 | | | | | 23 | 1.00 | 88.00 |
| ALZS61304 | 310 | 02-L | LIGHTING R.I.P. | 73 | 10/10/01 | 02987 | 466420 | PM | | | | | 00 | 4.00 | 10.20 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE BULK | 73 | 10/14/01 | | 466150 | 00 | | | | | 05 | 1.00 | 33.25 |
| ALZS61304 | 310 | 65-L9703 | HYD LINES, RIP OR REPLAC | 97 | 10/15/01 | 1015-01 | 466954 | 04 | A | 1 | 1 | | 05 | 1.00 | 27.35 |
| ALZS61304 | 310 | 55-L | CARGO HDL R.I.P. | 64 | 10/19/01 | P064245 | 468700 | 04 | | 2 | 1 | | | | |

```
DATE 07/24/02    TIME-10:57          UNIT DETAIL HISTORY LIST   TERMINAL                    RPT-EIC4124A  PAGE    4

UNIT NO   GROUP ITEM NO  DESCRIPTION           LOC  DATE    RO NUM   METER  RS POS CLASS SITE TYPE FC/UA    QTY        COST

ALZS61304  ***  ********                        *** 01/01/50 ******* ******* ** ***   *    *    *    **  ********** **********
                                                    07/24/02          ******* **                        ********** **********

ALZS61304  310  55001010 CHAIN 72"  W/R-T-G HOOK 54 10/22/01 64263   469082 04      1    N   .         1.00       10.10
ALZS61304  310  09-L9703 BODY WELDING, USE WORK U 97 09/04/01 0904-01 455327 04 8  1  1          04    2.00       46.55
ALZS61304  310  55-L9703 CARGO HOL R.I.P.        97 09/04/01 0904-01 455327 04 8  1  1          05    .75       24.96
ALZS61304  310  55001262 RATCHET ASSYLH W/36"PIPE 97 09/04/01 0904-01 455327 04 8  1  1     N   10    1.00       37.87
ALZS61304  310  61001147 PAUL GR L/H RYBER EQUIP 97 09/04/01 0904-01 455327 04 8  1  1     N   10    1.00       11.50
ALZS61304  310  PH-L      PH10 - 8-PH            73 09/05/01 0071194 455699 08     2  1          10    .00        .00
ALZS61304  310  PH-L     QUALITY LANE INSPECTION 73 09/05/01 0071194 455699 08     2  1          13    .00        .00
ALZS61304  310  PH-L     WINTERIZATION           73 09/05/01 0071194 455699 08     2  1          30    .00        .00
ALZS61304  310  PH-L     FEDERAL INSPEC          73 09/05/01 0071194 455699 08     2  1          31    .00       4.50
ALZS61304  310  15005188 FILTER P/S             73 09/05/01 0071194 455699 08     2  1     N   PH    1.00        .00
ALZS61304  310  17-L     TIRE INSPECTION        73 09/05/01 0071194 455699 08 ALL 2  1          12    .00        .00
ALZS61304  310  19001037 COUPLER KWIKLUBE MALE  73 09/05/01 0071194 455699 08     2  1     N   18    1.00       5.30
ALZS61304  310  42007008 FILTER WATERNEED RELEASE 73 09/05/01 0071194 455699 08   2  1     N   PH    1.00       22.11
ALZS61304  310  44002060 FILTER FUEL DAVCO      73 09/05/01 0071194 455699 08     2  1     N   PH    1.00       3.65
ALZS61304  310  45011038 FILTER OIL  PA7 CUMMINS 73 09/05/01 0071194 455699 08    2  1     N   PH    1.00       25.61
ALZS61304  310  53998006 MISC EXPENSE           73 09/05/01 0071194 455699 08     2  1                1.00      15.00
ALZS61304  310  65003068 FILTER HYDRAULIC (K22001 73 09/05/01 0071194 455699 08   2  1     N   PH    1.00       2.53
ALZS61304  310  93-L      HYDRAPAC PH "8 " SERVICE 73 09/05/01 0071194 455699 08  2  1          08    .00        .00
ALZS61304  310  93001001 FILTER AIR  HYDRAPAC   73 09/05/01 0071194 455699 08     2  1     N   PH    1.00       2.67
ALZS61304  310  93001044 FILTER OIL             73 09/05/01 0071194 455699 08     2  1     N   PH    1.00      10.25
ALZS61304  310  93001047 FILTER FUEL            73 09/05/01 0071194 455699 08     2  1     N   PH    1.00       1.86
ALZS61304  310  32-L      CRANK REPLACE         73 09/06/01 P073327 455699 01     2  4          03    1.00     297.50
ALZS61304  310  32                              73 09/06/01 P073327 455699 01     2  4          58    1.00     193.51
ALZS61304  310  32                              73 09/06/01 P073327 455699 01     2  4          01    1.00      36.00
ALZS61304  310  PH                              73 09/11/01 P073333 456630 08     2  4          PH    1.00      79.73
ALZS61304  310  PH                              73 09/11/01 P073333 456630 08     2  4          01    1.00       4.50
ALZS61304  310  PH-L      PH10 - 8-PH           73 09/11/01 P073333 456630 08     2  4          10    1.00     117.50
ALZS61304  310  PH-L     FEDERAL INSPEC         73 09/11/01 P073333 456630 08     2  4          31    1.00      23.50
ALZS61304  310  13-L     BRAKE RIP: SLACKS,CHAMSE 73 09/11/01 P073333 456630 08   2  4          05    1.00      70.50
ALZS61304  310  17-L      TIRE INSPECTION       73 09/11/01 P073333 456630 08 ALL 2  4          12    1.00      70.50
ALZS61304  310  19-L     AUTO LUB EXCHG         73 09/11/01 P073333 456630 08     2  4          08    1.00      58.75
ALZS61304  310  93-L      HYDRAPAC PH "8 " SERVICE 73 09/11/01 P073333 456630 08  2  4          04    1.00      33.29
ALZS61304  310  09-L9703 BODY WELDING, USE WORK U 97 09/26/01 0926-01 461593 04 A 1  1          04    .25       3.00
ALZS61304  310  17-L7366 TIRE INSPECTION        73 08/06/01 0806150 466330 06 ALL 2  1          12    8.00      29.54
ALZS61304  310  53990001 OIL/ENGINE  BULK       73 08/12/01         448890 00     1  4     N   00    1.00      33.29
ALZS61304  310  09-L9703 BODY WELDING, USE WORK U 97 08/21/01 0821-01 451844 04 A 1  1          04    2.00      66.58
ALZS61304  310  09-L9709 BODY WELDING, USE WORK U 97 08/22/01 0822-01 451844 04 A 1  1          04    4.00      10.39
ALZS61304  310  53990001 OIL/ENGINE  BULK       73 08/27/01         453475 00     1  4     N   00    5.00     166.40
ALZS61304  310  09-L9709 BODY WELDING, USE WORK U 97 08/29/01 0829-01 453944 04 A 1  1          04    1.00       .83
ALZS61304  310  43003150 CLAMP 2.5   SADDLE TYPE 73 07/10/01 0710053 440164 04    2  1     N   12    1.00       .83
ALZS61304  310  55-L7366 CARGO HOL R.I.P.       73 07/10/01 0710053 440164 04     2  1          05    .50      16.64
ALZS61304  310  65-L7366 HYD LINES, RIP OR REPLAC 73 07/10/01 0710053 440164 04   2  1          05    .25       6.32
ALZS61304  310  09-L7357 BODY WELDING, USE WORK U 97 07/12/01 0051644 440174 04   2  1          04    2.00      66.55
ALZS61304  310  65-L7366 R&I HYD CYL + MINOR RPR 73 07/12/01 0712050 440940 04    2  1          03    1.00      33.29
ALZS61304  310  19-L7709 AUTO LUB R.I.P.        73 07/24/01 0054593 442551 04     2  1          05    1.50      49.50
ALZS61304  310  19005001 SOLENOID  GREASE JOCKE 77 07/24/01 0054593 442551 04     2  1     N   12    1.00      68.37
ALZS61304  310  46-L     RIP:GOV,AIR LINES,DRYER 73 06/05/01 P073240 432724 01    2  4          05    1.00     177.90
ALZS61304  310  46-L     RIP:GOV,AIR LINES,DRYER 73 06/05/01 P073240 432724 01    2  4          18    1.00      12.60
ALZS61304  310  46                              73 06/05/01 P073240 432724 01     2  4          01    1.00      13.34
ALZS61304  310  46                              73 06/05/01 P073240 432724 01     2  4          23    1.00      38.00
ALZS61304  310  02-L     RIP:GOV,AIR LINES,DRYER 73 06/06/01 466233 433210 PH        4          05    1.50      49.92
ALZS61304  310  65-L9709 HYD LINES, RIP OR REPLAC 97 06/13/01 0613-01 435613 04 A  1  1
```

```
DATE 07/24/02   TIME-10:57              UNIT DETAIL HISTORY LIST  TERMINAL              RPT-EIC4134A PAGE   5
```

| UNIT NO | GROUP | ITEM NO | DESCRIPTION | LOC | DATE | RO NUM | METER | RS | POS | CLASS | SITE | TYPE | FC/WA | QTY | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALZS61304 | *** | ******** | | *** | 01/01/50 | ******* | ******* | ** | *** | * | * | * | ** | ********** | ********** |
| | | | | | 07/24/02 | | ******* | ** | | | | | | ********** | ********** |
| ALZS61304 | 310 | PM-L9703 | PM10 - 8-PM | 97 | 06/22/01 | 0044453 | 437366 | 08 | | 2 | 1 | | 10 | 2.00 | 66.58 |
| ALZS61304 | 310 | PM-L9703 | PM10 - 8-PM | 97 | 06/22/01 | 0044453 | 437366 | 08 | | 2 | 1 | | 10 | .50 | 16.64 |
| ALZS61304 | 310 | PM-L9703 | FEDERAL INSPEC | 97 | 06/22/01 | 0044453 | 437366 | 08 | | 2 | 1 | | 21 | .40 | 13.31 |
| ALZS61304 | 310 | 55998006 | MISC EXPENSE | 97 | 06/22/01 | 0044453 | 437366 | 08 | | 2 | 1 | | | 1.00 | 15.00 |
| ALZS61304 | 310 | 80-L9703 | WINTERIZATION | 97 | 06/22/01 | 0044453 | 437366 | 08 | | 2 | 1 | | 30 | .70 | 23.29 |
| ALZS61304 | 310 | 93-L9703 | HYDRAPAC PM "3 " SERVICE | 97 | 06/22/01 | 0044453 | 437366 | 08 | | 2 | 1 | | 08 | 2.00 | 66.58 |
| ALZS61304 | 310 | 02095214 | BLADES | 97 | 06/27/01 | 0044453 | 437366 | 08 | | 2 | 1 | N | 44 | 2.00 | 7.08 |
| ALZS61304 | 310 | 01-L9703 | A/C R.I.P. | 97 | 06/27/01 | 0044453 | 437366 | 08 | | 2 | 1 | | 95 | 1.00 | 33.25 |
| ALZS61304 | 310 | 15005186 | FILTER P/S | 97 | 06/27/01 | 0044453 | 437366 | 08 | B | 2 | 1 | N | PH | 1.00 | 4.67 |
| ALZS61304 | 310 | 17-L9703 | TIRE REPLACE , WORK UNIT | 97 | 06/27/01 | 0044453 | 437366 | 08 | | 2 | 1 | | 03 | .50 | 16.64 |
| ALZS61304 | 310 | 17-L9703 | TIRE INSPECTION | 97 | 06/27/01 | 0044453 | 437366 | 08 | | 2 | 1 | | 12 | .25 | 8.32 |
| ALZS61304 | 310 | 17001048 | TIRE NEW RIBSTEER 16 PLY | 97 | 06/27/01 | 0044453 | 437366 | 08 | B | 2 | 1 | N | 44 | 2.00 | 441.78 |
| ALZS61304 | 310 | 34002191 | FLASHER | 97 | 06/27/01 | 0044453 | 437366 | 08 | B | 2 | 1 | N | 33 | 1.00 | 13.63 |
| ALZS61304 | 310 | 42-L9703 | COOLING R.I.P. | 97 | 06/27/01 | 0044453 | 437366 | 08 | | 2 | 1 | | 95 | 1.00 | 33.25 |
| ALZS61304 | 310 | 42003105 | NUT PULLEY  IDLER | 97 | 06/27/01 | 0044453 | 437366 | 08 | B | 2 | 1 | N | 44 | 1.00 | 5.42 |
| ALZS61304 | 310 | 42003106 | WASHER IDLERPULLEY L-10 | 97 | 06/27/01 | 0044453 | 437366 | 08 | B | 2 | 1 | N | 19 | 1.00 | 1.51 |
| ALZS61304 | 310 | 42003184 | BELT FAN    93 WHITE | 97 | 06/27/01 | 0044453 | 437366 | 08 | B | 2 | 1 | N | 44 | 1.00 | 6.37 |
| ALZS61304 | 310 | 42003246 | BOLT ADJ FAN | 97 | 06/27/01 | 0044453 | 437366 | 08 | B | 2 | 1 | N | 12 | 1.00 | 7.37 |
| ALZS61304 | 310 | 42004022 | PULLEY    L10 IDLER | 97 | 06/27/01 | 0044453 | 437366 | 08 | B | 2 | 1 | N | 44 | 1.00 | 204.90 |
| ALZS61304 | 310 | 42007023 | ADDITIVE    DCA30L | 97 | 06/27/01 | 0044453 | 437366 | 08 | B | 2 | 1 | N | PH | 1.00 | 1.45 |
| ALZS61304 | 310 | 44002960 | FUEL FILTER DAYCO | 97 | 06/27/01 | 0044453 | 437366 | 08 | B | 2 | 1 | N | PH | 1.00 | 3.68 |
| ALZS61304 | 310 | 45011038 | FILTER OIL  94/ CUMMINS | 97 | 06/27/01 | 0044453 | 437366 | 08 | B | 2 | 1 | N | PH | 1.00 | 28.32 |
| ALZS61304 | 310 | 65003063 | FILTER HYDRAULIC (K22001 | 97 | 06/27/01 | 0044453 | 437366 | 08 | B | 2 | 1 | N | PH | 1.00 | 2.57 |
| ALZS61304 | 310 | 93001001 | FILTER AIR  HYDRAPAC | 97 | 06/27/01 | 0044453 | 437366 | 08 | B | 2 | 1 | N | PH | 1.00 | 2.42 |
| ALZS61304 | 310 | 93001044 | FILTER OIL | 97 | 06/27/01 | 0044453 | 437366 | 08 | B | 2 | 1 | N | PH | 1.00 | 10.25 |
| ALZS61304 | 310 | 93001047 | FILTER FUEL | 97 | 06/27/01 | 0044453 | 437366 | 08 | B | 2 | 1 | N | PH | 1.00 | 2.12 |
| ALZS61304 | 310 | 13-L | BRAKE ADJUST | 73 | 05/02/01 | P073362 | 421930 | 05 | | 2 | 4 | | 01 | 1.00 | 47.00 |
| ALZS61304 | 310 | 34-L | LIGHTING R.I.P. | 73 | 05/02/01 | P073362 | 421930 | 05 | | 2 | 4 | | 05 | 1.00 | 11.75 |
| ALZS61304 | 310 | 34 | | 73 | 05/02/01 | P073362 | 421930 | 05 | | 2 | 4 | | 33 | 1.00 | 1.39 |
