615 N.E.2d 1037, 1038. *In Sheets v. Norfolk Corp.*, 671 N.E.2d 1364 1370 (1996).

WHEREFORE, the Plaintiffs Mr. and Mrs. Ferguson move this Court to grant their Motion For Summary Judgment filed herein.

                Respectfully submitted,

                s/Thomas R. Koustmer
                Thomas R. Koustmer   (0008410)
                Attorney for Plaintiffs
                1800 Federated Building
                7 West Seventh Street
                Cincinnati, Ohio  45202
                (513) 621-3616
                Email: plpaige@aol.com

                s/Michael J. Honerlaw
                Michael J. Honerlaw  (0034469)
                Attorney for Plaintiff
                Honerlaw & Honerlaw Co., L.P.A.
                9227 Winton Road
                Cincinnati, Ohio  45231
                (513) 931-2200
                Email: mike@honerlaw.com