FILED
KENNETH J. MURPHY
CLERK

03 OCT -3 AM 8:35

... COURT
... DIST OHIO
WEST DIV CINCINNATI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **DAVID FERGUSON, ET AL.** | Case No. C-1-02-039 |
| **Plaintiffs** | Judge Herman J. Weber |
| v. | **SUPPLEMENTAL RULE 26(A)(1) DISCLOSURES OF DEFENDANTS ALLIED SYSTEMS, LTD. AND ALLIED AUTOMOTIVE GROUP, INC.** |
| **RYDER AUTOMOTIVE CARRIER SERVICES, INC., ET AL.** | |
| **Defendants** | |

Defendants Allied Systems, Ltd. and Allied Automotive Group, Inc. (together, the Allied Defendants"), for their supplemental disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and other applicable law, provide the following:

A.   [Provide] the name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings.

RESPONSE: The Allied Defendants incorporate the contents of their prior disclosures and add the following individual:

Lynn Buckhalt
Sycamore Parts & Logistics
370 Gees Mill Business Parkway
Decatur, GA 30013
Ms. Buckhalt may have knowledge concerning Allied Parts
Connection, Inc. ordering replacement safety cable from its
vendors, including C.C. Sharrow Co., Inc., the types of
replacement cables ordered obtained from them, and when
it first began receiving the new nylon coated stainless steel
cables from C.C. Sharrow Co., Inc.

- 2 -

Respectfully submitted,

*/s/ Robert A. Winter, Jr.*
Robert A. Winter, Jr. (0038673)
250 Grandview Drive, Suite 200
Ft. Mitchell, KY 41017
(859) 344-1188
(859) 578-3869 (fax)

Trial attorney for defendants
Allied Systems, Ltd. and
Allied Automotive Group, Inc.

OF COUNSEL:

Hemmer Spoor Pangburn DeFrank PLLC
250 Grandview Drive, Suite 200
Ft. Mitchell, KY 41017
(859) 344-1188
(859) 578-3869 (fax)

## CERTIFICATE OF SERVICE

I certify that true and correct copies of the foregoing were served by depositing the same into the United States Mails, first class postage prepaid, on this 2nd day of October 2003, to:

Thomas R. Koustmer, Esq.
1800 Federated Building
7 West Seventh Street
Cincinnati, OH 45202

Michael J. Honerlaw, Esq.
Hornerlaw and Hornerlaw Co., L.P.A.
9227 Winton Road
Cincinnati, OH 45231

K. Roger Schoeni, Esq.
Kohnen & Patton LLP
1400 Carew Tower
Cincinnati, OH 45202

David E. Larson, Esq.
Larson & Larson PC
11300 Tomahawk Creek Parkway
Suite 310
Leewood, KS 66211

Craig R. Paulus, Esq.
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202

_____
Robert A. Winter, Jr.

S:\dma\allied\ferguson\pleadings\prediscovery disclosures amended.wpd