## AFFIDAVIT

STATE OF GEORGIA )
 )
COUNTY OF DEKALB )

COMES NOW, Scott Macaulay, of sound mind and lawful age, and after being duly sworn deposes and says:

1. I am the Vice President and Treasurer of Allied Holdings, Inc., a Georgia corporation located in Decatur, Georgia.

2. I have personal knowledge of the matters set forth herein.

3. Allied Systems, Ltd. is a Georgia limited partnership formed in 1988.

4. Allied Automotive Group, Inc. is a Georgia corporation incorporated in 1995.

5. Commercial Carriers, Inc. is a Michigan corporation incorporated in 1934.

6. Allied Automotive Group, Inc. is the managing general partner of Allied Systems, Ltd.

7. Allied Systems, Ltd., Allied Automotive Group, Inc., and Commercial Carriers, Inc. are affiliated, in that each company is owned by the same ultimate parent company, Allied Holdings, Inc., a Georgia corporation.

8. Allied Systems, Ltd. is not and has never been a parent of Commercial Carriers, Inc. Allied Systems, Ltd. does not now and has never owned any stock of Commercial Carriers, Inc.

FURTHER AFFIANT SAYETH NOT.

_____
Scott Macaulay

Sworn to and subscribed before me this 19th day of September, 2003, by Scott Macaulay, who is personally known to me or who has produced _____ _____ as identification.



(SEAL)

_____
Notary Public (signature)

Linda M. Weaver
_____
Notary Public (print name)