**INVOICE**



**C. SHARROW CO., INC.**

825 PIERCE BUTLER ROUTE
ST. PAUL, MINNESOTA 55104
(651) 489-1341 • FAX: (651) 489-1534
800-565-8821

DO MATERIAL TO BE RETURNED WITHOUT PRIOR AUTHORIZATION

PLEASE USE OUR INVOICE NUMBER ON YOUR CHECK

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 1131940-IN | 10/11/00 |

TO
SYCAMORE PARTS & LOGISTICS INC
970 GEES MILL BUSINESS PARKWAY
Conyers                GA 30013

SHIP TO
ALLIED SYSTEMS
1500 WINDER HWY #2
Dacula                GA 30019

| ORDER NUMBER | ORDER DATE | CUSTOMER NO | CUSTOMER P.O. | SHIP DATE |
|---|---|---|---|---|
| 0061397 | 10/06/00 | SY0001 | 8111100 | 10/09/00 |

| SHIP VIA | F.O.B | TERMS | | |
|---|---|---|---|---|
| UPS | ST. PAUL | 1% 10 DAYS, NET 30 | | |

| ITEM NO. | U/M | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1SPSS025001 | EACH | 8 | 8 | 0 | | |

1/4"-5/16" NYLON COATED STAINLESS STEEL WITH
STAINLESS STEEL THREADED STUD EACH END. ( 2" OF
THREAD ON STUDS)
FINISHED LENGTH:    6 FEET 11.00 INCHES

*8 pcs*

NET INVOICE:
FREIGHT:
STATE SALES TX:
LOCAL SALES TX:



EXHIBIT A

**DAYS NET**
% PER MONTH ON PAST DUE BALANCE.

**THANK YOU**      **TOTAL**

s order is subject to the terms and conditions on the reverse side hereof, INCLUDING THE PROVISIONS LIMITING WARRANTIES,
D COLLECTION COSTS



# C.C. SHARROW CO., INC.

**INVOICE**

NO MATERIAL TO BE RETURNED WITHOUT PRIOR AUTHORIZATION

825 PIERCE BUTLER ROUTE
ST. PAUL, MINNESOTA 55104
(651) 489-1341 • FAX: (651) 489-1534
800-565-8821

PLEASE USE OUR INVOICE NUMBER ON YOUR CHECK

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 1131943-IN | 10/11/00 |

TO:
SYCAMORE PARTS & LOGISTICS INC
370 GEES MILL BUSINESS PARKWAY
Conyers                    GA 30013

SHIP TO:
ALLIED SYSTEMS
6301 WYOMING AVE
Dearborn                   MI 48126

| ORDER NUMBER | ORDER DATE | CUSTOMER NO | CUSTOMER P.O. | SHIP DATE |
|---|---|---|---|---|
| 0081401 | 10/06/00 | SY0001 | 0056055 | 10/09/00 |

| SHIP VIA | F.O.B | TERMS |
|---|---|---|
| UPS | ST. PAUL | 1% 10 DAYS, NET 30 |

| ITEM NO. | U/M | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1SPSS025031 | EACH | 6 | 6 | 0 | | |

1/4"-5/16" NYLON COATED STAINLESS STEEL WITH SS
THREADED STUD EACH END. (3" OF THREAD ON STUDS).
FINISHED LENGTH:  6 FEET 11.00 INCHES

6 pcs

NET INVOICE:
FREIGHT:
STATE SALES TX:
LOCAL SALES TX:

**30 DAYS NET**
1½% PER MONTH ON PAST DUE BALANCE.

**THANK YOU**  **TOTAL**

This order is subject to the terms and conditions on the reverse side hereof, INCLUDING THE PROVISIONS LIMITING WARRANTIES, SELL AND COLLECTION COSTS

FILE COPY

NO MATERIAL TO BE RETURNED
WITHOUT PRIOR AUTHORIZATION

**INVOICE**



C.C. SHARROW CO., INC.

825 PIERCE BUTLER ROUTE
ST. PAUL, MINNESOTA 55104
(651) 489-1341 • FAX: (651) 489-1534
800-565-8821

PLEASE USE OUR INVOICE NUMBER ON YOUR CHECK

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 1131941-IN | 10/11/00 |

TO
SYCAMORE PARTS & LOGISTICS INC
370 GEES MILL BUSINESS PARKWAY
Conyers                    GA 30013

SHIP TO
ALLIED
BERKSHIRE BLVD. & WILLOW RD
TERMINAL 45
Ayer                       MA 01432

| ORDER NUMBER | ORDER DATE | CUSTOMER NO | CUSTOMER P.O. | SHIP DATE |
|---|---|---|---|---|
| 0081358 | 10/05/00 | SY0001 | 45179 | 10/10/00 |

| SHIP VIA | F.O.B | TERMS |
|---|---|---|
| UPS | ST. PAUL | 1% 10 DAYS, NET 30 |

| ITEM NO. | U/M | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1SPSS025031 | EACH | 8 | 8 | 0 | | |

1/4"-5/16" NYLON COATED STAINLESS STEEL CABLE WITH
STAINLESS STEEL THREADED STUD EACH END. ( 2"
THREAD ON STUDS).
FINISHED LENGTH: 10 FEET 10.00 INCHES

8 pcs

NET INVOICE:
FREIGHT:
STATE SALES TX:
LOCAL SALES TX:

**THANK YOU**   TOTAL

DAYS NET
% PER MONTH ON PAST DUE BALANCE.

is order is subject to the terms and conditions on the reverse side hereof, INCLUDING THE PROVISIONS LIMITING WARRANTIES, SI
ID COLLECTION COSTS.                                    FILE COPY



# C.C. SHARROW CO., INC.

**INVOICE**

825 PIERCE BUTLER ROUTE
ST. PAUL, MINNESOTA 55104
(651) 489-1341 • FAX: (651) 489-1534
800-565-6821

NO MATERIAL TO BE RETURNED WITHOUT PRIOR AUTHORIZATION

PLEASE USE OUR INVOICE NUMBER ON YOUR CHECK

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 1131942-IN | 10/11/00 |

TO
SYCAMORE PARTS & LOGISTICS INC
370 GEES MILL BUSINESS PARKWAY
Conyers                         GA 30013

SHIP TO
ALLIED
6636 BERGER AVE
TERMINAL 46
Kansas City            KS 66111

| ORDER NUMBER | ORDER DATE | CUSTOMER NO | CUSTOMER P.O. | SHIP DATE |
|---|---|---|---|---|
| 0081359 | 10/05/00 | SY0001 | 46180 | 10/12/00 |

| SHIP VIA | F.O.B | TERMS |
|---|---|---|
| UPS | ST. PAUL | 1% 10 DAYS, NET 30 |

| ITEM NO. | U/M | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1SPSS025031 | EACH | 7 | 7 | 0 | | |

1/4"-5/16" NYLON COATED STAINLESS STEEL CABLE WITH
STAINLESS STEEL THREADED STUD EACH END. ( 2" OF
THREAD ON STUDS)
FINISHED LENGTH: 10 FEET 10.00 INCHES

7 pcs

NET INVOICE:
FREIGHT:
STATE SALES TX:
LOCAL SALES TX:

30 DAYS NET
1½% PER MONTH ON PAST DUE BALANCE.

THANK YOU    **TOTAL**

This order is subject to the terms and conditions on the reverse side hereof, INCLUDING THE PROVISIONS LIMITING WARRANTIES,
AND COLLECTION COSTS.                                    FILE COPY