**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| DAVID FERGUSON, et al. | : | Case No. C-1-02-39 |
| | : | |
| Plaintiffs, | : | Judge Weber |
| | : | |
| vs. | : | |
| | : | NOTICE OF FILING THE |
| RYDER AUTOMOTIVE, et al. | : | DEPOSITION OF MIKE |
| | : | PALLADINO |
| Defendants. | : | |

Pursuant to Fed. R. Civ. P. 31(c) and other applicable law, defendants Hanes Supply,

Inc., hereby give notice the filng of the deposition of Mike Palladino taken on November 21,

2003.

Respectfully submitted,

/s/ Craig R Paulus
Craig R Paulus (074352)
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
513.381.2838
fax 513.381.0205
Trail Attorney for Defendant
Hanes Supply, Inc.

W0069494.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing has been sent electronically through the Court's ECF/CMS system to the following on this 17th day of October, 2003:

Thomas Ralph Koustmer
1800 Federated Building
7 West Seventh Street
Cincinnati, OH 45202
513.621.3616
Attorney For Plaintiffs, David and Martha Ferguson

Michael J. Honerlaw
Honerlaw and Honerlaw Co. L.P.A.
9227 Winton Road
Cincinnati, OH 45231
Attorney For Plaintiffs, David and Martha Ferguson

David E. Larson
Larson & Larson PC
11300 Tomahawk Creek Parkway
Suite 310
Leawood, KS 66211
Attorney For Defendants, Ryder Automotive Carrier Services, Inc.; Ryder System, Inc.; Delavan Industries, Inc.; Ryder Automotive Operations, Inc.; Ryder Automotive Carrier Group, Inc.; and Commercial Carriers, Inc.

Kenneth Roger Schoeni
Kohnen & Patten
441 Vine Street
Suite 1400
Cincinnati, OH 45202
513.381.0656
Attorney For Defendants, Ryder Automotive Carrier Services, Inc.; Ryder System, Inc.; Delavan Industries, Inc.; Ryder Automotive Operations, Inc.; Ryder Automotive Carrier Group, Inc.; and Commercial Carriers, Inc.

And by Regular, U.S. Mail:

Robert Albert Winter, Jr.
Hemmer Spoor Pangburn DeFrank PLLC
250 Grandview Drive
Suite 200
Ft. Mitchell, KY 41017
859.344.1188
Attorney For Defendants, Allied Systems and Allied Automotive Group

/s/ Craig R Paulus

W0069494.1