# First Report of an Injury, Occupational Disease or Death

**BWC**

For faster service
Complete as much of all four sections of this form as possible. Type or print in black or blue ink.

00564734

EXHIBIT

(R.C. 2913.48)

## Injured Worker Info

- Last Name, First Name, Middle Initial: **Ferguson, David E.**
- Social Security Number: 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
- Marital Status: ☒ Married
- Date of Birth: 9-27-49
- Home Mailing Address: 5885 Lawrenceburg Road
- Sex: ☒ Male
- Number of Dependents: 1
- City: Harrison
- State: OH
- 9-digit ZIP Code: 45030
- Department Name: trucking
- Wage Rate: $ 154.56   ☒ Other day
- What days of the week do you usually work? Mon Tues Wed Thur Fri
- Regular Work Hours From: various
- Have you been offered or do you expect to receive payment for this claim from anyone other than the Ohio Bureau of Workers' Compensation or the employer? ☒ NO
- Occupation or Job Title: truck driver
- Telephone Number: 513-202-0032
- Work Number: 1-800-456-7314
- Injured Worker Signature: David E. Ferguson
- Date: 9/11/00

## Injury/Disease/Death Info

- Date of Injury/Disease: 9-7-00
- Time of Injury: 10:15 ☒ AM
- If fatal, give date of death: n/a
- Date Last Worked: 9-7-00
- Date Returned to Work: have not
- Accident Location (street address): GM Plant, Springboro
- Date Hired: 1-29-85
- State Where Hired: OH
- Date Employer Notified: 9-7-00
- City: Moraine
- State: OH
- Was place of accident or exposure on employer's premises? ☒ YES
- Description of Accident: I was loading a vehicle on the top deck head ramp. I was on my knees hooking a chain and when I started to get up I put my left hand on the safety cable and it snapped causing me to fall to the ground.
- Type of Injury/Disease and Part(s) of Body Affected: Lower back - numbness and tingling left leg. My leg also throbs and is painful.

## Treatment Info

- Physician/Health-Care Provider Name: MARTIN L. McTighe, MD
- Telephone Number: (513) 541-5522
- Fax Number: (513) 541-5568
- Initial Treatment Date: 
- Street Address: 2450 Kipling Ave #205
- City: Cincinnati
- State: OH
- 9-digit ZIP Code: 45239
- Diagnosis(es): Include ICD-9 Code(s): Lower strain 847.2  Sciatica 724.3
- Is this injury causally related to the industrial incident? ☒ YES
- Provider Signature: [signature]
- BWC Provider Number: 277400917-00
- Date: 9-15-00

## Employer Info

- Employer Name: Allied Systems
- Policy Number: 
- Mailing Address: PO Box 1025 Decatur GA 30031
- Telephone Number: (888) 849-8076
- Fax Number: (404) 687-5752
- Federal ID number: 
- RECEIVED
- ☒ CERTIFICATION - The employer certifies that the facts in this application are correct and valid.
- ☒ CLARIFICATION - The employer clarifies and allows the claim for the condition(s) below: AAG-HNP
- Employer Signature and Title: Russell C. Figures
- Date: 10/23/00

FROI-1 (Combines C-1, C-2, C-3, C-6, C-50, C-51, OD-1, OD-1-22)    BWC-1101 (Rev. April 13, 1998)    This form meets OSHA 101

ATT Russell Figures

## AAG Allied Automotive Group
*An Allied Holdings Company*

Risk Management

OHW 0000 3113/01
SS# 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

October 23, 2000

Bureau of Workers' Compensation
125 East Court Street, 6th Floor
Cincinnati, Ohio 45202

Dear Claims Examiner:

RE: Insured: Allied Systems, LTD
Employee: Dave Ferguson
Date of Injury: 9/7/00

Allied Systems LTD is certifying the industrial injury occurring on 9/7/00 for the above captioned employee. The allowed conditions for this claim will be as follows:

847.02 - lower back strain
724.03 - sciatica

Attached is a completed FROI - 1 form.

Please let me know if you have any questions or if I can be of further assistance.

Sincerely,

Russell G. Figures
Claims Adjuster

Attachments

RECEIVED BUREAU OF WORKERS' COMP
2000 NOV -9 PM 3:18

RECEIVED
OCT 31 2000
AAG-RM

P. O. Box 1025 • Decatur, Georgia 30031-1025
404-371-0379
Workers' Comp: 888-849-8076 • Fax (404) 667-5752
Liability: 800-204-9941 • Fax (404) 370-4249