

EXHIBIT

MERCY FRANCISCAN HOSP-MT. AIRY
2446 KIPLING AVENUE
CINCINNATI, OH 45239
RADIOLOGY TRANSCRIPTION REPORT

```
X-Ray#:      54380                          Trans#:     872980
Pat Name:    FERGUSON, DAVID E              Room#:         /   O  MRI/
Address:     5885 LAWRENCEBURG RD           Account#:   710281859
             HARRISON, OH 45030
Phone#:      513/202-0002                   Med. Rec.#  1830926
Birthday:    09/27/49    51                 Sex:           M
==========================================================================
Ord:  MARTIN L. MCTIGHE                     Cons1:
Adm:  MARTIN L. MCTIGHE                     Cons2:
PCP:  GERALD A. PALERMO                     Cons3:
--------------------------------------------------------------------------
Exam:        408090   MRI ORDER REQUEST
Exam Date:   12/14/00
Reason:      BACK PAIN AND STRAIN
----------------------------------------------------------------PAGE:
```

MRI OF THE LUMBAR SPINE:

Bone marrow signal intensity is normal, although, there is more red marrow than usually seen. A minimal bulging disc is seen at L5-S1. There is no evidence of disc herniation. There is no central or foraminal spinal stenosis. Disc-space signal intensity is maintained, and there is no narrowing. Mild posterior apophyseal joint arthropathy is seen.

CONCLUSION:

1. Mild posterior apophyseal joint arthropathy.
2. Small bulging disc at L5-S1.

Thomas Craven, MD
Randall Reilman, MD
TC/vts-srs
Typed:  12/14/00  3:17 PM