**DEARBORN COUNTY HOSPITAL**
600 Wilson Creek Road, Lawrenceburg, IN 47025-1199

DEPARTMENT OF RADIOLOGY
REPORT

NAME: FERGUSON, DAVID E
PHYS: ROBERTS, JOHN
DOB: 09/27/1949 AGE: 51  SEX: M
ACCT: 10762334  LOC: CT
EXAM DATE: 08/13/2001 STATUS: REG REF
RADIOLOGY NO: 105501
UNIT NO: 147283

EXHIBIT

ROBERTS, JOHN
9250 BLUE ASH RD
CINCINNATI
OH
45242

EXAMS: 000193063 CT LUMBAR SPINE

EXAMINATION DATE: 08/13/01. CT OF THE LUMBAR SPINE.
NO PRIOR STUDIES ARE AVAILABLE FOR REVIEW.

INDICATIONS: LOW BACK PAIN.

Axial scans were obtained from the mid body of L3 through the mid body of the sacrum. Thin section images were then obtained directly parallel to the L3-4, L4-5, and L5-S1 disc interspaces.

At L3-4, the intervertebral disc is normal in overall height. There is no significant alteration in its configuration.

At L4-5, the intervertebral disc is normal in vertical height. There is mild central bulging of disc density material. This contacts and perhaps minimally displaces the anterior border of the unopacified dural sac. There are minor hypertrophic changes along the facet joints at this interspace without significant canal stenosis.

At L5-S1, the intervertebral disc is normal in vertical height. There is central protrusion of disc density material. This contacts and slightly posteriorly displaces the midline of the dural sac. It contacts but does not definitely displace the transiting S1 nerve roots in the anterolateral epidural space. There is localized hypertrophic change along the facet joints at this interspace right greater than left. This results in a slight relative lateral recess stenosis right greater than left.

All lumbar vertebral bodies are normal in height. No destructive process is present. No paraspinal soft tissue abnormality is seen.

IMPRESSION:
1. *MINOR CENTRAL DISC BULGE L4-5 WITHOUT NEURAL ELEMENT COMPRESSION OR DISPLACEMENT.*

2. *SHALLOW CENTRAL FOCAL DISC PROTRUSION L5-S1 WITHOUT DEFINITE NEURAL ELEMENT COMPRESSION OR DISPLACEMENT. THERE ARE MINOR FACET JOINT*

PAGE 1
20-0777 (1/96)  ROBERTS, JOHN  (CONTINUED)

| DEARBORN COUNTY HOSPITAL  
600 Wilson Creek Road, Lawrenceburg, IN 47025-1199  
  
DEPARTMENT OF RADIOLOGY  
REPORT | NAME: FERGUSON, DAVID E  
PHYS: ROBERTS, JOHN  
DOB: 09/27/1949 AGE: 51    SEX: M  
ACCT: 10762334    LOC: CT  
EXAM DATE: 08/13/2001 STATUS: REG REF  
RADIOLOGY NO: 105501  
UNIT NO: 147283 |
|---|---|

EXAMS: 000193063 CT LUMBAR SPINE
<Continued>

*HYPERTROPHIC CHANGES AT THIS INTERSPACE RIGHT GREATER THAN LEFT RESULTING IN A SLIGHT LATERAL RECESS STENOSIS. IF THIS STENOSIS IS SIGNIFICANT, ONE WOULD EXPECT CLEAR CLINICAL EVIDENCE OF AN S1 RADICULOPATHY RIGHT GREATER THAN LEFT.*

\*\* REPORT SIGNATURE ON FILE 08/13/2001 \*\*
REPORTED BY: John Botsford, M.D.
SIGNED BY: BOTSFORD, JOHN

CC: PALERMO, GERALD; ROBERTS, JOHN

TECHNOLOGIST: Mark Norton, R.T.(R)
TRANSCRIBED DATE/TIME: 08/13/2001 (1136)
TRANSCRIPTIONIST: GN
PRINTED DATE/TIME: 08/13/2001 (1158)

PAGE 2                        ROBERTS, JOHN
20-0777 (1/96)

IMAGING REPORT