# ∫E∫ Sheridan Evaluation Services, Inc.
### Independent Medical Evaluations

February 24, 2003



EXHIBIT

E. Jason Atkins, Esq.
Hemmer Spoor Pangburn DeFrank, PLLC
Suite 200
250 Grandview Drive
Ft. Mitchell, KY 41017

**RE:** David Ferguson
**OHIO BWC CLAIM NO.:** 00-564734 SI

Dear Mr. Atkins:

I interviewed and examined David Ferguson at my office on 2/24/03 for an Independent Medical Evaluation in reference to the above-mentioned industrial claim.

**HISTORY:** Mr. Ferguson is a 53-year-old male. He works as a driver for Ryder Automotive. He states that on 9/7/00 he was in the process of loading a vehicle located on a top deck head ramp. He was on his knees, hooking a chain to the vehicle. When he attempted to get up, he placed his left hand on the safety cable immediately in front of him. The cable snapped and he fell to the ground. He complained of low back pain and tingling in his left leg in association with this event. He went to an emergency room in West Carrolton, Ohio and then went to see Dr. Martin McTighe, an orthopedic surgeon. Dr. McTighe treated him conservatively with physical therapy. He subsequently saw Dr. John Roberts, an orthopedic surgeon, and then saw Dr. Mitchell Simons, a pain management physician. He has been off work on multiple occasions, the most recent one since 6 months ago. He has had a series of 5 epidural steroid injections which he says each helped him for 4 to 6 weeks. He has had physical therapy.

He had a previous low back injury in 1997. He took some vacation time and his symptoms disappeared.

**PRESENT COMPLAINTS:** He has intermittent low back pain. He has no low back pain today. He complains of intermittent pain over the left medial thigh and calf and intermittent numbness over the left dorsolateral foot.

2060 Sutton Avenue Cincinnati, Ohio 45230 • (513) 232-1780 Fax: (513) 232-1858
Email: sheridaneval@fuse.net

E. Jason Atkins, Esq.
RE: David Ferguson
February 24, 2003
Page 2

**PAST SURGICAL HISTORY:** Includes a right rotator cuff tear repair; bilateral tennis elbow releases.

He uses a TENS unit, p.r.n.

**MEDICATIONS:** Neurontin; Celebrex; Norco; Carisoprodol; Tofranil; Kadan.

**HABITS:** He does not smoke. He does not drink alcohol.

He is right-handed.

**EDUCATIONAL HISTORY:** 12th Grade.

**PHYSICAL EXAMINATION:** Reveals a 53-year-old male. Height, 69". Weight, 216 lbs.

**Examination of the lumbar spine:** His sitting and standing stations are normal. He has no abnormal rotation or flexion of the trunk to one side or the other in either position. He has no asymmetry that is apparent in weight bearing in either the sitting or standing positions.

His lordotic curvature is preserved. He complains of pain to superficial palpation over the left episacrum. There is no lumbar scoliosis, kyphosis, pelvic obliquity, or iliac crest asymmetry. There is no lumbar paravertebral spasm. His lumbar spine motion is 80° in flexion and full in the other modes. He complains of more pain with right lateral flexion than with left lateral flexion. He has a positive Waddell rotation test on the right. His gait is normal. Toe and heel walking are symmetric. Squat is full and performed unassisted. He gets onto and off the exam table independently.

**Examination of the lower extremities:** His thighs are 17" in circumference. His calves are 14" in circumference. His reflexes are 2+ at the knees and ankles. His sensation is normal in the lower extremities for light touch, pinwheel pinprick, vibration, and proprioception. His Babinski signs are downgoing. His sitting root tests elicit no complaints. His supine straight leg raising sign on the right elicits no complaints. His supine straight leg raising sign on the left elicits a complaint of left low back pain. His lower limb lengths are equal. His Bragard, Lasegue, and bowstring signs are negative for sciatica on either side. His FABERE, Patrick, and Gaenslen signs are negative for sacroiliitis on either side.

E. Jason Atkins, Esq.
RE: David Ferguson
February 24, 2003
Page 3


**PHYSICAL EXAMINATION:** (continued)

His FADIRE test is negative for hip joint irritability or pathology on either side. His hips have full motion. He has no evidence of flexion or adduction contracture, meralgia paresthetica, arthritis, snapping iliotibial band, iliopsoas tendinitis, pyriformis syndrome, or greater trochanteric bursitis in either hip.

His knees have full motion. He has no varus or valgus deformity in either knee. His ligaments are stable in the medial, lateral, anteroposterior, and rotary planes. His McMurray tests are negative for medial or lateral meniscal tears on either side. His kneecaps are normal in size, tracking, and alignment. There is no Baker's cyst in either knee. He has no crepitus, synovitis, or effusion in either knee. There is no evidence of prepatellar bursitis, patellar tendinitis, Osgood-Schlatter's disease, or pes anserinus bursitis in either knee.

He has no varus or valgus deformity in either ankle. He has no tenderness over the deltoid ligaments or lateral ligaments or over the Achilles' tendons or plantar fascia origins. His drawer sign is negative for lateral ligamentous instability in either ankle.

He has no architectural abnormalities in the feet such as clubfeet, hammertoes, claw toes, cavus feet, cavovarus feet, or flat feet.

