**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **DAVID FERGUSON, <u>ET</u> <u>AL</u>.** | * | Case No. C-1-02-039 |
| | * | |
| **Plaintiffs** | * | Judge Herman J. Weber |
| | * | |
| v. | * | |
| | * | <u>SUPPLEMENTAL</u> |
| | * | <u>DISCLOSURES OF</u> |
| **RYDER AUTOMOTIVE CARRIER** | * | <u>DEFENDANTS ALLIED</u> |
| **SERVICES, INC., <u>ET</u> <u>AL</u>.** | * | <u>SYSTEMS, LTD. AND ALLIED</u> |
| | * | <u>AUTOMOTIVE GROUP, INC.</u> |
| **Defendants** | * | |

Defendants Allied Systems, Ltd. and Allied Automotive Group, Inc. (together, the Allied Defendants"), for their supplemental disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and other applicable law, provide the following:

\* \* \* \* \* \* \* \* \* \* \* \* \*

B.  [Provide] a copy of, or a description by category and location of, all documents, dated compilations and tangible things in the possession, custody or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.

<u>RESPONSE</u>: Copies of the Allied Defendants' OSHA logs for the Marion terminal (Document Nos. F00796-F00797) and the Moraine terminal (Document Nos. F00796-F00797) for calendar year 2000 are produced.

Respectfully submitted,

s/Robert A. Winter, Jr.
Robert A. Winter, Jr. (0038673)
250 Grandview Drive, Suite 200
Ft. Mitchell, KY 41017
(859) 344-1188
(859) 578-3869 (fax)

Trial attorney for defendants
Allied Systems, Ltd. and
Allied Automotive Group, Inc.

OF COUNSEL:

Hemmer Spoor Pangburn DeFrank PLLC
250 Grandview Drive, Suite 200
Ft. Mitchell, KY 41017
(859) 344-1188
(859) 578-3869 (fax)

- 3 -

## CERTIFICATE OF SERVICE

      I certify that true and correct copies of the foregoing and Document Nos. F00796-F00799 were served either electronically or by depositing the same into the United States Mails, first class postage prepaid, on this ____ day of January 2004, to:

Thomas R. Koustmer, Esq.
1800 Federated Building
7 West Seventh Street
Cincinnati, OH 45202

Michael J. Honerlaw, Esq.
Hornerlaw and Hornerlaw Co., L.P.A.
9227 Winton Road
Cincinnati, OH 45231

K. Roger Schoeni, Esq.
Kohnen & Patton LLP
1400 Carew Tower
Cincinnati, OH 45202

David E. Larson, Esq.
Larson & Larson PC
11300 Tomahawk Creek Parkway
Suite 310
Leewood, KS 66211

Craig R. Paulus, Esq.
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202

                                                          s/ Robert A. Winter, Jr.
                                                          Robert A. Winter, Jr.

S:\dma\allied\ferguson\pleadings\prediscovery 5 disclosures .wpd