**PHOTOGRAPH 1**

EXHIBIT

A

**Robson Lapina**