# James SUPPLY, INC.

55 JAMES E. CASEY DRIVE
BUFFALO, NEW YORK 14206
716 826-2636    FAX 716 826-4412

**INVOICE NO.**

| ORDERED BY | PAGE | DATE |
|---|---|---|
| RON VACA... | 1 | 09/22/95 |

**SOLD TO**
D220
COMMERCIAL CARRIERS INC
1728 WALDEN AVE
BUFFALO, NY 14225

**SHIP TO**
1
RYDER AUTOMOTIVE OPERATIONS
1728 WALDEN AVE
BUFFALO, NY 14225

| FREIGHT | SHIP VIA |
|---|---|
| PREPAID | 0/1 |

| REFERENCE NUMBER | SHIP DATE | SALESPERSON | INS. SLSP | TERMS | TAX CODE | WORK ORDER NO. |
|---|---|---|---|---|---|---|
| 123547 | 09/21/95 | EGR GARY | WCH | NET 30 | TE | 109691 |

| ITEM | DESCRIPTION | ORDERED | SHIPPED | BACK ORDER | U/M | PRICE | PER | EXPENSE |
|---|---|---|---|---|---|---|---|---|
| 1 | 1/4" 7X19 GAC COATED TO 5/16" YELLOW X 80" PER DRAWING TS-TS WITH DOUBLE NUTS & WASHERS ON EACH STUD | 4.00 | 4.00 | .00 | EA | 29.750 | EA | 119. |

PAID
OCT 2 3 1995
#35

| MERCHANDISE | TAX | FREIGHT | TOTAL DUE |
|---|---|---|---|
| 119.00 | .00 | 0.00 | 119. |

PRODUCT WARNING: WIRE ROPE PRODUCTS, SLINGS AND LIFTING EQUIPMENT WILL BREAK IF ABUSED, MISUSED OR OVERUSED. REGULAR INSPECTION AND MAINTENANCE BEFORE AND AFTER USE IS NECESSARY. CONSULT INDUSTRY RECOMMENDATIONS AND STANDARDS BEFORE USING.
RETURN POLICY: ANY AND ALL RETURNS OF ANY ARTICLE MAY BE MADE ONLY UPON THE CONSENT OF SELLER. UPON ANY RETURN CONSENTED TO BY SELLER, SELLER RESERVES THE RIGHT TO CHARGE BUYER A REASONABLE RESTOCK CHARGE.

1% SERVICE CHARGE PER MONTH
PAST DUE ACCOUNTS PLUS ANY L...

Attachment B



FIG. 1
ELEMENTARY STRESS CASES
(CONSTANT CROSS-SECTION OR GRADUAL CROSS-SECTIONAL CHANGE)

FIGURE 2

Robson Lapina





FIG. 2.

STRESS CONCENTRATION INTRODUCED BY NOTCH.

(OR IN GENERAL BY CROSS SECTIONAL CHANGE WHICH IS NOT GRADUAL)

PHOTOELASTIC FRINGE PHOTOGRAPH - LEVER

FIGURE
3



PHOTOGRAPH 1

Robson Lapina



**PHOTOGRAPH 2**

Robson Lapina



PHOTOGRAPH 3

**Robson Lapina**



PHOTOGRAPH 4

Robson Lapina



PHOTOGRAPH 5

**Robson Lapina**



**PHOTOGRAPH 6**



**PHOTOGRAPH 7**

**Robson Lapina**