

**PHOTOGRAPH 8**



**PHOTOGRAPH 9**

**Robson Lapina**



**PHOTOGRAPH 10**



**PHOTOGRAPH 11**



**PHOTOGRAPH 12**



**PHOTOGRAPH 13**



**PHOTOGRAPH 14**



**PHOTOGRAPH 15**



**PHOTOGRAPH 16**



**PHOTOGRAPH 17**

**Robson Lapina**



**PHOTOGRAPH 18**



**PHOTOGRAPH 19**

**Robson Lapina**



**PHOTOGRAPH 20**



**PHOTOGRAPH 21**

**Robson Lapina**