

PHOTOGRAPH 22



PHOTOGRAPH 23

Robson Lapina



PHOTOGRAPH 24



PHOTOGRAPH 25

Robson Lapina



PHOTOGRAPH 26



PHOTOGRAPH 27

Robson Lapina



**PHOTOGRAPH 28**



**PHOTOGRAPH 29**

Robson Lapina



PHOTOGRAPH 30



PHOTOGRAPH 31

Robson Lapina



PHOTOGRAPH 32



PHOTOGRAPH 33

**Robson Lapina**