PHOTOGRAPH 34

PHOTOGRAPH 35



PHOTOGRAPH 36

PHOTOGRAPH 37

Robson Lapina



PHOTOGRAPH 38

PHOTOGRAPH 39

Robson Lapina



PHOTOGRAPH 40

PHOTOGRAPH 41

Robson Lapina



PHOTOGRAPH 42



PHOTOGRAPH 43



PHOTOGRAPH 44



PHOTOGRAPH 45

Robson Lapina



PHOTOGRAPH 46

Robson Lapina