# Robson Lapina
Forensic Engineers, Architects, Scientists & Fire Investigators

404 Commerce Park Drive
Cranberry Township, PA 16066

Phone: 724-772-2241
800-313-6729

Fax: 724-772-2256
WWW.ROBSONLAPINA.COM

## GABRIEL G. ALEXANDER, P.E.
### Mechanical Engineer

**PROFESSIONAL EXPERIENCE**

**3/99 to present** — **Robson Lapina, Inc.**
*Associate, Manager of Pittsburgh Office*
Provide technical investigations, analysis, reports, and testimony for failure analysis, and towards the resolution of commercial and personal injury litigation involving trucks, trailers, mechanical engineering and crash reconstruction.

**1997 to 3/1999** — **True Temper Hardware**, manufacturer of lawn and garden tools
*Manager of Design Engineering*
Responsible for all design engineering functions including new product development, product implementation, and patent applications. Products: shovels (plastic and metal), wheelbarrows, hoes, forks, scoops, tree trimmers, and general pruning tools. Develop Failure Modes and Effects Analysis (FMEA) procedure and plan for company-wide use.

**1996 to 1997** — **Trans Air Manufacturing**, air conditioning systems for trucks and buses
*Director of Engineering*
Responsible for all engineering functions. Products: air conditioning systems for transportation, components include compressor mountings and brackets, condenser units, evaporator units, roof top mounted air conditioning units, and rear deck mounted air conditioning units. Work included analyzing and reconfiguring truck belt drives for compressors and fans.

**1993 to 1996** — **Kidron, Inc.**, manufacturer of truck bodies, trailers, fire truck and utility vehicle cabs
*Manager of Engineering*
Responsible for all engineering functions: Production Engineering, Product Engineering, R & D, Warranty Department, and Quality Control. Products: truck bodies and refrigerated trailers, mini trailer, drop deck trailer, step van, rear drop, and container body.

**1992 to 1993** — **Stewart & Stevenson Inc.**, manufacturers of trucks and trailers
*Project Engineer*
Products: military and commercial trucks, trailers, truck components, a 2 ½-5 ton truck family (utility truck, tow truck, ambulance, tanker, expandable van, etc.) Design activities included: optimizing suspension components, tire size, spring rate, damping rate, anti sway bar stiffness and overall suspension geometry's; all R & M (Reliability and Maintainability) activities; brake systems, exhaust systems, and cargo beds.

02/06/02



EXHIBIT C