UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **DAVID FERGUSON, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. C-1-02 039 |
| ) | (Judge Herman J. Weber) |
| ) | |
| **RYDER SYSTEM, INC.,** ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF FILING DEPOSITION TRANSCRIPT OF DAVID FERGUSON

Pursuant to Federal Rule of Civil Procedure 30(f), notice is hereby given of the filing of the deposition transcript of David Ferguson taken on November 21, 2002.

Respectfully submitted,

LARSON & LARSON, P.C.

/s/ David Larson
David E. Larson (MO Bar # 27146)
11300 Tomahawk Creek Pkwy., Ste. 310
Leawood, KS 66211
Telephone: (913) 253-3100
Fax: (913) 253-3109

KOHNEN & PATTON, LLP

/s/ K. Roger Schoeni
K. Roger Schoeni, Esq. (0004812)
201 East Fifth Street, Suite 800, PNC Center
Cincinnati, OH 45202
Telephone: (513) 381-0656
Fax: (513) 381-5823
ATTORNEYS FOR DEFENDANTS,
COMMERCIAL CARRIERS, INC. and
RYDER SYSTEM, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was sent via electronic mail this 27th day of February 2004 to the following:

Thomas R. Koustmer  
1800 Federated Building  
7 West Seventh Street  
Cincinnati, OH 45202  

Craig R Paulus  
Taft, Stettinius & Hollister, LLP  
425 Walnut Street  
Cincinnati OH 45202-3957  

Robert A. Winter, Jr.  
250 Grandview Drive., Suite 200  
Fort Mitchell, KY 41017  

Michael J. Honerlaw  
9227 Winton Rd.  
Cincinnati, OH 45231  

        /s/ K. Roger Schoeni  
        K. Roger Schoeni

180130.1:LA039-FE001  
2/27/2004