ERRATA SHEET

TO THE REPORTER: I, *(signature)*, have read the entire transcript of my deposition taken on the ___ day of _____, 200__, or the same has been read to me. I request the following changes be entered upon the record for the reason(s) indicated. I have signed my name to the signature page and authorize you to attach the following changes to the original transcript:

*PLEASE DO NOT WRITE IN THE TRANSCRIPT*

| PAGE | LINE | CORRECTION (and reason) |
|------|------|-------------------------|
| 5    | 6    | Have some pain in Right leg |
| 16   | 10   | I was Between 60 and 70w. Seniority |
| 23   | 8    | 6 to 7 Thousand members |
| 25   | 24   | I belive Mr. Foster said some one Droped |
| 25   | 24   | Them off I dont know where he went |
| 26   | 3    | Mr. Foster Just said some are Droped Then off. |
| 29   | 16   | im Not sure For a Fact I Drove this Truck Before. |
| 31-  | 4    | one year Allied Keep Logs I Belive |
| 45-  | 22   | The Cables on All Trucks had Not Been Replaced |

SAFETY MEETINGS

4-12-99 - 9:00 AM
4-29-99 - 6:00 PM
4-30-99 - 5:00 PM

We opened the safety meeting with a discussion of accidents/injuries YTD and a comparison to our goals for 1999. We emphasized the need to "warm up" in relation to Steve Northup's recent injury.

Next we discussed problems/concerns expressed in our last meeting:

1.) Skids will be repaired/replaced as required. Please see Bill Weaver. Should you have problems, let Gary Chinn know.

2.) Marion has been contacted about tree limbs problems.

3.) Check your clothes lines. If you see any problems (plastic pulling away, rusting, etc.) have them replaced. If you are not sure, have Bill or the shop check them.

4.) We are in the process of reinforcing the "pins" that have broken recently.

We then covered Module 3 "Proper Chain Positioning" and Module 2 "Proper Use of the Tie Down Bar".

Morning

DEPOSITION
Allied 1
11-21-02  Wendy Welsh

# Work Module 6:
# Preventing Slips and Falls on Equipment

Perform Training on the Following Key Points:

1) **Prepare for work.**

   Decide in advance which footwear is appropriate for the weather conditions.

   Are the soles in good condition and made of non-skid material? Leather-soled shoes are **never** appropriate.

2) **Inspect your trailer.**

   Inspect the treadways to ensure they are in good condition. Is there an adequate amount of non-skid material?

   Are treadways free of spills, bent metal, chains, hooks and worn areas that could cause you to slip or trip?

   Are the decks even and resting on safety pins on both sides?

   Report defects on your DDVCR to allow maintenance to repair.

3) **Maintain three points of contact.**

   When climbing, always maintain three points of contact.

   Ensure you have a stable place to plant your foot before you transfer your weight.

   Use handholds whenever possible.

4) **Maintain stability.**

   Primary stability is always maintained through proper foot placement.

5) **Look to see where you are going.**

   When walking inside the trailer, decide where to place your lead foot before stepping and maintain three points of contact whenever possible.

   Plant your foot in a stable place before you transfer your weight.

   To check for head clearance and overhead obstacles, stop and look above. Do not look up when walking.

6) **Use the ladders for climbing.**

   Avoid walking down the treadways.

   Use ladders and maintain three points of contact.

   Never use ladders or steps for storing loose chains or hooks.

   Do not use ladders with objects in your hand. Transfer tie down bar or chain to next deck, then climb ladder.

7) **Always face cargo units.**

   When entering or exiting cargo units, always face the cargo unit.

   Face cargo units when moving past them.

   Never face the outside of the trailer when moving past cargo units.

8) **Demonstrate each point of the Proper Procedures to Prevent Slips and Falls.**

9) **Observe the employee demonstrating each point outlined above.**

---

I have received training on the nine points outlined above and am aware of the proper procedures to prevent slips and falls.

Driver's Signature _____    Date _____

Print employee name _____    Emp# _____

Supervisor's Signature _____    Date _____

DEPOSITION
Allied U
11-21-02    Wendy Welsh

## Module 2: Proper Backing Procedures

<u>Perform Training on the Following Key Points:</u>

1) Avoid backing whenever possible.

