UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID FERGUSON AND
MARTHA FERGUSON,

        Plaintiffs,

        v.                                      Case No. C-1-02-039

RYDER SYSTEM, INC., et al.,

        Defendants.

**ORDER**

     Defendant Ryder System, Inc. (Ryder) has filed a motion for summary judgment on plaintiffs' claims against it (doc. 82). Plaintiffs have filed proposed findings of fact and conclusions of law in opposition to the motion (doc. 122). Defendant Ryder has not submitted a highlighted version of plaintiffs' filing with its reply memorandum as required by the Court's Order of June 24, 2002 (doc. 22). Accordingly, the Court will accept plaintiffs' proposed findings of fact and conclusions of law set forth in doc. 122 as undisputed unless defendant Ryder files and delivers to chambers a highlighted copy within seven (7) days of the date of this Order.

     **IT IS SO ORDERED.**

                                          S/ Herman J. Weber
                                             HERMAN J. WEBER
                        SENIOR JUDGE, UNITED STATES DISTRICT COURT

J:\HJWA\02-39ryb.wpd