

# Tiger Brand Wire Rope Engineering Hand Book



U. S. Steel Supply
Division of United States Steel

ATTACHMENT
3. A.

AMERICAN TIGER BRAND

# ATTACHING SOCKETS

The practice here detailed is recommended by the United States Bureau of Mines in Bulletin No. 75. It is the most satisfactory method in use today.



Figure 19

Place an additional seizing on the rope end to be socketed at a distance equal to the length of the basket of the socket from the end of the rope. It is important that this seizing be carefully applied and of sufficient length to prevent any untwisting of the strands, which would result in unequal tension on the strands when socket is attached.

A seizing iron as shown in Fig. 46 page 111 is recommended for applying seizings to ropes one inch diameter and larger.

Place rope end upright in bench vise as shown in Fig. 19.

Remove any seizing above the one referred to in previous paragraph. Cut the fiber core at the seizing. See Fig. 20.



Figure 21



Figure 20

Untwist the strands and broom out the wires. The wires should be separated but not straightened. See Fig. 21.

The wires for the distance they are to be inserted in the socket should be carefully cleaned with benzine, naphtha, or gasoline, and then dipped in a bath of muriatic acid solution (50% commercial muriatic acid and 50% water) for about 30 seconds to one minute, or until the acid has thoroughly cleaned each wire. Care should be taken to prevent acid coming in contact with the fiber core or any portion of the rope other than the broomed wire ends. The acid should be neutralized by next dipping the wires into boiling water to which has been added a small amount of soda.

Draw the ends of the wires together with a piece of seizing wire so that the socket can be forced down over them. See Fig. 22.

ATTACHMENT
3.   B.

# WIRE ROPE ENGINEERING HANDBOOK

Force the socket down over the rope end until it reaches the seizing on the wire rope. Remove the seizing wire from the wires and allow the wires to expand within the socket basket. The ends of the wires should be level with the upper end of the socket basket.

Care should be taken to see that the axis of the socket is in line with the axis of the rope.

Seal the base of the socket with putty, clay, or similar substance.

It is advisable to preheat the basket of the socket to expel any moisture and to prevent the molten zinc from congealing before it has completely filled the lower end of the basket.

Fill the socket basket with molten zinc. The zinc must not be too hot or it will anneal the wires, particularly on small ropes or ropes of small wires. From 800 to 875 degrees Fahrenheit is the correct temperature. See Fig. 23.

When the zinc has congealed the socket can be plunged into cold water to cool it.

The seizing can then be removed.

Fig. 24 shows a Tiger Wire Rope Socket applied by this method before the seizing was removed.



Figure 22



Figure 23



Figure 24

If the socketing is properly done, when tested to destruction, a wire rope will break before it will pull from the socket.

For directions for attaching sockets to strands we recommend that you confer with us stating size and grade of strand. We also suggest that you consult us regarding the socketing of stainless steel and bronze wire ropes and strands.

- 101 -



ATTACHMENT
3.  C

# GAUGING WIRE ROPE

The diameter of a wire rope is the diameter of the circle which will just enclose all of the strands. In the case of strands, the diameter is that of the circle which will just enclose all of the wires. The correct diameter is the greatest diameter of the rope or strand.



**CORRECT WAY**
This gives correct diameter.



**INCORRECT WAY**
This does not give correct diameter.

ATTACHMENT
3.  D



Gator Supply Company

Home Page    Synthetic Rope    Wire Rope    Chain    Fittings

## IMPORTED AND DOMESTIC SPELTER WIRE ROPE SOCKETS

Read important warnings and information on pages 3 and 4 and preceding fittings section.
Caution: When attaching spelter sockets to wire rope it is extremely important to follow recommended procedures, such as outlined by the Wire Rope Technical Board. Proper brooming and cleaning of wire rope is important. If resin is used, follow resin manufacturer's specific installation instructions.

