# HAUL INSURANCE LIMITED
Craig Appin House, 8 Wesley Street
Hamilton HM 11

## DISCONTINUED PRODUCTS COMPLETED OPERATIONS LIABILITY POLICY

NUMBER: HAUL - USAH - 1002-97

October 1, 1997 to October 1, 2002

# DISCONTINUED PRODUCTS COMPLETED OPERATIONS LIABILITY

## POLICY 1002-97

## DECLARATIONS

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance stated in this policy.

### Item 1 - Named Insured and Mailing Address

Allied Holdings, Inc, and/or affiliated, subsidiary, allied and associated companies
P.O. Box 1025
Decatur, Georgia 30031-1025

### Item 2 - Business of the Insured

Auto Transport trailers manufactured prior to October 1, 1997

### Item 3 - Policy Period

October 1, 1997 to October 1, 2002 at 12:01 a.m. standard time at your mailing adress shown above.

### Item 4 - Premium - Flat

$500,000

Minimum Earned Premium in the event of cancellation by the Insured: $500,000

Commission: Nil

### Item 5 - Limits of Insurance

| | |
|---|---|
| Each Occurrence | $1,000,000 |
| Policy Aggregate | $5,000,000 |

### Item 6 - Type of Coverage

Discontinued products/completed operations for Auto Transport Trailers manufactured by Ryder Systems, Inc. and/or Allied Holdings, Inc. and/or their affiliated, subsidiary, allied and associated companies

5089-1:1/02

Item 7 - Retained Amounts

    Each Occurrence                                                     $1,000,000

These declarations, together with the attached schedule of forms and endorsements, and any forms and endorsements we may later attach to reflect changes, make up and complete the above-numbered policy.

Signed _____
Aon Insurance Managers (Bermuda) Ltd.
as Managers

Date  DEC - 7 1998
_____