**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **DAVID FERGUSON, et al.,** | : | Case No. C-1-02-039 |
| Plaintiffs, | : | Judge Herman J. Weber |
| v. | : | **NOTICE TO TAKE DEPOSITION** |
| **RYDER AUTOMOTIVE CARRIER SERVICES, INC., et al.,** | : | |
| | : | |
| Defendants. | | |

**Please take notice** that on April 20, 2004 at 5:00 p.m. at the offices of Cincinnati Spine Institute, 9250 Blue Ash Road, Cincinnati, Ohio, the Plaintiff will take the deposition of John M. Roberts, V, M.D. The deposition will be taken upon oral and videotaped examination before an officer authorized by law to take depositions and will continue from day to day until completed. This deposition shall be for use at trial.

> s/ Michael J. Honerlaw (0034469)
> Honerlaw & Honerlaw Co., L.P.A.
> Attorney for Plaintiffs
> 9227 Winton Road
> Cincinnati, OH  45231
> (513) 931-2200
> mike@honerlaw.com
>
> s/ Thomas R. Koustmer
> 1800 Federated Building
> Seven West Seventh Street
> Cincinnati, OH  45202
> (513) 621-3616
> ktkoustmer@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon Robert A. Winter, Jr., Esq., Hemmer Spoor Pangburn DeFrank, 250 Grandview Drive, Suite 200, Ft. Mitchell, KY  41017, Craig R. Paulus, Esq., Taft, Stettinius & Hollister, 425 Walnut Street, Suite 1800, Cincinnati, OH  45202 and David E. Larson, Esq., Larson & Larson, 11300 Tomahawk Creek Pkway, Suite 310, Leawood, KS  66211 and K. Roger Schoeni, Esq., PNC Center, Suite 800
201 East Fifth Street, Cincinnati, OH  45202 by electronic transmission on the __ day of March, 2004.

_____

Michael J. Honerlaw