IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DAVID FERGUSON, et al.,** | : | Case No. C-1-02-039 |
| Plaintiffs, | : | Judge Herman J. Weber |
| v. | : | **NOTICE TO TAKE DEPOSITION** |
| **RYDER AUTOMOTIVE CARRIER SERVICES, INC., et al.,** | : | |
| Defendants. | : | |

**Please take notice** that on April 27, 2004 at 4:30 p.m. at the offices of Greater Cincinnati Pain Management Centers, 4243 Hunt Road, Cincinnati, Ohio, the Plaintiff will take the deposition of Mitchell E. Simons, M.D. The deposition will be taken upon oral and videotaped examination before an officer authorized by law to take depositions and will continue from day to day until completed. This deposition shall be for use at trial.

        s/ Michael J. Honerlaw (0034469)
        Honerlaw & Honerlaw Co., L.P.A.
        Attorney for Plaintiffs
        9227 Winton Road
        Cincinnati, OH 45231
        (513) 931-2200
        mike@honerlaw.com

        s/ Thomas R. Koustmer
        1800 Federated Building
        Seven West Seventh Street
        Cincinnati, OH 45202
        (513) 621-3616
        ktkoustmer@aol.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been served upon Robert A. Winter, Jr., Esq., Hemmer Spoor Pangburn DeFrank, 250 Grandview Drive, Suite 200, Ft. Mitchell, KY 41017, Craig R. Paulus, Esq., Taft, Stettinius & Hollister, 425 Walnut Street, Suite 1800, Cincinnati, OH 45202 and David E. Larson, Esq., Larson & Larson, 11300 Tomahawk Creek Pkway, Suite 310, Leawood, KS 66211 and K. Roger Schoeni, Esq., PNC Center, Suite 800, 201 East Fifth Street, Cincinnati, OH 45202 by electronic transmission on the ___ day of March, 2004.

        _____
        Michael J. Honerlaw