UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DAVID FERGUSON, et al., | Case No. C-1-02 039 |
| Plaintiffs, | (Judge Herman J. Weber) |
| vs. | DEFENDANT COMMERCIAL CARRIERS, INC.'S SUPPLEMENTAL DISCLOSURE PURSUANT TO RULE 26(b) FEDERAL RULES OF CIVIL PROCEDURE |
| RYDER AUTOMOTIVE CARRIER, INC., et al., | |
| Defendants. | |

Now comes Defendant, Commercial Carriers, Inc., by and through the undersigned counsel, and hereby supplements with the attached, its expert witness disclosures and reports pursuant to Federal Rule 26(b).

Respectfully submitted,

LARSON & LARSON, P.C.

/s/ David Larson
David E. Larson (MO Bar # 27146)
11300 Tomahawk Creek Pkwy., Ste. 310
Leawood, KS 66211
Telephone: (913) 253-3100
Fax: (913) 253-3109

KOHNEN & PATTON, LLP

/s/ K. Roger Schoeni
K. Roger Schoeni, Esq. (0004812)
201 East Fifth Street, Suite 800, PNC Center
Cincinnati, OH 45202
Telephone: (513) 381-0656
Fax: (513) 381-5823
ATTORNEYS FOR DEFENDANTS,
COMMERCIAL CARRIERS, INC. and
RYDER SYSTEM, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via electronic mail this 29th day of March 2004 to the following:

Thomas R. Koustmer
1800 Federated Building
7 West Seventh Street
Cincinnati, OH 45202

Craig R Paulus
Taft, Stettinius & Hollister, LLP
425 Walnut Street
Cincinnati OH 45202-3957

{W0150159.1}

Robert A. Winter, Jr.  
250 Grandview Drive., Suite 200  
Fort Mitchell, KY 41017  

Michael J. Honerlaw  
9227 Winton Rd.  
Cincinnati, OH 45231  

/s/ K. Roger Schoeni  
K. Roger Schoeni

{W0150159.1}