# KOPPENHOEFER & WUNDER, M.D.'S INC.
*Physical Medicine & Rehabilitation*
*Electromyography*

Ron M. Koppenhoefer, M.D.
8333 Montgomery Road • Cincinnati, Ohio 45236 • (513) 792-5600 • (513) 792-5604

December 8, 2003

E. Jason Atkins, Attorney
Hemmer Spoor Pangburn DeFrank PLLC
250 Grandview Drive Ste 200
Ft. Mitchell KY 41017

                Re: **David Ferguson**
                Cl#: **00-564734 SI**

Dear Mr. Atkins:

I had the opportunity of examining David Ferguson, a 54 year-old man on December 2, 2003. Mr. Ferguson was examined for an injury filed under Claim # 00-564734 SI which occurred on September 7, 2000. At that time, while working as a car hauler, he states he was standing on the tractor bed when the safety cable broke. He states he fell off of the tractor trailer from a height of approximately 10 – 12 feet. He did land on his back on the side rails and struck the truck several different times on the way down. He landed with his feet on the ground then twisted, falling to the ground. He was taken initially to Kettering Hospital where he was released from the emergency room.

His initial treatment was with Dr. McTighe. He indicates that he had therapy as well as three steroid injections. He indicates that he returned to work on a light-duty basis after approximately 6 – 12 months. He worked intermittently until greater than one year ago. While working on light-duty, he indicates that he was taking anti-inflammatory medication, pain medication, as well as having intermittent physical therapy.

He was treated by Dr. John Roberts, who ordered several injections at Dearborn County Hospital. Recently, he has been under the care of Dr. Mitchell Simons, who has given him three epidurals trigger point injections with very little relief. Currently, Dr. Simons is treating him with the following: Actiq 2X/day, Kadian 60 mg every day, Celebrex 3X/day, Tofanil at night, Soma at bedtime, and an unknown anti-depressant.

His past surgeries have been limited to bilateral tennis elbow releases approximately seven years ago. He denies having any problems at this time associated with that condition.

He denies any previous back problems. He did have low back trauma when a chain

| 415 Straight Street, Suite 208 | The Cincinnati | Financial South Building | Good Samaritan | 8333 Montgomery Road |
| Cincinnati, Ohio 45219 | Sportsmedicine Center | 5335 Far Hills Avenue, Suite 104 | Outpatient Center | Cincinnati, Ohio 45236 |
| (513) 559-3355 | 311 Straight Street | Dayton, Ohio 45429 | 6350 Glenway Avenue | (513) 792-5600 |
| Fax (513) 559-3359 | Cincinnati, Ohio 45219 | (937) 433-8818 | Cincinnati, Ohio 45211 | |
| | (513) 559-3355 | Fax (937) 433-9772 | (513) 559-3355 | |

Office Hours By Appointment Only

**Report to: E. Jason Atkins, Attorney**
**Re: David Ferguson**
**December 8, 2003**
**Page 2**

broke and he fell into the trailer. He did see a doctor for this, but had no lasting discomfort.

In the past, he has had MRI studies involving his lumbosacral spine. The last study was done 3 – 4 months ago at Norwood Open MRI. He also has had electromyographic exams.

He describes his current pain as being primarily left sided in nature involving the low back. The pain is described as a constant, sharp pain which is aggravated by sitting for one half hour. In addition, when he wakes up he has a great deal of pain and stiffness involving his low back. Bending/stooping activities makes the pain worse. It is decreased by lying on the floor. His pain medication also helps his discomfort.

He does complain of intermittent left leg pain. The pain starts in his buttocks and radiates into the lateral aspect of the thigh, calf, and foot areas. He indicates this pain is brought on by sitting or standing in one spot for approximately 30 minutes. Walking has no effect. His leg pain also occurs when his back pain is more severe.

His initial pain was in the same area. In addition, he did have numbness involving his left fourth, fifth toes.

His physical examination revealed his height to be 5 ft. 9 in., weight 190 lb. His gait for distances observed in the office was unremarkable. Transitional activities were done effortlessly. Examination of the spine revealed normal alignment. Percussion and palpation revealed mild discomfort in the lower lumbar area. No specific spasm or trigger points were noted. Motion involving the lumbosacral spine was limited with flexion being limited to 30° with pain, extension 10° with pain, right/left lateral bending 10° with pain. Palpation informal testing of the sacroiliac joint caused no discomfort. Palpation of the sciatic notches caused no pain. Straight leg raising/reverse straight leg raising was unremarkable. Range of motion of the hip joints was full and Patrick's test was normal. Neurological exam of the lower extremities revealed reflexes to be symmetric, sensation was intact except for decrease involving the left lateral calf and foot, manual muscle testing revealed normal strength and was reliable. Muscle tone was normal. Thigh, calf circumferential measurements were symmetric. No fasciculations were noted. Skin temperature was symmetric. Peripheral pulses were present and symmetric.

