UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DAVID FERGUSON, et al., | Case No. C-1-02 039 |
| Plaintiffs, | (Judge Herman J. Weber) |
| vs. | NOTICE TO TAKE DEPOSITION OF RON M. KOPPENHOEFER, M.D. |
| RYDER AUTOMOTIVE CARRIER, INC., et al., | |
| Defendants. | |

Please take notice that Defendant, Commercial Carriers, Inc., by and through counsel, will take the videotaped evidentiary deposition of Ron M. Koppenhoefer, M.D. on Wednesday, April 28, 2004, beginning at 8:00 a.m. The deposition will take place at Dr. Koppenhoefer's office, 8333 Montgomery Road, Cincinnati, Ohio 45236. Said deposition will be taken for all purposes permitted by the Federal Rules of Civil Procedure and will be continued from day to day until completed. You are invited to attend said deposition.

Respectfully submitted,

LARSON & LARSON, P.C.

/s/ David Larson
David E. Larson (MO Bar # 27146)
11300 Tomahawk Creek Pkwy., Ste. 310
Leawood, KS 66211
Telephone: (913) 253-3100
Fax: (913) 253-3109

KOHNEN & PATTON, LLP

/s/ K. Roger Schoeni
K. Roger Schoeni, Esq. (0004812)
201 East Fifth Street, Suite 800, PNC Center
Cincinnati, OH 45202
Telephone: (513) 381-0656
Fax: (513) 381-5823
ATTORNEYS FOR DEFENDANT,
COMMERCIAL CARRIERS, INC.

{W0150159.1}

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was sent via electronic mail this 29th day of March 2004 to the following:

| | |
|---|---|
| Thomas R. Koustmer<br>1800 Federated Building<br>7 West Seventh Street<br>Cincinnati, OH 45202 | Craig R Paulus<br>Taft, Stettinius & Hollister, LLP<br>425 Walnut Street<br>Cincinnati OH 45202-3957 |
| Robert A. Winter, Jr.<br>250 Grandview Drive., Suite 200<br>Fort Mitchell, KY 41017 | Michael J. Honerlaw<br>9227 Winton Rd.<br>Cincinnati, OH 45231 |

                                          /s/ K. Roger Schoeni
                                          K. Roger Schoeni