UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DAVID FERGUSON, <u>ET</u> <u>AL</u>. : | |
| : | Case No.  C-1-02-039 |
| **Plaintiffs** : | |
| : | Judge Herman Weber |
| v. : | |
| : | |
| RYDER AUTOMOTIVE CARRIER : | **DEFENDANTS ALLIED** |
| SERVICES, INC., <u>ET</u> <u>AL</u>. : | **SYSTEMS, LTD.'S AND ALLIED** |
| : | **AUTOMOTIVE GROUP, INC.'S** |
| **Defendants** : | **AMENDED DISCLOSURE OF** |
| : | **TRIAL EXPERT WITNESS** |

    Pursuant to Fed. R. Civ. P. 26(a)(2) and other applicable law, defendants Allied Systems, Ltd. and Allied Automotive Group, Inc. hereby designate Ron M. Koppenhoefer, M.D. as their trial expert witness in this action, to present evidence under Fed. R. Evid. 702 and other applicable law.  Dr. Koppenhoefer's report, CV, testimony schedule and testimonial rates of compensation are attached.

                                                       Respectfully submitted,

                                                       /s/ Robert A. Winter, Jr.
                                                       Robert A. Winter, Jr. (0038673)
                                                       250 Grandview Drive, Suite 200
                                                       Ft. Mitchell, KY 41017
                                                       (859) 344-1188
                                                       (859) 578-3869 (fax)
                                                       Trial attorney for defendants
                                                       Allied Systems, Ltd. and
                                                       Allied Automotive Group, Inc.

**CERTIFICATE OF SERVICE**

      I certify that true and correct copies of the foregoing were served electronically upon the following on this 30th day of March 2004, to:

Thomas R. Koustmer, Esq.
1800 Federated Building
7 West Seventh Street
Cincinnati, OH 45202

Michael J. Honerlaw, Esq.
Honerlaw and Honerlaw Co., L.P.A.
9227 Winton Road
Cincinnati, OH 45231

K. Roger Schoeni, Esq.
Kohnen & Patton LLP
PNC Center, Suite 800
201 East Fifth Street
Cincinnati, OH 45202

David E. Larson, Esq.
Larson & Larson PC
11300 Tomahawk Creek Parkway
Suite 310
Leawood, KS 66211

Craig R. Paulus, Esq.
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202

                                                /s/ Robert A. Winter, Jr.
                                                Robert A. Winter, Jr.

s:\dma\allied\ferguson\pleadings\expert disclosure3 .wpd