**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **DAVID FERGUSON, ET AL.** | : | |
| | : | **Case No.  C-1-02-039** |
| **Plaintiffs** | : | |
| | : | **Judge Herman Weber** |
| **v.** | : | |
| | : | **NOTICE OF FILING THE** |
| **RYDER AUTOMOTIVE CARRIER** | : | **DEPOSITION TRANSCRIPT** |
| **SERVICES, INC., ET AL.** | : | **OF TOM HELLER** |
| | : | |
| **Defendants** | : | |
| | : | |

Pursuant to Fed. R. Civ. P. 31(c) and other applicable law, defendants Allied Systems, Ltd. and Allied Automotive Group, Inc., hereby notice the filing of the deposition transcript of the following individual taken in the above-captioned action on March 13, 2003:

Tom Heller

Respectfully submitted,

/s/ Robert A. Winter, Jr.
Robert A. Winter, Jr. (0038673)
Hemmer Spoor Pangburn DeFrank PLLC
250 Grandview Drive, Suite 200
Ft. Mitchell, KY  41017
(859) 344-1188
(859) 578-3869 (fax)

Trial attorney for defendants Allied Systems, Ltd.
and Allied Automotive Group, Inc.

## CERTIFICATE OF SERVICE

I certify that true and correct copies of the foregoing were served electronically on this __ day of April 2004, to:

Thomas R. Koustmer, Esq.
1800 Federated Building
7 West Seventh Street
Cincinnati, OH 45202

Michael J. Honerlaw, Esq.
Honerlaw and Honerlaw Co., L.P.A.
9227 Winton Road
Cincinnati, OH 45231

K. Roger Schoeni, Esq.
Kohnen & Patton LLP
PNC Center, Suite 800
201 East Fifth Street
Cincinnati, OH 45202

David E. Larson, Esq.
Larson & Larson PC
11300 Tomahawk Creek Parkway
Suite 310
Leawood, KS 66211

Craig R. Paulus, Esq.
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202

                                        /s/ Robert A. Winter, Jr.
                                        Robert A. Winter, Jr.

s:\dma\allied\ferguson\pleadings\notice of filing deposition (heller).wpd