K. Roger Schoeni (0004812)  
Attorney for Defendant Commercial Carriers, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **DAVID FERGUSON, et al.,** | : | Case No. C-1-02 039 |
| Plaintiffs, | : | (Judge Herman J. Weber) |
| vs. | : | |
| **RYDER SYSTEM, INC., et al.,** | : | **NOTICE TO TAKE DEPOSITION OF MITCHELL SIMONS, M.D.** |
| Defendants. | : | |

Please take notice that Defendant, Commercial Carriers, Inc., by and through counsel, will take the discovery deposition of Mitchell Simons, M.D. on Monday, April 26, 2004 beginning at 4:30 p.m. The deposition will take place at Dr. Simons' office, Greater Cincinnati Pain Management Center, 20 North Grand Avenue, Suite 2C, Ft. Thomas, Kentucky 41075. Said deposition will be taken for all purposes permitted by the Federal Rules of Civil Procedure and will be continued from day to day until completed. You are invited to attend said deposition.

                Respectfully submitted,

OF COUNSEL:

| | |
|---|---|
| | s/K. Roger Schoeni |
| David E. Larson, Esq. | K. Roger Schoeni, Esq. (0004812) |
| Larson & Larson PC | Trial Counsel for Defendant, Commercial |
| 11300 Tomahawk Creek Parkway |   Carriers, Inc. |
| Suite 310 | Kohnen & Patton LLP |
| Leewood, Kansas 66211 | 201 East Fifth Street, Suite 800, PNC Center |
| | Cincinnati, OH 45202 |
| | Phone: (513) 381-0656 |

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing was sent via regular U.S. Mail and electronic mail this 8th day of April 2004 to the following:

| | |
|---|---|
| Thomas R. Koustmer<br>1800 Federated Building<br>7 W. 7th Street<br>Cincinnati, OH 45202 | Robert A. Winter, Jr.<br>250 Grandview Drive., Suite 200<br>Fort Mitchell, KY 41017 |
| Michael J. Honerlaw<br>9227 Winton Rd.<br>Cincinnati, OH 45231 | Craig R Paulus<br>Taft, Stettinius & Hollister, LLP<br>425 Walnut Street<br>Cincinnati OH 45202-3957 |

             s/K. Roger Schoeni
             K. Roger Schoeni

RSCHOENI/ddavis.184397.1
LA039 - FE001
04/08/2004