# Robson Lapina

Forensic Engineers, Architects, Scientists & Fire Investigators

404 COMMERCE PARK DRIVE
CRANBERRY TOWNSHIP, PA 16066

PHONE: 724-772-2241
800-813-6724

FAX, 724-772-2256
WWW.ROBSONLAPINA.COM

## GABRIEL G. ALEXANDER, P.E.
### Mechanical Engineer

## PROFESSIONAL EXPERIENCE

**3/99 to present**    Robson Lapina, Inc.
*Associate, Manager of Pittsburgh Office*
Provide technical investigations, analysis, reports, and testimony for failure analysis, and towards the resolution of commercial and personal injury litigation involving trucks, trailers, mechanical engineering and crash reconstruction.

**1997 to 3/1999**    True Temper Hardware, manufacturer of lawn and garden tools
*Manager of Design Engineering*
Responsible for all design engineering functions including new product development, product implementation, and patent applications. Products: shovels (plastic and metal), wheelbarrows, hoes, forks, scoops, tree trimmers, and general pruning tools. Develop Failure Modes and Effects Analysis (FMEA) procedure and plan for company-wide use.

**1996 to 1997**    Trans Air Manufacturing, air conditioning systems for trucks and buses
*Director of Engineering*
Responsible for all engineering functions. Products: air conditioning systems for transportation, components include compressor mountings and brackets, condenser units, evaporator units, roof top mounted air conditioning units, and rear deck mounted air conditioning units. Work included analyzing and reconfiguring truck belt drives for compressors and fans.

**1993 to 1996**    Kidron, Inc., manufacturer of truck bodies, trailers, fire truck and utility vehicle cabs
*Manager of Engineering*
Responsible for all engineering functions: Production Engineering, Product Engineering, R & D, Warranty Department, and Quality Control. Products: truck bodies and refrigerated trailers, mini trailer, drop deck trailer, step van, rear drop, and container body.

**1992 to 1993**    Stewart & Stevenson Inc., manufacturers of trucks and trailers
*Project Engineer*
Products: military and commercial trucks, trailers, truck components, a 2 ½-5 ton truck family (utility truck, tow truck, ambulance, tanker, expandable van, etc.) Design activities included: optimizing suspension components, tire size, spring rate, damping rate, anti sway bar stiffness and overall suspension geometry's; all R & M (Reliability and Maintainability) activities; brake systems, exhaust systems, and cargo beds.

02/06/02

# Robson Lapina

Forensic Engineers, Architects, Scientists & Fire Investigators

## GABRIEL G. ALEXANDER, P.E.
### Mechanical Engineer

1989 to 1992
**Great Dane Trailers**, manufacturers of semi-trailers
*R & D Project Engineer*
Responsible for the development of trailer and component designs and testing. Responsible for all finite element analysis work.  Products: refrigerated trailers, dry freight trailers, flat bed trailers, containers, container chassis.

1986 to 1989
**Shell Development Company**
*Engineer, Polymeric Materials Department*
Fabrication and mechanical testing of composite materials.  Designed novel test apparatus.

1980 to 1986
**Hydril Company**, manufacturers of oil field equipment
*Design Engineer*
Worked on R & D projects.  Equipment:  flow diverters, marine riser, anti-collapse valves, and blow-out preventers.

### PATENTS

Foot Support - D412,093
Marine Riser Anti-Collapse Valve - 4,719,937
Diverter/BOP - 4,646,844
Diverter/BOP - 4,597,447
Diverter/BOP - 4,524,832
Flow Diverter - 4,456,961

### PROFESSIONAL CREDENTIALS

Professional Engineer:  Ohio, Pennsylvania

### EDUCATION

B.S. in Mechanical Engineering, University of Houston

*Continuing Coursework*
Advanced Dynamics
Advanced Mechanics of Materials
Advanced Vector Analysis
Vehicle Suspension Analysis, seminar
Heavy Vehicle Crash Reconstruction
Heavy Vehicle Rollover Prevention Analysis and Reconstruction

### PROFESSIONAL MEMBERSHIPS

Society of Automotive Engineers
American Society of Metals
American Society of Mechanical Engineers

02/06/02