# CURRICULUM VITAE

## JOHN MARK ROBERTS, V, M.D.

### Personal Information

| | |
|---|---|
| Work Address: | 9250 Blue Ash Road<br>Cincinnati, Ohio  45242 |
| Social Security Number: | 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 |
| Birth date: | 05/31/54 |
| Birthplace: | East Liverpool, Ohio |
| Citizenship: | USA |
| Tax ID Number: | 91-1140900 |
| Ohio License: | 35-05-1646 |

### Classification of Education:

| | |
|---|---|
| High School:<br>(1972) | The Choate School - (cum laude)<br>Wallingford, Connecticut |
| Undergraduate:<br>(1976) | Harvard University - B.A. (magna cum laude)<br>Cambridge, Massachusetts |
| Graduate:<br>(1980) | University of Cincinnati - M.D.<br>Cincinnati, Ohio |
| Internship:<br>(1980-81) | The Mercy Hospital<br>Pittsburgh, Pennsylvania |
| Fellowship:<br>(1981-82) | University of Pittsburgh Orthopaedic<br>  Research Department - Clinical<br>  Research<br>Pittsburgh, Pennsylvania |
| Residency:<br>(1982-85) | University of Pittsburgh Orthopaedic<br>  Residency Training - 1982-85 |
| Licensure: | Ohio State Medical Board<br>  License Number: 35-05-1646 |
| Certification:<br>Surgery | American Board of Orthopaedic<br>  Board Certified in 1987 &<br>  recertification 1994 |

Certification:         American Academy of Orthopaedic
 (cont.)               Surgeons/Fellow – 1989

Present Practice:      Cincinnati Orthopaedic & Spine Inst.
(1990 to present)      9250 Blue Ash Road
                       Cincinnati, Ohio  45242

                       2123 Auburn Avenue, #221
                       Cincinnati, Ohio  45219

                       6350 Glenway Avenue, #415
                       Cincinnati, Ohio  45211


HOSPITAL COMMITTEES:

   1. Director of Orthopedic Department at Good Samaritan Hospital
      1994 to 1997
   2. Trauma Committee – 1985– 1992
   3. Operating Committee – 1987–1992
   4. Credentialling Committee – 1996 to Present
   5. Clinical Instructor in Orthopaedics at the University of
      Cincinnati Medical College – 1990 to Present
   6. Bylaws Committee – 1996

MEMBERSHIPS:

   1. American Medical Association
   2. Fellow American Academy of Orthopaedic Surgeons
   3. North American Spine Society
   4. Ohio Orthopaedic Association
   5. Cincinnati Orthopaedic Association
   6. TriState Orthopaedic Association
   7. Hospital Medical Staff Section Representative to the
      American Medical Association for Good Samaritan Hospital,
      1994-1995
   8. Co-Chairman for the 1996 Ohio Orthopaedic Association
      Meeting

PROFESSIONAL BACKGROUND:

   HOSPITAL APPOINTMENT

      Attending Staff Physician  – Good Samaritan Hospital
      Attending Staff Physician  – The Christ Hospital
      Courtesy Staff Physician   – Bethesda Hospital
      Courtesy Staff Physician   – St. Francis/St. George
      Courtesy Staff Physician   – Children's Hospital

WORKSHOPS, COURSES, LECTURES:

Instructional course on Hoffmann External Fixation, Cairo, Egypt in 1983

"Treatment of 120 infected and uninfected nonunions", Academy of Orthopedic Surgeons, New Orleans, 1984

PAPER PRESENTATIONS:

"Treatment of 110 Cases of Nonunion and Infected Nonunion." 49th Annual Meeting of American Academy of Orthopaedic Surgeons, New Orleans, Jan 21-26, 1982. Presented by J.M. Roberts.

"Treatment of Nonunion and Infected Nonunion." 15th Annual American Orthopaedic Association Residents Conference, April 23-25, 1982, Washington, D.C. Presented by J.M. Roberts.

"A Therapeutic Dilemma: Nonunion." Pennsylvania Interstate Meeting, October 19, 1982, Pittsburgh, PA. Presented by J.M. Roberts.

"Alternative to Autologous Bone Grafts: Tri-Calcium Phosphate Implants." Southwestern Pennsylvania Surgical Research Society, Pittsburgh, PA., September 26, 1982. Presented by J.M. Roberts and G.L. Goldstrohm.

"Treatment of Nonunion. Bone Grafting Techniques." International Instructional Course on External Fixation and Bone Grafting Techniques, Cairo, Egypt, April 21-23, 1983. Presented by J.M. Roberts.

"Replacement of Canine Segmental Bone Defects with Tri-Calcium Phosphate Ceramic Implants." 29th Annual Meeting of the Orthopaedic Research Society, Anaheim, California, March 8-10, 1983. Presented by G.L. Goldstrohm.

PAPERS

"A comparison of the Anterolateral and Posterolateral Approaches to Total Hip Arthroplasty." Accepted for publication in <u>Clinical Orthopaedics and Related Research</u> (with: Freddie H. Fu, M.D.; Edward J. McClain, M.D.; and Albert B. Ferguson, Jr., M.D.)

"Treatment of One Hundred and Ten Uninfected and Infected Nonunions." Accepted for publication in <u>Injury</u> (with: Dana C. Mears, M.R.C.P.)

PAPERS (CONTINUED)

"A Comparison Between Unrepaired, Primarily Repaired and Polyglactin Mesh Reinforced Achilles Tendon Lacerations in Rabbits." *Clinical Orthopaedics and Related Research* 181:206-211, December 1983 (with G.L. Goldstrohm, M.D.; T.D. Brown, Ph.D.; and D.C. Mears, M.R.C.P.)

"Tricalcium Phosphate in the Treatment of Segmental Bone Defects in Canine Femurs." *Transactions of the 29th Annual Meeting of the Orthopaedic Research Society*, Vol. 8, 1983 (with G.L. Goldstrohm, M.D.; D.C. Mears, M.R.C.P.; and T.D. Brown, Ph.D.).

"Deep Venous Thrombosis after Spinal Surgery" *Spine*, Vol. 18 №:315-319, (with A. Kahn, M.D.; B. Ferree, M.D.; P. Stern, M.D.; R.S. Jolson, M.D.)