# MITCHELL E. SIMONS, M.D.

| | |
|---|---|
| Date of Birth: | January 18, 1955 |
| Place of Birth: | Fort Thomas, Kentucky |
| High School: | Highlands High School, Ft. Thomas, Kentucky<br>Graduated 1973 |
| Undergraduate: | University of Kentucky<br>Lexington, Kentucky |
| Degree: | Bachelor of General Studies, 1976 |
| Medical Education: | University of Kentucky, 1980<br>Lexington, Kentucky |
| Internship: | Medical University of South Carolina<br>Charleston, South Carolina<br>July 1980-June 1981 |
| Residency: | University of Kentucky Medical Center<br>Anesthesiology Resident<br>Lexington, Kentucky<br>July 1981-June 1983 |
| Hospital Affiliations: | St. Luke Hospital East<br>Ft. Thomas, Kentucky<br>(Elected Secretary of Medical Staff, 1987)<br><br>St. Luke Hospital West<br>Florence, Kentucky<br>1991-present<br><br>Bethesda Hospital North<br>Cincinnati, Ohio<br>1991-present<br><br>Jewish Hospital<br>Cincinnati, Ohio<br>2001-present<br><br>Dearborn County Hospital<br>Lawrenceburg, Indiana<br>1995-present |

MITCHELL E. SIMONS, M.D.
PAGE 2

| | |
|---|---|
| Director: | Tri-State Thermographics<br>1988-1993 |
| | Department Chairman<br>1989, 1990, 1991 |
| Medical Director: | Pain Care Consultants of Cincinnati<br>1991-1993<br>CARF Accredited |
| | Pain & Stress Treatment Program<br>1992-1993 |
| | Pain Management Centers<br>1996-1997<br>CARF Accredited |
| | Spine & Rehab Centers of America<br>1998-2000 |
| | Greater Cincinnati Pain Management Centers<br>2000-present |
| Member: | Honorary Member of the National Directory of Who's Who in Executive and Professionals, Gold Edition 1996-1997 |
| | Campbell County Board of Health<br>1991-1995 |
| Guest Lecturer: | Northern Kentucky Chiropractic Society<br>Advanced Procedures in Pain Management<br>1995 |
| | U.S. Total Fitness<br>Advances in Headaches & Back Pain<br>1995 |
| | Pfizer Guest Lectures<br>Use of Antidepressants in Management of Chronic Pain<br>1995 |

MITCHELL K. SIMONS, M.D.
PAGE 3

                        Chase Law School
                        Law and Medicine Class
                        Topic: Chronic Pain
                        1990-present

                        Bethesda Hospitals
                        Critical Thinking Skills Workshop
                        Topic: Pain Management
                        September 1993

                        American Cancer Society
                        Oncology Symposium
                        Topic: New Technology in Pharmacokinetics
                        October 1993

Board Member:          Bethesda Work Capacity Center
                        CARF accredited
                        1990-1997

                        Duragesic Advisory Board
                        Janssen Pharmaceutica

Board Certification:     November 1, 1985, Member of American Board of
                        Anesthesiology

                        September 12, 1998, Certificate of Added
                        Qualifications in Pain Management

Associations:           American Society of Anesthesiologists
                        Kentucky Society of Anesthesiologists
                        Cincinnati Academy of Medicine
                        American Society of Regional Anesthesia
                        American Association of Physicians & Surgeons
                        American Academy of Pain Management

Publications:          "Regional Sympathetic Blockade Relieves Pain in
                        Myofascial Pain Syndrome", Journal of Regional
                        Anesthesia, volume 17, no. 15, 1992 Supplement

Research:              Faulding Laboratories, 2001-present
                        KRONUS-MSP Trial
                        Kadian: response of Non-Malignant, Under-
                        Treated Subjects with Moderate to Severe Pain
                        Site # 5172