Revised 1/03

# VITA

| | |
|---|---|
| Name: | Rod W. Durgin, Ph.D. |
| Business Address: | Vocational Assessments, Inc.<br>3361 Executive Parkway<br>Suite 302<br>Toledo, Ohio 43606<br>1-888-626-2898 |

Education:

1994      Marylhurst University, Marylhurst, Oregon
         The Economics Of Personal Injury Evaluation (Graduate Study)

1991      Purdue University, West Lafayette, Indiana
         Economic Assessment Of Earnings And Health Care Costs In
         Terms Of Present Value (Advanced Course)

1990      Purdue University, West Lafayette, Indiana
         Economic Assessment Of Earnings And Health Care Costs In
         Terms Of Present Value (Graduate Study)

1974      The Ohio State University, Columbus, Ohio
         Ph.D.: Counseling
         Major: Vocational Counseling

1970      Western Michigan University, Kalamazoo, Michigan
         M.A.: Counseling
         Major: Vocational Counseling

1965      University of Maine, Orono, Maine
         B.S.: Biology (Major)
            English (Minor)

**Work Experience:**

9/86 to Present      Vocational Expert, U.S. Department of Health and Human Services, Social
Security Administration, Bureau of Hearings and Appeals.
     Provide vocational testimony in disability hearings. Testimony
evaluates claimant's exertional capabilities based on age, education,
previous work experience and a review of medical evidence.

**Work Experience (continued):**

| | |
|---|---|
| 6/85 to Present | President, Vocational Assessments, Inc. |

Provide services as a Vocational Economic Specialist and Career Consultant. Primary duties involve assessing, counseling, and placing disabled and non-disabled adults.

| | |
|---|---|
| 1984 to Present | President, Resource Directories, Toledo, Ohio. |

Serve as Publisher and Editor-in-Chief for Resource Directories, a direct mail publishing house specializing in counseling and career information reference works. Books are used nationally by public libraries, colleges, social agencies, government agencies, and hospitals.

| | |
|---|---|
| 1978 to Present | President, COIN Educational Products, Toledo, Ohio. |

Developed and presently serves as Director of the COIN Computerized Career Guidance Program which is an occupational and educational information system used by secondary schools, social agencies, and individuals throughout the nation. It incorporates all existing occupational data (i.e., DOT, SOC, labor market information) into a format clients can access through personal interest assessments and specific topics of interest. Additional COIN products include interest inventories and basic skills assessments.

| | |
|---|---|
| 1975 to 1978 | Director, Michigan Occupational Information System, Division of Vocational Education, Michigan Department of Education, Lansing, Michigan. |

Conceptualized, implemented and administered a program to provide Michigan with a comprehensive labor market information system. Developed and implemented another program for the Michigan Department of Vocational Rehabilitation which involved working with all vocational rehabilitation offices and selected clients to implement the proper use of occupational information and vocational appraisal for career decision purposes.

| | |
|---|---|
| 1974 to 1975 | Chairperson, Department of Counselor Education, Southern Methodist University, Dallas, Texas. |

Administered and taught Vocational Development in the Department. Responsible for the training and certification of counselors in all disciplines.

**Work Experience (Continued):**

1974
Visiting Professor, Department of Counselor Education, The Ohio State University, Columbus, Ohio.

Taught graduate level courses in Vocational Development. Specific content included: career development theory, vocational appraisal, occupational information, labor market information, and career decision-making.

1971 to 1974
Career Development Specialist, Division of Guidance and Testing, Ohio Department of Education, Columbus, Ohio.

Responsible for program development, training and in-service workshops for counselors in career development, vocational appraisal and using occupational information in the career choice process. Duties included conducting three-day workshops on how to use the General Aptitude Test Battery (GATB) for vocational selection; conducting seminars on how to use the information in the Dictionary of Occupational Titles (DOT) and its supplements; conducting seminars on how to use the USDOL Interest Checklist with the DOT for career decision-making purposes; conducting seminars on how to tie various occupational classification systems (i.e., Worker Trait Groups, OAP's, SATB's) into current labor market data to assist clients in selecting vocations.

