# CURRICULUM VITAE

## JAMES E. PAWLUKIEWICZ

Economic Consultant

---

**ADDRESS AND PHONE:**

<u>Residence</u>:
6878 Gatewood Court
Cincinnati, Ohio 45241
Phone:  513-777-6695
Fax:    513-777-6695

<u>Campus</u>:
Department of Finance
Xavier University
Cincinnati, Ohio 45207-5162
Phone:  513-745-3066
Fax:    513-745-4383

**ACADEMIC QUALIFICATIONS:**
- Ph.D.  (Finance) University of Kentucky, 1991
- M.S.   (Economics) University of Kentucky, 1976
- B.S.   (Business and Economics) University of Kentucky, 1974

**PROFESSIONAL EXPERIENCE:**
- Chair, Department of Finance, Xavier University, 1998-present
- Professor, Department of Finance, Xavier University, 2001-present
- Associate Professor, Department of Finance, Xavier University, 1995-2000
- Assistant Professor, Department of Finance, Xavier University, 1989-1995
- Teaching Fellow, Department of Finance, University of Kentucky, 1985-1989
- Assistant Professor, Department of Business, Le Moyne College, 1981-1985
- Assistant Professor, Department of Finance, Rochester Institute of Technology, 1978-1981
- Teaching Fellow, Department of Economics, University of Kentucky, 1975-1978

**TEACHING AREAS:**

Managerial Finance (MBA)
Applications in Corporate Finance (MBA)
Financial Risk Management (MBA)

Computer Applications in Finance
Managerial Statistics
Simulation Modeling (MBA)

**PUBLICATIONS:**

ASkewness-Adjusted Binomial Model for Pricing Debt Claims,@ published in the *Journal of Research in Finance*, 3(2): 274-297, 2000

AThe Temporal Behavior of Risk and Required Return Following Leverage-Changing Transactions,@ published in *Journal of Financial and Strategic Decisions*, 13(1), 2000.

APoison Pills: 1980s versus 1990s,@ published in the *American Business Review*, Vol. 18(1), January 2000.

ABoard Size and Profitability: An Analysis of Small U.S. Firms,@ published in the *Proceedings* of the Northeast Decision Sciences Association, Spring, 1999.

ASkewness-Adjusted Binomial Pricing Model: The Relevance of the Mean,@ published in *International Review of Economics and Business*, 46: 159-172, 1999

ADerivation of the Up and Down Parameters in the Binomial Model,@ published in *Journal of Financial Education*, 24:120-131, 1998.

JAMES E. PAWLUKIEWICZ
PAGE 2

PUBLICATIONS (cont=d):

ASupergrowth Firms and Corporate Control,@ published in the *Proceedings* of the Northeast Decision Sciences Association, Spring 1998.

ABinomial Option Pricing with Skewed Asset Returns,@ published in *Review of Quantitative Finance and Accounting*, 9: 89-101, 1997.

AThe Effect of Deregulation on Healthcare Industry Stock Returns,@ published in *Health Services Management Research*, 6: 203-221. 1993.

AThe Efficiency of the Over-Under Betting Market for National Basketball Association Games,@ published
   in *Journal of Economics*, 18: 97-100, 1992

AThe Impact of Value Line Special Situation Recommendations,@ published in *Financial Review*, 26: 547-568, 1991.

RESEARCH INTERESTS:
    Option pricing
    Dividend policy
    Financial risk management

    Market efficiency
    Capital budgeting

MEMBERSHIPS:
    American Finance Association
    Eastern Finance Association
    National Association of Forensic Economics

    Financial Management Association
    Southern Finance Association
    Financial Executives Institute

## James E. Pawlukiewicz, Ph.D.

### I. Fee structure

My fee structure for consultation, report preparation, and testimony at trial or deposition is as follows:

1. The hourly rate for consultation, computations, and written reports is $175.
2. The minimum charge for depositions and/or court testimonies is $700. If the event requires more than four hours, the hourly rate is again applied.
3. Direct expenses are billed separately from hourly charges.

### II. Publications over the last ten years

"Skewness-Adjusted Binomial Model for Pricing Debt Claims," published in the *Journal of Research in Finance*, 3(2): 274-297, 2000

"The Temporal Behavior of Risk and Required Return Following Leverage-Changing Transactions," published in *Journal of Financial and Strategic Decisions*, 13(1), 2000.

"Poison Pills: 1980s versus 1990s," published in the *American Business Review*, Vol. 18(1), January 2000.

"Board Size and Profitability: An Analysis of Small U.S. Firms," published in the *Proceedings* of the Northeast Decision Sciences Association, Spring, 1999.

"Skewness-Adjusted Binomial Pricing Model: The Relevance of the Mean," published in *International Review of Economics and Business*, 46: 159-172, 1999

."Derivation of the Up and Down Parameters in the Binomial Model," published in *Journal of Financial Education*, 24:120-131, 1998.

"Supergrowth Firms and Corporate Control," published in the *Proceedings* of the Northeast Decision Sciences Association, Spring 1998.

"Binomial Option Pricing with Skewed Asset Returns," published in *Review of Quantitative Finance and Accounting*, 9: 89-101, 1997.

"The Effect of Deregulation on Healthcare Industry Stock Returns," published in *Health Services Management Research*, 6: 203-221. 1993.

## III. List of testimonies

| Case | Date | Type | Location |
| --- | --- | --- | --- |
| Larry K. Johnson, Donna M. Johnson v. Devon Snyder | 5/25/2000 | Trial | Cincinnati, OH |
| Shipley v. Camargo Cadillac | 7/27/2000 | Deposition | Cincinnati, OH |
| Garry Ward V. Graydon, Head, Ritchey, et al | 9/12/2000 | Deposition | Cincinnati, OH |
| Sandra Schroeder v. MCI Telecommunications Corp | 10/11/2000 | Deposition | Cincinnati, OH |
| Richard Thompson v. Baker Iron & Metal Co., et al | 2/20/2001 | Deposition | Cincinnati, OH |
| Lisa Kerr Morris v. Equitable | 10/22/2001 | Deposition | Cincinnati, OH |