**John P. Sauer P.E.**
**Sauer Engineering**
7608 Trailwind Drive
Montgomery, OH 45242
(513) 984-8709 Phone  Fax (513) 984-4156
(513) 290-3617  Cell

## Current Position

**Principal Engineering Expert  Litigation  <u>Sauer Engineering</u>  2000-2003**

- Work in the areas of metallurgy, materials, manufacturing, and quality control for cases involving fishhooks, automobile accidents, tank explosions, broken trailer hitches, medical devices, bicycles, child car seats, boom/fork lifts, bearings, boats, etc.

- Provide engineering consultation in the areas of thermal spray, training, project management, technical sales/marketing, and materials failure analysis.

## Education

B.S. (1978) and M.S. (1979) in Metallurgical Engineering  Ohio State University
Professional Engineer, P.E. Ohio #<u>55864</u>

## Previous Experience

1998 to 2000        Belcan Engineering  Cincinnati, Ohio
                    Manager  Process Engineering

- Management of all projects dealing with process improvement and coordination.
    - This involves all aspects from project planning to implementation of new developments.
    - Provide training to outside customers on process engineering topics and also write/revise procedures and specifications.
    - Failure/materials analysis are performed as a major task in process engineering.
    - Coordinate Standard Practice Manual (SPM) work used in component repair for GEAE concerning cleaning, heat treat, etc.

1991 to 1998: Metcut Research Inc., Cincinnati, OH
              Manager  Metallography/Central Coatings Lab  (CCL)

- Coordination and development of all activities in metallography and Central Coatings Laboratory (CCL).
    - Supervision of failure analysis projects and all quality control metallography.
    - Metallurgical consulting to testing/machining activities at Metcut and to outside sources (dealing with product improvement, processing problems, etc.).
    - Provide litigation product analysis, deposition and testimony functions.
    - Manage both research and training activities of CCL and provide teaching services.
    - Coordination of company business development and technical marketing in materials engineering area.

1/4/02

1987 to 1991: Herron Testing Laboratories, Inc., Charlotte, NC
             Branch Manager

- Responsible for management and operation of branch facilities.
    - Managed chemical, mechanical testing, non-destructive testing (NDT), and metallurgical areas.
    - Developed program and capabilities to evaluate aircraft quality alloys, i.e., stress rupture, hot tensile, etc.
    - Coordinated failure analysis activities providing both in-house and customer based consulting expertise for all aspects of ferrous/non-ferrous metallurgy.
    - Provided direction and expertise in obtaining quality system audit approval from major nuclear, aerospace and government facilities.
    - Directed all marketing efforts and customer relations.

1984 to 1987: Duff Norton Company, Charlotte, NC
             Laboratory Supervisor

- Management of testing for all product lines and investigations.
    - Involved in metallurgical failure analysis to replication of actual field service environments.
    - Managed all testing programs for hoist, actuator and mechanical jack products including prototype/quality control evaluations.

1979 to 1984: Aluminum Company of America, Cleveland, OH
             Metallurgist

- Staff liaison between quality and manufacturing departments
    - Coordinated development of fabrication and testing practices per customer and government specification concerning aluminum aircraft wheels, hand forgings, and commercial die forgings.
    - Managed all quality aspects of incoming aluminum stock: extruded bars and shapes, ingot and plate.
    - Developed plant forging and processing practices for various new aluminum powder and elevated temperature alloys.

Organizations

ASM International, (SME) Society of Manufacturing Engineers, (NACE) National Association of Corrosion Engineers, (AWS) American Welding Society

1/4/02

Publications

The Use of Metallographic Standards in Calibration of the Polishing Process
ASM Thermal Spray Conference Proceedings 1995

Training in Coating Evaluation Techniques-A unique Approach for Discussion
ASM Thermal Spray Conference Proceedings 1996

Metallographic Preparation of Thermal Spray Coatings: Coating Sensitivity and the Effect of Polishing Intangibles
ASM Thermal Spray Conference Proceedings 1996

The Effect of Mounting Technique on the Microstructure of Thermal Barrier Coatings
ASM Thermal Spray Conference Proceedings 1997

The Need for Standardization in Evaluating the Effect of Coatings on Substrate Mechanical Properties
ASM Thermal Spray Conference Proceedings 1998

Standardization in Coating Evaluation: A Universal System for Repair Coatings
ASM Thermal Spray Conference Proceedings 2002

Standardization in Coating Evaluation: A Universal System for Repair Coatings-Part 2
ASM Thermal Spray Conference Proceedings 2003

Epoxies Used in Tensile Testing: Film vs. Liquid Why is There a Difference??
ASM Thermal Spray Conference Proceedings 2003

The Fragmented Fishhook: A Litigation Analysis
ASM Journal of Practical Failure Analysis 2003

1/4/02