# CURRICULUM VITAE

| | |
|---|---|
| NAME: | Ron M. Koppenhoefer, MD |
| SEX: | Male |
| DATE/PLACE OF BIRTH: | November 3, 1947 - Cincinnati, Ohio |
| MARITAL STATUS: | Married |
| WIFE'S NAME: | Jane Glazer Koppenhoefer |
| CHILDREN'S NAME: | Katherine and Kirk |

## EDUCATION:

| | | |
|---|---|---|
| High School | Western Hills High School, Cincinnati, OH | 1962-65 |
| Undergraduate | University of Cincinnati, Cincinnati, OH<br>B.S. Degree | 1965-69 |
| Medical School | University of Cincinnati, Cincinnati, OH<br>M.D. Degree | 1969-73 |

## GRADUATE TRAINING:

| | | |
|---|---|---|
| Internship | Good Samaritan Hospital, Cincinnati, OH | 07-01-73 to 06-30-74 |
| Residencies | University of Cincinnati, Cincinnati, OH<br>Physical Medicine and Rehabilitation | 07-01-74 to 02-01-75 |
| | University of Michigan Ann Arbor, MI | 02-01-75 to 06-30-77 |
| Chief Resident | University of Michigan Ann Arbor, MI | 06-01-76 to 06-30-77 |

## CERTIFICATION AND LICENSURE:

1. State of Ohio Licensure - June 1977 - #37270

2. State of Kentucky Licensure - May 1980 - #20708

3. Board Certified - Physical Medicine and Rehabilitation - June 1978 - #1413

4. State of Michigan Licensure - 10/94 through 12/02 - #2897961

Curriculum Vitae
Ron M. Koppenhoefer, M.D.
Page 2

## STAFF APPOINTMENTS:

| | | |
|---|---|---|
| 1. | Good Samaritan Hospital, Cincinnati, OH<br>    Director of Physical Medicine & Rehabilitation Department | 1977 to<br>1998 |
| 2. | Good Samaritan Hospital, Cincinnati, OH<br>    Medical Director Pain Rehabilitation Program | 1995 to<br>1996 |
| 3. | Christ Hospital, Cincinnati, OH<br>    Courtesy Staff Physician | 1977 to<br>present |
| 4. | Providence Hospital, Cincinnati, OH<br>    Courtesy Staff Physician | 1977 to<br>present |
| 5. | University Hospital, Cincinnati, OH<br>    Courtesy Staff Physician & Volunteer Instructor | 1977 to<br>present |
| 6. | Deaconess Hospital, Cincinnati, OH<br>    Courtesy Staff Physician | 1978 to<br>present |
| 7. | Clermont Mercy Hospital, Batavia, OH<br>    Courtesy Staff Physician | 1979 to<br>2001 |
| 8. | St. Elizabeth's Medical Center, Covington, KY<br>Courtesy Staff Physician | 1980 to<br>1981 |
| 9. | St. Luke Hospital, Ft. Thomas, KY<br>    Courtesy Staff Physician | 1982 to<br>present |
| 10. | St. Francis St. George Hospital, Cincinnati, OH<br>    Courtesy Staff Physician | 1982 to<br>present |
| 11. | Mercy South Hospital, Fairfield, OH<br>    Courtesy Staff Physician | 1984 to<br>2001 |
| 12. | Ft. Hamilton Hughes Hospital, Cincinnati, OH<br>    Courtesy Staff Physician | 1987 to<br>1993 |
| 13. | Bethesda Hospital, Cincinnati, OH<br>    Courtesy Staff Physician | 1989 to<br>1991 |
| 14. | University of Michigan, Department PM&R<br>    Staff Lecturer, August 1996 | 1996 to<br>2002 |

Curriculum Vitae
Ron M. Koppenhoefer, M.D.
Page 3

| | | |
|---|---|---|
| 15. | University of Michigan, Department PM&R<br>Clinical Instructor I | 1996 to<br>8/1999 |

**MEMBERSHIPS IN PROFESSIONAL SOCIETIES:**

| | | |
|---|---|---|
| 1. | American Academy of Physical Medicine and Rehabilitation | 1977 to present |
| 2. | Ohio State Medical Association | 1977 to present |
| 3. | American Medical Association | 1977 to present |
| 4. | Academy of Medicine, Cincinnati, OH | 1977 to present |
| 5. | Ohio Society of Physical Medicine & Rehabilitation | 1986 to present |
| 6. | Midwest Pain Society | 1993 |
| 7. | Tri-State Pain Society | 1993 |
| 8. | American Pain Society | 1993 |
| 9. | American Academy of Physical Medicine and Rehabilitation<br>Spinal Cord Injury Special Interest Group | 1996 |

**ADMINISTRATIVE SERVICES:**

| | | |
|---|---|---|
| 1 | Director of Physical Medicine & Rehabilitation Department at<br>Good Samaritan Hospital, Cincinnati, OH | 1977 to 1998 |
| 2 | Physician Advisor for the State of Ohio, Bureau of Worker's Compensation<br>Rehabilitation Division | 1984 |
| 3. | Program Director for the 10th Annual Cancer Symposium "Selected Aspects of<br>Rehabilitation", Good Samaritan Hospital, Cincinnati, OH | 1985 |
| 4. | Medical Advisor for Office of Hearings & Appeals, SSA, Cincinnati, OH | 1985 to present |

