UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**DAUBERT HEARING**

FERGUSON

v                                                                              Civil: C-02-39

RYDER

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Court Reporter J. Wolfer (Official)

Law Clerk: L. Ahern

Courtroom Deputy: Darlene Maury

-----------------------------------------------------------------------------------------------------------
**Appearances:** M. Honerlaw, T. Koustmer & D. Ferguson (Pltf) for Pltf; D. Larson, K. Schoeni, R. Winter & C. Paulus for Deft.

Case called for a Daubert Hearing. Hearing cancelled. Case has settled. Dismissal to be filed by 5/10/04.

Date: April 19, 2004
TIME: 2:15 p.m. - 2:30 p.m.