UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

David Ferguson, et al.

                Plaintiffs,

vs.

Ryder Automotive Carrier Services, Inc.,
et al.

                Defendants.

File No. C-1-02-039
Judge Herman Weber

DEFENDANTS' JOINT MOTION FOR AN EXTENSION OF TIME

\*   \*   \*   \*   \*

      Defendants jointly move for an extension of time until May 24, 2004 in which to submit a settlement entry to the Court. The case has settled and the Court directed that a dismissal be entered by May 10, 2004. However, because the parties agreed that each Defendants' respective contributions to the total settlement amount will be confidential from the Plaintiffs, the settlement funds were deposited into one defense firm's trustee (IOLTA) account. Because ethical requirements governing the handling of client money specifically prohibit one client's funds from being used to fund another client's settlement, each Defendant's contribution check must be verified as cleared prior to issuing a check to the Plaintiffs. This verification process is taking longer than anticipated and should be completed no later than May 20, 2004. Defendants are making every effort to complete the verification process prior to that time. For these reasons, the Defendants request an extension of time in which to file a notice of dismissal until May 24, 2004.

W0174274.1

Respectfully Submitted,

| | |
|---|---|
| */s/ Craig R Paulus* | */s/ Robert A. Winter, Jr.* |
| Craig R Paulus (0074352) | Robert Albert Winter, Jr. |
| Taft, Stettinius & Hollister LLP | Hemmer Spoor Pangburn DeFrank PLLC |
| 425 Walnut Street, Suite 1800 | 250 Grandview Drive |
| Cincinnati, OH 45202-3957 | Suite 200 |
| 513.381.2838 | Ft. Mitchell, KY 41017 |
| fax 513.381.0205 | 859.344.1188 |
| Trial Attorney for Defendant Hanes Supply, Inc. | Attorney For Defendants, Allied Systems and Allied Automotive Group |
| | (by Craig Paulus per phone authorization) |
| */s/ K. Roger Schoeni* | */s/ David Larson* |
| Kenneth Roger Schoeni | David E. Larson |
| Kohnen & Patton | Larson & Larson PC |
| PNC Center, Suite 800 | 11300 Tomahawk Creek Parkway |
| 201 E. Fifth Street | Suite 310 |
| Cincinnati, OH 45202 | Leawood, KS 66211 |
| 513.381.0656 | Attorney for Defendants, Ryder Automotive Carrier Services, Inc.; Ryder System Inc.; Delavan Industries, Inc.; Ryder Automotive Operations, Inc.; Ryder Automotive Carrier Group, Inc.; and Commercial Carriers, Inc. |
| Attorney For Defendants, Ryder Automotive Carrier Services, Inc.; Ryder System Inc.; Delavan Industries, Inc.; Ryder Automotive Operations, Inc.; Ryder Automotive Carrier Group, Inc.; and Commercial Carriers, Inc. | |
| (by Craig Paulus per e-mail authorization) | (by Craig Paulus per phone authorization) |

W0174274.1

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that a true and accurate copy of the foregoing was served via the Court's ECF/CM system upon the following this 10th day of May, 2004

| | |
|---|---|
| Thomas Ralph Koustmer<br>1800 Federated Building<br>7 West Seventh Street<br>Cincinnati, OH 45202<br>513.621.3616<br>Attorney For Plaintiffs, David and Martha Ferguson | Michael J. Honerlaw<br>Honerlaw and Honerlaw Co. L.P.A.<br>9227 Winton Road<br>Cincinnati, OH 45231<br>Attorney For Plaintiffs, David and Martha Ferguson |

*/s/ Craig R Paulus*

W0174274.1