# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **DAVID FERGUSON, ET AL.** | : | |
| | : | **Case No.  C-1-02-039** |
| **Plaintiffs** | : | |
| | : | **Judge Herman J. Weber** |
| **v.** | : | |
| | : | **AGREED ENTRY OF** |
| **RYDER AUTOMOTIVE CARRIER** | : | **DISMISSAL WITH PREJUDICE** |
| **SERVICES, INC., ET AL.** | : | **AS SETTLED** |
| | : | |
| **Defendants** | : | |

This matter is before the Court on the stipulation of plaintiffs David E. Ferguson and Martha Ferguson and defendants Commercial Carriers, Inc., Ryder System, Inc., Allied Systems, Ltd., Allied Automotive Group, Inc. and Hanes Supply, Inc. that all claims, cross-claims and causes of action that were asserted or that could have been asserted in this action should be dismissed with prejudice as settled.  This Dismissal shall have no effect on Ohio BWC Claim No. 00-564734 SI.  The Court being sufficiently advised,

IT IS ORDERED AND ADJUDGED as follows:

1.     That all claims and causes of action that were asserted or that could have been asserted in this action by plaintiffs David E. Ferguson and Martha Ferguson against defendants Commercial Carriers, Inc., Ryder System, Inc., Allied Systems, Ltd., Allied Automotive Group, Inc. and Hanes Supply, Inc. be, and they are, DISMISSED WITH PREJUDICE, each party to bear his, her or its own costs and attorney's fees;

2.     That all claims, cross-claims and causes of action that were asserted or that could have been asserted by defendant Hanes Supply, Inc. against Allied Systems, Ltd. and Allied

Automotive Group, Inc. be, and they are, DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney's fees; and

       3.      This action be, and it is, DISMISSED WITH PREJUDICE.

This 14th day of June, 2004.

              _____s/Herman J. Weber_____
              SENIOR JUDGE, UNITED STATES DISTRICT COURT

HAVE SEEN AND AGREE:


/s/ Thomas R. Koustmer_____
Thomas R. Koustmer (0008410)
1800 Federated Building
7 West Seventh Street
Cincinnati, OH 45202
(513) 621-3616
(513) 621-5410 (fax)
Trial attorney for plaintiffs
David E. Ferguson and Martha Ferguson

/s/ Michael J. Honerlaw_____
Michael J. Honerlaw  (0034469)
Honerlaw and Honerlaw Co., L.P.A.
9227 Winton Road
Cincinnati, OH 45231
(513) 931-2200
(513) 931-2229 (fax)
Trial attorney for Plaintiffs
David E. Ferguson and Martha Ferguson


/s/ Robert A. Winter, Jr._____
Robert A. Winter, Jr. (0038673)
Hemmer Spoor Pangburn DeFrank PLLC
250 Grandview Drive, Suite 200
Ft. Mitchell, KY  41017
(859) 344-1188
(859) 578-3869 (fax)
Trial attorney for defendants Allied Systems, Ltd.
and Allied Automotive Group, Inc.

HAVE SEEN AND AGREE:


/s/ K. Roger Schoeni
K. Roger Schoeni (0004812)
Kohnen & Patton LLP
PNC Center, Suite 800
201 East Fifth Street
Cincinnati, OH 45202
(513) 381-0656
(513) 381-5823 (fax)
Trial attorney for Commercial Carriers, Inc. and
Ryder System, Inc.

/s/ David E. Larson
David E. Larson
        Larson & Larson PC
11300 Tomahawk Creek Parkway
Suite 310
Leawood, KS 66211
(913) 253-3100
(913) 253-3109 (fax)
Trial attorney for Commercial Carriers, Inc.
and Ryder System, Inc.


/s/ Craig R. Paulus
Craig R. Paulus (074352)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
(513) 381-2838
(513) 381-0205 (fax)
Trial attorney for defendant Hanes Supply, Inc.


C:\Documents and Settings\maurydh.000\Local Settings\Temp\notes721D2D\order [dismissal] .wpd