05 JAN 13 PM 3:37

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FERGUSON

V

RYDER

CIVIL ACTION: C-1-02-39

JUDGE WEBER

*************************************************************

I hereby acknowledge receipt of the Depositions submitted on behalf of my client in the above styled case.

_1-13-05_
Date

_____
M. Honerlaw, Counsel for Plaintiff