| ALZS61304 | 310 | 65 | | 73 | 05/02/01 | P073362 | 421930 | 05 | | 2 | 4 | | 17 | 1.00 | 5.00 |
| ALZS61304 | 310 | 00-L | TOWING-VENDOR | 73 | 05/14/01 | P073653 | 425959 | 10 | ALL | 2 | 4 | | 20 | 1.00 | 262.50 |
| ALZS61304 | 310 | 45-L | ENGINE R.I.P. | 73 | 05/14/01 | P073653 | 425959 | 10 | | 2 | 4 | | 05 | 1.00 | 31.20 |
| ALZS61304 | 310 | 17-L | TIRE REPLACE , WORK UNIT | 73 | 05/22/01 | P073820 | 428426 | 05 | RRO | 2 | 4 | | 03 | .50 | 16.64 |
| ALZS61304 | 310 | 17-L7360 | TIRE REPLACE , WORK UNIT | 73 | 05/25/01 | 0033567 | 430576 | 04 | RRO | 2 | 1 | | 03 | 4.00 | 10.22 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE  BULK | 73 | 05/28/01 | | 430575 | 00 | | 1 | 4 | N | 30 | 4.00 | 10.22 |
| ALZS61304 | 310 | 00-L | TOWING-VENDOR | 73 | 05/29/01 | P073123 | 430712 | 01 | | 2 | 4 | | 20 | 1.00 | 31.30 |
| ALZS61304 | 310 | 00-L | TOWING-VENDOR | 73 | 05/29/01 | P073123 | 430712 | 01 | | 2 | 4 | | 20 | 1.00 | 125.00 |
| ALZS61304 | 310 | 32-L7715 | CRANKING R.I.P. | 77 | 05/29/01 | 0033467 | 430840 | 04 | | 2 | 1 | | 05 | 1.00 | 33.23 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE BULK | 73 | 06/01/01 | | 431790 | 00 | | 1 | 4 | N | 00 | 4.00 | 10.27 |
| ALZS61304 | 310 | 16002139 | SPRING ASSY 2 LEAF | 73 | 03/22/01 | R013219 | 416247 | 04 | LFO | 2 | 1 | N | 12 | 1.00 | 278.73 |
| ALZS61304 | 310 | 32002064 | SOLENOID S60RELAY W/WIRE | 73 | 03/22/01 | R013219 | 416247 | 04 | | 2 | 1 | N | 33 | 1.00 | 24.76 |
| ALZS61304 | 310 | 17-L3417 | TIRE REPLACE , WORK UNIT | 73 | 04/06/01 | R012263 | 415883 | 04 | RRI | 2 | 1 | | 03 | 1.82 | 53.51 |
| ALZS61304 | 310 | 17-L3417 | TIRE SERVICE | 04 | 04/06/01 | R012263 | 415883 | 04 | | 2 | 1 | | 41 | .00 | .00 |
| ALZS61304 | 310 | 17001173 | TIRE NEW DR G372 30/32 | 04 | 04/06/01 | R012263 | 415883 | 04 | ALL | 2 | 1 | N | 44 | 4.00 | 933.74 |
| ALZS61304 | 310 | 02-L | TIRE SERVICE | 73 | 04/07/01 | 99350 | 415960 | PM | | 2 | 1 | | 33 | 1.00 | 68.16 |
| ALZS61304 | 310 | 16 | | 73 | 04/09/01 | P073337 | 416246 | 05 | | 2 | 4 | | 12 | 1.00 | 53.79 |
| ALZS61304 | 310 | 16-L | EXCH SPRING/HANBGEAS/SUA | 73 | 04/09/01 | P073337 | 416246 | 05 | LFO | 2 | 4 | | 02 | 1.00 | 199.75 |
| ALZS61304 | 310 | 19-L | AUTO LUB R.I.P. | 73 | 04/09/01 | P073337 | 416246 | 05 | | 2 | 4 | | 05 | 1.00 | 11.75 |
| ALZS61304 | 310 | 32-L | CRANKING R.I.P. | 73 | 04/09/01 | P073337 | 416246 | 05 | | 2 | 4 | | 05 | 1.00 | 117.50 |
| ALZS61304 | 310 | 59-L | DROP AND HOOK | 73 | 04/09/01 | P073337 | 416246 | 05 | | 2 | 4 | | 01 | 1.00 | 23.50 |
| ALZS61304 | 310 | 65-L | HYD LINES, RIP OR REPLAC | 73 | 04/09/01 | P073338 | 416248 | 24 | | 2 | 4 | | 05 | 1.00 | 47.00 |
| ALZS61304 | 310 | PM-L | PM10 - 8-PM | 73 | 04/13/01 | R015589 | 419560 | 08 | | 2 | 1 | | 10 | .00 | .00 |

```
DATE 07/24/02   TIME 10:57        UNIT DETAIL HISTORY LIST   TERMINAL              RPT-EIC4104A  PAGE   5
-----------------------------------------------------------------------------------------------------------
UNIT NO   GROUP ITEM NO   DESCRIPTION       LOC  DATE   RO NUM  METER RS POS CLASS SITE TYPE FC/UA   QTY    COST


ALZS61304  ***   ********                   *** 01/01/50 ******* ******* ** ***   *    *    *   **  ********** ***********
                                                07/24/02         ******* **                        ********** ***********

ALZS61304  310   PM-L     FEDERAL INSPEC     73  04/16/01 RO15589 418560 08        2    1            31    .00        .00
ALZS61304  310   15005186 FILTER P/S         73  04/16/01 RO15589 418560 08        2    1   N        PM   1.00       4.73
ALZS61304  310   16006035 SHOCK              73  04/16/01 RO15589 418560 08 ALL    2    1   N        44   4.00     105.56
ALZS61304  310   17-L     TIRE INSPECTION    73  04/16/01 RO15589 418560 08        2    1            12    .00        .00
ALZS61304  310   18001032 SEAL FRONT 5 STAR GOLD 73 04/16/01 RO15589 418560 08 RFI 2   1   N        18   1.00      22.86
ALZS61304  310   22004022 FILTER DIFF OIL    73  04/16/01 RO15589 418560 08        2    1   N        PM   1.00       2.17
ALZS61304  310   42007008 FILTER WATERFEED RELEASE 73 04/16/01 RO15589 418560 08   2   1   N        PM   1.00      30.35
ALZS61304  310   44002060 FUEL FILTER GAVCO  73  04/16/01 RO15589 418560 08        2    1   N        PM   1.00       3.59
ALZS61304  310   45011038 FILTER OIL 94/ CUMMINS 73 04/16/01 RO15589 418560 08     2   1   N        PM   1.00      28.73
ALZS61304  310   53995006 MISC EXPENSE       73  04/16/01 RO15589 418560 08             1            1.00    15.00
ALZS61304  310   65002063 FILTER HYDRAULIC (K22001) 73 04/16/01 RO15589 418560 08  2   1   N        PM   1.00       2.55
ALZS61304  310   93-L     HYDRAPAC PM '3 ' SERVICE 73 04/16/01 RO15589 418560 08   2   1            08    .00        .00
ALZS61304  310   17-L7369 TIRE INSPECTION    73  04/17/01 0417003 418561 06 ALL    2    1            12    .25       8.32
ALZS61304  310   18001032 SEAL FRONT 5 STAR GOLD 73 04/17/01 RO15589 418560 08 ALL 2   1   N        44  1.00-    22.86-
ALZS61304  310   19005001 SOLENOID   GREASE JOCKE 73 04/17/01 RO15589 418560 08    2   1   N        23   1.00      66.37
ALZS61304  310   13001050 KIT ROLLER  1SX4 SHOE  73 04/18/01 RO15589 418560 08 ALL 2   1   N        44   1.00      11.44
ALZS61304  310   13001390 SHOE KIT    1SX4 ES    73 04/18/01 RO15589 418560 08 ALL 2   1   N        44   2.00      43.84
ALZS61304  310   18001032 SEAL FRONT 5 STAR GOLD 73 04/18/01 RO15589 418560 08 ALL 2   1   N        18   1.00      23.72
ALZS61304  310   PM-L     FEDERAL INSPEC     73  04/20/01 P073577 419150 08        2    4            31   1.00      25.00
ALZS61304  310   PM-L     PM10 - 8-PM        73  04/20/01 P073577 419150 08        2    4            10   1.00     150.00
ALZS61304  310   09-L     BODY WELDING, USE WORK O 73 04/20/01 P073577 419150 08 ALL 2  4           04   1.00     100.00
ALZS61304  310   13-L     BRAKES CPLT:O/BOARD W/CA 73 04/20/01 P073577 419150 08 FW0 2  4           03   1.00      75.00
ALZS61304  310   16-L     EXCH SPRING/HANGGERS/SWA 73 04/20/01 P073577 419150 08 ALL 2  4           03   1.00     100.00
ALZS61304  310   16-L     RIP ARM BUSHINGS/AXPADS/ 73 04/20/01 P073577 419150 08 ALL 2  4           05   1.00      75.00
ALZS61304  310   17-L     TIRE INSPECTION    73  04/20/01 P073577 419150 08 ALL    2    4            12   1.00      25.00
ALZS61304  310   19-L     AUTO LUB R.I.P.    73  04/20/01 P073577 419150 08        2    4            05   1.00      75.00
ALZS61304  310   34-L     LIGHTING R.I.P.    73  04/20/01 P073577 419150 08 ALL    2    4            05   1.00      50.00
ALZS61304  310   13001050 KIT ROLLER  1SX4 SHOE  73 04/23/01 R018762 419989 41 FW0 2   1   N        12   1.00      11.44
ALZS61304  310   13001390 SHOE KIT    1SX4 ES    73 04/23/01 R018762 419989 41 FW0 2   1   N        44   2.00      43.84
ALZS61304  310   02-L     LIGHTING R.I.P.    72  03/03/01 S9210   405565 PM             2            23   1.00      68.13
ALZS61304  310   17-L6616 TIRE INSPECTION    66  03/19/01 R002703 409604 04        2    1            12   1.50      49.75
ALZS61304  310   34-L6616 LIGHTING R.I.P.    66  03/19/01 R002703 409604 04        2    1            05   2.50      93.20
ALZS61304  310   46-L7227 RIP:GOV,AIR LINES,DRYER 72 03/22/01 R005204 411415 04 F   2   1            05    .02       .86
ALZS61304  310   16002139 SPRING ASSY Z LEAF 73  03/23/01 R005948 411164 04 LFI    2    1   N        12   1.00     181.35
ALZS61304  310   32002064 SOLENOID S6ORELAY W/WIRE 73 03/23/01 R005948 411164 04    2   1   N        38   1.00      24.79
ALZS61304  310   55-L7369 CARGO HOL EXCHG    73  01/18/01 0118009 399867 04 HDR     2   1            03    .50      16.64
ALZS61304  310   55001027 CHAIN 60"  W/R-T-G HOOK 73 01/18/01 0118009 399867 04 HDR 2  1   N        35   2.00      16.64
ALZS61304  310   17-L7360 TIRE INSPECTION    73  01/29/01 0129004 399615 06 ALL    2    4            12    .50      16.64
ALZS61304  310   PM                          73  01/09/01 P073584 398676 08        2    4            PM   1.00      92.90
ALZS61304  310   PM-L     PM10 - 8-PM        73  01/09/01 P073584 398676 08 ALL    2    4            10   1.00     125.00
ALZS61304  310   PM                          73  01/09/01 P073584 398676 08        2    4            01   1.00      25.00
ALZS61304  310   09-L     BODY WELDING, USE WORK O 73 01/09/01 P073584 398676 08   2   4            04   1.00      17.50
ALZS61304  310   16-L     RIP ARM BUSHINGS/AXPADS/ 73 01/09/01 P073584 398676 08 R/R 2  4           05   1.00     149.40
ALZS61304  310   16                          73  01/09/01 P073584 398676 08        2    4            08   1.00       6.75
ALZS61304  310   93-L     HYDRAPAC PM '3 ' SERVICE 73 01/09/01 P073584 398676 08   2   4            12    .50      16.64
ALZS61304  310   17-L7369 TIRE INSPECTION    73  01/10/01 0110034 398676 06 ALL    2    1            12   1.00      31.00
ALZS61304  310   00-L     TOWING-VENDOR      73  12/08/00 P073340 394660 41        2    4            20   1.00     150.00
ALZS61304  310   00-L     TOWING-VENDOR      73  12/08/00 P073340 394660 41        2    4            20   1.00     150.00
ALZS61304  310   53990001 OIL/ENGINE  BULK   73  12/19/00         397941 00        1    4   N        00   4.00       8.53
ALZS61304  310   PM-L     PM10 - 8-PM        73  12/22/00 R066694 398642 08        2    1            10    .00        .00
ALZS61304  310   PM-L     FEDERAL INSPEC     73  12/22/00 R066894 398642 08        2    1            31    .00        .00
ALZS61304  310   17-L     TIRE INSPECTION    73  12/22/00 R066894 398642 08 ALL    2    1            12    .00        .00
```

```
                                                                      RPT-EIC4134A  PAGE
DATE 07/24/02    TIME-10:57          UNIT DETAIL HISTORY LIST  TERMINAL
                                     LOC  DATE   RO NUM   METER RS POS CLASS SITE TYPE FC/UA    QTY      COST
UNIT NO   GROUP ITEM NO  DESCRIPTION
```

| UNIT NO | GROUP | ITEM NO | DESCRIPTION | LOC | DATE | RO NUM | METER | RS | POS | CLASS | SITE | TYPE | FC/UA | QTY | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALZS61304 | *** | ******** | | *** | 01/01/50 | ****** | ****** | ** | *** | * | * | * | ** | ********** | ********** |
| | | | | | 07/24/02 | | ****** | ** | | | | | | ********** | ********** |
| ALZS61304 | 310 | 42007008 | FILTER WATERNEED RELEASE | 73 | 12/22/00 | R066894 | 398642 | 08 | | 2 | 1 | N | PM | 1.00 | 31.24 |
| ALZS61304 | 310 | 44002060 | FUEL FILTER DAVCO | 73 | 12/22/00 | R066894 | 398642 | 08 | | 2 | 1 | | PM | 1.00 | 3.55 |
| ALZS61304 | 310 | 45011038 | FILTER OIL 94/ CUMMINS | 73 | 12/22/00 | R066894 | 398642 | 08 | | 2 | 1 | N | PM | 1.00 | 29.52 |
| ALZS61304 | 310 | 53998006 | MISC EXPENSE | 73 | 12/22/00 | R066894 | 398642 | 08 | | 2 | 1 | | | 1.00 | 15.00 |
| ALZS61304 | 310 | 85003063 | FILTER HYDRAULIC (K22001 | 73 | 12/22/00 | R066894 | 398642 | 08 | | 2 | 1 | N | PM | 1.00 | 2.54 |