His lower extremity motor groups test power 5 and include the big toe extensors, foot dorsiflexors, plantar flexors, invertors, evertors, knee flexors, extensors, hip flexors, extensors, adductors, abductors, internal and external rotators. There is no evidence of alopecia or pedal edema in either lower extremity. The temperature is equal in the lower extremities. His pulses are 2+ at the femoral, popliteal, dorsalis pedis, and posterior tibial levels. He has no bruits over the femoral arteries. His Homan and Battle tests are negative for deep venous thrombosis in the calves.

**REVIEW OF DATA RECEIVED:**

1. Reports by Dr. Mitchell Simons.

2. An EMG & Nerve Conduction Study report dated 8/7/01. Impression: There are findings compatible with an old or chronic left L5 radiculopathy (mild to moderate).

E. Jason Atkins, Esq.
RE: David Ferguson
February 24, 2003
Page 4


**REVIEW OF DATA RECEIVED:** (continued)

3.  A CAT-scan report of the lumbar spine dated 8/13/01. Impression: Minor central disc bulge L4-5 without neural element compression or displacement; shallow central focal disc protrusion L5-S1 without definite neural element compression or displacement; there are minor facet joint hypertrophic changes at this interspace right greater than left resulting in a slight lateral recess stenosis; if this stenosis is significant, one would expect clear clinical evidence of an S1 radiculopathy right greater than left.

4.  A First Report of Injury dated 9/11/00.

5.  An x-ray report of the thoracic spine dated 6/25/01. Opinion: No evidence of an acute thoracic spine fracture.

6.  An MRI report of the thoracic spine dated 6/25/01. Opinion: No evidence of an acute thoracic spine fracture; small central disc herniation at C6-7 touching the thoracic spinal cord without significant mass effect.

7.  Physical therapy reports.

8.  Reports by Dr. John Roberts.

9.  Reports by Dr. James Anthony.

10. Reports by Dr. Mark McTighe.

**DISCUSSION & OPINION:**

- In my opinion Mr. Ferguson does not currently suffer from a back injury.

- There are no independent causes for the injuries or symptoms claimed by Mr. Ferguson. I do not believe that a possible injury to his back which he makes reference to having experienced approximately 6 years ago could have caused or led to his current injury or the additional conditions that he is seeking allowance of. I say that because he said his low back pain dissipated in a short time in 1997.

E. Jason Atkins, Esq.
RE: David Ferguson
February 24, 2003
Page 5


**DISCUSSION & OPINION:** (continued)

- I believe his alleged condition has reached maximum medical improvement and therefore that it will not continue indefinitely. I do not find any evidence of radiculopathy on clinical exam. There are changes of degenerative disc disease on his investigative tests, specifically his CAT-scan of 8/13/01 which shows a bulging disc at L4-5 and a small disc herniation at L5-S1. There are also EMG changes from 8/7/01 suggestive of an L5 radiculopathy but I do not find any clinical evidence of radiculopathy, therefore I do not think that the claim should be allowed additionally for lumbar disc displacement at L4-5 and L5-S1 or for L5 radiculopathy. I think the changes seen on the CAT-scan of 8/13/01 are due to the natural aging process and are unrelated to the incident of 9/7/00 by way of causation, exacerbation, or aggravation.

All my opinions are within reasonable medical probability. I hope this has been of some assistance to you.

Very truly yours,

Richard T. Sheridan, M.D., F.A.C.S., C.I.M.E.
Certified Independent Medical Examiner,
American Board of Independent Medical Examiners
Fellow, American Academy of Orthopaedic Surgeons
Fellow, American Academy of Disability Evaluating Physicians

RTS/pk



**nydic**
CINCINNATI

2100 Sherman Avenue, Suite 125
Cincinnati, Ohio 45212
Phone: 513-531-2100
Fax: 513-531-1174

Exam Date: 07/10/03
RE: Ferguson, David
MM#: 8809.0  DOB: 09/27/49

Mitchell E Simons, M.D.
4243 Hunt Rd
Cincinnati, OH 45242-6657

Dear Dr. Simons:

We had the pleasure of examining your patient, David Ferguson, on 07/10/03.

**MAGNETIC RESONANCE IMAGING OF THE LUMBAR SPINE**

**HISTORY:** Low back pain radiating to both lower extremities times three years.

**TECHNIQUE:** Sagittal fast spin echo T1 and T2, axial spin echo T1, axial fast spin echo T2.

**FINDINGS:** The conus terminates normally at the thoracolumbar junction. No bone marrow replacement process is seen.

At the L5-S1 level there is some desiccation of the disc with relative preservation of disc height. There is a left paracentral disc protrusion present slightly deforming the thecal sac, but not producing any significant canal stenosis. This disc protrusion measures a couple millimeters. The neural exit foramina are maintained. Some mild facet arthritis is present.

At the L4-5 level there is some desiccation of the disc with a small focus of high signal within the central annulus indicative of small annular tear present. The central canal is only minimally narrowed related to some facet arthritis and ligamentous hypertrophy. The neural exit foramina are preserved.

At the L3-4 level there is some desiccation of the disc, but no focal disc herniation is seen. The neural exit foramina are maintained. The remainder of the visualized lumbar disc spaces and lower thoracic disc spaces are relatively well maintained.

**IMPRESSION:** Some disc degeneration and facet arthritis with a small left paracentral disc protrusion at the L5-S1 level, but no compromise of the thecal sac or nerve roots is appreciated.

Thank you for the courtesy of this referral.

Sincerely,

Harlan Meyer, M.D.
Certified, American
Board of Radiology

HM:pf

*Joint Commission / ACR Accreditation*

Page 1 of 2