    Backing accidents are our most frequently recorded accident type. If you must back use these steps.

2) Always use a spotter whenever backing into or out of a dealership.

    Ask you Terminal Manager for a highly visible flag to keep in your tractor. Give the flag to the spotter and have him create a safe space for you to back into.

    If a Dealership is unwilling to provide a spotter, contact your Terminal.

3) Back out slowly at first and then proceed at a reasonable speed.

    Give other drivers a chance to recognize and react that you are backing into their line of movement. Once you have the other drivers attention move at a faster clip. This keeps other motorists from becoming impatient and trying to dart around behind you.

4) In tight backing spaces, always get out and
    - A) look at the area you are backing into. Check for wires or other overhead obstructions
    - B) Pace off the distance you need to back to.
    - C) Pace the identical distance back from the door handle of your tractor.
    - D) Place your tie down bar at the spot as a marker.
    - E) Back to your mark.

    If you follow these simple steps religiously, you will eliminate your potential for a backing accident.

5) Demonstrate each point listed above for the driver.

6) Observe the Driver demonstrating each point.

I have received training on the six points outlined above and am aware of the proper methods for backing a tractor trailer.

Drivers Signature:

Supervisors Signature:                             Date:                    See comments on back.

# Work Module 3: Proper Chain Positioning

<u>Perform Training on the Following Key Points:</u>

1) Set your chains to the inside of your decks when driving units onto the tractor/trailer.

   Unwrap chain barrels to remove any twists in the chain. Set your chain so that every other link lines up.

   Never drive units over chain or hooks. This can damage equipment and tires.

2) If you are unfamiliar with the product, check with the dispatcher to insure proper hook and hole usage as well as pull alignment.

3) Once hook is placed, use grab hook to control all excess chain.

   This is your most critical behavior that will prevent chain overlap and tie down slips and falls.

4) Check master link to insure it is not cocked.

   Cocked master links can create chain slippage during tying down as well during transportation.

5) Proper chain wrap should not be over a wrap and one half on the barrel. Never allow the chain to overlap.

   Chain overlap means that the chain has wrapped on top of itself as it turns around the barrel. If the chain slips slightly at the barrel the movement you see at the end of the tie down bar is significant. With a hard pull back and chain slippage a person will fall and can be seriously injured. Always insure that your chain wrap rests against the barrel and not on top of itself.

6) Never tighten your chains with your hydraulics. Always check your chains to insure that movement of the decks will not result in chain tightening.

   Tightening of chains using your hydraulics can create frame damage to the unit. These type damages are inexcusable.

7) Use extreme care when placing chains around hydraulics control levels. It is possible to activate hydraulics as you lean into the side of your trailer to place hooks underneath units. Arms can be pinned underneath units if this occurs

   Never bungy hydraulic levers.

   Always secure a deck after movement by pinning all sides.

8) Check your chains on the road to insure they have not loosened in transit.

   If there is a need to tighten a chain snug it up.

   Don't over tighten, if you tighten one position excessively you will only loosen another position.

9) After delivery of a unit, store the chains sufficiently so that they do not drag on the road.

   Dragging chains is abuse to the equipment and subject to disciplinary actions.

10) Demonstrate each point listed above for the driver.

11) Observe the Driver demonstrating each point.

I have received training on the eleven points outlined above and am aware of the proper methods for chaining installation and positioning.

Drivers Signature:

Supervisors Signature:                    Date:                    See comments on back.