### OPEN SPELTER SOCKETS

| Size | Dimensions in Inches | | | | | | | | Weight Each in Pounds |
|---|---|---|---|---|---|---|---|---|---|
|  | A | B | C | D | E | F | G | H |  |
| 5/16"-3/8" | 4.88 | .81 | .81 | .50 | 2.25 | 1.75 | 1.50 | .44 | 1.3 |
| 7/16"-1/2" | 5.56 | 1.00 | 1.00 | .56 | 2.50 | 2.00 | 1.88 | .60 | 2.3 |
| 9/16"-5/8" | 6.75 | 1.25 | 1.19 | .69 | 3.00 | 2.50 | 2.25 | .56 | 3.8 |
| 3/4" | 7.94 | 1.50 | 1.38 | .81 | 3.50 | 3.00 | 2.63 | .63 | 6.0 |
| 7/8" | 9.25 | 1.75 | 1.63 | .94 | 4.00 | 3.50 | 3.13 | .75 | 10.0 |
| 1" | 10.56 | 2.00 | 2.00 | 1.13 | 4.50 | 4.00 | 3.75 | .88 | 15.5 |
| 1.1/8" | 11.81 | 2.25 | 2.25 | 1.25 | 5.00 | 4.50 | 4.13 | 1.00 | 22.0 |
| 1.1/4"-1.3/8" | 13.19 | 2.50 | 2.50 | 1.50 | 5.50 | 5.00 | 4.75 | 1.13 | 32.0 |
| 1.1/2" | 15.13 | 3.00 | 2.75 | 1.63 | 6.00 | 6.00 | 5.38 | 1.19 | 46.0 |
| 1.5/8" | 16.25 | 3.00 | 3.00 | 1.75 | 6.50 | 6.50 | 5.75 | 1.31 | 55.0 |
| 1.3/4"-1.7/8"* | 18.25 | 3.50 | 3.50 | 2.00 | 7.50 | 7.00 | 6.50 | 1.56 | 85.0 |
| 2"-2.1/8"* | 21.50 | 4.00 | 3.75 | 2.25 | 8.50 | 9.00 | 7.00 | 1.81 | 125.0 |
| 2.1/4"-2.3/8"* | 23.50 | 4.50 | 4.25 | 2.50 | 9.00 | 10.00 | 7.75 | 2.13 | 165.0 |
| 2.1/2"-2.5/8"* | 25.50 | 5.00 | 4.75 | 2.88 | 9.75 | 10.75 | 8.50 | 2.38 | 252.0 |
| 2.3/4"-2.7/8"* | 27.25 | 5.25 | 5.00 | 3.13 | 11.00 | 11.00 | 9.00 | 2.88 | 315.0 |
| 3"-3.1/8"* | 29.00 | 5.75 | 5.25 | 3.38 | 12.00 | 11.25 | 9.50 | 3.00 | 360.0 |

Hot galvanized forged steel through 1.1/2", alloy cast 1.5/8" and larger
5/16" - 2.1/2" according to Federal Specification RRS-A550
*approximate

### CLOSED SPELTER SOCKETS

| Size | Dimensions in Inches | | | | | | | | Weight Each in Pounds |
|---|---|---|---|---|---|---|---|---|---|
|  | A | B | C | D | E | F | G | H |  |
| 5/16"-3/8" | 4.88 | .94 | .63 | .50 | 2.25 | 2.00 | 1.69 | .69 | 1.1 |
| 7/16"-1/2" | 5.44 | 1.13 | .69 | .56 | 2.50 | 2.25 | 2.00 | .88 | 1.5 |



EXHIBIT
Alexander 4
5-13-03

ATTACHMENT
4.   A



Efficiency of socket end terminations. 100% of the catalog breaking strength of wire rope. These drawings illustrate a single groove used on sockets 7/8" and smaller. Sizes 9/16"-1 1/2" have two grooves. Sizes 1 3/4" & up have three grooves.

| Size | A | B | C | D | E | F | G | H |  |
|---|---|---|---|---|---|---|---|---|---|
| 9/16"-5/8" | 6.31 | 1.38 | .81 | .69 | 3.00 | 2.50 | 2.63 | 1.00 | 3.0 |
| 3/4" | 7.56 | 1.63 | 1.06 | .81 | 3.50 | 3.00 | 3.00 | 1.25 | 4.5 |
| 7/8" | 8.75 | 1.88 | 1.25 | .94 | 4.00 | 3.50 | 3.63 | 1.50 | 7.0 |
| 1" | 9.88 | 2.25 | 1.39 | 1.13 | 4.50 | 4.00 | 4.13 | 1.75 | 11.0 |
| 1.1/8" | 11.00 | 2.50 | 1.50 | 1.25 | 5.00 | 4.50 | 4.50 | 2.00 | 16.0 |
| 1.1/4"-1.3/8" | 12.13 | 2.75 | 1.63 | 1.50 | 5.50 | 5.00 | 5.00 | 2.25 | 22.0 |
| 1.1/2" | 13.94 | 3.13 | 1.94 | 1.63 | 6.00 | 6.00 | 5.38 | 2.50 | 28.0 |
| 1.5/8" | 15.38 | 3.25 | 2.13 | 1.75 | 6.50 | 6.75 | 5.75 | 2.75 | 36.0 |
| 1.3/4"-1.7/8"* | 17.25 | 3.53 | 2.19 | 2.00 | 7.50 | 7.56 | 6.75 | 3.00 | 58.0 |
| 2"-2.1/8"* | 19.50 | 3.78 | 2.44 | 2.25 | 8.50 | 8.56 | 7.63 | 3.25 | 80.0 |
| 2.1/4"-2.3/8"* | 21.38 | 4.28 | 2.88 | 2.50 | 9.00 | 9.50 | 8.50 | 3.63 | 105.0 |
| 2.1/2"-2.5/8"* | 23.50 | 5.50 | 3.13 | 2.88 | 9.75 | 10.63 | 9.50 | 4.00 | 140.0 |
| 2.3/4"-2.7/8"* | 25.38 | 6.50 | 3.13 | 3.13 | 11.00 | 11.25 | 10.75 | 4.88 | 220.0 |
| 3"-3.1/8"* | 27.00 | 6.75 | 3.25 | 3.38 | 12.00 | 11.75 | 11.50 | 5.25 | 276.0 |

* Also available in DOMESTIC.

ATTACHMENT 4. B.