Report to: E. Jason Atkins, Attorney
Re: David Ferguson
December 8, 2003
Page 3

Medical records reviewed at this time, included the following:

1. The cover letter dated November 26, 2003.
2. Physical therapy initial evaluation dated February 7, 2001. Subsequent notes up to March 15, 2001 were reviewed. Discharge summary dictated by Mr. Lees dated March 15, 2001 was reviewed.
3. Records from Dr. McTighe from September 15, 2000. His follow up notes through July 10, 2001 were reviewed.
4. MRI of the lumbar spine dated December 14, 2000 interpreted by Dr. Craven showed mild posterior apophyseal joint arthropathy, small bulging disc at L5-S1.
5. Emergency room records from Kettering Memorial Hospital dated September 7, 2000. Treatment of her for a laceration of the left thumb.
6. X-ray report dated September 7, 2000 of the lumbar spine interpreted as being normal by Dr. Adam from Kettering Medical Center.
7. Medical bills summary incurred by David Ferguson.
8. CT scan of the lumbar spine performed at Dearborn County Hospital dated August 13, 2001 showed minor central disc bulge at L4-L5 and a shallow central focal disc protrusion at L5-S1. Minor facet joint hypertrophy was noted at the L5-S1 level.
9. Dr. Robert Swartzel, Jr. electromyographic exam dated August 7, 2001 which was interpreted as showing an old or chronic left L-5 radiculopathy.
10. Dr. Whitsett's examination dated June 9, 1995.
11. Office notes of Dr. Simons from November 29, 2001, December 20, 2001, and January 17, 2002.
12. MRI of the thoracic spine dated June 25, 2001 interpreted by Dr. Weber which was a normal study.
13. Dr. Roberts' consultation note dated January 2, 2001. His follow up notes of July 20, August 30, November 5, 2001 were reviewed.
14. Dr. Simons' letter to Dr. Roberts dated November 29, 2001.
15. Dr. Roberts' letter to Dr. Simons dated November 11, 2001.
16. Various forms pertaining to his job.
17. Dr. John Roberts' deposition dated February 4, 2003.
18. Treatment forms of Dr. Simons.
19. Dr. Sheridan's report sent to Mr. Atkins dated February 24, 2003. His follow up letter of March 7, 2003. Follow up letter of September 3, 2003.
20. Dr. Bruce Siegel's letter to Mr. Honerlaw dated May 10, 1999.
21. MRI report interpreted by Dr. Meyer dated July 10, 2003 which is of poor quality. It is interpreted showing some disc degeneration facet arthritis with a small left paracentral disc protrusion at the L5-S1 level.
22. Dr. Simons' letter dated March 24, 2003 to Mr. Honerlaw.

Report to:  E. Jason Atkins, Attorney
Re:  David Ferguson
December 8, 2003
Page 4

23. Dr. Whitsett's examination dated March 16, 1999 from the injury of May 7, 1997.
24. Emergency room treatment notes from Kettering Medical Center pertaining to the low back injury dated September 7, 2000. It is noted that the pain drawing showed the pain to be in the low back, although there was concern about weakness involving the left leg.
25. Dr. Jasper's emergency room note of May 7, 1997 at Kettering Memorial Hospital.
26. Emergency room record note from Kettering Memorial Hospital pertaining to chest pain dated December 15, 1987.

Based on my examination and review of the medical records, I believe I can answer the questions posed in the cover letter of November 26, 2003. At the current time, Mr. Ferguson's back pain is related to aging changes involving his lumbosacral spine. I believe he still has some sensory evidence on a subjective basis for a past probable left L5 radiculopathy. My opinion is based on his diagnostic studies performed in the past, as well as his current history and physical examination.

In reviewing the medical records, it is my medical opinion within a reasonable degree of medical certainty that Mr. Ferguson did not aggravate a preexisting facet arthropathy. I believe exacerbation occurred but there is no evidence to indicate that aggravation of his facet arthropathy, which is related to a normal aging process, occurred. My opinion is based on the diagnostic reports reviewed.