1970 to 1971
Director of Counseling, Lorain County Joint Vocational School, Oberlin, Ohio.

Administered a vocational counseling program for 18 school districts. Specific focus was to develop vocational plans for individuals in non-professional job areas. Those served included high school clients, vocational rehabilitation clients and adults.

**Professional Associations:**

American Academy of Economic and Financial Experts

American Counseling Association

American Rehabilitation Counseling Association

      American Rehabilitation Economics Association

      Association for Career and Technical Education

      National Association of Forensic Economics

**Professional Associations (continued):**

      National Career Development Association

      National Rehabilitation Association

      National Rehabilitation Association of Job Placement Development

      Ohio Rehabilitation Association

**Publications and Presentations (Partial):**

Durgin, R.W., "Establishing Future Loss of Earnings For A Child."
    Presented at the Academy of Franklin County Trial Lawyers Association, Columbus, Ohio, March 26, 2002.

Durgin, R.W., "How to Maximize the Effectiveness of Your Vocational Expert."
    Presented at the Academy of Rail Lawyers Association Seminar (ARLA), Scottsdale, Arizona, April 22, 1999.

Durgin, R.W., "The Direct Examination of a Vocational Expert."
    Presented at the Ohio Academy of Trial Lawyers Seminar, Cleveland, Ohio, April 29, 1999.

Durgin, R.W., "Panel Discussion: Use of a Vocational Expert for Long-Term Marriages."
    Presented at the Advanced Family Law Seminar, Cleveland, Ohio, June 20, 1997

Durgin, R.W., "A High Price for a Bump on the Head: Vocational Economic Implications of a Traumatic Brain Injury Case." Presented at the Fifth Annual Ohio Brain Injury Seminar, June 13, 1997

Durgin, R.W., <u>CLUE: Careers, Learning, Understanding & Exploring</u>, An Elementary School Career Assessment Inventory, COIN Educational Products, Toledo, Ohio 1996

Durgin, R.W., "Expert Testimony to Support or Refute a Claim for Spousal Support."
    Presented at the Ohio Academy of Trial Lawyers Family Law Seminars, March 8 and March 15, 1996

Durgin, R.W., "Vocational Evaluation of the Disabled Client." Presented at the Miami Valley Trial Lawyers Association, December 9, 1995

Durgin, R.W., "The Vocational Expert, Vocational Rehabilitation Specialist, and Economist." Presented at the Cleveland Academy of Trial Attorneys Luncheon Seminar Series, September 26, 1995.

Durgin, R.W., "A Demonstration of Lost Earnings Capacity: Using a Vocational Expert." Presented at the Ohio Academy of Trial Lawyers 38th Annual Convention, Columbus, Ohio, May 5, 1995.

Durgin, R.W., Ryan, Jerry M.Ed. and Ryan, Roberta M.Ed., COIN Basic Skills and Interest Survey, COIN Educational Products, Toledo, Ohio 1995.

Durgin, R.W., Ryan, Jerry M.Ed. and Ryan, Roberta M.Ed., COIN Educational Inventory: An Interest Assessment For Planning Post-Secondary Education, COIN Educational Products, Toledo, Ohio 1994.

Durgin, R.W., Career Targets Implementation Guide, COIN Educational Products, Toledo, Ohio 1994, 1995.

Publications and Presentations (continued):

Durgin, R.W., Career Targets: A Middle School Career Interest Survey, COIN Educational Products, Toledo, Ohio 1991, 1993.

Durgin, R.W. and Drier, H.N. How to Fund Career Guidance Programs, COIN Educational Products, Toledo, Ohio 1992

Durgin, R.W. Guide to Federal Jobs, Second Edition, Resource Directories, Toledo, Ohio, 1992.