Curriculum Vitae
Ron M. Koppenhoefer, M.D.
Page 4

| | | |
|---|---|---|
| 5. | Industrial Commission of Ohio Specialist Examiner, Cincinnati, OH | 1986 to present |

**COMMITTEE SERVICES:**

| | | |
|---|---|---|
| 1. | Tri-State Community Hospital Oncology Program (CHOP) Chairman for Physical Medicine & Rehabilitation | 1981 |
| 2. | Review Committee for the University of Cincinnati Medical School, Department of PM&R, Cincinnati, OH | 1982 |
| 3. | Cancer Care CHOP Style, Standing Committee Chairman for Physical Medicine & Rehabilitation, Cincinnati, OH | 1982 |
| 4. | Midwest Foundation for Medical Care, Inc., Master Review Committee for PM&R | 1983 |
| 5. | Peer Review Systems, Inc., Physician Reviewer for PM&R | 1984 |
| 6. | Med-Co peer Review, Inc. | 1984 |
| 7. | Academy of Medicine of Cincinnati, Occupational Medicine Committee, Cincinnati, OH | 1984-85 1987-88 |
| 8. | Chairman, Physical Therapy & Rehabilitation Committee Mercy South Hospital, Fairfield, OH | 1985 |
| 9. | Academy of Medicine, Long Range Planning Ethics, Sub-Committee | 1985 |
| 10. | American Heart Association, Work-Site Task Force Committee | 1985 |
| 11. | American Heart Association, Stroke Task Force Committee | 1985 |
| 12. | Academy of Medicine of Cincinnati, Occupational Medicine Committee, Cincinnati, OH | 1988 to 1990 |
| 13. | OSMA Committee on Worker's Compensation, Columbus, OH | 1989 to 1996 |

**PUBLICATIONS/RESEARCH:**

1. Koppenhoefer, R.M., Diokno A.C., "Bethanechol Chloride in Neurogenic Bladder Dysfunction", Urology, Nov. 1976, Vol VIII, pp 455-458

2. Book Review for Archives of PM&R, "Current Therapy in Psychiatry - PM&R", March 1984

3.  Chapter entitled: "Disability Evaluation", Koppenhoefer, R.M., in
    Rehabilitation Medicine: Principles and Practice, 1988

4.  Book Review for the Rehabilitation Institute of Michigan, "Musculoskeletal
    Disorders: A Practical Guide for Diagnosis & Rehabilitation"
    September 1994

## PRESENTATION AT NATIONAL, REGIONAL, LOCAL MEETINGS:

1.  Second Annual James Rae Scientific Day, June 1980, University of
    Michigan, "Inheritance of Carpal Tunnel Syndrome - Does it Exist?"
    Koppenhoefer, R.M.

2.  Fourth Annual Stroke Symposium, American Heart Association, Westin Hotel,
    Cincinnati, OH, "A Team Approach to Swallowing Difficulties",
    Koppenhoefer, R.M. - December 11, 1987

3.  Southwestern Ohio Self-Insurers Association, "Medical Perspective" seminar,
    Cincinnati, OH. Organization of the participating physicians as
    well as moderator of the program. Also did presentation on "Carpal
    Tunnel Syndrome" - November 17, 1989

4.  Southwestern Ohio Self-Insurers Association, "Rehabilitation & Work
    Hardening", March 12, 1992 (SWOSIA Seminar)

## LECTURES:

| | | |
|---|---|---|
| 1. | Modalities Used in Rehabilitation Medicine, Department of Neurosurgery Good Samaritan Hospital, Cincinnati, OH | 1977 |
| 2. | Neurodiagnostic Techniques, Department of Neurosurgery Good Samaritan Hospital, Cincinnati, OH | 1978 |
| 3. | Low Back Pain - Biomechanical Causes, Department of Neurosurgery Good Samaritan Hospital, Cincinnati, OH | 1978 |
| 4. | Neurodiagnostic Techniques - Department of Neurosurgery & Physical Medicine, Good Samaritan Hospital, Cincinnati, OH | 1979 |
| 5. | Rehabilitation of Neurologically Impaired Patients, Department of Neurosurgery & Physical Medicine, Good Samaritan Hospital Cincinnati, OH | 1979 |