| ALZS61304 | 310 | 93-L | HYDRAPAC PM "B " SERVICE | 73 | 12/22/00 | R066894 | 398642 | 08 | | 2 | 1 | | 08 | .00 | .00 |
| ALZS61304 | 310 | 93001044 | FILTER OIL | 73 | 12/22/00 | R066894 | 398642 | 08 | | 2 | 1 | N | PM | 1.00 | 9.41 |
| ALZS61304 | 310 | 93001047 | FILTER FUEL | 73 | 12/22/00 | R066894 | 398642 | 08 | | 2 | 1 | N | PM | 1.00 | 2.52 |
| ALZS61304 | 310 | 16006035 | SHOCK | 73 | 12/29/00 | R066894 | 398642 | 08 | ALL | 2 | 1 | N | 44 | 3.00 | 79.24 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE BULK | 73 | 11/13/00 | | 390445 | 00 | | 1 | 4 | N | 00 | 4.00 | 9.11 |
| ALZS61304 | 310 | 31-L7360 | CHARGING SYS - TERM CHAR | 73 | 11/15/00 | R048740 | 391193 | 04 | ALT | 2 | 1 | | 99 | .50 | 16.44 |
| ALZS61304 | 310 | 93001044 | FILTER OIL | 73 | 11/15/00 | R048740 | 391193 | 04 | | 2 | 1 | N | PM | 1.00 | 9.41 |
| ALZS61304 | 310 | 93001047 | FILTER FUEL | 73 | 11/15/00 | R048740 | 391193 | 04 | | 2 | 1 | N | PM | 1.00 | 2.53 |
| ALZS61304 | 310 | 93-L7360 | HYDRAPAC PM "B " SERVICE | 73 | 11/15/00 | R048740 | 391193 | 04 | HDP | 2 | 1 | | 08 | 1.00 | 32.23 |
| ALZS61304 | 310 | 17-L7357 | TIRE INSPECTION | 73 | 11/18/00 | 1118031 | 391192 | 06 | ALL | 2 | 1 | | 12 | .50 | 16.44 |
| ALZS61304 | 310 | 31-L7303 | CHARGING EXCHG | 73 | 11/29/00 | 1129011 | 391948 | 04 | | 2 | 1 | | 03 | .50 | 16.44 |
| ALZS61304 | 310 | 17-L7360 | TIRE INSPECTION | 73 | 10/09/00 | R028949 | 383849 | 04 | ALL | 2 | 1 | | 12 | .25 | 9.11 |
| ALZS61304 | 310 | 34002129 | FLASHER | 73 | 10/09/00 | R028949 | 383849 | 04 | | 2 | 1 | N | 39 | 1.00 | 11.15 |
| ALZS61304 | 310 | 93-L7360 | HYDRAPAC REPAIR IN PLACE | 73 | 10/09/00 | R028949 | 383849 | 04 | | 2 | 1 | | 05 | .20 | 6.45 |
| ALZS61304 | 310 | 93-L7360 | HYDRAPAC REPAIR IN PLACE | 73 | 10/09/00 | R028949 | 383849 | 04 | | 2 | 1 | | 05 | .30 | 9.55 |
| ALZS61304 | 310 | 65 | | 73 | 10/17/00 | P073421 | 385328 | 05 | | 2 | 4 | | 41 | 1.00 | 20.50 |
| ALZS61304 | 310 | 65-L | HYD LINES, RIP OR REPLAC | 73 | 10/17/00 | P073421 | 385328 | 05 | | 2 | 4 | | 05 | 1.00 | 31.00 |
| ALZS61304 | 310 | 65-L | HYD LINES, RIP OR REPLAC | 73 | 10/17/00 | P073421 | 385328 | 05 | | 2 | 4 | | 05 | 1.00 | 120.00 |
| ALZS61304 | 310 | 65-L | HYD LINES, RIP OR REPLAC | 73 | 10/17/00 | P073421 | 385328 | 05 | | 2 | 4 | | 05 | 1.00 | 120.00 |
| ALZS61304 | 310 | 65-L | HYD LINES, RIP OR REPLAC | 73 | 10/17/00 | P073421 | 385328 | 05 | | 2 | 4 | | 05 | 1.00 | 120.00 |
| ALZS61304 | 310 | 65 | | 73 | 10/17/00 | P073421 | 385328 | 05 | | 2 | 4 | | 01 | 1.00 | 2.00 |
| ALZS61304 | 310 | 65 | | 73 | 10/17/00 | P073421 | 385328 | 05 | | 2 | 4 | | 41 | 1.00 | 20.50 |
| ALZS61304 | 310 | 65 | | 73 | 10/17/00 | P073421 | 385328 | 05 | | 2 | 4 | | 01 | 1.00 | 2.00 |
| ALZS61304 | 310 | 65 | | 73 | 10/17/00 | P073421 | 385328 | 05 | | 2 | 4 | | 41 | 1.00 | 20.50 |
| ALZS61304 | 310 | 65 | | 73 | 10/17/00 | P073421 | 385328 | 05 | | 2 | 4 | | 01 | 1.00 | 2.00 |
| ALZS61304 | 310 | 65 | | 73 | 10/17/00 | P073421 | 385328 | 05 | | 2 | 4 | | 01 | 1.00 | 205.00 |
| ALZS61304 | 310 | 65 | | 73 | 10/20/00 | R036032 | 386373 | 04 | | 2 | 1 | | 05 | 1.00 | 33.23 |
| ALZS61304 | 310 | 65-L7303 | HYD LINES, RIP OR REPLAC | 73 | 10/20/00 | R036032 | 386373 | 04 | | 2 | 1 | N | 44 | 1.00 | 7.53 |
| ALZS61304 | 310 | 93001039 | BELT ALT | 73 | 10/20/00 | R036032 | 386373 | 04 | | 2 | 1 | N | 39 | 1.00 | 68.44 |
| ALZS61304 | 310 | 93001052 | SOLENIOD    SHUT OFF | 73 | 10/20/00 | R036032 | 386373 | 04 | | 2 | 1 | N | 18 | 1.00 | 78.27 |
| ALZS61304 | 310 | 93001076 | PUMP WATER | 73 | 10/20/00 | R036032 | 386373 | 04 | | 2 | 1 | | 05 | 2.00 | 68.55 |
| ALZS61304 | 310 | 93-L7303 | HYDRAPAC REPAIR IN PLACE | 73 | 10/25/00 | R038233 | 387192 | 04 | ALL | 2 | 1 | | 12 | .25 | 8.92 |
| ALZS61304 | 310 | 17-L7303 | TIRE INSPECTION | 73 | 09/01/00 | P073522 | 378898 | 05 | | 2 | 4 | | 20 | 1.00 | 150.00 |
| ALZS61304 | 310 | 00-L | TOWING-VENDOR | 73 | 09/01/00 | P073522 | 378898 | 05 | | 2 | 4 | | 05 | 1.00 | 31.00 |
| ALZS61304 | 310 | 32-L | CRANKING R.I.P. | 73 | 09/08/00 | P073998 | 378920 | 08 | | 2 | 4 | | 31 | 1.00 | 29.50 |
| ALZS61304 | 310 | PM-L | FEDERAL INSPEC | 73 | 09/08/00 | P073998 | 378920 | 08 | | 2 | 4 | | PM | 1.00 | 17.15 |
| ALZS61304 | 310 | PM | | 73 | 09/08/00 | P073998 | 378920 | 08 | | 2 | 4 | | 10 | 1.00 | 129.15 |
| ALZS61304 | 310 | PM-L | PM10 - B-PM | 73 | 09/08/00 | P073998 | 378920 | 08 | | 2 | 4 | | 03 | .50 | 16.44 |
| ALZS61304 | 310 | 02-L7367 | CAB:WIPER MOTOR,SWT,TRAN | 73 | 09/08/00 | R011232 | 378995 | 24 | HDR | 2 | 1 | | 12 | 1.00 | 33.50 |
| ALZS61304 | 310 | 17-L | TIRE INSPECTION | 73 | 09/08/00 | P073998 | 378920 | 08 | | 2 | 4 | | 03 | 1.00 | 111.42 |
| ALZS61304 | 310 | 32-L | CRANK REPLACE | 73 | 09/08/00 | R011232 | 378995 | 24 | BOT | 2 | 1 | N | 08 | 1.00 | 36.05 |
| ALZS61304 | 310 | 55001276 | SAFETY CABLE:HO/RK LONG | 73 | 09/08/00 | P073998 | 378920 | 08 | | 2 | 4 | | 05 | 1.00 | 171.00 |
| ALZS61304 | 310 | 93-L | HYDRAPAC PM "B " SERVICE | 97 | 09/14/00 | F097308 | 379490 | 01 | | 3 | 4 | | 44 | 1.00 | 33.23 |
| ALZS61304 | 310 | 32-L | CRANKING R.I.P. | 73 | 09/14/00 | 0914023 | 379871 | 04 | | 2 | 1 | | 39 | 3.00 | 225.56 |
| ALZS61304 | 310 | 32-L7360 | BATTERY REPLACE ONLY | 73 | 09/14/00 | 0914023 | 379871 | 04 | | 2 | 1 | N | 01 | 1.00 | 76.87 |
| ALZS61304 | 310 | 32001061 | BATTERY DC R/P 32001030 | 73 | 09/15/00 | R014968 | 379670 | 04 | | 2 | 1 | N | 05 | 1.00 | .00 |
| ALZS61304 | 310 | 01002035 | MOTOR | 73 | 09/15/00 | R073817 | 379670 | 01 | | 3 | 4 | | | | |
| ALZS61304 | 310 | 45-L | ENGINE R.I.P. | | | | | | | | | | | | |

```
DATE 07/24/02    TIME-10:57              UNIT DETAIL HISTORY LIST   TERMINAL              RPT-EIC4134A  PAGE   1

-------------------------------------------------------------------------------------------------------------------
UNIT NO   GROUP ITEM NO   DESCRIPTION          LOC  DATE   RO NUM   METER RS POS CLASS SITE TYPE FC/UA    QTY      COST
-------------------------------------------------------------------------------------------------------------------

ALZS61304  ***  ********                       *** 01/01/50 ******* ******* ** ***   *     *      *    **  ********** **********
                                                   07/24/02          ******* **                        ********** **********

ALZS61304  310  45-L     ENGINE R.I.P.         73 09/15/00 P073817  379670 01        3   4            05   1.00     584.00
ALZS61304  310  45-L     ENGINE R.I.P.         73 09/15/00 P073817  379670 01        3   4            05   1.00       8.76
ALZS61304  310  45       ENGINE R.I.P.         73 09/15/00 P073817  379670 01        3   4            23   1.00     170.00
ALZS61304  310  45                             73 09/15/00 P073817  379670 01        3   4            01   1.00      25.58
ALZS61304  310  45                             73 09/15/00 P073817  379670 01        3   4            01   1.00       3.50
ALZS61304  310  02-L7389 BLADE,ARM,MIRRORS,FIRE,R 73 09/18/00 R018632 380320 04      2   1            01    .20       0.25
ALZS61304  310  0290S216 BLADES                73 09/18/00 R018632  380320 04        2   1     N      44   2.00       7.44
ALZS61304  310  45                             73 09/18/00 P073092  379670 01        2   4            01   1.00      11.20
ALZS61304  310  45                             73 09/18/00 P073092  379670 01        2   4            01   1.00      25.00
ALZS61304  310  45-L     ENGINE R.I.P.         73 09/18/00 P073092  379670 01        2   4            05   1.00      31.00
ALZS61304  310  45-L     ENGINE R.I.P.         73 09/18/00 P073092  379670 01        2   4            05   1.00      88.00
ALZS61304  310  45-L7109 ENGINE R.I.P.         71 09/20/00 R017479  380319 04        2   1            05    .15       4.55
ALZS61304  310  02-L5909 MISC RPR: HINGES,LOCKS,H 59 09/26/00 R021011 381595 04      2   1            23   1.00      66.25
ALZS61304  310  02-L    MISC RPR: HINGES,LOCKS,H 59 09/29/00 8453    381960 PM       4         23   1.00      33.28
ALZS61304  310  32-L5936 CRANKING R.I.P.       59 07/29/00 R089545  371069 01        2   1            05    .50      18.54
ALZS61304  310  32-L9715 CRANKING R.I.P.       73 08/01/00 R089697  371292 04        2   1            99    .50      18.34
ALZS61304  310  32-L7389 CRANKING SYS - TERM CHAR 73 08/16/00 0816007 375585 04      2   1            05   1.00      18.11
ALZS61304  310  44001051 CAP FUEL              97 08/17/00                  375585 04          1   N             1.00      55.14
ALZS61304  310  55001011 CHAIN 96"  W/R-T-G HOOK 97 08/17/00               375585 04          1   N             4.00      55.14
ALZS61304  310  32-L    CRANKING R.I.P.        97 08/18/00 P097871  375896 01        3   4            05   1.00     103.05
ALZS61304  310  32-L    CRANKING R.I.P.        97 08/23/00 P097527  377063 01        3   4            36   1.00     116.00
ALZS61304  310  32-L    CRANK, WARRANTY        97 08/28/00 0826008  377754 41        2   1            03    .10       3.23
ALZS61304  310  55-L7389 CARGO HDL EXCHG       73 08/28/00 0826008  377754 41        2   1            05   1.00      31.00
ALZS61304  310  61001046 MILLER PIN  5/8 X 4"  73 08/28/00 0826008  377754 41        2   1     N      46   6.00      12.24
ALZS61304  310  32-L    CRANKING R.I.P.        73 08/29/00 P073349  378075 01        2   4            05   1.00      31.00
ALZS61304  310  32-L    CRANKING R.I.P.        73 08/29/00 P073349  378075 01        2   4            10    .00        .00
ALZS61304  310  PM-L    PM10 - 8-PM            73 09/01/00 R007733  378898 08 ALL    2   1            31    .00        .00
ALZS61304  310  PM-L    FEDERAL INSPEC         73 09/01/00 R007733  378898 08 ALL    2   1            12    .00        .00
ALZS61304  310  17-L    TIRE INSPECTION        73 09/01/00 R007733  378898 08 ALL    2   1            12   1.00     212.33
ALZS61304  310  32002056 STARTER 42MTW/OVERCRANK 73 09/01/00 R007733 378898 08      2   1     N      PM   1.00       5.99
ALZS61304  310  42007019 FILTER WATERCUMMINS   73 09/01/00 R007733  378898 08        2   1     N      PM   1.00       1.45
ALZS61304  310  42007023 ADDITIVE   DCA30L     73 09/01/00 R007733  378898 08        2   1     N      PM   1.00       3.87
ALZS61304  310  44002060 FUEL FILTER DAVCO     73 09/01/00 R007733  378898 08        2   1     N      PM   1.00      23.91
ALZS61304  310  45011038 FILTER OIL  94/ CUMMINS 73 09/01/00 R007733 378898 08      2   1             PM   1.00      15.00
ALZS61304  310  53996006 MISC EXPENSE          73 09/01/00 R007733  378898 08        2   1            PM   1.00       2.54
ALZS61304  310  65003063 FILTER HYDRAULIC (K22001 73 09/01/00 R007733 378898 08 ALL 2   1            08    .00        .00
ALZS61304  310  93-L    HYDRAPAC PM "8 " SERVICE 73 09/01/00 R007733 378898 08 ALL  2   1            PM   1.00       7.42
ALZS61304  310  93001044 FILTER OIL            73 09/01/00 R007733  378898 08        2   1     N      PM   1.00       3.02
ALZS61304  310  93001047 FILTER FUEL           73 09/01/00 R007733  378898 08        2   1            05   1.00      57.99