# Course Roster

Course Title: Saftey modules - Backs & Chairs
Date: 4/3/1/99
Location: T.S.
Instructors: G. Chin

| Name | Department | Company | Certificate/ Presented | Certificate/ Mailed |
|---|---|---|---|---|
| Mike Winter | | | | |
| James Cullyn | | | | |
| Oscar Lewis | | | | |
| John Warra | | | | |
| Dannie Cooper | | | | |
| Willam Parks | | | | |
| Arnie Cline | | | | |
| Ron Brown | | | | |
| Ron Defibaugh | | | | |
| John Collins | | | | |
| Wally Webber | | | | |
| Robert Brath.. | | | | |
| Joe Leach | | | | |

File Name: A:\roster.tbl, last updated 1/8/98          CR001

# Course Roster

Course Title: SAftey Meeting - Backing-Chains  
Date: 4/12/99  
Location: Mosaim Tenn  
Instructors: G. Chim

| Name | Department | Company | Certificate/ Presented | Certificate/ Mailed |
|---|---|---|---|---|
| who It | 63985 | | | |
| DAvo Ferguson | 63894 | AAG | | |
| M Reyes | 67959 | AAG | | |
| Bill Baker | 63850 | AAG | | |
| Jack Smith | 63969 | AAG | | |
| DK Stroub | 63984 | AAG | | |
| Darrell Cox | 63989 | AAG | Cashauler Pat Excellence | |
| Kevin Howard | 64010 | " | | |
| Phil Ahohsefula | 63958 | AAB | | |
| Jesse King | 64028 | " | | |
| Steve Northup | 63913 | | | |

File Name: A:\roster.tbl, last updated 1/8/98  
CR001

## Course Roster

Course Title: SAfty Backing Module-Chain  
Date: 4/29/99  
Location: Allied Dispatch  
Instructors: GARY Chinn

| Name | Department | Company | Certificate/ Presented | Certificate/ Mailed |
|---|---|---|---|---|
| Roy Thornton | | AAB | | |
| Joe A Hand | Driver | AA4 | | |
| Robert Hackett | | AAC | | |
| Bill Castor | | A3 | | |
| Ron Corman | | | | |
| L. McConnell | | | | |
| F. Kinder | | A.A.E | | |
| Ken Kraus | | A4S | | |
| Weathington | 63775 | | | |
| Rick Scalf | 63816 | A | | |
| D. Whaley | 64039 | | | |

File Name: A:\roster.tbl, last updated 1/8/98                                                                 CR001

# FAX

Date: 5/6/99
Number of pages including cover sheet: 7

To: Bob Primm

From: G. Ching
Phone: (937) 293-2672
Fax phone: (937) 293-3308

REMARKS: ☐ Urgent  ☐ For your review  ☐ Reply ASAP  ☐ Please comment

167

1    what's going on.
2        MR. KOUSTMER:  Sounds good.
3
4                    
                     DAVID EDWARD FERGUSON
5
                            - - -
6
7        (Deposition concluded at 4:52 PM.)
8
                            - - -

Merit
602 Main Street, Suite 703, Cincinnati, OH 45202
(513) 381-8228 * (800) 578-1542 * www.merit-ls.com

168

```
 1                C E R T I F I C A T E

 2   STATE   OF   OHIO    :
                          SS:
 3   COUNTY OF HAMILTON   :

 4       I, Wendy L. Welsh, a duly qualified and

 5   commissioned notary public in and for the State of

 6   Ohio, do hereby certify that prior to the giving of

 7   his deposition, the within named DAVID EDWARD

 8   FERGUSON was by me first duly sworn to testify the

 9   truth; that the foregoing pages constitute a true

10   and correct transcript of testimony given at said

11   time and place by said deponent; that said

12   deposition was taken by me in stenotypy and

13   transcribed under my supervision; that I am neither

14   a relative of nor attorney for any of the parties to

15   this litigation, nor relative of nor employee of any

16   of their counsel, and have no interest whatsoever in

17   the result of this litigation.  I further certify

18   that I am not, nor is the court reporting firm with

19   which I am affiliated, under a contract as defined

20   in Civil Rule 28 (D).

21       IN WITNESS WHEREOF, I hereunto set my hand and
     official seal of office, at Cincinnati, Ohio, this
22   15th day of December, 2002.

23

24   MY COMMISSION EXPIRES:   WENDY L. WELSH, RDR-CRR
     NOVEMBER 20, 2005.       NOTARY PUBLIC, STATE OF OHIO
```

Merit
602 Main Street, Suite 703, Cincinnati, OH 45202
(513) 381-8228 * (800) 578-1542 * www.merit-ls.com