There is no evidence in reviewing the medical records by the history obtained by Mr. Ferguson that his past back injuries which occurred approximately six years ago are currently causing his leg symptomatology. It is noted that his chronic history of back pain which dates back six years ago in his documented medical records is his current degree of back discomfort at this time. I believe this is a chronic condition. The diagnostic studies would indicate that there has been no increase in these aging changes which one can relate to a specific event.

Mr. Ferguson's injury which is recognized under Claim #00-564734 SI has reached maximum medical improvement. There is no evidence on anatomical studies performed that his condition would improve with any type of conservative or surgical treatment. His current subjective complaints of numbness and decreased sensation in the left leg could reflex past trauma to the left L5 nerve root which would be unaffected by any modalities or procedures at this time.

**Report to: E. Jason Atkins, Attorney**
**Re: David Ferguson**
**December 8, 2003**
**Page 5**

If one uses the AMA Guidelines, 5th Edition and takes into effect the symptomatology from the injury which occurred on September 7, 2000, Mr. Ferguson would have a DRE lumbar category II degree of impairment or a 5% impairment to the body as a whole.

If there are any questions in regards to this evaluation, please let me know.

                                            Sincerely,

                                            Ron M. Koppenhoefer, M.D.

RMK/sy

# LIVE TESTIMONY AND DEPOSITION FOR THE YEAR 2003

Case 1:  January 30, 2003 case Lonzi Smith v. Mercy Fairfield, Butler, Judge Oney, Common Pleas Court. (Testified in court).
Medical legal case.
Lawyers Kohnen & Patten – Jeffrey Hines who asked me to examine the Patient, review records.
Plaintiff's attorney, Robert Newman.

Case 2:  Rizzo v. Howe, April 1, 2003.
Attorneys Renee Infante represented Ms. Rizzo of Waite, Schneider, Bayless & Chesley. Other attorney Mr. Metz Jr. of Porter, Wright, Morris & Arthur.
Asked to testify by plaintiff's attorney, Ms. Infante.

Case 3:  April 15, 2003 case Melissa Bonner v. Kimberly Thies, Montgomery County Common Pleas Court.
Attorney Patricia J. Trombetta, Smith, Rolfus & Skavdahl
Attorney David M. Deutsch
Asked to be seen by Ms. Trombetta who represents Ms. Thies.

Case 4:  May 2, 2003 Veronica Osman v. Eric Lowery
Attorneys Bruce Knabe, Mack McKay & Knabe
T. Mollaun, Blake R. Maislin.
Asked to examine Ms. Osman by Maislin, Eric Lowery attorney.

Case 5:  May 13, 2003 Tresa Kelly v. C. James Conrad, Adminis.
Miami County Common Pleas Court Case No. 02CU507
Attorney Jeffrey Snyder, Coolidge Wall Womsley & Lombard
Kevin Lantz, Hockman & Roach (plaintiff).
Asked to see patient by Mr. Snyder.

Case 6:  May 27, 2003 Roger Ray, Attorney Charles Stephen, Taft, Stettinius & Hollister
William Clements asked to see Mr. Ray by Mr. Stephen

Case 7:  June 12, 2003 Attorney Scott A. Best representing Judy Rees.
Attorney Robert B. Cetrulo of Cetrulo & Mowery. Deposition was done at the request of Mr. Best who represented my patient, Judy Rees.

Case 8:  July 8, 2003 testified in the case Karen Black v. All State Insurance Dearborn County Circuit Court.
Attorney for All State Insurance, Larry R. Church
Attorney for Ms. Black, Frank G. Kramer
Asked to testify by Mr. Church.

Case 9: September 19, 2003 deposition in the case Patricia Schmidt v. Mr. Corcoran
Attorney for Ms. Schmidt, Mr. Rimadio
I was asked to see Ms. Schmidt at the request of Freund, Freeze & Arnold By Tim Schenkle.

Case 10: September 27, 2003 Sally Dissenger v. Paul Theobald of Nationwide Mutual Insurance Company
Common Pleas Court, Hamilton County.
Examined patient at the request of Patricia Trombetta of Smith, Rolfes & Skavdahl
Ms. Dissenger's attorney is Paul Hackett.