Durgin, R.W. Guide to Federal Technical, Trades and Labor Jobs, Resource Directories, Toledo, Ohio, 1992.

Durgin, R.W. "Use of Expert Witness to Establish or Refute Case for Spousal Support," Ohio Academy of Trial Lawyers Family Law Seminar, Winter, 1991.

Durgin, R.W. Major presentation at "National Symposium of Computer Based Career Information Systems." Presented at The University of Michigan, Ann Arbor, Michigan, June 1989.

Durgin, R.W. "Will They Hire the Handicapped?: Establishing Lifetime Loss of Earning Power," Ohio Trial, November-December, 1988.

Durgin, R.W. and Lindsay, N. Guide to Federal Jobs, Second Edition, Resource Directories, Toledo, Ohio, 1988.

Durgin, R.W. and Lindsay, N. Guide to Federal Technical, Trades and Labor Jobs, Resource Directories, Toledo, Ohio, 1988.

Durgin, R.W. and Lindsay, N. <u>The Physically Disabled Traveler's Guide</u>, Resource Directories, Toledo, Ohio, 1986.

Durgin, R.W. and Lindsay, N. <u>Guide to Recreation, Leisure and Travel for the Handicapped</u>, Volumes II and Resource Directories, Toledo, Ohio, 1985.

Durgin, R.W. and Davis, K. <u>Guide to Federal Jobs</u>, Resource Directories, Toledo, Ohio, 1985.

Durgin, R.W. and Lindsay, N. <u>Women in the Workplace: A Guide for Women Entering or Re-Entering the Workforce</u>, Resource Directories, Toledo, Ohio, 1985.

Durgin, R.W. and Lindsay, N. <u>Job Forecasts</u>, Volumes 1-4, Resource Directories, Toledo, Ohio, 1985.

Durgin, R.W. International Forum on Cultural Arts, Leisure, Recreation, Sports and Employment of the Handicapped, Discussant to Symposium presented by the President's Committee on Employment of the Handicapped (PCEH), Washington, D.C., September, 1985.

**Publications and Presentations (continued):**

Durgin, R.W. "Windmills," Discussant to symposium on developing employer communication skills for hiring disabled persons. Presented by Ohio Rehabilitation Services Commission, September, 1985.

Durgin, R.W. Co-developer of Maryland Occupational Information System, Maryland Department of Vocational Education, September, 1982.

Durgin, R.W. <u>COIN Occupational Interest Inventory</u>, Bell and Howell Company, Chicago, Illinois, 1981.

Durgin, R.W. <u>COIN Occupational Scan Survey</u>, Bell and Howell Company, Chicago, Illinois, 1981.

Durgin, R.W. Co-developer of South Carolina Occupational Information System, South Carolina Bureau of Employment Services, September, 1979.

Durgin, R.W. and Odgers, J. <u>Career Guidance Manual</u>, U.S. Department of Defense, September, 1974.

Durgin, R.W. and Perrone, P. "Use of the Armed Forces Aptitude Test Battery for the Making of Career Decisions," U.S. Department of Defense, May 1974.

Durgin, R.W. <u>An Introduction to the Dictionary of Occupational Titles</u> (DOT), Ohio Department of Education, March 1974.

Durgin, R.W. and Cliness, D. <u>The Ohio Vocational Interest Survey (OVIS) Interpretive Manual</u>, Ohio Department of Education, December 1974.

Durgin, R. W. "Use of the General Aptitude Test Battery (GATB) and the Ohio Vocational Interest Survey (OVIS) in the Career Selection Process," American Vocational Association Convention, Portland, Oregon, December 1972.

Durgin, R.W. "Ohio's Career Guidance Model," Ohio Department of Education, September 1972.

Durgin, R.W. "The Integration of Standardized Tests (GATB, OVIS and DOT) for Career Exploration Purposes," Ohio Department of Education, 1972.