Curriculum Vitae
Ron M. Koppenhoefer, M.D.
Page 6

| | | |
|---|---|---|
| 6. | Transcutaneous Nerve Stimulator, Family Practice Department Meeting<br>    Good Samaritan Hospital, Cincinnati, OH | 1979 |
| 7. | Evoked Responses, Neurosurgery Conference, Good Samaritan Hospital<br>    Cincinnati, OH | 1980 |
| 8. | Sensory Evoked Responses, Department of Anesthesia<br>    Good Samaritan Hospital, Cincinnati, OH | 1980 |
| 9. | Electromyography Clinical Uses, Medical Staff, Clermont Mercy Hospital<br>    Batavia, OH | 1980 |
| 10. | Physical Therapy Modalities, Medical Staff, Providence Hospital<br>    Cincinnati, OH | 1981 |
| 11. | Osteoporosis - Lecture and Panel Discussion at Good Samaritan Hospital<br>    Cincinnati, OH (12-12-84) | 1984 |
| 12. | On the Job Back Injuries, Medical Staff, Good Samaritan Hospital<br>    Cincinnati, OH | 1986 |
| 13 | Workable Health, "Worker's Compensation: Changes and Challenges"<br>    Good Samaritan Hospital, Cincinnati, OH | 1987 |
| 14. | Medical Perspective of Industrial Claims, Medical Staff<br>    Good Samaritan Hospital, Cincinnati, OH | 1987 |
| 15. | Rehabilitation Medicine, Dearborn County Hospital, Continuing<br>    Medical Education, Lawrenceburg, IN | 1988 |
| 16. | Moderator for "Symposium for Treatment-Assessment of Spinal<br>    Cord/Head Injuries" to The Greater Cincinnati Athletic<br>    Trainers Association (5/18/89) | 1989 |
| 17. | Carpal Tunnel Syndrome, Family Practice Meeting<br>    Good Samaritan Hospital, Cincinnati, OH (2/1/90) | 1990 |
| 18. | Rehabilitation in Arthritis, Lecture Series on Rheumatology<br>    Good Samaritan Hospital, Cincinnati, OH | 1990 |
| 19. | Ohio Worker's Compensation Seminar, Mead Corporation, Human &<br>    Environmental Protection Department, Dayton, OH | 1991 |
| 20. | Spinal Cord Injury, Orthopaedic Grand Rounds, University of<br>    Cincinnati Hospital, Cincinnati, OH (2-1-92) | 1992 |

Curriculum Vitae
Ron M. Koppenhoefer, M.D.
Page 7

21.  Physiatric Management, presented to Physical Medicine &              1992
     Rehabilitation Residents, University of Cincinnati
     Cincinnati, OH (11-5-92)

22.  Guest Speaker at Conference on Worker's Compensation & Related       1993
     Labor Law Issues, Sponsored by Thompson, Hine and Flory,
     "Low Back Pain and Treatment", Covington, KY

23.  Guest Speaker at the Eleventh Annual James W. Rae Scientific Day and
     Lecture, "Synovial Cyst Involving the Lumbosacral Spine - A Case
     Discussion" (9/25/93)

24.  "Ergonomic Principles to Prevent Back Pain" - Case Discussion"
     Given at X-Tex (9/30/93)

25.  Guest Speaker Call the Doctor "Discussion on Fibromyalgia"
     Given on Channel 9 - 5:00 O'clock New - 3/14/94

26.  Pain Rehabilitation Center Lecture on Fibromyalgia
     Given on 3/11/94

27.  Guest Speaker - University of Cincinnati Medical Center Lecture "What Your Professors
     Were Taught About Back Pain" Given on 5/13/94

28.  Guest Speaker - Cincinnati Bar Association Lecture "National Guidelines for Low
     Back Care" Given on 10/20/95

29.  Guest Speaker - Conference Medical Grand Rounds - Good Samaritan Hospital
     "National Guidelines for Low Back Pain" Given on 7/17/96

30.  Guest Speaker at the Sixteenth Annual James W. Rae Scientific Day and Lecture,
     "Perspectives on Acupuncture" (04/23/99)

## COURSES ATTENDED - STARTING 1-1-91

1.  University of Vermont College of Medicine, "Occupational Spinal Disorders:
    Prevention, Diagnosis & Treatment, Chicago, IL
    September 22-24, 1991
2.  University of Vermont College of Medicine, "Supplementary Mini-Workshop on:
    Rating Spinal Impairment Using the New AMA Guides", Chicago, IL
    September 22-24, 1991
3.  Michigan State University, College of Osteopathic Medicine, "Principles of
    Manual Medicine, Part A", Lansing, MI - November 1-3, 1991

Curriculum Vitae
Ron M. Koppenhoefer, M.D.
Page 8


4.  University of Florida, College of Medicine, "Educational Program for
    Musculoskeletal Evaluation and Rehabilitation, Tallahassee, FL
    December 6, 1991

5.  North American Spine Society, "The Difficult Back", Atlanta, Georgia
    March 19-20, 1993

6.  St. Elizabeth Medical Center, "Aids Update - 1993", Covington, KY
    May 5, 1993

7.  Xavier University, "ChoiceCare Physician Leadership & Management
    Education Program", Cincinnati, Ohio
    September 8, 1992 through September 23, 1993

8.  Harvard Medical School, Department of Continuing Education
    "Comprehensive Review in Pain Management" Boston, MA
    June 22 - 24, 1994

9.  Ohio Bureau of Workers' Compensation
    "Medical File Review Orientation for Disability Evaluators"
    Dayton, Ohio - February 12, 1997

10. Northwestern University Campus
    "Principles, Practices & Tactics for Business Plan Development"
    Evanston, Illinois - May 28-31, 1997

11. UCLA - American Academy of Medical Acupuncture Course
    Completed in December 1997

VITAERMK