ALZS61304  310  32-L    CRANKING R.I.P.        97 06/26/00 P097176  364846 01        3   4            05   1.00      50.39
ALZS61304  310  45-L    ENGINE R.I.P.          97 07/19/00 P097468  368908 01        3   4            05   1.00       9.89
ALZS61304  310  17-L9715 TIRE INSPECTION       97 07/27/00 072697M  369824 08        1   1            12    .50       9.89
ALZS61304  310  02-L    TIRE INSPECTION        97 05/30/00 14348    368863 PM        4         23   1.00     117.00
ALZS61304  310  45-L    R&I HYD CYL + MINOR RPR 97 05/12/00 P097751 360458 01       3   4            05   1.00      35.71
ALZS61304  310  45                             97 05/12/00 P097751  360458 01        3   4            18   1.00      15.19
ALZS61304  310  03910028 MIRROR SPOT BIN BLACK 97 05/30/00 R048482  362184 08        2   1     N      12   2.00     799.97
ALZS61304  310  45                             97 05/30/00 P097050  362234 01        2   1            44   1.00     393.45
ALZS61304  310  45                             97 05/30/00 P097050  362234 01        3   4            44   1.00    2074.84
ALZS61304  310  45-L    PARTSEXCHG /FUEL PUMP/IN 97 05/30/00 P097050 362234 01      3   4            03   1.00    1702.05
ALZS61304  310  45-L    PARTSEXCHG /FUEL PUMP/IN 97 05/30/00 P097050 362234 01      2   1            12    .50      18.34
ALZS61304  310  17-L9750 TIRE INSPECTION       97 06/05/00 R048482  362184 08        2   1            99   2.00      16.58
ALZS61304  310  01-L9701 A/C TECH CHARGE       97 06/06/00 R048482  362184 08        2   1            05   1.50      49.82
ALZS61304  310  01-L9701 A/C R.I.P.            97 06/06/00 R048482  362184 08        2   1
```

```
DATE 07/24/02    TIME-10:57          UNIT DETAIL HISTORY LIST   TERMINAL                    RPT-EID4134A  PAGE   4
```

| UNIT NO | GROUP | ITEM NO | DESCRIPTION | LOC | DATE | RO NUM | METER | RS | POS | CLASS | SITE | TYPE | FC/UA | QTY | COST |
|---------|-------|---------|-------------|-----|------|--------|-------|----|----|-------|------|------|-------|-----|------|
| ALZS61304 | *** | ******** | | *** | 01/01/50 ******* ******* ** *** | | | * | * | * | | ** | ********** ********** | | |
| | | | | | 07/24/02 | ******* ** | | | | | | | ********** ********** | | |
| ALZS61304 | 310 | 01001682 | SWITCH A/C  H/PRES F/CLU | 97 | 06/06/00 | R048482 | 362184 | 08 | 2 | 1 | N | | 38 | 1.00 | 33.73 |
| ALZS61304 | 310 | 09-L9730 | BODY WELDING, USE WORK U | 97 | 06/06/00 | R048482 | 362184 | 08 | 2 | 1 | | | 04 | 1.00 | 33.25 |
| ALZS61304 | 310 | 17001083 | TIRE RECAP  ECLIPSE SST | 97 | 06/06/00 | R048482 | 362184 | 08 | 2 | 1 | N | | 44 | 2.00 | 168.00 |
| ALZS61304 | 310 | 34-L9701 | LIGHTING EXCHG | 97 | 06/06/00 | R048482 | 362184 | 08 | 2 | 1 | | | 03 | .40 | 12.31 |
| ALZS61304 | 310 | 34-L9701 | LIGHTING EXCHG | 97 | 06/06/00 | R048482 | 362184 | 08 | 2 | 1 | | | 03 | .50 | 16.54 |
| ALZS61304 | 310 | 34-L9701 | LIGHTING R.I.P. | 97 | 06/06/00 | R048482 | 362184 | 08 | 2 | 1 | | | 05 | .75 | 24.75 |
| ALZS61304 | 310 | 93-L9720 | HYDRAPAC REPAIR IN PLACE | 97 | 06/06/00 | R048482 | 362184 | 08 | 2 | 1 | | | 05 | .30 | 9.98 |
| ALZS61304 | 310 | 93-L9701 | HYDRAPAC REPAIR IN PLACE | 97 | 06/06/00 | R048482 | 362184 | 08 | 2 | 1 | | | 05 | 1.40 | 46.57 |
| ALZS61304 | 310 | 93001148 | MOUNT MOTOR | 97 | 06/06/00 | R048482 | 362184 | 08 | 2 | 1 | N | | 12 | 1.00 | 13.52 |
| ALZS61304 | 310 | 01001105 | A/C SWITCH | 97 | 06/16/00 | R062978 | 364001 | 04 | 2 | 1 | N | | 12 | 1.00 | 31.25 |
| ALZS61304 | 310 | 01-L9727 | A/C PRTS EXCHG + SIDEKIC | 97 | 06/19/00 | R062978 | 364001 | 04 | 2 | 1 | | | 03 | 2.00 | 66.55 |
| ALZS61304 | 310 | 01002044 | VALVE ASSY | 97 | 06/19/00 | R062978 | 364001 | 04 | 2 | 1 | N | | 44 | 1.00 | 16.12 |
| ALZS61304 | 310 | 02-L9701 | BLADE,ARM,MIRRORS,FIRE,R | 97 | 06/19/00 | R062978 | 364001 | 04 | 2 | 1 | | | 01 | 1.25 | 41.49 |
| ALZS61304 | 310 | 02026036 | SEAL      DOG HOUSE | 97 | 06/19/00 | R062978 | 364001 | 04 | 2 | 1 | N | | 12 | 1.00 | 72.91 |
| ALZS61304 | 310 | 13-L9727 | INBOARD BRKS: NO CAMS(W/ | 97 | 06/19/00 | R062978 | 364001 | 04 | 2 | 1 | | | 52 | 1.00 | 66.55 |
| ALZS61304 | 310 | 12-L9724 | INBOARD BRKS: NO CAMS(W/ | 97 | 06/19/00 | R062978 | 364001 | 04 | 2 | 1 | | | 52 | 2.00 | 66.55 |
| ALZS61304 | 310 | 12002121 | DRUM REAR  93 WHITE | 97 | 06/19/00 | R062978 | 364001 | 04 | 2 | 1 | N | | 44 | 4.00 | 535.24 |
| ALZS61304 | 310 | 13002407 | SHOE KIT      16.5X7 ES | 97 | 06/19/00 | R062978 | 364001 | 04 | 2 | 1 | N | | 44 | 4.00 | 185.60 |
| ALZS61304 | 310 | 13010453 | 30/30 CHAMBER COMPLETE | 97 | 06/19/00 | R062978 | 364001 | 04 | 2 | 1 | | | 01 | .50 | 16.54 |
| ALZS61304 | 310 | 16-L9715 | LEVELING VALVE ADJ & SHO | 97 | 06/19/00 | R062978 | 364001 | 04 | 2 | 1 | | | 03 | .50 | 16.54 |
| ALZS61304 | 310 | 65-L9715 | R&I HYD CYL + MINOR RPR | 97 | 06/19/00 | R062978 | 364001 | 04 | 2 | 1 | N | | 44 | 1.00 | 464.80 |
| ALZS61304 | 310 | 65005395 | VALVE ASSY  6 SECTION | 97 | 06/19/00 | R062978 | 364001 | 04 | 2 | 1 | N | | 44 | 1.00 | 4.49 |
| ALZS61304 | 310 | 65005538 | O RING KIT | 97 | 06/19/00 | R062978 | 364001 | 04 | 2 | 1 | | | 05 | 1.00 | 33.25 |
| ALZS61304 | 310 | 13-L9724 | BRAKE RIP: SLACKS,CHANGE | 97 | 06/22/00 | R070464 | 364599 | 04 | 2 | 1 | | | 05 | 1.00 | 33.25 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE  BULK | 97 | 06/22/00 | | 364846 | 00 | 1 | 4 | N | | 00 | 4.00 | 5.71 |
| ALZS61304 | 310 | 65005086 | HOSE HYD #6 | 97 | 06/22/00 | R070464 | 364599 | 04 | 2 | 1 | N | | 05 | 2.00 | 5.73 |
| ALZS61304 | 310 | 65-L | HYD LINES, RIP OR REPLAC | 97 | 05/10/00 | P097319 | 359618 | 01 | 3 | 4 | | | 18 | 1.00 | 248.50 |
| ALZS61304 | 310 | 65 | | 97 | 05/10/00 | P097319 | 359618 | 01 | 3 | 4 | | | 18 | 1.00 | 70.45 |
| ALZS61304 | 310 | 17-L9709 | TIRE INSPECTION | 97 | 05/14/00 | 970514 | 361290 | 08 | 1 | 1 | | | 12 | .30 | 9.98 |
| ALZS61304 | 310 | 53996006 | MISC EXPENSE | 97 | 05/18/00 | R048482 | 362184 | 08 | 2 | 1 | | | 10 | 1.00 | 66.55 |
| ALZS61304 | 310 | PM-L9712 | PM10 - 8-PM | 97 | 05/19/00 | R048482 | 362184 | 08 | 2 | 1 | | | 31 | .25 | 8.34 |
| ALZS61304 | 310 | PM-L9712 | FEDERAL INSPEC | 97 | 05/19/00 | R048482 | 362184 | 08 | 2 | 1 | | | 12 | .50 | 16.54 |
| ALZS61304 | 310 | 17-L9712 | TIRE INSPECTION | 97 | 05/19/00 | R048482 | 362184 | 08 | 2 | 1 | | | 08 | 1.50 | 49.92 |
| ALZS61304 | 310 | 93-L9712 | HYDRAPAC PM "8 " SERVICE | 97 | 05/19/00 | R048482 | 362184 | 08 | 2 | 1 | | | 03 | 1.00 | 31.00 |
| ALZS61304 | 310 | 17-L | TIRE REPLACE , WORK UNIT | 97 | 04/07/00 | P097088 | 351312 | 01 | 3 | 4 | | | 12 | .30 | 9.98 |
| ALZS61304 | 310 | 17-L9715 | TIRE INSPECTION | 97 | 04/11/00 | R025234 | 352402 | 04 | 2 | 1 | | | 12 | .30 | 9.95 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE  BULK | 97 | 04/11/00 | | 352454 | 00 | 1 | 4 | N | | 00 | 4.00 | 29.29 |
| ALZS61304 | 310 | 93-L9715 | HYDRAPAC REPAIR IN PLACE | 97 | 04/11/00 | R025234 | 352402 | 04 | 2 | 1 | | | 05 | .70 | 23.29 |
| ALZS61304 | 310 | 93-L9715 | HYDRAPAC PM "8 " SERVICE | 97 | 04/11/00 | R025234 | 352402 | 04 | 2 | 1 | | | 08 | 2.00 | 66.55 |
| ALZS61304 | 310 | 93001044 | FILTER OIL | 97 | 04/11/00 | R025234 | 352402 | 04 | 2 | 1 | N | | PM | 1.00 | 9.42 |
| ALZS61304 | 310 | 93001047 | FILTER FUEL | 97 | 04/11/00 | R025234 | 352402 | 04 | 2 | 1 | N | | PM | 1.00 | 2.02 |
| ALZS61304 | 310 | 93001116 | SWITCH IGN  W/KEY | 97 | 04/11/00 | R025234 | 352402 | 04 | 2 | 1 | N | | 38 | 1.00 | 40.45 |
| ALZS61304 | 310 | 93001146 | RELAY | 97 | 04/11/00 | R025234 | 352402 | 04 | 2 | 1 | N | | 38 | 1.00 | 10.30 |
| ALZS61304 | 310 | 93001149 | RELAY BOARD | 97 | 04/11/00 | R025234 | 352402 | 04 | 2 | 1 | N | | 38 | 1.00 | 76.86 |
| ALZS61304 | 310 | 32-L | CRANKING R.I.P. | 97 | 04/13/00 | P097096 | 352915 | 01 | 3 | 4 | | | 05 | 1.00 | 152.05 |
| ALZS61304 | 310 | 44-L | FUEL, R.I.P. | 97 | 04/13/00 | P097925 | 352454 | 01 | 3 | 4 | | | 05 | 1.00 | 274.05 |
| ALZS61304 | 310 | 65005354 | FITTING F3708X8 REUSABLE | 97 | 04/16/00 | R028759 | 353820 | 04 | 4 | | N | | 18 | 1.00 | 4.87 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE  BULK | 97 | 04/18/00 | | 354300 | 00 | 1 | 4 | N | | 00 | 4.00 | 7.34 |
| ALZS61304 | 310 | 17-L9724 | TIRE REPLACE , WORK UNIT | 97 | 04/26/00 | R034988 | 356561 | 04 | 2 | 1 | | | 03 | .50 | 16.54 |
| ALZS61304 | 310 | 17001083 | TIRE RECAP  ECLIPSE SST | 97 | 04/26/00 | R034988 | 356561 | 04 | 3 | RF3 | | N | | 44 | 1.00 | 138.00 |
| ALZS61304 | 310 | 32-L | CRANKING R.I.P. | 97 | 03/03/00 | P046342 | 345875 | 01 | 3 | 4 | | | 05 | 1.00 | 36.00 |
| ALZS61304 | 310 | 32-L | CRANKING R.I.P. | 97 | | | | | 3 | 4 | | | | 1.00 | 15.00 |
| ALZS61304 | 310 | 53999006 | MISC EXP | 97 | 02/03/00 | R000616 | 346110 | 08 | 3 | 1 | | | | 1.00 | 15.00 |

| UNIT NO | GROUP ITEM NO | DESCRIPTION | LOC | DATE | RO NUM | METER | RS | POS | CLASS | SITE | TYPE | FC/UA | QTY | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALZS61304 | *** | ******** | *** | 01/01/50 | ******* | ******* | ** | *** | * | * | * | *1 | ********* | ********* |
| | | | | 07/24/02 | | ******* | ** | | | | | | ********* | ********* |
| ALZS61304 | 310 | 13-L9706 BRAKE ADJUST | 97 | 03/06/00 | R000616 | 346110 | 08 | | 2 | 1 | | 01 | .50 | 16.34 |
| ALZS61304 | 310 | 17-L9706 TIRE INSPECTION | 97 | 03/06/00 | R000616 | 346110 | 08 | | 2 | 1 | | 12 | .50 | 16.34 |
| ALZS61304 | 310 | 65005538 O RING KIT | 97 | 03/06/00 | R000616 | 346110 | 08 | | 2 | 1 | N | 18 | 2.00 | 8.58 |
| ALZS61304 | 310 | 93-L9727 HYDRAPAC REPAIR IN PLACE | 97 | 03/06/00 | R000616 | 346110 | 08 | | 2 | 1 | | 05 | 1.50 | 49.92 |
| ALZS61304 | 310 | 93-L9706 HYDRAPAC PM "B " SERVICE | 97 | 03/06/00 | R000616 | 346110 | 08 | | 2 | 1 | | 08 | 1.00 | 33.29 |
| ALZS61304 | 310 | 93-L9706 HYDRAPAC REPAIR IN PLACE | 97 | 03/06/00 | R000616 | 346110 | 08 | | 2 | 1 | | 05 | .50 | 16.34 |
| ALZS61304 | 310 | 93001001 FILTER AIR  HYDRAPAC | 97 | 03/06/00 | R000616 | 346110 | 08 | | 2 | 1 | N | PM | 1.00 | 2.84 |
| ALZS61304 | 310 | 93001044 FILTER OIL | 97 | 03/06/00 | R000616 | 346110 | 08 | | 2 | 1 | N | PM | 1.00 | 9.42 |
| ALZS61304 | 310 | 93001047 FILTER FUEL | 97 | 03/06/00 | R000616 | 346110 | 08 | | 2 | 1 | N | PM | 1.00 | 2.32 |
| ALZS61304 | 310 | 93001151 SWITCH KEY | 97 | 03/06/00 | R000616 | 346110 | 08 | | 2 | 1 | N | PM | 1.00 | 10.18 |
| ALZS61304 | 310 | 55001010 CHAIN 72"  W/R-T-G HOOK | 97 | 03/22/00 | R012189 | 348810 | 04 | | 2 | 1 | N | 44 | 2.00 | 23.04 |
| ALZS61304 | 310 | 55001027 CHAIN 60"  W/R-T-G HOOK | 97 | 03/22/00 | R012189 | 348810 | 04 | | 2 | 1 | N | 44 | 2.00 | 22.30 |
| ALZS61304 | 310 | 53998006 MISC EXP | 97 | 03/23/00 | R013720 | 349346 | 04 | | 2 | 1 | | | 1.00 | 15.00 |
| ALZS61304 | 310 | 17-L9730 TIRE INSPECTION | 97 | 03/27/00 | 032797 | 349346 | 08 | | 1 | 1 | | 12 | .30 | 9.98 |
| ALZS61304 | 310 | 85-L  HYD ABUSE | 97 | 12/29/99 | P035449 | 336840 | 01 | | 3 | 4 | | 90 | 1.00 | 109.80 |
| ALZS61304 | 310 | 55001027 CHAIN 60"  W/R-T-G HOOK | 97 | 02/02/00 | R076515 | 340624 | 04 | | 2 | 1 | N | 45 | 9.00 | 92.06 |