Case 11: November 18, 2003 Jeffrey M. Smith, attorney. Frizer v. Davis and Curry, Lawrence County Common Pleas Court. Mr. Smith was attorney for Davis and Curry.

**LIVE TESTIMONY AND DEPOSITION FOR THE YEAR 2004**

Case 1:	March 4, 2004 Debra Taylor plaintiff v. Coca Cola Bottling Company defendant, Court of Common Pleas Hamilton County Ohio, Case #A0003597 Examined Ms. Taylor for BWC. I was called to testify by Robert S. Corker, defendant's attorney. Plaintiff's attorney was Lisa Clark of Weisser and Wolff.

## CURRICULUM VITAE

| | | |
|---|---|---|
| **NAME:** | Ron M. Koppenhoefer, MD | |
| **SEX:** | Male | |
| **DATE/PLACE OF BIRTH:** | November 3, 1947 - Cincinnati, Ohio | |
| **MARITAL STATUS:** | Married | |
| **WIFE'S NAME:** | Jane Glazer Koppenhoefer | |
| **CHILDREN'S NAME:** | Katherine and Kirk | |

### EDUCATION:

| | | |
|---|---|---|
| High School | Western Hills High School, Cincinnati, OH | 1962-65 |
| Undergraduate | University of Cincinnati, Cincinnati, OH<br>    B.S. Degree | 1965-69 |
| Medical School | University of Cincinnati, Cincinnati, OH<br>    M.D. Degree | 1969-73 |

### GRADUATE TRAINING:

| | | |
|---|---|---|
| Internship | Good Samaritan Hospital, Cincinnati, OH | 07-01-73 to 06-30-74 |
| Residencies | University of Cincinnati, Cincinnati, OH<br>    Physical Medicine and Rehabilitation | 07-01-74 to 02-01-75 |
| | University of Michigan, Ann Arbor, MI | 02-01-75 to 06-30-77 |
| Chief Resident | University of Michigan, Ann Arbor, MI | 06-01-76 to 06-30-77 |

### CERTIFICATION AND LICENSURE:

1. State of Ohio Licensure - June 1977 - #37270

2. State of Kentucky Licensure - May 1980 - #20708

3. Board Certified - Physical Medicine and Rehabilitation - June 1978 - #1413

4. State of Michigan Licensure - 10/94 through 12/02 - #2897961

Curriculum Vitae
Ron M. Koppenhoefer, M.D.
Page 2

**STAFF APPOINTMENTS:**

| | | |
|---|---|---|
| 1. | Good Samaritan Hospital, Cincinnati, OH<br>  Director of Physical Medicine & Rehabilitation Department | 1977 to<br>1998 |
| 2. | Good Samaritan Hospital, Cincinnati, OH<br>  Medical Director Pain Rehabilitation Program | 1995 to<br>1996 |
| 3. | Christ Hospital, Cincinnati, OH<br>  Courtesy Staff Physician | 1977 to<br>present |
| 4. | Providence Hospital, Cincinnati, OH<br>  Courtesy Staff Physician | 1977 to<br>present |
| 5. | University Hospital, Cincinnati, OH<br>  Courtesy Staff Physician & Volunteer Instructor | 1977 to<br>present |
| 6. | Deaconess Hospital, Cincinnati, OH<br>  Courtesy Staff Physician | 1978 to<br>present |
| 7. | Clermont Mercy Hospital, Batavia, OH<br>  Courtesy Staff Physician | 1979 to<br>2001 |
| 8. | St. Elizabeth's Medical Center, Covington, KY<br>Courtesy Staff Physician | 1980 to<br>1981 |
| 9. | St. Luke Hospital, Ft. Thomas, KY<br>  Courtesy Staff Physician | 1982 to<br>present |
| 10. | St. Francis/St. George Hospital, Cincinnati, OH<br>  Courtesy Staff Physician | 1982 to<br>present |
| 11. | Mercy South Hospital, Fairfield, OH<br>  Courtesy Staff Physician | 1984 to<br>2001 |
| 12. | Ft. Hamilton/Hughes Hospital, Cincinnati, OH<br>  Courtesy Staff Physician | 1987 to<br>1993 |
| 13. | Bethesda Hospital, Cincinnati, OH<br>  Courtesy Staff Physician | 1989 to<br>1991 |
| 14. | University of Michigan, Department PM&R<br>  Staff Lecturer, August 1996 | 1996 to<br>2002 |