| ALZS61304 | 310 | 34002191 FLASHER | 97 | 02/07/00 | R076515 | 340624 | 04 | | 2 | 1 | N | 12 | 1.00 | 17.34 |
| ALZS61304 | 310 | 41-L9703 AIR INTAKE EXCHG (FILTER | 97 | 02/07/00 | R076515 | 340624 | 04 | | 2 | 1 | | 03 | .65 | 21.23 |
| ALZS61304 | 310 | 55001027 CHAIN 60"  W/R-T-G HOOK | 97 | 02/02/00 | R076515 | 340624 | 04 | | 2 | 1 | N | 45 | 6.00 | 68.04 |
| ALZS61304 | 310 | 17-L9727 TIRE INSPECTION | 97 | 02/08/00 | R093409 | 340831 | 04 | | 2 | 1 | | 12 | .40 | 13.31 |
| ALZS61304 | 310 | 53998006 MISC EXP | 97 | 02/08/00 | R093409 | 340831 | 04 | | 2 | 1 | | | 1.00 | 15.00 |
| ALZS61304 | 310 | 90-L9727 WINTERIZATION | 97 | 02/08/00 | R093409 | 340831 | 04 | | 2 | 1 | | 30 | .90 | .00 |
| ALZS61304 | 310 | 09-L9719 BODY WELDING, USE WORK U | 97 | 02/16/00 | R088835 | 341710 | 04 | | 2 | 1 | | 04 | 1.90 | 33.29 |
| ALZS61304 | 310 | 09-L9727 BODY WELDING, USE WORK U | 97 | 02/16/00 | R088835 | 341710 | 04 | | 2 | 1 | | 04 | 1.00 | 33.29 |
| ALZS61304 | 310 | 17-L9719 TIRE INSPECTION | 97 | 02/16/00 | R088835 | 341710 | 04 | | 2 | 1 | | 12 | .50 | 16.34 |
| ALZS61304 | 310 | 53998006 MISC EXP | 97 | 02/16/00 | R088835 | 341710 | 04 | | 2 | 1 | | | 1.00 | 15.00 |
| ALZS61304 | 310 | 85-L9727 R&I HYD CYL - MINOR RPR | 97 | 02/16/00 | R088835 | 341710 | 04 | | 2 | 1 | | 03 | .50 | 16.34 |
| ALZS61304 | 310 | 53990001 OIL/ENGINE  BULK | 97 | 02/17/00 | | 342476 | 00 | | 1 | 4 | N | 00 | 4.00 | 7.49 |
| ALZS61304 | 310 | 17 | 97 | 11/30/99 | P030912 | 332895 | 05 | | 1 | 4 | | 44 | 1.00 | 552.46 |
| ALZS61304 | 310 | 17-L  TIRE REPLACE , WORK UNIT | 97 | 11/30/99 | P030912 | 332895 | 05 | | 1 | 4 | | 03 | 1.00 | 98.00 |
| ALZS61304 | 310 | 53998006 MISC EXPENSE | 97 | 12/03/99 | R041061 | 334116 | 08 | | 2 | 1 | | | 1.00 | 15.00 |
| ALZS61304 | 310 | PM-L9706 PM10 - B-PM | 97 | 12/03/99 | R041061 | 334116 | 08 | | 2 | 1 | | 10 | 2.00 | 68.53 |
| ALZS61304 | 310 | PM-L9706 FEDERAL INSPEC | 97 | 12/03/99 | R041061 | 334116 | 08 | | 2 | 1 | | 51 | .10 | 3.30 |
| ALZS61304 | 310 | 15005186 FILTER P/S | 97 | 12/03/99 | R041061 | 334116 | 08 | | 2 | 1 | N | PM | 1.00 | 4.80 |
| ALZS61304 | 310 | 17-L9706 TIRE INSPECTION | 97 | 12/03/99 | R041061 | 334116 | 08 | | 2 | 1 | | 12 | .50 | 16.34 |
| ALZS61304 | 310 | 17-L9706 TIRE SERVICE | 97 | 12/03/99 | R041061 | 334116 | 08 | | 2 | 1 | | 41 | 1.00 | 33.29 |
| ALZS61304 | 310 | 23-L9706 CLUTCH ADJUST | 97 | 12/03/99 | R041061 | 334116 | 08 | | 2 | 1 | | 01 | .50 | 16.34 |
| ALZS61304 | 310 | 42007021 FILTER WATER | 97 | 12/03/99 | R041061 | 334116 | 08 | | 2 | 1 | N | PM | 1.00 | 5.76 |
| ALZS61304 | 310 | 44002052 FILTER FUEL N11 CUMMINS | 97 | 12/03/99 | R041061 | 334116 | 08 | | 2 | 1 | N | PM | 1.00 | 24.12 |
| ALZS61304 | 310 | 45001038 FILTER OIL  94/ CUMMINS | 97 | 12/03/99 | R041061 | 334116 | 08 | | 2 | 1 | N | PM | 42.00 | 33.24 |
| ALZS61304 | 310 | 53990001 OIL/ENGINE  BULK | 97 | 12/03/99 | R041061 | 334116 | 08 | | 2 | 1 | N | PM | 4.00 | 9.10 |
| ALZS61304 | 310 | 53990001 OIL/ENGINE  BULK | 97 | 12/03/99 | R041061 | 334116 | 08 | | 2 | 1 | N | PM | 1.00 | 2.55 |
| ALZS61304 | 310 | 45003063 FILTER HYDRAULIC (K22001 | 97 | 12/03/99 | R041061 | 334116 | 08 | | 2 | 1 | N | 08 | 1.00 | 33.29 |
| ALZS61304 | 310 | 93-L9706 HYDRAPAC PM "B " SERVICE | 97 | 12/03/99 | R041061 | 334116 | 08 | | 2 | 1 | | 05 | 1.00 | 33.29 |
| ALZS61304 | 310 | 93-L9706 HYDRAPAC REPAIR IN PLACE | 97 | 12/03/99 | R041061 | 334116 | 08 | | 2 | 1 | N | PM | 1.00 | 7.40 |
| ALZS61304 | 310 | 93001001 FILTER AIR  HYDRAPAC | 97 | 12/03/99 | R041061 | 334116 | 08 | | 2 | 1 | N | PM | 1.00 | 2.80 |
| ALZS61304 | 310 | 93001047 FILTER FUEL | 97 | 12/03/99 | R041061 | 334116 | 08 | | 2 | 1 | N | 44 | 1.00 | 13.92 |
| ALZS61304 | 310 | 93001148 MOUNT MOTOR | 97 | 12/03/99 | R041061 | 334116 | 08 | | 2 | 1 | | 19 | 1.00 | 28.75 |
| ALZS61304 | 310 | 45 | 97 | 12/13/99 | P032908 | 334116 | 01 | | 3 | 4 | | 03 | 1.00 | 408.44 |
| ALZS61304 | 310 | 45-L  PARTSEXCHG /FUEL PUMP/IN | 97 | 12/13/99 | P032908 | 334116 | 01 | | 3 | 4 | | 03 | 1.00 | |
| ALZS61304 | 310 | 34-L9703 LIGHTING EXCHG | 97 | 12/14/99 | R041061 | 334116 | 08 | | 2 | 1 | | 03 | .50 | 15.84 |

| UNIT NO | GROUP | ITEM NO | DESCRIPTION | LOC | DATE | RO NUM | METER | RS | POS | CLASS | SITE | TYPE | FC/UA | QTY | COST |
|---------|-------|---------|-------------|-----|------|--------|-------|----|----|-------|------|------|-------|-----|------|
| ALZS61304 | *** | ******** | | *** | 01/01/50 | ****** | ****** | ** | *** | * | * | * | ** | ********** | ********** |
| | | | | | 07/24/02 | | ****** | ** | | | | | | ********** | ********** |
| ALZS61304 | 310 | 34-L9703 | LIGHTING R.I.P. | 97 | 12/14/99 | R041061 | 334116 | 08 | | 2 | 1 | | 05 | .50 | 16.84 |
| ALZS61304 | 310 | 42-L9703 | COOLING R.I.P. | 97 | 12/14/99 | R041061 | 334116 | 08 | | 2 | 1 | | 05 | .25 | 11.54 |
| ALZS61304 | 310 | 43003005 | CLAMP BAND  EXHAUST SIN | 97 | 12/14/99 | R041061 | 334116 | 08 | | 2 | 1 | N | 18 | 2.00 | 5.62 |
| ALZS61304 | 310 | 43003008 | CLAMP 5"    SADDLE TYPE | 97 | 12/14/99 | R041061 | 334116 | 08 | | 2 | 1 | N | 18 | 2.00 | 5.46 |
| ALZS61304 | 310 | 43003020 | ELBOW SIN90DEGEXHAUST | 97 | 12/14/99 | R041061 | 334116 | 08 | | 2 | 1 | N | 18 | 1.00 | 33.27 |
| ALZS61304 | 310 | 59-L9715 | CLEAN & INSPECT 5TH WHEE | 97 | 12/14/99 | R041061 | 334116 | 08 | | 2 | 1 | | 02 | 1.00 | 33.12 |
| ALZS61304 | 310 | 61001029 | LOCK SPRING LONG W/BAR | 97 | 12/14/99 | R041061 | 334116 | 08 | | 2 | 1 | N | 12 | 1.00 | 17.11 |
| ALZS61304 | 310 | 65-L9712 | HYD LINES, RIP OR REPLAC | 97 | 12/14/99 | R041061 | 334116 | 08 | | 2 | 1 | | 05 | 3.00 | 99.54 |
| ALZS61304 | 310 | 65005391 | COUPLER HYD | 97 | 12/14/99 | R041061 | 334116 | 08 | | 2 | 1 | N | 44 | 2.00 | 25.54 |
| ALZS61304 | 310 | 45010015 | CAP OIL FILLOET. 2" | 97 | 11/04/99 | | 329412 | 04 | | | 1 | N | | 1.00 | 4.91 |
| ALZS61304 | 310 | 13010023 | GOVERNOR AIRD-2 | 97 | 11/09/99 | R025200 | 329054 | 04 | | 2 | 1 | N | 44 | 1.00 | 11.21 |
| ALZS61304 | 310 | 13010192 | CARTRIDGE  AD9 DRYER | 97 | 11/09/99 | R025200 | 329054 | 04 | | 2 | 1 | N | 44 | 1.00 | 49.31 |
| ALZS61304 | 310 | 13010185 | KIT PURGE  AIR DRYER | 97 | 11/09/99 | R025200 | 329054 | 04 | | 2 | 1 | N | 44 | 1.00 | 113.45 |
| ALZS61304 | 310 | 34002054 | BOOT LIGHT  STOP TRL | 97 | 11/09/99 | R025200 | 329054 | 04 | | 2 | 1 | N | 44 | 1.00 | .94 |
| ALZS61304 | 310 | 34004020 | LIGHT MARKERRED | 97 | 11/09/99 | R025200 | 329054 | 04 | | 2 | 1 | | 28 | 1.00 | 1.51 |
| ALZS61304 | 310 | 46-L9703 | RIP:GOV,AIR LINES,DRYER | 97 | 11/09/99 | R025200 | 329054 | 04 | | 2 | 1 | | 05 | 1.25 | 41.80 |
| ALZS61304 | 310 | 65 | | 84 | 11/22/99 | R029955 | 331660 | 04 | | 2 | 4 | | 01 | 1.00 | 10.99 |
| ALZS61304 | 310 | 65-L | HYD LINES, RIP OR REPLAC | 84 | 11/22/99 | R029955 | 331660 | 04 | | 2 | 4 | | 05 | 1.00 | 50.99 |
| ALZS61304 | 310 | 53998006 | MISC EXP | 97 | 09/30/99 | R099826 | 323176 | 04 | | 2 | 1 | | | 1.00 | 15.00 |
| ALZS61304 | 310 | 09-L | BODY WELDING, USE WORK U | 97 | 10/01/99 | R020552 | 323409 | 01 | | 3 | 4 | | 04 | 1.00 | 81.00 |
| ALZS61304 | 310 | 17-L9715 | TIRE INSPECTION | 97 | 10/04/99 | R099826 | 323176 | 04 | | 2 | 1 | | 12 | .25 | 5.92 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE  BULK | 97 | 10/04/99 | R099826 | 323176 | 04 | | 2 | 1 | N | PM | 4.00 | 2.12 |
| ALZS61304 | 310 | 93001001 | FILTER AIR  HYDRAPAC | 97 | 10/04/99 | R099826 | 323176 | 04 | | 2 | 1 | N | PM | 1.00 | 2.51 |
| ALZS61304 | 310 | 93001044 | FILTER OIL | 97 | 10/04/99 | R099826 | 323176 | 04 | | 2 | 1 | N | PM | 1.00 | 7.40 |
| ALZS61304 | 310 | 93001047 | FILTER FUEL | 97 | 10/04/99 | R099826 | 323176 | 04 | | 2 | 1 | N | PM | 1.00 | 2.62 |
| ALZS61304 | 310 | 32-L | CRANKING R.I.P. | 97 | 10/07/99 | R021588 | 324332 | 01 | | 3 | 4 | | 05 | 1.00 | 106.39 |
| ALZS61304 | 310 | 53998006 | MISC EXP | 97 | 10/13/99 | R008403 | 325527 | 04 | | 2 | 1 | | | 1.00 | 15.00 |
| ALZS61304 | 310 | 17-L9709 | TIRE INSPECTION | 97 | 10/18/99 | R008403 | 325527 | 04 | | 2 | 1 | | 12 | .50 | 9.99 |
| ALZS61304 | 310 | 34002042 | BULB RED   SUPER 45 | 97 | 10/18/99 | R008403 | 325527 | 04 | | 2 | 1 | | 12 | 1.00 | 5.81 |
| ALZS61304 | 310 | 34004030 | LIGHT MARKERRED | 97 | 10/18/99 | R008403 | 325527 | 04 | | 2 | 1 | N | 28 | 1.00 | 1.50 |
| ALZS61304 | 310 | 34004213 | GROMMET   MARKER LIGHT | 97 | 10/18/99 | R008403 | 325527 | 04 | | 2 | 1 | | 12 | 1.00 | 1.35 |
| ALZS61304 | 310 | 42-L9727 | COOLING EXCHG, WATER PMP | 97 | 10/18/99 | R008403 | 325527 | 04 | | 2 | 1 | N | 03 | 2.00 | 66.56 |
| ALZS61304 | 310 | 42002106 | CAP COOLANT | 97 | 10/18/99 | R008403 | 325527 | 04 | | 2 | 1 | N | 12 | 1.00 | 9.18 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE  BULK | 97 | 10/18/99 | R008403 | 325527 | 04 | | 2 | 1 | N | PM | 3.00 | 1.59 |
| ALZS61304 | 310 | 55001023 | BAR RATCHET 35" TIEDOWN | 97 | 10/18/99 | R008403 | 325527 | 04 | | 2 | 1 | N | 48 | 2.00 | 35.86 |
| ALZS61304 | 310 | 61001147 | PAWL QR L/H RYDER EQUIP | 97 | 10/18/99 | R008403 | 325527 | 04 | | 2 | 1 | N | 12 | 1.00 | 11.50 |
| ALZS61304 | 310 | 93-L9703 | HYDRAPAC PM "3 " SERVICE | 97 | 10/18/99 | R008403 | 325527 | 04 | | 2 | 1 | | 05 | 1.50 | 49.92 |
| ALZS61304 | 310 | 93001044 | FILTER OIL | 97 | 10/18/99 | R008403 | 325527 | 04 | | 2 | 1 | N | PM | 1.00 | 7.40 |
| ALZS61304 | 310 | 93001047 | FILTER FUEL | 97 | 10/18/99 | R008403 | 325527 | 04 | | 2 | 1 | N | PM | 1.00 | 2.62 |
| ALZS61304 | 310 | 45-L | PARTSEXCHG /FUEL PUMP/IN | 97 | 10/21/99 | R024357 | 325527 | 01 | | 3 | 4 | | 03 | 1.00 | 141.51 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE  BULK | 17 | 10/26/99 | | 325599 | 001 | | | 1 | N | 00 | 6.00 | 3.18 |
| ALZS61304 | 310 | 09-L7357 | BODY WELDING, USE WORK U | 73 | 10/27/99 | R018254 | 327515 | 04 | SUM | 2 | 1 | | 04 | 1.00 | 33.28 |
| ALZS61304 | 310 | 53998006 | MISC EXP | 97 | 10/27/99 | R018890 | 327614 | 04 | | | | | | 1.00 | 15.00 |
| ALZS61304 | 310 | 17-L9719 | TIRE INSPECTION | 97 | 10/29/99 | R018890 | 327614 | 04 | | 2 | 1 | | 12 | .50 | 16.84 |
| ALZS61304 | 310 | 34-L9727 | LIGHTING R.I.P. | 97 | 10/29/99 | R018890 | 327614 | 04 | | 2 | 1 | | 05 | .50 | 16.84 |
| ALZS61304 | 310 | 93-L9727 | HYDRAPAC REPAIR IN PLACE | 97 | 10/29/99 | R018890 | 327614 | 04 | | 2 | 1 | | 05 | 2.00 | 66.56 |
| ALZS61304 | 310 | 46-L | AIR COMPRESSOR ONLY REPL | 97 | 08/17/99 | F013015 | 316060 | 01 | | 3 | 4 | | 02 | 1.00 | 242.30 |
| ALZS61304 | 310 | 46 | | 97 | 08/17/99 | F013015 | 316060 | 01 | | 3 | 4 | | 18 | 1.00 | 103.56 |
| ALZS61304 | 310 | 02-L9712 | BLADE,ARM,MIRRORS,FIRE,X | 97 | 08/31/99 | R070050 | 317476 | 04 | | 2 | 1 | | 01 | .50 | 18.84 |
| ALZS61304 | 310 | 09-L9724 | BODY WELDING, USE WORK U | 97 | 08/31/99 | R070050 | 317476 | 04 | | 2 | 1 | | 04 | 1.00 | 33.28 |
| ALZS61304 | 310 | 13-L9712 | BRAKE RIP: SLACKS,CHANGE | 97 | 08/31/99 | R070050 | 317476 | 04 | | 2 | 1 | | 05 | .50 | 25.42 |
| ALZS61304 | 310 | 13010395 | KIT PURGE  AIR DRYER | 97 | 08/31/99 | R070050 | 317476 | 04 | | 2 | 1 | N | 18 | 1.00 | 54.39 |

```