Curriculum Vitae
Ron M. Koppenhoefer, M.D.
Page 3

| | | |
|---|---|---|
| 15. | University of Michigan, Department PM&R<br>Clinical Instructor I | 1996 to<br>8/1999 |

**MEMBERSHIPS IN PROFESSIONAL SOCIETIES:**

| | | |
|---|---|---|
| 1. | American Academy of Physical Medicine and Rehabilitation | 1977 to present |
| 2. | Ohio State Medical Association | 1977 to present |
| 3. | American Medical Association | 1977 to present |
| 4. | Academy of Medicine, Cincinnati, OH | 1977 to present |
| 5. | Ohio Society of Physical Medicine & Rehabilitation | 1986 to present |
| 6. | Midwest Pain Society | 1993 |
| 7. | Tri-State Pain Society | 1993 |
| 8. | American Pain Society | 1993 |
| 9. | American Academy of Physical Medicine and Rehabilitation<br>Spinal Cord Injury Special Interest Group | 1996 |

**ADMINISTRATIVE SERVICES:**

| | | |
|---|---|---|
| 1. | Director of Physical Medicine & Rehabilitation Department at<br>Good Samaritan Hospital, Cincinnati, OH | 1977 to 1998 |
| 2. | Physician Advisor for the State of Ohio, Bureau of Worker's Compensation<br>Rehabilitation Division | 1984 |
| 3. | Program Director for the 10th Annual Cancer Symposium "Selected Aspects of Rehabilitation", Good Samaritan Hospital, Cincinnati, OH | 1985 |
| 4. | Medical Advisor for Office of Hearings & Appeals, SSA, Cincinnati, OH | 1985 to present |

Curriculum Vitae
Ron M. Koppenhoefer, M.D.
Page 4

| | | |
|---|---|---|
| 5. | Industrial Commission of Ohio Specialist Examiner, Cincinnati, OH | 1986 to present |

**COMMITTEE SERVICES:**

| | | |
|---|---|---|
| 1. | Tri-State Community Hospital Oncology Program (CHOP) Chairman for Physical Medicine & Rehabilitation | 1981 |
| 2. | Review Committee for the University of Cincinnati Medical School, Department of PM&R, Cincinnati, OH | 1982 |
| 3. | Cancer Care CHOP Style, Standing Committee Chairman for Physical Medicine & Rehabilitation, Cincinnati, OH | 1982 |
| 4. | Midwest Foundation for Medical Care, Inc., Master Review Committee for PM&R | 1983 |
| 5. | Peer Review Systems, Inc., Physician Reviewer for PM&R | 1984 |
| 6. | Med-Co peer Review, Inc. | 1984 |
| 7. | Academy of Medicine of Cincinnati, Occupational Medicine Committee, Cincinnati, OH | 1984-85 1987-88 |
| 8. | Chairman, Physical Therapy & Rehabilitation Committee Mercy South Hospital, Fairfield, OH | 1985 |
| 9. | Academy of Medicine, Long Range Planning Ethics, Sub-Committee | 1985 |
| 10. | American Heart Association, Work-Site Task Force Committee | 1985 |
| 11. | American Heart Association, Stroke Task Force Committee | 1985 |
| 12. | Academy of Medicine of Cincinnati, Occupational Medicine Committee, Cincinnati, OH | 1988 to 1990 |
| 13. | OSMA Committee on Worker's Compensation, Columbus, OH | 1989 to 1996 |

**PUBLICATIONS/RESEARCH:**

1. Koppenhoefer, R.M., Diokno A.C., "Bethanechol Chloride in Neurogenic Bladder Dysfunction", Urology, Nov. 1976, Vol VIII, pp 455-458

2. Book Review for Archives of PM&R, "Current Therapy in Psychiatry - PM&R", March 1984

Curriculum Vitae
Ron M. Koppenhoefer, M.D.
Page 5

3. Chapter entitled: "Disability Evaluation", Koppenhoefer, R.M., in Rehabilitation Medicine: Principles and Practice, 1988

4. Book Review for the Rehabilitation Institute of Michigan, "Musculoskeletal Disorders: A Practical Guide for Diagnosis & Rehabilitation" September 1994

**PRESENTATION AT NATIONAL, REGIONAL, LOCAL MEETINGS:**

1. Second Annual James Rae Scientific Day, June 1980, University of Michigan, "Inheritance of Carpal Tunnel Syndrome - Does it Exist?" Koppenhoefer, R.M.