DATE 07/24/02    TIME-10:57              UNIT DETAIL HISTORY LIST   TERMINAL                    RPT-EEC4134A PAGE   10
```

| UNIT NO | GROUP | ITEM NO | DESCRIPTION | LOC | DATE | PO NUM | METER | RS | POS | CLASS | SITE | TYPE | FC/UA | QTY | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALZS61304 | *** | ******* | | *** | 01/01/50 | ******* | ******* | ** | *** | * | * | * | ** | ********** | ********** |
| | | | | | 07/24/02 | | ******* | ** | | | | | | ********** | ********** |
| ALZS61304 | 310 | 13010497 | CHECK VALVE | 97 | 08/31/99 | R070050 | 317476 | 04 | | 2 | 1 | N | 18 | 1.00 | 43.40 |
| ALZS61304 | 310 | 32-L9703 | CRANKING R.I.P. | 97 | 08/31/99 | R070050 | 317476 | 04 | | 2 | 1 | | 05 | .20 | 6.35 |
| ALZS61304 | 310 | 65-L9703 | HYD LINES, RIP OR REPLAC | 97 | 08/31/99 | R070050 | 317476 | 04 | | 2 | 1 | | 05 | .85 | 25.29 |
| ALZS61304 | 310 | 65-L9724 | HYD LINES, RIP OR REPLAC | 97 | 08/31/99 | R070050 | 317476 | 04 | | 2 | 1 | | 05 | .50 | 16.64 |
| ALZS61304 | 310 | 65-L9703 | R&I HYD CYL + MINOR RPR | 97 | 08/31/99 | R070050 | 317476 | 04 | | 2 | 1 | | 03 | .35 | 11.64 |
| ALZS61304 | 310 | 46-L | RIP:GGV,AIR LINES,DRYER | 97 | 09/13/99 | R017069 | 319856 | 01 | | 3 | 4 | | 05 | 1.00 | 127.01 |
| ALZS61304 | 310 | 53998006 | MISC EXP | 97 | 09/15/99 | R087729 | 320569 | 04 | | 2 | 1 | | | 1.00 | 15.00 |
| ALZS61304 | 310 | 14003039 | INSULATOR    REAR # 100 | 97 | 09/17/99 | R087729 | 320569 | 04 | | 2 | 1 | N | 44 | 1.00 | 20.41 |
| ALZS61304 | 310 | 17-L9715 | TIRE INSPECTION | 97 | 09/17/99 | R087729 | 320569 | 04 | | 2 | 1 | | 12 | .25 | 8.32 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE  BULK | 97 | 09/21/99 | | 321441 | 00 | | 1 | 4 | N | 00 | 4.00 | 9.05 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE  BULK | 34 | 09/23/99 | | 322263 | 00 | | 1 | | N | 00 | 4.00 | 2.13 |
| ALZS61304 | 310 | 17 | | 97 | 09/24/99 | F018986 | 322263 | 01 | | 3 | 4 | | 41 | 1.00 | 203.65 |
| ALZS61304 | 310 | 17-L | TIRE REPLACE , WORK UNIT | 97 | 09/24/99 | F018986 | 322263 | 01 | | 3 | 4 | | 03 | 1.00 | 41.75 |
| ALZS61304 | 310 | 26-L9709 | TRANS R.I.P. | 97 | 09/28/99 | R096668 | 322814 | 04 | | 2 | 1 | | 05 | .50 | 16.64 |
| ALZS61304 | 310 | 26011091 | KNOB SHIFTERU/VALVE | 97 | 09/28/99 | R096668 | 322814 | 04 | | 2 | 1 | N | 12 | 1.00 | 37.63 |
| ALZS61304 | 310 | 01-L9703 | A/C R.I.P. | 97 | 08/16/99 | R058731 | 315587 | 04 | | 2 | 1 | | 05 | 1.25 | 41.63 |
| ALZS61304 | 310 | 17-L9703 | TIRE INSPECTION | 97 | 08/16/99 | R058731 | 315587 | 04 | | 2 | 1 | | 12 | .50 | 16.64 |
| ALZS61304 | 310 | 55-L9703 | CARGO HDL R.I.P. | 97 | 08/16/99 | R058731 | 315587 | 04 | | 2 | 1 | | 05 | .50 | 16.64 |
| ALZS61304 | 310 | 61001146 | PAWL QR R/H RYDER EQUIP | 97 | 08/16/99 | R058731 | 315587 | 04 | | 2 | 1 | N | 12 | 1.00 | 11.50 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE  BULK | 34 | 08/17/99 | | 316129 | 00 | | 1 | | N | 00 | 4.00 | 2.12 |
| ALZS61304 | 310 | 02-L | CARGO HDL R.I.P. | 97 | 06/03/99 | 83993 | 313968 | PM | | | 4 | | 23 | 1.00 | 56.23 |
| ALZS61304 | 310 | 31-L9715 | CHARGING EXCHG | 97 | 07/19/99 | R042891 | 313568 | 04 | | 2 | 1 | | 03 | 1.00 | 33.29 |
| ALZS61304 | 310 | 31001127 | ALTERNATOR  SSSI 135 AMF | 97 | 07/19/99 | R042891 | 313568 | 04 | | 2 | 1 | N | 38 | 1.00 | 270.45 |
| ALZS61304 | 310 | 01-L9724 | A/C PRTS EXCHG + SIDEKIC | 97 | 06/02/99 | R022961 | 307318 | 04 | | 2 | 1 | | 03 | 4.00 | 133.12 |
| ALZS61304 | 310 | 01001105 | A/C SWITCH | 97 | 06/02/99 | R022961 | 307318 | 04 | | 2 | 1 | N | 12 | 1.00 | 25.11 |
| ALZS61304 | 310 | 01001877 | HOSE A/C | 97 | 06/02/99 | R022961 | 307318 | 04 | | 2 | 1 | N | 12 | 1.00 | 56.83 |
| ALZS61304 | 310 | 53998006 | MISC EXPENSE | 72 | 06/15/99 | R032017 | 310142 | 08 | | 2 | 1 | | | 1.00 | 15.00 |
| ALZS61304 | 310 | PH-L7215 | FEDERAL INSPEC | 72 | 06/21/99 | R032017 | 310142 | 08 | | 2 | 1 | | 31 | .25 | 8.32 |
| ALZS61304 | 310 | PH-L7215 | PM10 - 6-PM | 72 | 06/21/99 | R032017 | 310142 | 08 | | 2 | 1 | | 10 | 2.00 | 66.56 |
| ALZS61304 | 310 | 12-L7215 | BRAKE ADJUST | 72 | 06/21/99 | R032017 | 310142 | 08 | | 2 | 1 | | 01 | .50 | 16.64 |
| ALZS61304 | 310 | 15005197 | P/STEERING  FILTER | 72 | 06/21/99 | R032017 | 310142 | 08 | | 2 | 1 | N | 01 | 1.00 | 4.53 |
| ALZS61304 | 310 | 17-L7215 | TIRE INSPECTION | 72 | 06/21/99 | R032017 | 310142 | 08 | | 2 | 1 | | 12 | .50 | 16.64 |
| ALZS61304 | 310 | 34-L7215 | LIGHTING EXCHG | 72 | 06/21/99 | R032017 | 310142 | 08 | | 2 | 1 | | 03 | 1.40 | 46.57 |
| ALZS61304 | 310 | 34-L7215 | LIGHTING EXCHG | 72 | 06/21/99 | R032017 | 310142 | 08 | | 2 | 1 | | 03 | 1.50 | 49.90 |
| ALZS61304 | 310 | 44002052 | FILTER FUEL M11 CUMMINS | 72 | 06/21/99 | R032017 | 310142 | 08 | | 2 | 1 | N | 01 | 1.00 | 3.76 |
| ALZS61304 | 310 | 45011038 | FILTER OIL  94/ CUMMINS | 72 | 06/21/99 | R032017 | 310142 | 08 | | 2 | 1 | N | 01 | 1.00 | 23.54 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE  BULK | 72 | 06/21/99 | R032017 | 310142 | 08 | | 2 | 1 | N | 01 | 2.00 | 1.06 |
| ALZS61304 | 310 | 65003068 | FILTER HYDRAULIC (K22001 | 72 | 06/21/99 | R032017 | 310142 | 08 | | 2 | 1 | N | 01 | 1.00 | 2.18 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE  BULK | 97 | 07/01/99 | R029452 | 310142 | 04 | | 2 | 1 | N | PM | 4.00 | 2.13 |
| ALZS61304 | 310 | 93-L9715 | HYDRAPAC PM "3 " SERVICE | 97 | 07/01/99 | R029452 | 310142 | 04 | | 2 | 1 | | 08 | 1.50 | 49.92 |
| ALZS61304 | 310 | 93001001 | FILTER AIR  HYDRAPAC | 97 | 07/01/99 | R029452 | 310142 | 04 | | 2 | 1 | N | PM | 1.00 | 5.34 |
| ALZS61304 | 310 | 93001044 | FILTER OIL | 97 | 07/01/99 | R029452 | 310142 | 04 | | 2 | 1 | N | PM | 1.00 | 7.40 |
| ALZS61304 | 310 | 93001047 | FILTER FUEL | 97 | 07/01/99 | R029452 | 310142 | 04 | | 2 | 1 | N | PM | 1.00 | 0.55 |
| ALZS61304 | 310 | 01-L9769 | A/C R.I.P. | 97 | 07/03/99 | R046457 | 310749 | 04 | | 2 | 1 | | 05 | 1.50 | 49.92 |
| ALZS61304 | 310 | 02005189 | BLADE W/S/W 13" WINTER | 70 | 05/06/99 | SAFT-LN | 299865 | 05 | | 1 | 1 | N | 12 | 1.00 | 4.30 |
| ALZS61304 | 310 | 17-L7021 | TIRE INSPECTION | 70 | 05/06/99 | SAFT-LN | 299865 | 05 | | 1 | 1 | | 12 | .25 | 8.32 |
| ALZS61304 | 310 | 01-L9724 | A/C PRTS EXCHG + SIDEKIC | 97 | 05/08/99 | R004551 | 300199 | 04 | | 2 | 1 | | 03 | 2.00 | 66.56 |
| ALZS61304 | 310 | 01-L9769 | A/C R.I.P. | 97 | 05/08/99 | R004551 | 300199 | 04 | | 2 | 1 | | 05 | 1.00 | 33.28 |
| ALZS61304 | 310 | 01001585 | CONDENSOR   A/C | 97 | 05/08/99 | R004551 | 300199 | 04 | | 2 | 1 | N | 44 | 1.00 | 178.30 |
| ALZS61304 | 310 | 02-L9709 | CAB:WIPER MOTOR,SWT,TRAN | 97 | 05/08/99 | R004551 | 300199 | 04 | | 2 | 1 | | 03 | .50 | 16.64 |
| ALZS61304 | 310 | 02-L9724 | CAB:WIPER MOTOR,SWT,TRAN | 97 | 05/08/99 | R004551 | 300199 | 04 | | 2 | 1 | | 03 | .75 | 24.58 |
| ALZS61304 | 310 | 02004067 | BUG DEFLECTOR | 97 | 05/08/99 | R004551 | 300199 | 04 | | 2 | 1 | N | 44 | 1.00 | 123.56 |

```
DATE 07/24/02   TIME 10:57           UNIT DETAIL HISTORY LIST   TERMINAL              RPT-EIC4134A PAGE

UNIT NO   GROUP ITEM NO  DESCRIPTION        LOC  DATE   RO NUM   METER RS POS CLASS SITE TYPE FC/UA      QTY     COST
```

| UNIT NO | GROUP | ITEM NO | DESCRIPTION | LOC | DATE | RO NUM | METER | RS | POS | CLASS | SITE | TYPE | FC/UA | QTY | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALZ661304 | *** | ******** | | *** | 01/01/50 | ******* | ******* | ** | *** | * | * | * | ** | ********** | ********** |
| | | | | | 07/24/02 | | ******* | ** | | | | | | | |
| ALZ661304 | 310 | 09-L9709 | BODY PRT EXCHG | 97 | 05/08/99 | R004551 | 300199 | 04 | | 2 | 1 | | 03 | 1.25 | 41.00 |
| ALZ661304 | 310 | 55001023 | BAR RATCHET 35" TIEDOWN | 97 | 05/08/99 | R004551 | 300199 | 04 | | 2 | 1 | N | 44 | 1.00 | 17.00 |
| ALZ661304 | 310 | 55001276 | SAFETY CABLEHD/RK LONG | 59 | 05/08/99 | R004551 | 300199 | 04 | | 2 | 1 | N | 44 | 3.00 | 133.00 |
| ALZ661304 | 310 | 93-L5909 | HYDRAPAC REPAIR IN PLACE | 59 | 05/17/99 | R010908 | 303425 | 04 | | 2 | 1 | | 05 | 2.00 | 88.00 |
| ALZ661304 | 310 | 53990001 | OIL/ENGINE  BULK | 59 | 05/18/99 | R010908 | 303425 | 04 | | 2 | 1 | | 01 | 2.00 | 3.00 |
| ALZ661304 | 310 | 09-L9724 | BODY PRT EXCHG | 97 | 05/19/99 | R012007 | 304071 | 04 | | 2 | 1 | | 03 | 1.00 | 33.00 |
| ALZ661304 | 310 | 45-L | ENGINE / BROKE | 97 | 05/19/99 | P005571 | 303425 | 05 | | 2 | 4 | | 12 | 1.00 | 104.00 |
| ALZ661304 | 310 | 52003013 | ANTENNA   RADIO VOLVO | 97 | 05/19/99 | R012007 | 304071 | 04 | | 2 | 1 | N | 12 | 1.00 | 33.00 |
| ALZ661304 | 310 | 34-L9724 | LIGHTING EXCHG | 97 | 05/20/99 | R014001 | 304542 | 04 | | 2 | 1 | | 03 | .75 | 14.00 |
| ALZ661304 | 310 | 24-L9712 | DRV SHAFT EXCHG | 97 | 05/21/99 | R014018 | 304542 | 04 | | 2 | 1 | | 03 | 2.00 | 47.00 |
| ALZ661304 | 310 | 24001003 | U-JOINT 1760FULL ROUND | 97 | 05/21/99 | R014018 | 304542 | 04 | | 2 | 1 | N | 44 | 1.00 | 43.00 |
| ALZ661304 | 310 | 34001114 | HEADLITE | 97 | 05/21/99 | R014001 | 304542 | 04 | | 2 | 1 | N | 35 | 1.00 | 8.00 |
| ALZ661304 | 310 | 32-L | CRANKING R.I.P. | 97 | 05/27/99 | P006186 | 305639 | 01 | | 3 | 4 | | 05 | 1.00 | 79.00 |
| ALZ661304 | 310 | 32 | | 97 | 05/27/99 | P006186 | 305639 | 01 | | 3 | 4 | | 18 | 1.00 | .00 |
| ALZ661304 | 310 | 17-L7548 | TIRE INSPECTION | 75 | 04/05/99 | 7504059 | 291208 | 04 ALL | 1 | 1 | | 12 | .00 | .00 |
| ALZ661304 | 310 | 02-L7054 | CAB:WIPER MOTOR,SUT,TRAN | 70 | 04/19/99 | R090199 | 295692 | 04 | | 2 | 1 | | 03 | 1.00 | 33.00 |
| ALZ661304 | 310 | 55-L7021 | CARGO HOL R.I.P. | 70 | 04/19/99 | R090199 | 295692 | 04 | | 2 | 1 | | 05 | .50 | 16.00 |
| ALZ661304 | 310 | 18 | | 97 | 04/30/99 | P004402 | 297522 | 05 | | 2 | 4 | | 18 | 1.00 | 332.00 |
| ALZ661304 | 310 | 55001023 | BAR RATCHET 35" TIEDOWN | 75 | 03/03/99 | | 296345 | 04 | | | 1 | N | | 1.00 | 17.00 |
| ALZ661304 | 310 | PM-L | PM10 - B-PM | 97 | 03/05/99 | R053975 | 287432 | 08 | | 2 | 1 | | 10 | .00 | 100.00 |
| ALZ661304 | 310 | PM-L | FEDERAL INSPEC | 97 | 03/05/99 | R053975 | 287432 | 08 | | 2 | 1 | | 01 | .00 | 10.00 |
| ALZ661304 | 310 | 53998006 | MISC EXP | 97 | 03/05/99 | R053975 | 287432 | 08 | | 2 | 1 | | 01 | 1.00 | 15.00 |
| ALZ661304 | 310 | 17-L9709 | TIRE INSPECTION | 97 | 03/06/99 | R053975 | 287432 | 08 | | 2 | 1 | | 12 | .40 | 13.00 |
| ALZ661304 | 310 | 42007021 | FILTER WATER | 97 | 03/06/99 | R053975 | 287432 | 08 | | 2 | 1 | N | PM | 1.00 | 6.00 |
| ALZ661304 | 310 | 44002052 | FILTER FUEL M11 CUMMINS | 97 | 03/06/99 | R053975 | 287432 | 08 | | 2 | 1 | N | PM | 1.00 | 14.00 |
| ALZ661304 | 310 | 45001039 | FILTER OIL  CUMMINS L10 | 97 | 03/06/99 | R053975 | 287432 | 08 | | 2 | 1 | N | PM | 36.00 | 20.00 |
| ALZ661304 | 310 | 53990001 | OIL/ENGINE  BULK | 97 | 03/06/99 | R053975 | 287432 | 08 | | 2 | 1 | N | PM | 10.00 | 6.00 |
| ALZ661304 | 310 | 53990001 | OIL/ENGINE  BULK | 97 | 03/06/99 | R053975 | 287432 | 08 | | 2 | 1 | N | PM | 1.00 | 2.00 |
| ALZ661304 | 310 | 45003063 | FILTER HYDRAULIC (K22001 | 97 | 03/06/99 | R053975 | 287432 | 08 | | 2 | 1 | N | PM | 1.00 | 2.00 |
| ALZ661304 | 310 | 93001001 | FILTER AIR  HYDRAPAC | 97 | 03/06/99 | R053975 | 287432 | 08 | | 2 | 1 | N | PM | 1.00 | 6.00 |