2. Fourth Annual Stroke Symposium, American Heart Association, Westin Hotel, Cincinnati, OH, "A Team Approach to Swallowing Difficulties", Koppenhoefer, R.M. - December 11, 1987

3. Southwestern Ohio Self-Insurers Association, "Medical Perspective" seminar, Cincinnati, OH. Organization of the participating physicians as well as moderator of the program. Also did presentation on "Carpal Tunnel Syndrome" - November 17, 1989

4. Southwestern Ohio Self-Insurers Association, "Rehabilitation & Work Hardening", March 12, 1992 (SWOSIA Seminar)

**LECTURES:**

1. Modalities Used in Rehabilitation Medicine, Department of Neurosurgery  1977
   Good Samaritan Hospital, Cincinnati, OH

2. Neurodiagnostic Techniques, Department of Neurosurgery  1978
   Good Samaritan Hospital, Cincinnati, OH

3. Low Back Pain - Biomechanical Causes, Department of Neurosurgery  1978
   Good Samaritan Hospital, Cincinnati, OH

4. Neurodiagnostic Techniques - Department of Neurosurgery & Physical  1979
   Medicine, Good Samaritan Hospital, Cincinnati, OH

5. Rehabilitation of Neurologically Impaired Patients, Department of  1979
   Neurosurgery & Physical Medicine, Good Samaritan Hospital
   Cincinnati, OH

Curriculum Vitae
Ron M. Koppenhoefer, M.D.
Page 6

| | | |
|---|---|---|
| 6. | Transcutaneous Nerve Stimulator, Family Practice Department Meeting<br>Good Samaritan Hospital, Cincinnati, OH | 1979 |
| 7. | Evoked Responses, Neurosurgery Conference, Good Samaritan Hospital<br>Cincinnati, OH | 1980 |
| 8. | Sensory Evoked Responses, Department of Anesthesia<br>Good Samaritan Hospital, Cincinnati, OH | 1980 |
| 9. | Electromyography Clinical Uses, Medical Staff, Clermont Mercy Hospital<br>Batavia, OH | 1980 |
| 10. | Physical Therapy Modalities, Medical Staff, Providence Hospital<br>Cincinnati, OH | 1981 |
| 11. | Osteoporosis - Lecture and Panel Discussion at Good Samaritan Hospital<br>Cincinnati, OH (12-12-84) | 1984 |
| 12. | On the Job Back Injuries, Medical Staff, Good Samaritan Hospital<br>Cincinnati, OH | 1986 |
| 13. | Workable Health, "Worker's Compensation: Changes and Challenges"<br>Good Samaritan Hospital, Cincinnati, OH | 1987 |
| 14. | Medical Perspective of Industrial Claims, Medical Staff<br>Good Samaritan Hospital, Cincinnati, OH | 1987 |
| 15. | Rehabilitation Medicine, Dearborn County Hospital, Continuing<br>Medical Education, Lawrenceburg, IN | 1988 |
| 16. | Moderator for "Symposium for Treatment-Assessment of Spinal<br>Cord/Head Injuries" to The Greater Cincinnati Athletic<br>Trainers Association (5/18/89) | 1989 |
| 17. | Carpal Tunnel Syndrome, Family Practice Meeting<br>Good Samaritan Hospital, Cincinnati, OH (2/1/90) | 1990 |
| 18. | Rehabilitation in Arthritis, Lecture Series on Rheumatology<br>Good Samaritan Hospital, Cincinnati, OH | 1990 |
| 19. | Ohio Worker's Compensation Seminar, Mead Corporation, Human &<br>Environmental Protection Department, Dayton, OH | 1991 |
| 20. | Spinal Cord Injury, Orthopaedic Grand Rounds, University of<br>Cincinnati Hospital, Cincinnati, OH (2-1-92) | 1992 |