| ALZ661304 | 310 | 93001044 | FILTER OIL | 97 | 03/06/99 | R053975 | 287432 | 08 | | 2 | 1 | N | PM | 1.00 | 6.00 |
| ALZ661304 | 310 | 93001047 | FILTER FUEL | 97 | 03/06/99 | R053975 | 287432 | 08 | | 2 | 1 | N | 05 | 1.00 | 33.00 |
| ALZ661304 | 310 | 19-L9712 | AUTO LUB R.I.P. | 97 | 03/17/99 | R053975 | 287432 | 08 | | 2 | 1 | | 03 | .65 | 31.00 |
| ALZ661304 | 310 | 19-L9712 | AUTO LUB EXCHG | 97 | 03/17/99 | R053975 | 287432 | 08 | | 2 | 1 | | 05 | .50 | 16.00 |
| ALZ661304 | 310 | 31-L9712 | CHARGING R.I.P. | 97 | 03/17/99 | R053975 | 287432 | 08 | | 2 | 1 | | 03 | 1.00 | 43.00 |
| ALZ661304 | 310 | 31-L9712 | CHARGING EXCHG | 97 | 03/17/99 | R053975 | 287432 | 08 | | 2 | 1 | N | 44 | 1.00 | 6.00 |
| ALZ661304 | 310 | 31001187 | BELT ALT | 97 | 03/17/99 | R053975 | 287432 | 08 | | 2 | 1 | | 05 | .65 | 21.00 |
| ALZ661304 | 310 | 41-L9712 | AIR INTAKE R.I.P. | 97 | 03/17/99 | R053975 | 287432 | 08 | | 2 | 1 | | 05 | 1.00 | 33.00 |
| ALZ661304 | 310 | 42-L9712 | COOLING R.I.P. | 97 | 03/17/99 | R053975 | 287432 | 08 | | 2 | 1 | | 03 | 2.50 | 83.00 |
| ALZ661304 | 310 | 42-L9712 | COOLING EXCHG, WATER PMP | 97 | 03/17/99 | R053975 | 287432 | 08 | | 2 | 1 | | 05 | 1.00 | 39.00 |
| ALZ661304 | 310 | 45-L9712 | ENGINE R.I.P. | 97 | 03/17/99 | R053975 | 287432 | 08 | | 2 | 1 | | 05 | 2.00 | 99.00 |
| ALZ661304 | 310 | 93-L9712 | HYDRAPAC REPAIR IN PLACE | 97 | 03/17/99 | R053975 | 287432 | 08 | | 2 | 1 | | 03 | 2.00 | 66.00 |
| ALZ661304 | 310 | 93-L9712 | HYDRAPAC PM "B " SERVICE | 97 | 03/17/99 | R053975 | 287432 | 08 | | 2 | 1 | | 05 | .75 | 24.00 |
| ALZ661304 | 310 | 02-L9706 | CAB:WIPER MOTOR,SUT,TRAN | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | | 05 | .50 | 16.00 |
| ALZ661304 | 310 | 02-L9715 | MISC RPR: HINGES,LOCKS,H | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | | 12 | 2.00 | 80.00 |
| ALZ661304 | 310 | 02005121 | NOZZLE W/S/WVOLVO | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | N | 12 | 1.00 | 18.00 |
| ALZ661304 | 310 | 03001211 | SENDER FUEL TANK | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | | 14 | .75 | 24.00 |
| ALZ661304 | 310 | 09-L9715 | BODY WELDING, USE WORK U | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | | 03 | 2.00 | 66.00 |
| ALZ661304 | 310 | 13-L9712 | BRAKES CPLT:O/BOARD W/CA | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | N | 12 | 1.00 | 4.00 |
| ALZ661304 | 310 | 15005186 | FILTER P/S | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | | 01 | 2.00 | 18.00 |
| ALZ661304 | 310 | 16-L9712 | LEVELING VALVE ADJ & SHO | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | | 03 | 2.00 | 107.00 |
| ALZ661304 | 310 | 18002039 | SEAL WHEEL  REAR DRIVE | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | N | 18 | 1.00 | 68.00 |

| UNIT NO | GROUP | ITEM NO | DESCRIPTION | LOC | DATE | RO NUM | METER | RS | POS | CLASS | SITE | TYPE | FC/UA | QTY | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALZS61304 | *** | ******** | | *** | 01/01/50 | ******* | ******* | ** | *** | * | * | * | ** | ********** | ********** |
| | | | | | 07/24/02 | | ******* | ** | | | | | | ********** | ********** |
| ALZS61304 | 310 | 18002345 | GASKET | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | N | 44 | 2.00 | 4.52 |
| ALZS61304 | 310 | 19-L9712 | AUTO LUB R.I.P. | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | | 05 | 1.00 | 33.23 |
| ALZS61304 | 310 | 19001038 | COUPLER W/KLUBE FEMALE | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | N | 18 | 1.00 | 18.84 |
| ALZS61304 | 310 | 19001065 | REPAIR KIT | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | N | 12 | 1.00 | 22.00 |
| ALZS61304 | 310 | 34-L9706 | LIGHTING EXCHG | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | | 03 | .70 | 23.29 |
| ALZS61304 | 310 | 34-L9706 | LIGHTING R.I.P. | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | | 05 | .75 | 24.96 |
| ALZS61304 | 310 | 34001062 | RETAINER    HEADLAMP | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | N | 12 | 1.00 | 5.51 |
| ALZS61304 | 310 | 34001114 | HEADLITE | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | N | 12 | 2.00 | 19.74 |
| ALZS61304 | 310 | 34002035 | LIGHT T/SIG YELLOW | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | N | 12 | 1.00 | 7.35 |
| ALZS61304 | 310 | 41001032 | FILTER AIR  93 WHITE | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | N | PH | 1.00 | 31.19 |
| ALZS61304 | 310 | 42004065 | PUMP WATER  94 FORD L-10 | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | N | 38 | 1.00 | 173.11 |
| ALZS61304 | 310 | 42004066 | SEAL WP SHFT94 FORD L-10 | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | N | 44 | 1.00 | 33.78 |
| ALZS61304 | 310 | 42004081 | CLAMP | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | N | 12 | 1.00 | 4.60 |
| ALZS61304 | 310 | 55-L9715 | CARGO HDL R.I.P. | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | | 05 | .50 | 16.64 |
| ALZS61304 | 310 | 55-L9712 | CARGO HDL R.I.P. | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | | 05 | .50 | 16.64 |
| ALZS61304 | 310 | 81001147 | PAWL GR L/H RYDER EQUIP | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | N | 12 | 1.00 | 11.50 |
| ALZS61304 | 310 | 93-L9706 | HYDRAFAC REPAIR IN PLACE | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | | 05 | 2.00 | 66.58 |
| ALZS61304 | 310 | 93001039 | BELT ALT | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | N | PH | 1.00 | 7.71 |
| ALZS61304 | 310 | 93001062 | BUTTON    OVER RIDE | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | N | 38 | 1.00 | 7.23 |
| ALZS61304 | 310 | 93001091 | COVER | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | N | 44 | 1.00 | 6.15 |
| ALZS61304 | 310 | 15005186 | FILTER P/S | 97 | 03/22/99 | R053975 | 287432 | 08 | | 2 | 1 | N | PH | 1.00 | 4.54 |
| ALZS61304 | 310 | 45011039 | FILTER OIL  CUMMINS L10 | 97 | 03/23/99 | R053975 | 287432 | 08 | | 2 | 1 | N | PH | 1.00 | 14.89 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE  BULK | 97 | 03/23/99 | R053975 | 287432 | 08 | | 2 | 1 | N | PH | 26.00 | 20.65 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE  BULK | 97 | 03/23/99 | R053975 | 287432 | 08 | | 2 | 1 | N | PH | 10.00 | 5.73 |
| ALZS61304 | 310 | 45-L9724 | ENGINE R.I.P. | 97 | 03/26/99 | R071686 | 288511 | 04 | | 2 | 1 | | 05 | .25 | 8.32 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE  BULK | 97 | 03/26/99 | R071686 | 288511 | 04 | | 2 | 1 | N | 18 | 5.00 | 2.87 |
| ALZS61304 | 310 | 17-L7521 | TIRE INSPECTION | 75 | 03/29/99 | 7503299 | 289651 | 04 | ALL | 1 | 1 | | 12 | .20 | 6.44 |
| ALZS61304 | 310 | 55001011 | CHAIN 96"  W/R-T-G HOOK | 97 | 03/30/99 | R073786 | 289476 | 04 | | 2 | 1 | N | 12 | 1.00 | 13.73 |
| ALZS61304 | 310 | 17-L7551 | TIRE INSPECTION | 75 | 04/01/99 | 7504019 | 290711 | 04 | ALL | 1 | 1 | | 12 | .20 | 6.44 |
| ALZS61304 | 310 | 34-L7548 | LIGHTING EXCHG | 75 | 04/01/99 | R076949 | 290267 | 04 | | 2 | 1 | | 03 | .50 | 16.64 |
| ALZS61304 | 310 | 34004029 | LIGHT MARKERAMBER | 75 | 04/01/99 | R076949 | 290267 | 04 | | 2 | 1 | N | 12 | 1.00 | 1.54 |
| ALZS61304 | 310 | 55001015 | SKID PIN | 75 | 04/01/99 | R076949 | 290267 | 04 | | 2 | 1 | N | 90 | 1.00 | 3.68 |
| ALZS61304 | 310 | 81001046 | MILLER PIN  5/8 X 4" | 75 | 04/01/99 | | 290711 | 04 | | 2 | 1 | N | | 6.00 | 14.93 |
| ALZS61304 | 310 | 09-L9719 | BODY WELDING, USE WORK U | 97 | 02/08/99 | R030155 | 279904 | 04 | | 2 | 1 | | 04 | 1.50 | 49.82 |
| ALZS61304 | 310 | 17-L9715 | TIRE INSPECTION | 97 | 02/08/99 | R030155 | 279904 | 04 | | 2 | 1 | | 12 | .50 | 16.64 |
| ALZS61304 | 310 | 22-L9719 | CLUTCH ADJUST | 97 | 02/08/99 | R030155 | 279904 | 04 | | 2 | 1 | | 01 | 1.00 | 33.23 |
| ALZS61304 | 310 | 34004029 | LIGHT MARKERAMBER | 97 | 02/08/99 | R030155 | 279904 | 04 | | 2 | 1 | N | 38 | 1.00 | 1.54 |
| ALZS61304 | 310 | 43-L9719 | EXHAUST EXCHG | 97 | 02/08/99 | R030155 | 279904 | 04 | | 2 | 1 | | 03 | .50 | 16.64 |
| ALZS61304 | 310 | 93-L9719 | HYDRAPAC REPAIR IN PLACE | 97 | 02/08/99 | R030155 | 279904 | 04 | | 2 | 1 | | 05 | 1.50 | 49.92 |
| ALZS61304 | 310 | 17001001 | TIRE NEW   RIB 14 PLY | 97 | 02/18/99 | R040986 | 281937 | 04 | RRO | 2 | 1 | N | 44 | 1.00 | 225.00 |
| ALZS61304 | 310 | PH-L9715 | PM09 - A-PM | 97 | 01/04/99 | R098417 | 273628 | 04 | | 2 | 1 | | 09 | 1.00 | 33.23 |
| ALZS61304 | 310 | 17-L9715 | TIRE INSPECTION | 97 | 01/04/99 | R098417 | 273628 | 04 | | 2 | 1 | | 12 | .50 | 16.64 |
| ALZS61304 | 310 | 17001048 | TIRE NEW RIBSTEER 16 PLY | 97 | 01/04/99 | R098417 | 273628 | 04 | | 2 | 1 | N | 44 | 2.00 | 581.12 |
| ALZS61304 | 310 | 32-L9715 | BATTERY REPLACE ONLY | 97 | 01/04/99 | R098417 | 273628 | 04 | | 2 | 1 | | 44 | .50 | 16.64 |
| ALZS61304 | 310 | 55004005 | FIRE EXTING 5 LB | 97 | 01/04/99 | R098417 | 273628 | 04 | | 2 | 1 | N | 48 | 1.00 | 24.28 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE  BULK | 97 | 01/04/99 | R098417 | 273628 | 04 | | 2 | 1 | N | PH | 4.00 | 2.88 |
| ALZS61304 | 310 | 34004008 | RELAY    UNIVERSAL | 77 | 01/14/99 | R014305 | 275587 | 04 | | 2 | 1 | N | 38 | 1.00 | 3.49 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE  BULK | 97 | 01/14/99 | | 275325 | 00 | | 1 | 4 | N | 00 | 4.00 | 3.49 |
| ALZS61304 | 310 | 93-L7721 | HYDRAPAC EXCHANGE | 77 | 01/26/99 | R014305 | 275587 | 04 | | 2 | 1 | | 03 | .50 | 16.64 |
| ALZS61304 | 310 | PH-L9709 | PM09 - A-PM | 97 | 01/26/99 | R022082 | 276718 | 04 | | 2 | 1 | | 09 | 1.00 | 33.23 |
| ALZS61304 | 310 | 17-L9709 | PM09 - A-PM | 97 | 01/26/99 | R022082 | 276718 | 04 | | 2 | 1 | | 10 | .50 | 16.64 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE  BULK | 97 | 01/26/99 | R022082 | 276718 | 04 | | 2 | 1 | N | PH | 8.00 | 5.80 |

```
DATE 07/24/02    TIME 10:57              UNIT DETAIL HISTORY LIST   TERMINAL                    RPT-EICH134A  PAGE  15
```

| UNIT NO | GROUP | ITEM NO | DESCRIPTION | LOC | DATE | RO NUM | METER | RS | POS | CLASS | SITE | TYPE | FC/UA | QTY | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALZS61304 | *** | ******** |  | *** | 01/01/50 | ******* | ******* | ** | *** | * | * | * | ** | ********** | ********** |
|  |  |  |  |  | 07/24/02 |  | ******* | ** |  |  |  |  |  | ********** | ********** |
| ALZS61304 | 310 | 65-L9703 | CARGO HDL R.I.P. | 97 | 01/26/99 | R022082 | 276718 | 04 | 2 | 1 |  | 05 |  | .50 | 16.64 |
| ALZS61304 | 310 | 55001022 | BAR RATCHET 35" TIEDOWN | 97 | 12/01/98 | R088553 | 265501 | 04 | 2 | 1 | N |  |  | 1.00 | 15.29 |
| ALZS61304 | 310 | 61001032 | MILLER PIN USE 61001046 | 97 | 12/01/98 | R088553 | 265501 | 04 | 2 | 1 | N |  |  | 8.00 | 21.84 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE  BULK | 97 | 12/09/98 |  | 267684 | 00 | 1 | 4 | N | 00 |  | 4.00 | 9.43 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE  BULK | 97 | 12/09/98 |  | 267684 | 00 | 1 | 4 | N | 00 |  | 4.00 | 9.43 |
| ALZS61304 | 310 | 17-L9719 | TIRE REPLACE . WORK UNIT | 97 | 12/10/98 | R007234 | 267851 | 04 | 2 | 1 |  | 03 |  | .50 | 16.64 |
| ALZS61304 | 310 | 17001073 | TIRE RECAP  295/75R22.5 | 97 | 12/10/98 | R007234 | 267851 | 04 | 2 | 1 | N |  |  | 2.00 | 177.00 |