Curriculum Vitae
Ron M. Koppenhoefer, M.D.
Page 7

| | | |
|---|---|---|
| 21. | Physiatric Management, presented to Physical Medicine & Rehabilitation Residents, University of Cincinnati Cincinnati, OH (11-5-92) | 1992 |
| 22. | Guest Speaker at Conference on Worker's Compensation & Related Labor Law Issues, Sponsored by Thompson, Hine and Flory, "Low Back Pain and Treatment", Covington, KY | 1993 |
| 23. | Guest Speaker at the Eleventh Annual James W. Rae Scientific Day and Lecture, "Synovial Cyst Involving the Lumbosacral Spine - A Case Discussion" (9/25/93) | |
| 24. | "Ergonomic Principles to Prevent Back Pain" - Case Discussion" Given at X-Tex (9/30/93) | |
| 25. | Guest Speaker Call the Doctor "Discussion on Fibromyalgia" Given on Channel 9 - 5:00 O'clock News - 3/14/94 | |
| 26. | Pain Rehabilitation Center Lecture on Fibromyalgia Given on 3/11/94 | |
| 27. | Guest Speaker - University of Cincinnati Medical Center Lecture "What Your Professors Were Taught About Back Pain" Given on 5/13/94 | |
| 28. | Guest Speaker - Cincinnati Bar Association Lecture "National Guidelines for Low Back Care" Given on 10/20/95 | |
| 29. | Guest Speaker - Conference Medical Grand Rounds - Good Samaritan Hospital "National Guidelines for Low Back Pain" Given on 7/17/96 | |
| 30. | Guest Speaker at the Sixteenth Annual James W. Rae Scientific Day and Lecture, "Perspectives on Acupuncture" (04/23/9?) | |

## COURSES ATTENDED - STARTING 1-1-91

1. University of Vermont College of Medicine, "Occupational Spinal Disorders: Prevention, Diagnosis & Treatment, Chicago, IL September 22-24, 1991
2. University of Vermont College of Medicine, "Supplementary Mini-Workshop on: Rating Spinal Impairment Using the New AMA Guides", Chicago, IL September 22-24, 1991
3. Michigan State University, College of Osteopathic Medicine, "Principles of Manual Medicine, Part A", Lansing, MI - November 1-3, 1991

Curriculum Vitae
Ron M. Koppenhoefer, M.D.
Page 8

4. University of Florida, College of Medicine, "Educational Program for
 Musculoskeletal Evaluation and Rehabilitation, Tallahassee, FL
 December 6, 1991

5. North American Spine Society, "The Difficult Back", Atlanta, Georgia
 March 19-20, 1993

6. St. Elizabeth Medical Center, "Aids Update - 1993", Covington, KY
 May 5, 1993

7. Xavier University, "ChoiceCare Physician Leadership & Management
 Education Program", Cincinnati, Ohio
 September 8, 1992 through September 28, 1993

8. Harvard Medical School, Department of Continuing Education
 "Comprehensive Review in Pain Management" Boston, MA
 June 22 - 24, 1994

9. Ohio Bureau of Workers' Compensation
 "Medical File Review Orientation for Disability Evaluators"
 Dayton, Ohio - February 12, 1997

10. Northwestern University Campus
 "Principles, Practices & Tactics for Business Plan Development"
 Evanston, Illinois - May 28-31, 1997

11. UCLA - American Academy of Medical Acupuncture Course
 Completed in December 1997

VITAERMK

# RON M. KOPPENHOEFER, M.D., INC.

Physical Medicine & Rehabilitation
Electromyography
Medical Acupuncture

8333 Montgomery Road · Cincinnati, Ohio 45236 · (513) 792-5600 · Fax (513) 792-5604

To Whom It May Concern:

Re: Dr. Koppenhoefer's Deposition Fees

This letter will confirm the financial arrangements related to testimony provided by Dr. Ron Koppenhoefer as an expert witness. The financial policy is as follows:

| | |
|---|---|
| Preparation time | $250.00 per hour |
| Video Deposition | $400.00 per hour |
| Discovery Deposition | $400.00 per hour |
| In Person Conference | $250.00 per hour |
| Attendance for Court Testimony | $1500.00 for ½ day |
| | $3000 for whole day |

If a video or discovery deposition is canceled in less than three business days, the charge is $250.00 for the time reserved but canceled. If it is canceled within 24 hours or less, the charge will be $400.00.

Court testimonies must be prepaid two weeks prior to the date the doctor is scheduled to appear. If the trial is canceled in less than fourteen business days, we will refund money based on how the clinical time is able to be filled.

If you have any questions, please do not hesitate to contact me at 513-792-5600, extension 10.

Sincerely,


Jennifer Walker
Office Manager

Financial South Building
5335 Far Hills Avenue, Suite 117
Dayton, Ohio 45429

Main Office
8333 Montgomery Road
Cincinnati, Ohio 45236

Good Samaritan
Outpatient Center
6350 Glenway Avenue
Cincinnati, Ohio 45211

Office Hours By Appointment Only