| ALZS61304 | 310 | 34-L7403 | LIGHTING EXCHG | 74 | 12/22/98 | R092275 | 270571 | 04 | 2 | 1 |  | 03 |  | .75 | 24.96 |
| ALZS61304 | 310 | 34004009 | HARNESS      STOP LIGHT | 74 | 12/22/98 | R092275 | 270571 | 04 | 2 | 1 | N | 12 |  | 1.00 | .86 |
| ALZS61304 | 310 | 65005858 | EATON VALVE 3 SPOOL | 74 | 12/22/98 | R092275 | 270571 | 04 | 2 | 1 | N | 12 |  | 1.00 | 339.00 |
| ALZS61304 | 310 | 02-L3618 | CRANKING R.I.P. | 36 | 12/30/98 | 36-1230 | 272345 | 04 | 3 | 2 | 1 |  | 05 |  | .75 | 24.96 |
| ALZS61304 | 310 | PM-L9712 | PM10 - B-PM | 97 | 11/05/98 | R071334 | 258729 | 08 | 2 | 1 |  | 10 |  | 1.50 | 49.92 |
| ALZS61304 | 310 | PM-L9712 | FEDERAL INSPEC | 97 | 11/05/98 | R071334 | 258729 | 08 | 2 | 1 |  | 31 |  | .50 | 16.64 |
| ALZS61304 | 310 | PM-L9703 | PM10 - B-PM | 97 | 11/05/98 | R071334 | 258729 | 08 | 2 | 1 |  | 10 |  | .75 | 24.96 |
| ALZS61304 | 310 | 02-L9703 | CAB:WIPER MOTOR,SWT,TRAN | 97 | 11/05/98 | R071334 | 258729 | 08 | 2 | 1 |  | 05 |  | .25 | 8.32 |
| ALZS61304 | 310 | 02025024 | BLADE WIPER W/S | 97 | 11/05/98 | R071334 | 258729 | 08 | 2 | 1 | N |  |  | 2.00 | 7.34 |
| ALZS61304 | 310 | 03-L9703 | INSTRU. R.I.P. | 97 | 11/05/98 | R071334 | 258729 | 08 | 2 | 1 |  | 05 |  | .50 | 16.64 |
| ALZS61304 | 310 | 15005186 | FILTER F/S | 97 | 11/05/98 | R071334 | 258729 | 08 | 2 | 1 | N |  |  | 1.00 | 4.54 |
| ALZS61304 | 310 | 17-L9709 | TIRE INSPECTION | 97 | 11/05/98 | R071334 | 258729 | 08 | 2 | 1 |  | 12 |  | .50 | 16.64 |
| ALZS61304 | 310 | 17-L9709 | TIRE SERVICE | 97 | 11/05/98 | R071334 | 258729 | 08 | 2 | 1 |  | 41 |  | .50 | 16.64 |
| ALZS61304 | 310 | 32001058 | BATTERY     USE 32001015 | 97 | 11/05/98 | R071334 | 258729 | 08 | 2 | 1 | N |  |  | 3.00 | 208.00 |
| ALZS61304 | 310 | 42007021 | FILTER WATER | 97 | 11/05/98 | R071334 | 258729 | 08 | 2 | 1 | N |  |  | 1.00 | 8.68 |
| ALZS61304 | 310 | 44002052 | FILTER FUEL M11 CUMMINS | 97 | 11/05/98 | R071334 | 258729 | 08 | 2 | 1 | N |  |  | 1.00 | 8.73 |
| ALZS61304 | 310 | 45011039 | FILTER OIL  CUMMINS L10 | 97 | 11/05/98 | R071334 | 258729 | 08 | 2 | 1 | N |  |  | 1.00 | 14.58 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE  BULK | 97 | 11/05/98 | R071334 | 258729 | 08 | 2 | 1 | N |  |  | 46.00 | 32.00 |
| ALZS61304 | 310 | 65003063 | FILTER HYDRAULIC (KX2001 | 97 | 11/05/98 | R071334 | 258729 | 08 | 2 | 1 | N |  |  | 1.00 | 3.49 |
| ALZS61304 | 310 | 93001044 | FILTER OIL | 97 | 11/05/98 | R071334 | 258729 | 08 | 2 | 1 | N |  |  | 1.00 | 6.95 |
| ALZS61304 | 310 | 93001047 | FILTER FUEL | 97 | 11/05/98 | R071334 | 258729 | 08 | 2 | 1 | N |  |  | 1.00 | 2.07 |
| ALZS61304 | 310 | 65-L7048 | R&I HYD CYL + MINOR RPR | 70 | 11/10/98 | R075548 | 259172 | 04 | 2 | 1 |  | 03 |  | 1.50 | 49.92 |
| ALZS61304 | 310 | 65005385 | FITTING | 70 | 11/10/98 | R075548 | 259172 | 04 | 2 | 1 | N |  |  | 1.00 | 4.73 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE  BULK | 97 | 11/16/98 |  | 259972 | 00 | 1 | 4 | N | 00 |  | 4.00 | 9.47 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE  BULK | 36 | 11/16/98 |  | 260957 | 00 | 1 | 4 | N | 00 |  | 2.00 | 4.49 |
| ALZS61304 | 310 | 09-L9703 | BODY WELDING, USE WORK U | 97 | 11/23/98 | R094109 | 262908 | 04 | 2 | 1 |  | 04 |  | .50 | 16.64 |
| ALZS61304 | 310 | 09-L9719 | BODY PRT EXCHG | 97 | 11/23/98 | R094109 | 262908 | 04 | 2 | 1 |  | 03 |  | .50 | 16.64 |
| ALZS61304 | 310 | 01-L1815 | A/C PRTS EXCHG + SIDEKIC | 16 | 10/02/98 | R048356 | 249425 | 04 | 2 | 1 |  | 03 |  | .25 | 8.32 |
| ALZS61304 | 310 | 01 |  | 16 | 10/02/98 | R048356 | 249425 | 04 | 2 | 1 |  |  |  | 1.00 | 13.79 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE  BULK | 97 | 10/02/98 |  | 249420 | 00 | 1 | 4 | N | 00 |  | 4.00 | 9.45 |
| ALZS61304 | 310 | PM-L9715 | PM09 - A-PM | 97 | 09/22/98 | R040085 | 245872 | 04 | 2 | 1 |  | 09 |  | 1.00 | 33.28 |
| ALZS61304 | 310 | 45011002 | FILTER OIL | 97 | 09/22/98 | R040085 | 245872 | 04 | 2 | 1 | N |  |  | 1.00 | 6.23 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE  BULK | 97 | 09/22/98 | R040085 | 245872 | 04 | 2 | 1 | N |  |  | 4.00 | 2.80 |
| ALZS61304 | 310 | 65003063 | FILTER HYDRAULIC (KX2001 | 97 | 09/22/98 | R040085 | 245872 | 04 | 2 | 1 | N |  |  | 1.00 | 3.49 |
| ALZS61304 | 310 | 53990001 | OIL/ENGINE  BULK | 97 | 09/28/98 |  | 246449 | 00 | 1 | 4 | N | 00 |  | 4.00 | 9.43 |
| ALZS61304 | 310 | 01-L2621 | A/C R.I.P. | 36 | 09/25/98 | R042728 | 247280 | 04 | 2 | 2 |  | 05 |  | .75 | 24.96 |
| ALZS61304 | 310 | 44-L2621 | FUEL. R.I.P. | 36 | 09/25/98 | R042728 | 247280 | 04 | 2 | 2 |  | 05 |  | .25 | 8.32 |
| ALZS61304 | 310 | 3L-L9703 | IND LABOR CLEANING -WORK | 97 | 08/04/98 | R009944 | 232994 | 04 | 2 | 1 |  | 40 |  | 1.00 | 33.28 |
| ALZS61304 | 310 | 01-L9709 | A/C R.I.P. | 97 | 08/04/98 | R009944 | 232994 | 04 | 2 | 1 |  | 05 |  | 1.50 | 49.92 |
| ALZS61304 | 310 | 17-L9709 | TIRE REPLACE . WORK UNIT | 97 | 08/04/98 | R009944 | 232994 | 04 | 2 | 1 |  | 03 |  | 1.00 | 33.28 |
| ALZS61304 | 310 | 34004213 | GROMMET    MARKER LIGHT | 97 | 08/04/98 | R009944 | 232994 | 04 | 2 | 1 | N |  |  | 1.00 | 2.54 |
| ALZS61304 | 310 | 65004483 | BRACKET CYL 1 5/8 | 97 | 08/04/98 | R009944 | 232994 | 04 | 2 | 1 | N |  |  | 1.00 | 3.46 |
| ALZS61304 | 310 | 02-L9703 | CAB:WIPER MOTOR,SWT,TRAN | 97 | 08/18/98 | R015189 | 236734 | 04 | 2 | 1 |  | 03 |  | .50 | 16.64 |
| ALZS61304 | 310 | 02025128 | PUMP WASHER W/S 92/94 WH | 97 | 08/18/98 | R015189 | 236734 | 04 | 2 | 1 | N |  |  | 1.00 | 32.64 |
| ALZS61304 | 310 | 10-L9719 | BRAKES CPLT:D/BOARD W/CA | 97 | 08/18/98 | R015189 | 236734 | 04 | 2 | 1 |  | 03 |  | .50 | 16.64 |

```
DATE 07/24/02    TIME-10:57         UNIT DETAIL HISTORY LIST  TERMINAL                RPT-EIC4104A  PAGE   12
```

| UNIT NO | GROUP | ITEM NO | DESCRIPTION | LOC | DATE | RO NUM | METER | RS | POS | CLASS | SITE | TYPE | FC/UA | QTY | COST |
|---------|-------|---------|-------------|-----|------|--------|-------|----|----|-------|------|------|-------|-----|------|
| ALZ561304 | *** | ******** | | *** | 01/01/50 | ******* | ******* | ** | *** | * | * | * | ** | ********** | ********** |
| | | | | | 07/24/02 | | ******* | ** | | | | | | ********** | ********** |
| ALZ561304 | 310 | 13-L9719 | BRAKE RIP: SLACKS,CHAMBE | 97 | 08/18/98 | RO15189 | 236734 | 04 | | 2 | 1 | . | 05 | .75 | 24.96 |
| ALZ561304 | 310 | 13010497 | CHECK VALVE | 97 | 08/18/98 | RO15189 | 236734 | 04 | | 2 | 1 | N | . | 1.00 | 46.75 |
| ALZ561304 | 310 | 17-L9703 | TIRE INSPECTION | 97 | 08/18/98 | RO15189 | 236734 | 04 | | 2 | 1 | | 12 | .50 | 16.54 |
| ALZ561304 | 310 | 55-L9703 | CARGO HDL EXCHG | 97 | 08/18/98 | RO15189 | 236734 | 04 | | 2 | 1 | | 03 | 1.00 | 33.29 |
| ALZ561304 | 310 | 65-L9703 | HYD LINES, RIP OR REPLAC | 97 | 06/03/98 | R072014 | 221710 | 04 | | 2 | 1 | | 05 | 1.00 | 33.29 |
| ALZ561304 | 310 | 65005065 | END HOSE 1/2FHP SWIVEL | 97 | 06/03/98 | R072014 | 221710 | 04 | | 2 | 1 | N | | 1.00 | 2.59 |
| ALZ561304 | 310 | 65005448 | FITTING HOSE1/2X1/2 PIPE | 97 | 06/03/98 | R072014 | 221710 | 04 | | 2 | 1 | N | | 1.00 | 2.27 |
| ALZ561304 | 310 | PM-L9719 | PM10 - 8-FH | 97 | 06/04/98 | R072712 | 225877 | 04 | | 2 | 1 | | 10 | 2.00 | 66.53 |
| ALZ561304 | 310 | PM-L9712 | PM10 - 8-FH | 97 | 06/04/98 | R072712 | 225877 | 04 | | 2 | 1 | | 10 | 1.00 | 33.28 |
| ALZ561304 | 310 | 23-L9712 | CLUTCH ADJUST | 97 | 06/04/98 | R072721 | 225878 | 04 | | 2 | 1 | | 01 | 1.00 | 33.28 |
| ALZ561304 | 310 | 34-L9712 | LIGHTING EXCHG | 97 | 06/04/98 | R072721 | 225878 | 04 | | 2 | 1 | | 03 | 1.00 | 33.28 |
| ALZ561304 | 310 | 34004210 | SWITCH      MARKER LAMP | 97 | 06/04/98 | R072721 | 225878 | 04 | | 2 | 1 | N | | 1.00 | 28.01 |
| ALZ561304 | 310 | 44002045 | FILTER FUEL DAYCO | 97 | 06/04/98 | R072712 | 225877 | 04 | | 2 | 1 | N | | 1.00 | 2.94 |
| ALZ561304 | 310 | 44004056 | INJECTOR | 97 | 06/04/98 | R072712 | 225878 | 04 | | 2 | 1 | N | | 1.00 | 236.81 |
| ALZ561304 | 310 | 45-L9712 | PARTSEXCHG /FUEL PUMP/IN | 97 | 06/04/98 | R072721 | 225878 | 04 | | 2 | 1 | | 03 | 1.50 | 49.92 |
| ALZ561304 | 310 | 45-L9719 | PARTSEXCHG /FUEL PUMP/IN | 97 | 06/04/98 | R072721 | 225878 | 04 | | 2 | 1 | | 03 | 2.00 | 66.53 |
| ALZ561304 | 310 | 45-L9724 | PARTSEXCHG /FUEL PUMP/IN | 97 | 06/04/98 | R072721 | 225878 | 04 | | 2 | 1 | | 03 | 1.50 | 49.92 |
| ALZ561304 | 310 | 45-L9712 | PARTSEXCHG /FUEL PUMP/IN | 97 | 06/04/98 | R072721 | 225878 | 04 | | 2 | 1 | | 03 | 4.50 | 149.78 |
| ALZ561304 | 310 | 45011039 | FILTER OIL  CUMMINS L10 | 97 | 06/04/98 | R072712 | 225877 | 04 | | 2 | 1 | N | | 1.00 | 14.50 |
| ALZ561304 | 310 | 55-L9715 | CARGO HDL R.I.P. | 97 | 06/04/98 | R072712 | 225877 | 04 | | 2 | 1 | | 05 | 1.00 | 33.28 |
| ALZ561304 | 310 | 55-L9712 | CARGO HDL R.I.P. | 97 | 06/04/98 | R072721 | 225878 | 04 | | 2 | 1 | | 05 | 4.50 | 149.78 |
| ALZ561304 | 310 | 65003063 | FILTER HYDRAULIC (K22001 | 97 | 06/04/98 | R072712 | 225877 | 04 | | 2 | 1 | N | | 1.00 | 3.66 |
| ALZ561304 | 310 | 93001032 | FILTER FUEL PERKINS | 97 | 06/04/98 | R072712 | 225877 | 04 | | 2 | 1 | N | | 1.00 | 6.16 |
| ALZ561304 | 310 | 93001044 | FILTER OIL | 97 | 06/04/98 | R072712 | 225877 | 04 | | 2 | 1 | N | | 1.00 | 6.95 |
| ALZ561304 | 310 | 93001092 | HANDLE T    RUBBER | 97 | 06/04/98 | R072712 | 225877 | 04 | | 2 | 1 | N | | 2.00 | 7.44 |
| ALZ561304 | 310 | 55001023 | BAR RATCHET 35" TIEDOWN | 97 | 05/08/98 | R059988 | 221710 | 04 | | 2 | 1 | N | | 1.00 | 15.29 |
| ALZ561304 | 310 | 55001026 | CHAIN 36"   W/R-T-G HOOK | 97 | 05/08/98 | R059988 | 221710 | 04 | | 2 | 1 | N | | 4.00 | 35.16 |
| ALZ561304 | 310 | 55001067 | HOOK T GRAB | 97 | 05/08/98 | R059988 | 221710 | 04 | | 2 | 1 | N | | 8.00 | 21.28 |
| ALZ561304 | 310 | 55-L9703 | CARGO HDL EXCHG | 97 | 04/13/98 | R048295 | 217978 | 04 | | 2 | 1 | | 03 | .50 | 16.54 |
| ALZ561304 | 310 | 61001239 | PAWL QR L/H 94 S14 & QL | 97 | 04/13/98 | R048295 | 217978 | 04 | | 2 | 1 | N | | 1.00 | 12.18 |
| ALZ561304 | 310 | 61001239 | PAWL QR R/H 94 S14 & QL | 97 | 04/13/98 | R048295 | 217978 | 04 | | 2 | 1 | N | | 2.00 | 24.36 |
| ALZ561304 | 310 | 65-L9709 | HYD LINES, RIP OR REPLAC | 97 | 04/13/98 | R048255 | 217979 | 04 | | 2 | 1 | | 05 | 1.00 | 33.28 |
| ALZ561304 | 310 | 65005352 | FITTING M3706X6 REUSABLE | 97 | 04/13/98 | R048255 | 217979 | 04 | | 2 | 1 | N | | 1.00 | 5.73 |
| ALZ561304 | 310 | 65005529 | FITTING    USE 65005354 | 97 | 04/13/98 | R048255 | 217979 | 04 | | 2 | 1 | N | | 1.00 | 4.00 |
| ALZ561304 | 310 | 53990001 | OIL/ENGINE  BULK | 97 | 04/24/98 | | 221243 | 00 | | 1 | 4 | N | 00 | 4.00 | 8.47 |
| ALZ561304 | 310 | 34-L9709 | LIGHTING EXCHG | 97 | 04/30/98 | R056201 | 221710 | 04 | | 2 | 1 | | 03 | .25 | 8.32 |
| ALZ561304 | 310 | 34004029 | LIGHT MARKER AMBER | 97 | 04/30/98 | R056201 | 221710 | 04 | | 2 | 1 | N | | 1.00 | 1.54 |
| ALZ561304 | 310 | 53-L9724 | LIGHTING EXCHG | 97 | 04/30/98 | R056201 | 221710 | 04 | | 2 | 1 | | 03 | .25 | 8.32 |
| ALZ561304 | 310 | 53990001 | OIL/ENGINE  BULK | 97 | 04/30/98 | R056201 | 221710 | 04 | | 2 | 1 | N | | 4.00 | 2.90 |

```
                                                                                    TOTAL COST   26451.40
```